UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-20941

**TUSHBABY, INC.,**

    **Plaintiff,**

 **v.**

**THE CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,**

    **Defendants.**

_____/

### PLAINTIFF'S NOTICE OF PENDING, REFILED, OR SIMILAR ACTIONS

Plaintiff TushBaby, Inc., ("Plaintiff" or "TushBaby"), by and through its undersigned counsel and pursuant to S.D. Fla. L.R. 3.8, hereby file this Notice of Pending, Refiled, Related, or Similar Actions, and state as follows:

1. In addition to the present action, Plaintiff has filed the following similar action:

   *Tushbaby, Inc. v. The Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A*, Case No. 24-cv-21136 (S.D. Fla. March 25, 2024) ("Tushbaby II")

2. Tushbaby II is materially similar to the present action. In both actions, Plaintiff claims similar causes of action against Defendants operating on online marketplaces, such as Amazon.com.

3. Accordingly, Plaintiff respectfully gives notice that Tushbaby II is a similar action or proceeding pending in the Southern District of Florida.

Dated: March 27, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
E-mail: mlouis@bsfllp.com

***Attorney for Plaintiff, Tushbaby Inc.***