UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

   *Plaintiff,*

v.

**THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

   *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. On May 7, 2024, Jianyin Liu, Esq., entered "his appearance as counsel for defendants Shiaon and Fleerose in the instant case." [ECF No. 18]. However, Shiaon and Fleerose are not defendants in this action.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that **no later than August 28, 2024,** attorney Jianyin Liu shall withdraw his appearance as counsel in this case on behalf of Shiaon and Fleerose and/or make a notice of appearance on behalf of a party who is a defendant in this action.

**DONE AND ORDERED** in the Southern District of Florida on August 21, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record