UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,
Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**
Defendants.
_____/

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby withdraws his appearance as counsel for the defendants Shiaon and Fleerose in the instant case per the Order [DE 30] entered by this Court on August 21, 2024.

Respectfully submitted on Aug. 22, 2024.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
Attorney for Defendant Fleerose
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on Aug. 22, 2024.

/s/ Jianyin Liu