UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

*Plaintiff,*

v.

**THE INDIVIDUALS, PARTNERSHIPS
and UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"**,

*Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the Motion to Withdraw as Attorney (the "Motion") [ECF No. 31], filed on August 22, 2204.  Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 31**] is **GRANTED**.

2. Within five (5) days of the entry of this Order, withdrawing counsel shall send to Shiaon and Fleerose a copy of this Order and file a notice with the Court certifying the same.

3. Jianyin Liu, Esq., shall be relieved of all further responsibilities related to Shiaon and Fleerose in these proceedings.

**DONE AND ORDERED** in the Southern District of Florida on August 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record