UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-20941-LEIBOWITZ

TUSHBABY, INC.,

      Plaintiff,

v.

BABY-CARRIER,

      Defendant.

_____/

## [PROPOSED] ORDER GRANTING MOTION TO REOPEN CASE

THIS MATTER is before the Court on Plaintiff Tushbaby, Inc.'s motion to reopen this case

(the "Motion") [ECF No. 38]. Being fully advised in the premises, it is hereby

ORDERED and ADJDUDGED that

1.     The Motion is GRANTED.

2.     The Clerk is DIRECTED to reopen this case.

DONE AND ORDERED in the Southern District of Florida this __ day of September 2024.


_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE