UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**BABY-CARRIER**,

    *Defendant*.

_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff Tushbaby, Inc.'s Motion to Reopen Case (the "Motion") [ECF No. 38], filed on September 5, 2024. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 38**] is **GRANTED**. The Clerk of Court is **DIRECTED** to reopen this case.

**DONE AND ORDERED** in the Southern District of Florida on September 5, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record