UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-20941-LIEBOWITZ/TORRES-LEAD CASE

TUSHBABY, INC.,

    Plaintiff,

v.

BABY-CARRIER, a foreign corporation,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tushbaby, Inc., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), voluntarily dismisses this action against Defendant Baby-Carrier without prejudice. Previously, Tushbaby also dismissed Defendants Bogiwell Direct (24-cv-23228) and Cogesu US (24-cv-23230), which were consolidated with Defendant Baby-Carrier, which is the lead case. Defendants Momcozy Maternity Essential (24-cv-23233) and CozyOne Shop (24-cv-23231) remain, and Tushbaby would request that the cases remain consolidated, with 24-cv-23231 serving as the new lead case number.

Dated: September 18, 2024

                                              Respectfully submitted,

                                              **James M. Slater**
                                              James M. Slater (FBN 111779)
                                              ESCA Legal LLC
                                              9000 Dadeland Blvd. #1500
                                              Miami, Florida 33156
                                              Tel. (305) 523-9023
                                              james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel. (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*

1