# Exhibit 3

*U.S. Copyright Office Registrations No. VA 2-360-715*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



Large Storage Pocket

Side Zipper Pocket

Phone Pocket

Loop for Toy Attachment

Front Pocket

*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VAu 1-511-350*



*U.S. Copyright Office Registrations No. VA 2-395-564*