**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED CASE NO. 1:24-cv-20941

| |
|---|
| TUSHBABY, INC., <br>        Plaintiff, <br>v. <br>BABY-CARRIER, a Foreign Corporation, <br>        Defendant. |
| TUSHBABY, INC., <br>        Plaintiff, <br>v. <br>BogiWell Direct, a Foreign Corporation, <br>        Defendant. |
| TUSHBABY, INC., <br>        Plaintiff, <br>v. <br>Cogesu US, a Foreign Corporation, <br>        Defendant. |
| TUSHBABY, INC., <br>        Plaintiff, <br>v. <br>COZYONE SHOP, a Foreign Corporation, <br>        Defendant. |

**<u>PLAINTIFF'S MOTION FOR WITHDRAWAL AS TO MARSHALL DORE LOUIS AND JAMES LEE AS ATTORNEYS OF RECORD FOR PLAINTIFF</u>**

Attorneys for Plaintiff, Marshall Dore Louis, Esq. and James W. Lee, Esq., of the law firm BOIES SCHILLER FLEXNER LLP, respectfully move for an order from this Court permitting the withdrawal of Marshall Dore Louis, Esq. and James W. Lee, Esq., from the above-styled action. James M. Slater and Leo M. Lichtman of the law firm ESCA LEGAL PLLC, shall remain in the above-styled action and continue to represent Plaintiff.

1

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)

**I HEREBY CERTIFY** that pursuant to Local Rule 7.1, James M. Slater and Leo M. Lichtman, new counsel for TushBaby, do not oppose the requested relief. No other parties have appeared in this matter.

Dated: September 18, 2024       Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*