UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 1:24-cv-20941

| | |
|---|---|
| TUSHBABY, INC.,<br>      Plaintiff,<br>v.<br>BABY-CARRIER, a Foreign Corporation,<br>      Defendant. | |
| TUSHBABY, INC.,<br>      Plaintiff,<br>v.<br>BogiWell Direct, a Foreign Corporation,<br>      Defendant. | |
| TUSHBABY, INC.,<br>      Plaintiff,<br>v.<br>Cogesu US, a Foreign Corporation,<br>      Defendant. | |
| TUSHBABY, INC.,<br>      Plaintiff,<br>v.<br>COZYONE SHOP, a Foreign Corporation,<br>      Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MARSHALL DORE LOUIS AND JAMES LEE AS ATTORNEYS OF RECORD FOR PLAINTIFF**

**THIS MATTER** comes before the Court on the motion of Marshall Dore Louis, Esq. and James W. Lee, Esq., from Boies Schiller Flexner LLP, to Withdraw as Attorneys of Record for Plaintiff. Having reviewed Plaintiff's Motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Marshall Dore Louis, Esq. and James W. Lee, Esq. shall be withdrawn as attorneys of record from this action. All other counsel of record on behalf of Plaintiff shall remain as counsel.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 2024.

                                      **HONORABLE DAVID S. LEIBOWITZ**
                                      **UNITED STATES DISTRICT JUDGE**

Copies to: All Counsel of Record