UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-23228

Consolidated Under Lead Case No. 1:24-cv-20941-DSL

TUSHBABY, INC.,

    Plaintiff,

v.

BOGIWELL DIRECT, a foreign corporation,

    Defendant.

## **PLAINTIFF'S NOTICE[1] OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Tushbaby, Inc., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), voluntarily dismisses this action against Defendant Bogiwell Direct without prejudice.

Dated: September 19, 2024

    Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel. (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*

---

[1] Plaintiff previously filed this notice in Case No. 24-cv-23228 and is refiling it in the lead case.