UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

TUSHBABY, INC.,

*Plaintiff,*

v.

BOGIWELL DIRECT,

*Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Bogiwell Direct [ECF No. 45], filed on September 19, 2024.  Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice* as to Defendant Bogiwell Direct.

**DONE AND ORDERED** in the Southern District of Florida on September 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record