**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COZYONE SHOP, <br><br> Defendant. <br><br>——— <br><br> TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL, <br><br> Defendant. | **Lead Case No. 1:24-cv-20941** <br><br> **This document also relates to:** <br><br> **Case No. 1:24-cv-23231** <br><br> **Case No. 1:24-cv-23233** |

### DECLARATION OF ADRIAN PUNDERSON

I, Adrian Punderson, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. Since 2023, I have served as Brand Defense Strategist for ESCA Legal LLC ("ESCA"), attorneys of record for Plaintiff TUSHBABY, Inc., where my responsibilities focus on investigation management, and development of brand enforcement programs for ESCA's clients. I am also the founder and CEO of Artifice Global LLC, a consulting firm specifically focused on anti- counterfeiting, product diversion, and illicit trade.

3. I have well over a decade of experience as a brand and content protection specialist.

Before founding Artifice Global LLC, I served as VP of Global Brand Protection & Trade Channel Compliance for Juul Labs, Inc., where I created and led its global anti-counterfeiting/diversion program, managing a team of over 100 investigators worldwide to target counterfeit, diverted, and infringing JUUL-compatible products, and conducting thousands of investigations. Prior to that, I served as Managing Director of Pricewaterhouse Coopers' Global Intellectual Property Protection Practice, where I launched its IP protection practice and worked with numerous clients' brand protection departments to assist in running their investigations. In this role I also established a Global Buy Program, to purchase and investigate suspected counterfeit goods from online retailers. Prior to that, I acted as Manager of Investigations for Apple, Inc., developing investigations and intelligence. I also served as Vice President of Global Brand Enforcement for Oakley, Inc., where I led and oversaw numerous multi-national investigations to identify and root out online sellers of counterfeits, removing hundreds of thousands of counterfeit products from the stream of commerce each year.

4. I submit this declaration in support of Plaintiff's Application for Entry of an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order.

**PLAINTIFF'S ENFORCEMENT EFFORTS**

5. As part of Plaintiff's brand enforcement efforts, I reviewed numerous online storefronts known to Plaintiff at the time, including on Amazon ("Amazon Storefronts"), and conducted numerous test purchases of knock-off TUSHBABY products.

6. Relevant here are two Amazon Storefronts implicated as the sellers of the infringing products: (i) CozyOne Shop ("CozyOne") and (ii) Momcozy Maternity Essential ("Momcozy").

7. In reviewing the inventory of these Amazon Storefronts, I determined that the knock-off TUSHBABY products were being sold well below the market price for genuine

TUSHBABY products, which is often associated with counterfeits and cheaply-made knock-offs.

8. To provide an example, on January 11, 2024, I made a test purchase from Amazon Storefront Momcozy, whose seller information listed the business name "shenzhenshisichuangtianchengdianzishangwuyouxiangongsi" and a suspect address purporting to be in China. The product was shipped from an Amazon Fulfillment Center on January 21 and received at my offices on January 23.

9. Upon inspecting the product, it appeared in structure to be nearly identical to a genuine TUSHBABY product, in that it features a shelf seat with a logo centered on a rounded front pouch, wraparound black straps, side zippered pockets, and mesh side pockets. In my experience, infringers typically manufacture products that are nearly identical to genuine products in order to trade off of the genuine product's goodwill.

10. On the packaging and the product itself were numerous markings providing addresses, phone numbers, and an email address. This included:

   a. A packaging label stating "Manufacturer: Hong Kong Lute Technology Co, Limited," listing a suspect address purporting to be in China and the following email address: support@momcozy.com.

   b. A packaging label stating "Importer: PACIFIC FORTUNE MANAGEMENT INC," along with a suspect address purporting to be in Arcadia, CA.

   c. A product label stating "Manufacturer: Hong Kong Lute Technology Co., Limited," along with the same suspect address in China, and "Importer: PACIFIC FORTUNE MANAGEMENT INC," along with the same suspect address in Arcadia, CA.

   d. A user manual listing "Manufacturer: Hong Kong Lute Technology Co.,

Limited," along with the same suspect address in China; "Importer: PACIFIC FORTUNE MANAGEMENT INC," along with the same suspect address in Arcadia, CA; and the following email address: "support@momcozy.com."

e. A packaging tag titled "PRODUCT REGISTRATION FOR SAFETY ALERT OR RECALL ONLY" which identified "CW GLOBAL LLC" for business reply mail, listing an address in Missouri City, TX, and provided, "To register your product, please complete and mail the bottom part of this card, or visit our online registration at: www.momcozy/com/registration."

f. A packaging tag titled "Manufacturer's Contact Information" which provided the same address in Missouri City, TX, along with the email address "support@momcozy.com" and the following URL: www.momcozy.com/contact-us.

11. In my experience as a brand protection specialist, those engaged in the advertisement, distribution, and sale of infringing knock-offs often go to great lengths to conceal their identity and whereabouts. For example, infringers often provide fictitious names and fictitious addresses, which may continue to change, particularly after receiving notice of a lawsuit. However, they are far more likely to provide valid email addresses, given that a valid email address is required to conduct e-commerce and process payments online.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2024, in San Clemente, California.

Adrian Punderson