# Exhibit 1


















## 3 Steps to Wear the Hip Seat Carrier






## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 11.8 x 8.9 x 6.3 inches |
| Item model number | HC001 |
| Maximum weight recommendation | 45 Pounds |
| Material Type | Polyester |
| Material Composition | 100%Polyester |
| Care instructions | Machine Wash |
| Batteries required | No |
| Orientation | Front,Back,Hip |
| Item Weight | 1.87 pounds |

### Additional Information

| | |
|---|---|
| ASIN | B0CL9W3JK8 |
| Customer Reviews | 4.6 ★★★★☆  872 ratings |
| | 4.6 out of 5 stars |
| Best Sellers Rank | #1,106 in Baby (See Top 100 in Baby) |
| | #6 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ▾

## Compare with similar items

| | This Item | Recommendations | | | | |
|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |
| | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protector, | AGUDAN Baby Hip Carrier - Ergonomic Toddler Side Carrier, Hip Holder Carrier with | Baby Hip Carrier, GROWNSY Supportive Hip Carrier with Safety Belt for Baby Toddler | Baby Carrier, MOMTORY Safety-Certified 6-in-1 Baby Carrier Newborn to Toddler, Adjustabl | Ji Cole Sola Toddler Sling Carrier - Adjustable Toddler Carrier and Baby Sling - baby | Momcozy Baby Carrier Newborn to Toddler - Ergonomic, Cozy and Lightweight Infant Carrier |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | -11% $49.99 List: $55.99 | $36.99 | $45.99 | $49.99 | $32.99 | -14% $59.99 List: $69.99 |
| Delivery | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 |
| Customer Ratings | 4.6 ★★★★★ 672 | 4.4 ★★★★★ 185 | 4.5 ★★★★★ 418 | 4.5 ★★★★★ 214 | 4.2 ★★★★☆ 153 | 4.4 ★★★★★ 1,435 |
| Sold By | Momcozy Maternity Essential | Agudan Global | YR Union | YOUMAN | Amazon.com | Momcozy Official Store |
| Material | Polyester | Cotton | Polyester | Cotton, Polyester | Polyester | Cotton |
| Max. Recommended Weight | 45 pounds | 44 pounds | 50 pounds | 50 pounds | 45 pounds | 44 pounds |
| Min Recommended Weight | 0 pounds | 7 pounds | 8 pounds | 7 pounds | 0 pounds | 7 pounds |
| Closure Type | Buckle | Buckle | Buckle | Buckle | Buckle | Buckle |
| Strap Type | no strap | Shoulder Strap | Waistband | Adjustable shoulder strap | Adjustable Strap | Cross |
| Orientation | Front,Back,Hip | Front | Front | Front/Back | Hip | Front |

## Videos

Page 1 of 3

### Videos for this product

    

| 1:31 | | 1:14 | | 1:37 | | 1:37 | | |
|---|---|---|---|---|---|---|---|---|
| What are the benefits of this hip carrier? | Why THIS is the BEST Hip Carrier Solution | Review and Demo of the Hip Seat Carrier From Momcozy | Honest Review and Demo of Hip Seat Carrier! | Spacious Pocket |
| Laura | Real Mama Real Reviews | Bridget | Mom of Three Reviews | Britney Jacobs | Jacqueline |

Upload your video

## Products related to this item

Sponsored

     

| Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carrier, Adjustable Wais... | FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip... | Momcozy Baby Carrier Newborn to Toddler - Ergonomic, Cozy and Lightweight Infant Ca... | Baby Hip Carrier Doctor Recommended,Hip Carrier for Baby All Body Types,Baby Waist... | LANDICI Baby Hip Carrier, Toddler Hip Carrier with Adjustable Waistband & Breathabl... | Hip Seat Baby Carrier - Mom's Choice Award Winner, US Patented, Ergonomic Design wi... |
| ★★★★★ 4,800 | ★★★★★ 441 | ★★★★★ 209 | ★★★★★ 1,422 | ★★★★★ 93 | ★★★★★ 27 | ★★★★★ 10 |
| $62.49 | $44.99 | $57.37 | $49.99 | $12.497 | $29.99 | $72.99 |



Sponsored ⓘ

### Similar brands on Amazon

Page 1 of 2

LILLEbaby 5-in-1 Ergonomic CarryOn Airflow - Toddler Carrier - with Lumbar...
★★★★☆ 597
$109.99 List $149.99

Momcozy Baby Wrap Carrier, Easy to Wear Infant Carrier Slings, Lightweight Hands...
★★★★★ 7,021
43% off  Limited time deal
$26.39 List $45.99

Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with...
★★★★☆ 419
$34.99

### Looking for specific info?

🔍 Search in reviews, Q&A...

### Customer reviews

★★★★☆ 4.6 out of 5
672 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 9% |
| 3 star | 6% |
| 2 star | 4% |
| 1 star | 5% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customers say

Customers like the back support, storage capacity, and sturdiness of the baby carrier. They mention it provides most of the support, has tons of convenient pockets, and is sturdy without being bulky. Some also say it works great and is worth the price. However, some customers differ on the comfort and size.

AI-generated from the text of customer reviews

Select to learn more

✓ Comfort  ✓ Back support  ✓ Sturdiness  ✓ Storage capacity  ✓ Value for money
✓ Ease of use  ✓ Works well  ✓ Size

### Reviews with images

See all photos ›

### Top reviews from the United States

Francesca Recart-Navarro
★★★★★ Feels and carries great
Reviewed in the United States on August 12, 2024
Color: Leopard  Size: Large  Verified Purchase
I love that it fits perfectly and truly has a lot of back support. Love that it has enough storage for my keys, sunglasses and my baby's bottle on the side. It is very sturdy and I don't have to worry about it coming undone because of the safety thing on the buckle. I wish it would have come in black but leopard is cute also

2 people found this helpful

[ Helpful ]  Report

Stacia Schuster
★★★★★ Obsessed- this is the BEST!!
Reviewed in the United States on August 1, 2024
Color: Grey  Size: Medium  Verified Purchase
Can you give more than 5 stars?!?

If you have a baby/child that wants to be held all the time, this is the product for you! My now six month old has never liked a carrier, but wants to be held all the time. My neck and upper body were getting SO tired and achy... I was desperate for something to help me!!

Before a trip to the beach, I knew I needed something and I ordered this Momcozy product hoping it would work for us and it has been a life changer! My daughter loves it and it helps to distribute the weight throughout your low back and hips vs upper back. It is so easy to use, has tons of convenient pockets and I literally take it everywhere.

The product itself is well made and very durable. I get questions and compliments Everytime I use it; so basically, every day. Highly recommend!



6 people found this helpful

[ Helpful ]  Report

kimberly
★★★★★ Amazing carrier
Reviewed in the United States on July 17, 2024
Color: Black  Size: Medium  Verified Purchase
Words cannot describe how much I love this carrier. It's so easy to put on and adjust. My son is a Velcro baby and wants to be carried 24/7. He's 25lbs so simply holding him is very tiring. I put this on and place him on the seat and he loves it. It distributes the weight very well and I feel comfortable while wearing it. It gives good back support and I appreciate all of the pockets it comes with. Overall I absolutely recommend this.

3 people found this helpful

[ Helpful ]  Report

Samantha Norris
★★★★★ Love this. Half the price of tush baby
Reviewed in the United States on August 19, 2024
Color: Starry Sky  Size: Large  Verified Purchase
Performs well, perfect size, very sturdy, looks and feels amazing, baby feels safe and parents feel safe. It's adjustable- my husband uses it more than I do but is a quick pull of the strap to adhere to him and me.

2 people found this helpful

[ Helpful ]  Report

TH
★★★★☆ Can't say enough good things!
Reviewed in the United States on June 14, 2024
Color: Grey  Size: Medium  Verified Purchase
I have looked at these for months and finally committed. Such a great value for the money! I compared it to the name brand one owned by a friend and they're pretty much identical. It is super easy to put on by yourself which was important to me as some baby carriers I don't feel like I can securely put them on by myself. I have a 24 pound 16 month old and it supported them great. I did have to adjust the tightness once after wearing it for about 2 hours but it wasn't a huge deal at all It seems very safe/secure as it has velcro, a clip, and the clip locks as well! I love the pockets and love that I don't have to carry a diaper bag



your clothes if worn outside for extended time. It also isn't the easiest or smallest to fold up for storage but we manage. Overall I'd totally buy again and think it'll get a lot of use!

8 people found this helpful

Helpful    Report

**Ruben**

★★★★★ **Great for summer**
Reviewed in the United States on June 24, 2024
Color: Starry Sky   Size: Medium   Verified Purchase

Baby carriers are great don't get me wrong. But after a good while your back hurts and shoulders etc. It's versatile for the summer, winter, spring, fall you name it. Appearance wise it's very nice looking and I've gotten questions from other moms where did I find it. It's also very very good quality and super strong without being bulky. This product is perfect for c-section moms because it gives support around the belly area and if you had an epidural it's great for back support. Not to mention tons of pockets ! Phone, wallet, diapers wipes etc. I take it to the stores , malls, food courts . No one wants luge a heavy stroller in the middle of summer. Overall performance is great and definitely reccomend .

3 people found this helpful

Helpful    Report

**katie fournier**

★★★★★ **Saved My Back!**
Reviewed in the United States on September 13, 2024
Color: Grey   Size: Medium   Verified Purchase

I never write product reviews but this hip carrier saved my back. I'm not a mom, but I am a kindergarten teacher and I use this in my classroom when my kids fall asleep or just need to be held. After 2 herniated discs my back is so supported and even though my kids are 5, I can teach with one hand for over an hour with a kid on my hip. The kids are comfortable and so am I. The pockets are great for bandaids and markers.

Helpful    Report

**Maria A**

★★★☆☆ **Budget version**
Reviewed in the United States on August 25, 2024
Color: Grey   Size: Medium   Verified Purchase

I really wanted to like this carrier, but it just wasn't comfortable. Main issue I had was that it was impossible to get it comfortably synched tight at the waist. Overall construction was functional but not much more. I ended up returning the carrier and purchasing the pricier brand, which looked identical to this carrier online but was much higher quality in person.

2 people found this helpful

Helpful    Report

See more reviews ›

## Products related to this item

Sponsored

Page 1 of 35



| TushBaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carrier, Adjustable Wais... | FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip... | Joresty Baby Hip Carrier, Hip Baby Carrier,Toddler Hip Carrier, Fanny Pack Baby Car... | SUNVENO Baby Carrier, Ergonomic Baby Hip Seat Waist Stool CPC-Certified Infant Car... | Ergobaby Ergonomic Baby Carrier Hip Seat with Storage, Comfortable Wide... | Momcozy Baby Carrier Newborn to Toddler - Ergonomic, Cozy and Lightweight Infant Ca... |
|---|---|---|---|---|---|---|
| ★★★★★ 4,808 | ★★★★★ 441 | ★★★★★ 209 | ★★★★★ 1,087 | ★★★★★ 650 | ★★★★★ 18 | ★★★★★ 1,422 |
| $84⁹⁹ | $45⁹⁹ | $27¹⁷ | $32⁹⁹ | $39⁹⁹ | $79⁰⁰ | $64⁹⁹ |
| prime | Join Prime to buy this item at $35.99 | prime | prime | Join Prime to buy this item at $29.99 | prime | prime |
| Save 70% with coupon | prime | | | prime | | Save 16% with coupon |

Back to top



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States



# Healthy Baby
## Development

22% Widened seat design

encouraging M-shaped sitting for
optimal baby growth

22%↗

# Cozy Care for Caring Parents



**Widened EVA** belt to evenly distribute weight for back pain relief



**Original C-Section** Mom-Friendly design to provide abdominal support



Belly Protection



# Momcozy's Awards















# Spacious Pockets for Easy Trips


Wipes



Pacifier


Toy


Wallet


Diapers

Large Storage Pocket

Side Zipper Pocket

Phone Pocket



Bottle Holder

Front Pocket

# Fit For Both Mom and Dad Sizes



L: 53.8inch

M: 45.8inch

| Size | Fit Waist Range |
|---|---|
| Regular (M) | 27inch -45inch |
| Plus (L) | 40inch -55inch |

Waist: Bend to one side to find the natural crease.
Straighen and measure at this point

# Why Choose Momcozy



Momcozy

Other

13cm

**Widened Belt**

5cm

Widened Belt Velcro for enhanced stability

Narrower Belt Velcro

**Belly Protection**

3D Abdominal Support
C-Section Mom-Friendly

NO Abdominal Support

**Lumbar Support**

Widened EVA Belt
Exceptional Lumbar Support

Regular Belt



Hip Carry Position



Forward-Facing Position

**4 Carrying Positions**



Cradle/Feeding Position



Face-to-face position

# Fashion-Forward Moms
# Pick Your Perfect Color





Momcozy's Awards













## CozyOne Shop

Visit the CozyOne Shop storefront

★★★★★ | **96% positive** in the last 12 months (23 ratings)

Mom's Choice Award Winner - Co...
$45.99

**Add to Cart**

### About Seller

CozyOne Shop is committed to providing each customer with the highest standard of customer service.

Have a question for CozyOne Shop?

**Ask a question**

### Reviews

★★★★★ 4.8 out of 5
23 ratings

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ˅

23 total ratings, 23 with feedback for 12 months ⓘ

★★★★★ "I have a six month old grandchild. I ordered this for myself so I could walk around the yard with dogs. I got it yesterday and I tried it out immediately and it..."
Read more
By Debbie on September 11, 2024.

★★★★★ "On time and as described!"
By Valerie on August 14, 2024.

★★★★★ "Perfect for my needs, love the storage"
By Chelsea Wooten on August 8, 2024.

★★★★★ "My daughter will love this"
By Lisa genuway on June 22, 2024.

★★★★★ "I love that they have an extender so my beautiful plus size mamas can use this product too"
By Rissa on May 17, 2024.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** daliankaoliteshangwuxinxiyouxiangongsi
**Business Address:**
沙河口区
西安路街道至诚社区至诚街4号1单元3层2号
大连市
辽宁
116021
CN

**Shipping Policies** ˅

**Other Policies** ˅

**Help** ˅

### Products

See all products currently offered by the seller.

Leave seller feedback

### Customers who viewed items in your browsing history also viewed

Page 1 of 6










Baby Carrier with Hip Seat, Baby Carrier Newborn to Toddler, 6-in-1 Ways to Carry, All Seasons, Adjustable Ba...
★★★★☆ 482
7K+ viewed in past month

Baby Hip Carrier Baby Sling with Adjustable Waistband & Breathable Mesh, Ergonomic Front...
★★★★☆ 45
1K+ viewed in past month
$33.99

Baby Hip Carrier-Hip Carrier for Baby, Ergonomic Baby Carrier...
★★★★★ 90
1K+ viewed in past month
Amazon's Choice in Baby & Toddler Carriers

Born2Well Baby Hip Carrier - Ergonomic Hip Carrier for Baby for Comfortable...
★★★★☆ 28
800+ viewed in past month
$32.98

Baby Hip Seat Carrier Baby Waist Stool for Child Infant Toddler with Adjustable Strap Buckle...
★★★★☆ 2,417
1K+ viewed in past month
$36.99

Baby Carrier, MOMTORY Hip Seat Carrier with Adjustable Strap & Various Pockets, Ergonomic Baby Hip Se...
★★★★☆ 235
$39.99

besrey Baby Hip Carrier, Hip Baby Carrier,Toddler Hip Carrier, Fanny Pack Baby Carrier Hip Seat,...
★★★★☆ 1,087
2K+ viewed in past month
$32.99

ANGELBB Baby Infant Hip Seat Carrier with Pockets Lightweight Toddler Waist Stool Seat Belt...
★★★★☆ 632
300+ viewed in past month
$29.99







Seasons, Adjustable Ba...

★★★★☆ 482

7K+ viewed in past month

$49.99 ($49.99/Count)

Amazon's Choice in Baby
& Toddler Carriers

★★★★★ 43

1K+ viewed in past month

$33.99 ($33.99/Count)

Get it as soon as Wednesday,
Sep 25

FREE Shipping on orders over
$35 shipped by Amazon
Only 14 left in stock - order...

★★★★☆ 28

800+ viewed in past month

$32.98 ($32.98/Count)

Get it as soon as Wednesday,
Sep 25

FREE Shipping on orders over
$35 shipped by Amazon

★★★★☆ 2,417

1K+ viewed in past month

$56.99 ($56.99/Count)

Get it as soon as Wednesday,
Sep 25

FREE Shipping by Amazon

Ergonomic Baby Hip Se...

★★★★☆ 235

$39.99

Get it as soon as Wednesday,
Sep 25

FREE Shipping by Amazon
Only 1 left in stock - Amazon...

✓ Climate Pledge Friendly

★★★★☆ 49

900+ viewed in past month

$24.99

Get it as soon as Wednesday,
Sep 25

FREE Shipping on orders over
$35 shipped by Amazon

★★★★☆ 91

700+ viewed in past month

$34.97 ($34.97/Count)

Get it as soon as Wednesday,
Sep 25

FREE Shipping on orders over
$35 shipped by Amazon

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help

amazon

English

United States

| Amazon Music
Stream millions
of songs | Amazon Ads
Reach
customers
wherever
they
spend their
time | 6pm
Score deals
on fashion brands | AbeBooks
Books, art
& collectibles | ACX
Audiobook
Publishing
Made Easy | Sell on Amazon
Start a Selling
Account | Veeqo
Shipping
Software
Inventory
Management |
| Amazon Business
Everything For
Your Business | Amazon
Fresh
Groceries &
More
Right To Your
Door | AmazonGlobal
Ship Orders
Internationally | Home Services
Experienced Pros
Happiness
Guarantee | Amazon Web
Services
Scalable Cloud
Computing
Services | Audible
Listen to Books &
Original
Audio
Performances | Box Office Mojo
Find Movie
Box Office Data |
| Goodreads
Book reviews
&
recommendations | IMDb
Movies, TV
& Celebrities | IMDbPro
Get Info Entertainment
Professionals Need | Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy | Amazon Photos
Unlimited
Photo Storage
Free With
Prime | Prime Video
Direct
Video
Distribution
Made Easy | Shopbop
Designer
Fashion Brands |
| Amazon Resale
Great Deals on
Quality Used
Products | Whole Foods
Market
America's
Healthiest
Grocery Store | Woot!
Deals and
Shenanigans | Zappos
Shoes &
Clothing | Ring
Smart Home
Security
Systems | eero WiFi
Stream 4K Video
in Every Room | Blink
Smart Security
For Every Home |
| Neighbors
App
Real-Time
Crime
& Safety
Alerts | Amazon Subscription
Boxes
Top subscription boxes –
right to your door | PillPack
Pharmacy
Simplified | Amazon
Renewed
Like-new
products
you can trust | | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carrier, Adjustable Waistband with Abdominal Support Design & Various Pockets for Newborns & Toddlers 8-44 lbs Carrier (Black)

Visit the CozyOne Store

4.5 ★★★★☆ 441 ratings | Search this page

100+ bought in past month

$45⁹⁹ ($45.99 / Count)

FREE Returns ⌄

Join Prime to buy this item at $39.99

Coupon: ☐ Apply 10% coupon Shop items › | Terms

Get $10 off instantly: Pay $35.99 $45.99 upon approval for the Amazon Store Card. No annual fee.

Color: Black

| | | | |
|---|---|---|---|
| $49.99 ($45.99 / Count) | $57.99 ($57.99 / Count) | $57.99 | $45.99 |
| $135.00 | $57.99 ($57.99 / Count) | | |

| Color | Black |
|---|---|
| Material | Polyester |
| Brand | CozyOne |
| Strap Type | Adjustable Strap |
| Product Care Instructions | Machine Wash |

### About this item

- EFFORTLESS ON, OFF, AND ALL AROUND: With user-friendly buckles and intuitive design, CozyOne Hip Seat Carrier makes getting your baby in and out a breeze, even when you're on the go. The simple one-hand operation allows for easy adjustments and quick transitions, giving you the flexibility to adapt to your baby's needs without missing a beat.

- ORGANIZED AND ACCESSIBLE STORAGE POCKETS: CozyOne's hip seat carrier doubles as a diaper bag with multiple storage compartments. Keep diapers and wipes in the hidden storage beneath the seat, access essentials like keys and phones in the side pockets, and store a bottle in the designated holder. Attach toys and sanitizer to the handy loops, and easily fold the carrier for effortless transport.

- ENDORSED BY EXPERTS FOR BABIES AND PARENTS ALIKE: Pediatricians recommend CozyOne's ergonomic seat for its M-position design, promoting healthy hip development for babies. Chiropractors approve our carrier for its unique design, which helps alleviate back pain and spine curvature for adults.

- ADAPTABLE AND LONG-LASTING: CozyOne grows with your little one! Our hip seat carrier is suitable for newborns up to 3-year-old toddlers (or 44 lbs). Choose from four versatile carrying positions: nursing, side carrying, front facing, and face-to-face bonding time.

- BACK PAIN RELIEF FOR CAREGIVERS: CozyOne Hip Seat Carrier is thoughtfully designed to distribute your baby's weight evenly across your hips and waist, taking the pressure off your back and shoulders. Say goodbye to backache and discomfort – our carrier provides the support you need for long-lasting comfort during extended outings or daily tasks.

- BREATHABLE AND SKIN-FRIENDLY MATERIALS: Made from premium, soft-touch fabric, CozyOne's carrier is gentle on your baby's delicate skin, while the breathable mesh keeps both you and your baby cool and comfortable during warmer weather or extended outings.

- SAFETY-FIRST DESIGN WITH NON-SLIP SEAT: CozyOne Hip Seat Carrier prioritizes your baby's safety with a non-slip seat surface and secure buckles, giving you peace of mind knowing your little one is safe and snug in our carrier. We're committed to providing the highest level of safety for your precious cargo!

⌄ Show more

⊡ Report an issue with this product or seller



Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protector, Ergonomic Carrier with Various Pockets for...

★★★★☆ 672 | $49.99 ✓prime

Shop now ›

Sponsored ⓘ

### Frequently bought together

Total price: $77.95

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

This item: Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carrier, Adjustable... $45⁹⁹ ($45.99/Count)

Gaiatop Mini Portable Stroller Fan, Battery Operated Small Clip on Fan, Detachable 3 Speed... $16⁹⁹

NoseFrida Nasal Aspirator (Same Day Shipping) $14⁹⁷ ($14.97/Count)

### 4 stars and above

Sponsored ⓘ

Page 1 of 38

     



Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★☆ 4,808
$84⁹⁹ ($84.99/Count)
✓prime
Save 10% with coupon

Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect...
★★★★☆ 672
$49⁹⁹ ($49.99/Count)
✓prime
Save $10.00 with coupon

FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip...
★★★★☆ 209
$27³⁷ ($27.37/Count)
✓prime

Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pocket...
★★★★☆ 418
$34⁹⁹ ($34.99/Count)
✓prime
Save 20% with coupon
🌿 Climate Pledge Friendly

Baby Carrier, KIDIRA Toddler Sling with Adjustable Padded Shoulder Strap,...
★★★★☆ 153
$34⁹⁸ ($34.98/Count)
✓prime
Save $6.00 with coupon

SUNVENO Baby Carrier, Ergonomic Baby Hip Seat Waist Stool CPC-Certified Infant Carr...
★★★★☆ 650
$39⁹⁹ ($39.99/Count)
Join Prime to buy this item at $29.99
✓prime

Baby Sling Carrier Newborn to Toddler, Adjustable Baby Wrap Sling, Baby Wrap Sli...
★★★★☆ 2,455
$35⁹⁹ ($35.99/Count)
✓prime
Save 15% with coupon

## From the brand



**All Seasons, All Occasions!**
The Cozyone is adjustable and breathable, so you can use it in any season and for any occasion. Easy on, easy off.

As parents, we understand the joy and magic of holding your little one close. We also know the enormous responsibility of keeping them safe and nurturing their growth. That is why at CozyOne, your child's wellbeing is at the heart of all we do.

Since our launch in 2013 by a team of parents, we have cherished the role of being a trusted partner to parents worldwide. Over the years, we have helped countless families make lasting memories.

**CozyOne Got Your Back**
It's designed to keep your baby's hips in the M position. It also reduces spine curvature for you, so you can carry comfortably.

**The Must-Have fo**
Designed to engage you learning experiences, fr first year and beyond.

## Product Description

**CozyOne Hip Seat Carrier Is Loaded With Features**



CozyOne Hip Carrier
Proud Winner of the
**Mom's Choice Award**
2023

The top-tier hip seat carrier for all-around comfort and versatility

CPC Verified
HUAK TESTING Tested 2022

Supports
7 - 44 LBs

Ergonomic
Design

Machine
Washable

Save Your
Back

Breathable
Material

**The difference is in the details**
With options for every age, CozyOne promotes comfort and development from early days through childhood. Stay connected as your little one grows!



# Maximize Efficiency, Elevate Comfort

Large Storage Pocket

Mesh Pocket

Two Way Zippers

Anti-Slip Fibric Patch

Premium Velcro

Memory Foam Lined Seat

Lumbar Support

Side Zipper Pocket

Bottle Holder

Loop

for Toys

| Front Pocket | Multiple Side Storage Pockets | Key Hook | Front Pockets |

The versatile CozyOne carrier doubles as a diaper bag, with multiple storage options to keep essentials close. Stash diapers, wipes, and creams in the spacious compartment beneath the seat. The side pockets provide quick access to your phone, keys, wallet and pacifiers. When it's time to go, simply fold up the lightweight carrier.

**Approved by U.S. safety standards**



Acknowledged As Hip-health Product

Meets ASTM F2236 Safety Standard

We take a rigorous, no-compromises approach to testing and quality control. Our carrier meets and surpasses all industry safety regulations, including ASTM F2236 and CPCS standards.

**Invest in moments that matter**



*Safely explore, play, nap without the strain!*

### Your go-to travel gear

| Foldable | Less than 1 LB | 1 minute wear | 5 carry positions | Breathable materials | Massive Storage |

Stroll new city streets while your baby gazes out curiously from the cozy seat. Trek through the airport terminal knowing baby's necessities are within reach. Feeling the warmth and rhythm of your movements reassures them when exploring new places.



## Simplify Motherhood & Master Home Life





### Simplify motherhood and master home life with the CozyOne Hip Seat Carrier

The carrier's adjustable, comfortable fit makes it easy to move about and stay active with baby right by your side. It allows you to multitask with ease and find the perfect balance between work and quality bonding. Keep your baby, home and self cared for!

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 6.89 x 9.84 x 8.27 inches |
| Item model number | JP0981 |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 44 Pounds |
| Material Type | Polyester |
| Care Instructions | Machine Wash |
| Additional product features | Ergonomical Bench Design |
| Batteries required | No |
| Orientation | ['Front', 'Back'] |
| Item Weight | 1.32 pounds |

### Additional Information

| | |
|---|---|
| ASIN | B0C5SWDT1X |
| Customer Reviews | 4.5 ★★★★☆ ∨   441 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #7,325 in Baby (See Top 100 in Baby)<br>#44 in Child Carrier Slings |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ∨

## Compare with similar items

| | This Item | Recommendations | | | |
|---|---|---|---|---|---|
| |  |  |  |  | |
| | Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carrier, Adjustable Waistband with... | Infantino Flip Advanced 4-in-1 Carrier - Ergonomic, Convertible, face-in and face-Out Front and Back Carry for... | Infantino Flip 4-in-1 Carrier - Ergonomic for Newborns and Older Babies 8-32 lbs | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen on Shark Tank,... | Shiaon Baby Sling Carrier Newborn to Toddler, Lightweight Baby Carrier Sling, Baby Wrap Sling, Baby Hip Sea... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | $45.99 | -6% $30.99<br>List: $32.99 | -21% $29.99<br>List: $37.99 | $84.99 | ~12% $35.99<br>List: $40.99 |
| **Price Per Unit** | $45.99 / Count | $30.99 / Count | $29.99 / Count | — | $35.99 / Count |
| **Delivery** | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 |
| **Customer Ratings** | 4.5 ★★★★☆ 441 | 4.6 ★★★★☆ 71,879 | 4.6 ★★★★☆ 71,879 | 4.7 ★★★★☆ 4,809 | 4.2 ★★★★☆ 2,456 |
| **Sold By** | CozyOne Shop | Amazon.com | Amazon.com | TushBaby, Inc. | Shiaon |
| **Material** | Polyester | Plastic | Cotton | Polyester, Nylon | Cotton Blend |
| **Max. Recommended Weight** | 44 pounds | 32 pounds | 32 pounds | 45 pounds | 45 pounds |
| **Min Recommended Weight** | 7 pounds | 8 pounds | 8 pounds | 8 pounds | 7 pounds |
| **Closure Type** | Buckle | Buckle | Buckle | Buckle | Buckle |
| **Strap Type** | Adjustable Strap | Adjustable Strap, Shoulder Strap | Adjustable Straps | Waist Strap | Shoulder Strap |
| **Orientation** | ['Front', 'Back'] | Back, Front | Front, Back | Front, Hip | Hip |

## Videos

Page 1 of 2

### Videos for this product

    

| 0:50 | Watch this before you buy! — Sarah |
| 1:08 | Baby hip seat — Shelby |
| 0:25 | Honest review - tactical baby carrier — NicoleBaldassar2023 |
| 0:59 | CozyOne Baby Hip Carrier - Mom's Choice Award Winner — CozyOne Shop |
| | The Hip Seat Carrier by... — CozyOne Shop |

Upload your video

## Products related to this item

Page 1 of 20

Sponsored

      



## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2



Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with...
★★★★☆ 418
$34.99



Boba Bliss Hybrid Baby Carrier Newborn to Toddler - 2-in-1 Baby Wrap & Baby Carri...
★★★★★ 1,572
$69.99

Baby Carrier, KIDIRA 6-in-1 Ergonomic Baby Carrier Newborn to Toddler for 7-...
★★★★☆ 124
$49.99 List: $55.99

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★☆ 4.5 out of 5

441 global ratings

| | |
|---|---|
| 5 star | 73% |
| 4 star | 16% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 3% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review



BUY 4 SAVE $10
*terms and conditions apply
Shop Now

Sponsored ⓘ

## Customers say

Customers like the comfort, functionality, and ease of use of the baby carrier. They mention it's more comfortable, works great, and offers unparalleled convenience. Some appreciate the weight distribution and value for money. However, some customers disagree on the fit.

AI-generated from the text of customer reviews

Select to learn more

✓ Comfort   ✓ Functionality   ✓ Ease of use   ✓ Back support   ✓ Pockets
✓ Weight distribution   ✓ Value for money   Fit

### Reviews with images

See all photos ›

‹     ›

Top reviews ⌄

### Top reviews from the United States

 Calla

★★★★★ Love it!!!!

Reviewed in the United States on August 1, 2024

Color: Black   Verified Purchase

I wish I had bought this sooner! The fit has been great for me. I am 5'6" and about 130 lbs. I will say I don't think it would fit someone much smaller. I have it tightened about as much as it will go. I love all of the pockets for storing my phone, keys, wallet, and snacks for my son. It has been plenty comfortable to wear and provides great support for holding my little one on shopping trips and such. A must have for a clingy little one!

One person found this helpful

Helpful   |   Report

dbryan00

★★★★★ A Game-Changer for Busy Parents!

Reviewed in the United States on October 10, 2023

Color: Grey   Verified Purchase

- Unparalleled convenience: Keeps my 20-pound baby close while freeing up one hand.
- Superior design and craftsmanship: High-quality materials ensure durability and comfort.
- Ergonomic and comfortable: Soft padding supports baby's hips and back naturally.

- Reliable safety features: Strong buckle and secure fastening mechanism for peace of mind.
- Easy to clean: Wipeable fabric and machine washable for hassle-free maintenance.

The Baby Hip Carrier has been an absolute game-changer for me as a busy parent. It offers unparalleled convenience by keeping my baby close while allowing me to have one hand free. design and craftsmanship are exceptional. The soft padding ensures that my baby's hips and back are well-supported in a natural position. Even during extended carrying sessions, the weight distribution is great and reduces strain on my body. Safety is a top priority, and this carrier delivers with its strong buckle and secure fastening mechanism. Cleaning is a breeze with its wipeable fabric and machine washable feature. I wholeheartedly recommend the Baby Hip Carrier to all busy parents

5 people found this helpful

Helpful | Report

Jill N.

★★★★☆ Pretty good
Reviewed in the United States on July 4, 2024
Color: Black   Verified Purchase

This baby support was so needed and I am glad I ordered it as it has worked fine. I didn't need all the pockets and extras, just needed to help with carrying baby. It certainly does that, maybe a little difficult to get tight enough and not have one side slide down a bit. It does get a little warm wearing for extended periods, but that is not any fault of design, just what it is. The Velcro sizing could be a little bigger, but with the adjustable clip it works pretty well.

Helpful | Report

Matt Owens

★★★★★ Amazing
Reviewed in the United States on August 14, 2024
Color: Black   Verified Purchase

This is the best purchase. It's comfortable as long as you wear it high up and tight, baby girl LOVES it, it's so convenient. Must have.

Helpful | Report

vanessa

★★★★★ BUY IT
Reviewed in the United States on July 25, 2024
Color: Black   Verified Purchase

I was so excited to get this in the mail because I have had to arch my back in order to keep my baby upright and this has been a lifesaver for my back. I do not regret buying this. It is amazing. It is such a relief I can finally pick up my baby and not dread it because I don't have the pain anymore. He's chilling. He's happy. I absolutely love it

Helpful | Report

Kindle Customer

★★★★★ Worth every penny
Reviewed in the United States on February 29, 2024
Color: Black   Verified Purchase

Both my husband and I have used this literally every day and it has been a lifesaver. Velcro is still very sticky, fabric has not stretched, nor stitching come loose after months of daily use with a squirmy, taller and heavier than average baby. Storage options on it are very useful and is comfortable for me to wear. Baby hates being confined by traditional baby wearing carriers so this has been a great solution for us that is half the cost of the tush baby carrier. One obvious con is that it's not a hands free carrier so doing other tasks isn't realistic unless you can do it with one free hand. Another con is that it's not as adjustable and tight fitting if you have a smaller frame. I have a 28-29 waist/weigh 155lbs and it has just enough Velcro for me to strap securely but is cutting it close to being too large for me to strap tightly so if you're smaller than that, this one might not work for you. Other than that, this has been one of our most utilized baby items. Strongly recommend it!



**Large Storage Pocket**

**Mesh Pocket**

**Two Way Zippers**

**Side Zipper Pocket**

CozyOne

**Bottle Holder**

**Loop for Toys**

**Front Pocket**

**Anti-Slip Fibric Patch**

**Premium Velcro**

**Lumbar Surport**

**Multiple Side Storage Pockets**

**Key Hook**

## Perfect for Travel

☑ Lightweight and foldable design     ☑ Easy on and easy off

☑ Ergonomic support for long trips     ☑ Breathable materials

Acknowledged As
Hip-health Product

## Safety Verified

☑ CPC-Certified Materials

☑ Meets ASTM F2236 Safety Standard



**Before**



**After Wearing**



# Find the perfect fit (XS-XXL)

☑ **Waist belt: 31in to 65in (79cm to 165cm)**

☑ **Pressure-Relieving Cushioning**





## Product Description



| Why You Need Us | Why Baby Needs Us | Why Choose Us |

# Solve The Troubles During Childcare

90% of new parents experience lumbar spine problems due to the physical demands of childcare

**Lower Back Pain**

**Shoulder and Neck Strain**

**Limited Mobility**

**Emotional Stress**



Guided M-Position Bench    12 Key Unique Updates    Extender Included

# Exclusive Design Behind Pandarling Bench

**Guided M-Position**
Ensures correct, long-lasting M-position

**AngleComfort Bench**
90° tilt for safer snuggles

**StayPut Bench**
Steady position, fewer adjustments

**Most Padded Seat**
20% more cushion for superior comfort





Ergonomic Stress Map        CPSC Certified

## 30% Less Pressure on Lower Abdomen

Our carrier's 12 improvements ensure even pressure distribution, reducing lower abdomen stress by 30%. Pressure tests show superior comfort compared to ordinary carriers when holding a 10 kg baby.

***Proud Winner of Mom's Choice Award 2023***

**Pandarling**
Optimized load distribution system evenly disperses pressure across contact points

**VS**

**Ordinary**
Conventional design results in pressure convergence on the lower abdominal region



1 Minute to Wear        Fit Range Chart





| 1 | 2 | 3 |
|---|---|---|
| Wrap the waist belt around your waist | Securely fasten the safety buckle on the waist belt. | As needed, rotate the hip seat bench to your front or side position. |

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 6.89 x 9.84 x 8.27 inches |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 44 Pounds |
| Material Type | Polyester |
| Material Composition | Polyester |
| Care instructions | Machine Wash |
| Additional product features | Mom's Choice Award Winner, Ergonomical Bench Design, With Adjustable Waist Belt Extension, Including extension bands |
| Batteries required | No |
| Orientation | Forward Facing, Backward Facing, Hip |
| Item Weight | 1.81 pounds |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B0D4QQW958 |
| Customer Reviews | 4.9 ★★★★★ ∨   10 ratings<br>4.9 out of 5 stars |
| Best Sellers Rank | #69,880 in Baby (See Top 100 in Baby)<br>#235 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ∨

## Compare with similar items

| | This Item | Recommendations | | | |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| | Pandarling - Hip Seat Baby Carrier - Mom's Choice Award Winner, US Patented, Ergonomic Design with... | Pandarling - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjustable Waistband &... | Baby Hip Carrier Baby Sling with Adjustable Waistband & Breathable Mesh, Ergonomic Front Carrier with... | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen on Shark Tank,... | Baby Carrier with Hip Seat, Baby Carrier Newborn to Toddler, 6-in-1 Ways to Carry, All Seasons, Adjustabl... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $67⁹⁹ | $69⁹⁹ | $33⁹⁹ | $84⁹⁹ | $49⁹⁹ |
| Price Per Unit | $67.99 / Count | $69.99 / Count | $33.99 / Count | — | $49.99 / Count |
| Delivery | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 | Get it as soon as Wednesday, Sep 25 |
| Customer Ratings | 4.9 ★★★★★ 10 | 5.0 ★★★★★ 3 | 4.8 ★★★★★ 43 | 4.7 ★★★★½ 4,809 | 4.6 ★★★★½ 482 |
| Sold By | CozyOne Shop | CozyOne Shop | SPORTSIFY | TushBaby, Inc. | babyfamily |
| Material | Polyester | Polyester | Polyester | Polyester, Nylon | Polyester |
| Max. Recommended Weight | 44 pounds | 44 pounds | 44 pounds | 45 pounds | 66 pounds |
| Min Recommended Weight | 7 pounds | 7 pounds | 2 pounds | 8 pounds | 7 pounds |
| Closure Type | Buckle | Buckle | Buckle | Buckle | Buckle |
| Strap Type | Adjustable Strap | Adjustable Strap | Flat | Waist Strap | Adjustable Strap |
| Orientation | Forward Facing, Backward Facing, Hip | Hip | Hip | Front, Hip | Front |

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Products related to this item

Sponsored ⓘ



| Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect... | Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carrier, Adjustable Wais... | Baby Hip Carrier - CPC-Certified with Lumbar Support & Multiple Pockets, Adjustable... | Baby Hip Carrier, Toddler Carrier, Hip Carrier for Baby, Baby Carrier with Hip Seat... | Baby Hip Carrier - Newborns Toddlers Carrier Hip Seat Baby Carrier- Ergonomic... | Baby Carrier Wrap with Lumbar Support, Safety-Certified 6-in-1 Baby Carrier Newborn... |
|---|---|---|---|---|---|---|
| ★★★★☆ 4,809 | ★★★★☆ 672 | ★★★★☆ 441 | ★★★★☆ 209 | ★★★★★ 7 | ★★★★☆ 31 | |
| $84⁹⁹ | $49⁹⁹ | $45⁹⁹ ($45.99/Count) | $27³⁷ ($27.37/Count) | $47⁴⁹ | $34⁹⁹ ($34.99/Count) | $69⁹⁹ ($69.99/Count) |
| ✓prime | ✓prime | Join Prime to buy this item at $39.99 | ✓prime | ✓prime | ✓prime | ✓prime |
| Save 10% with coupon | Save $10.00 with coupon | ✓prime | | Save 5% with coupon | Save 5% with coupon | |

---

**Loop Quiet 2 Ear Plugs – Ultra-Comfy Reusable Noise-Reducing Earplugs for Sleep, Deep Focus,...**
★★★★☆ 1,136
$27⁹⁵ ✓prime

[ Shop now ]

Sponsored ⓘ

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★★ 4.9 out of 5
10 global ratings

| | |
|---|---|
| 5 star | 86% |
| 4 star | 14% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Once Upon a Farm Organic Baby Fruit &...
★★★★★ 21
♻ Climate Pledge Friendly

Sponsored ⓘ

### Reviews with images



See all photos ›

Top reviews ⌄

### Top reviews from the United States

**Saturnalia**
★★★★★ **A Must Have For Moms On The Go!!!**
Reviewed in the United States on July 4, 2024
Vine Customer Review of Free Product ( What's this? )

If you're struggling to think of the perfect gift for the busy Mom in your life look no further! This baby hip carrier is amazing for taking the weight of carrying a baby or toddler off your back and shoulders. I absolutely love that you can still be hands on and hold your child without the usual strain. I used this with a 22 pound 2 year old and the difference in carrying her around with the hip carrier was an instant upgrade. There's plenty of storage for both Mom's and baby's essentials. The belt is really secure and would fit most any body type. The seat is soft and comfortable but firm enough to safely hold your baby. Even after two hours at the zoo with a wiggly toddler this carrier never budged or slipped. She's at the stage where she enjoys walking for a bit and then she wants back up again and this hip carrier makes it so easy to let her down and pick her back up again. When we got near any area that was crowded I felt very safe having her right on my hip. We could engage face to face with each other the whole time which made it a much better bonding experience for both of us. I had a couple Moms come up to me at the zoo to check out the hip carrier because they were interested in getting one for themselves. Normally, after an excursion like that my back, arms and shoulders would be sore and worn out but I didn't have the usual aches and fatigue. This will be used practically every day. If I get invited to any baby showers I already know what they're getting. One of these amazing hip carriers. Five big stars!!!!!

Helpful | Report

**Grace Muniak**
★★★★★ **Absolutely Awesome and Helpful**
Reviewed in the United States on July 28, 2024
Vine Customer Review of Free Product ( What's this? )

This product is fantastic. I used it recently for 2 solo airport trips with my 22lb toddler. I hate bringing a stroller to the airport when it is just me (collapsing it, gate checking it, etc, all while wrangling a toddler) and this fully solved that issue for me.
My daughter was skeptical of it at first so we tried it around the house before the trip and she got used to it. It is padded, so seemingly comfortable for her.
Reasons I loved it: the many pockets, the security of the waist band, the adjustability, and the support it provided while taking weight off my body. I used this as my personal item/purse and it was perfect! I kept my passport and phone easily accessible and was able to reach these things all with my toddler in tow. My only con is that the snap pocket (there is only one) is not incredibly secure. So don't keep things like airpods in there, or they might fall out with bending (learned from experience).
A tip is that when moving through the aisle of the plane, just swivel the seat to be in the front of your body and you can still carry your little one on board without them kicking anyone, and without you having to remove it until you're seated.

Helpful | Report

**laninatriste**
★★★★★ **great carrier**
Reviewed in the United States on August 26, 2024
Vine Customer Review of Free Product ( What's this? )

this is such and easy way to carry your babe. i like that it can be used on my kiddo up to 44 lbs. my 2 yr old will most likely outgrow it before then so this is a good long term carrier. it has a great amount of compartments for storing drinks and snacks and phones and key among other things. it's easy to wipe

clean and it's not heavy and baby easily hops on and off. the strap weist part is adjustable and comfortable.

Helpful | Report

**Tanya**

★★★★☆ **So Useful!**
Reviewed in the United States on July 2, 2024
Vine Customer Review of Free Product ( What's this? )

I had never seen one of these before but it's very handy! I tried it when babysitting my twin nephews and not only was it easy to put on, but it held the weight of my nephew very well.

Helpful | Report

**Melissa**

★★★★★ **So useful if you have a velcro baby**
Reviewed in the United States on July 28, 2024
Vine Customer Review of Free Product ( What's this? )

-This is a good quality baby hip carrier.
-I have tried a couple of baby hip carriers from other brands in the past. This is not much different from the ones i have tried before. It works pretty similarly. However, i like that this hip carrier has a fastener to roll it up neatly when not in use.
-This hip seat carrier appears to be well constructed and feels sturdy.
-I like that there are pockets for me to carry my phone and also some baby's essentials.
-The velcro feels pretty strong. You don't really need to use the additional buckle over it if you have a younger baby who doesn't weigh much.
-Overall this is a good quality and design baby hip seat. I would recommend it if you have a baby who wants to be held all the time like mine.

Helpful | Report

**LBMB**

★★★★★ **Comfortable**
Reviewed in the United States on August 5, 2024
Vine Customer Review of Free Product ( What's this? )

This is nice. I wish they had this when my others were little. It is easy to strap on and quite comfortable. I like that it gives my little one a more comfortable place to sit other than my bony hip. It is easy to wipe clean and folds up nicely to tuck away somewhere when not in use. It also helps with my back pain that I normally get when lugging around my tiny terrorist.

Helpful | Report

**M**

★★★★★ **Great baby hip carrier for toddlers**
Reviewed in the United States on July 21, 2024
Vine Customer Review of Free Product ( What's this? )

Great baby hip carrier helps distribute baby's weight to the waist and hip. Wearing the carrier is easy and fast to put on. The set even comes with a extender strap if the length is too short. The strap is easily adjust to the comfortable and stable length. The carrier front has a zippered pouch to storage any small size baby accessories which is very convenience to reach when carrying the baby with this carrier. There is also additional zippered pouch and mesh pocket to carry additional items.



Helpful | Report

**CAH**

★★★★★ **Comfortable and Adjustable**
Reviewed in the United States on July 2, 2024
Vine Customer Review of Free Product ( What's this? )

When carrying a child around in your arms, after a while it would be nice to relieve the arm tension. This small device can do that for you. The bump out is 8 inches wide and 6 inches tall. It sticks out at about a 15 degree angle and has a 1 inch cushioned top. The belt is 5 inches wide and has a velcro type adjustment with a belted buckle for security. It comes with an extension belt that also has hook and loop and a belt that connects to the original belt. It feels very sturdy and secure. There are three different staorage areas on the device. One zipper compartment on the belt and two compartments on the bump out. Very well made.

Helpful | Report

See more reviews ›

## Top rated similar items

Page 1 of 3










KeaBabies Baby Wrap Carrier - All in 1 Original Breathable Baby Sling, Lightweight,Hands Free...
★★★★☆ 25,555
#1 Best Seller in Child Carrier Slings
$26⁷⁶ ($26.96/Count)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

Acrabros Baby Wrap Carrier,Hands Free Baby Carrier Sling,Lightweight,Breat...
★★★★☆ 17,931
Amazon's Choice in Child Carrier Slings
-27% $19⁷⁵
List: $27.29
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon
♥ Climate Pledge Friendly ∨

YOU+ME 4-in-1 Baby Carrier Newborn to Toddler - All Positions Baby Chest Carrier - Front and Back Carry Baby...
★★★★☆ 10,412
-25% $29⁹⁹
List: $39.95
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pockets, Adjustable Extended...
★★★★☆ 418
$34⁹⁹ ($34.99/Count)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon
♥ Climate Pledge Friendly ∨

YSSKTC Baby Carrier Ergonomic Infant Carrier with Hip Seat Kangaroo Bag Soft Baby Carrier...
★★★★☆ 1,123
Amazon's Choice in Baby & Toddler Carriers
$37⁹⁹
Get it as soon as **Wednesday, Sep 25**
FREE Shipping by Amazon

Mumgaroo Baby Carrier Newborn to Toddler, Toddler Carrier with Hood & Extra Safety Belt All Seasons & All Position...
★★★★☆ 509
$38¹¹ ($38.99/Count)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping by Amazon

SUNVENO Baby Hipseat Ergonomic Baby Carrier Soft Cotton 6 in 1 Safety Infant Newborn Hip Seat for Home, Outdoor,...
★★★★☆ 1,543
$79.99
Get it as soon as **Wednesday, Sep 25**
FREE Shipping by Amazon

loop earplugs



Loop Quiet 2 Ear Plugs – Ultra-Comfy Reusable Noise-Reducing Earplugs for Sleep, Deep Focus, Travel, Nois...
★★★★☆ 1,136
$27⁹⁹ ✓prime


Shop now

Sponsored

**Related to items you've viewed**   See more










Pandaring - Hip Seat Baby Carrier - Mom's Choice Award Winner, US Patented, Ergonomic...
★★★★★ 10
$67.99 ($67.99/Count)
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon

Mom's Choice Award Winner - CozyOne CPC-Certified Baby Hip Carri...
★★★★☆ 441
2K+ viewed in past month
Amazon's Choice in Child Carrier Slings
$45.99 ($45.99/Count)
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon

Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protector,...
★★★★☆ 672
30K+ viewed in past month
$49.99 ($49.99/Count)
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon

MOMIDEAL Grey Baby Hip Seat Carrier & Baby Carrier Extenders for Plus Size Mom and Dad up to 25-63 inches Waist
$41.99

Baby Hip Seat Carrier, Stylish Hip Seat Baby Carrier for Newborns to 8-66 lbs Toddlers, Various Pockets, Adjustable...
★★★★☆ 2
$29.99 ($29.99/Count)
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon
Only 5 left in stock - order...

Baby Hip Seat Carrier, Stylish Hip Seat Baby Carrier for Newborns to...
★★★★☆ 606
500+ viewed in past month
Amazon's Choice in Baby & Toddler Carriers
$28.99 ($28.99/Count)
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

MOMIDEAL Baby Hip Seat Carrier & Baby Carrier Extenders for Plus Size Mom and Dad up to 25-63 inches Waist(Breathable Grey)
★★★★★ 1
1 offer from $41.99

MOMIDEAL Khaki Baby Hip Seat Carrier & Baby Carrier Extenders for Plus Size Mom and Dad up to 25-63 inches Waist
$40.99
FREE Shipping by Amazon

**Additional items to explore**   See more










Cogesu Tabletop Fire Pit, Portable Concrete Fire Pit, Fire Bowl Ethanol Rubbing Alcohol Table...
★★★★☆ 430
200+ viewed in past month
$15.19
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon
Only 14 left in stock - order...

BLAZECLAY Concrete Table Top Fire Pit Bowl - Mini Fire Pit Indoor & Outdoor - Tabletop...
★★★★☆ 55
1K+ viewed in past month
$17.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

Concrete Tabletop Fire Pit Bowl, Table Top Portable Rubbing Alcohol Firepl...
★★★★☆ 111
1K+ viewed in past month
Amazon's Choice in Outdoor Fire Pits
$26.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

Ceramic Tabletop Fire Pit Bowl, Mini Rubbing Alcohol Fireplace Table...
★★★★☆ 407
1K+ viewed in past month
$19.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

Tabletop Fire Pit Fireplace Indoor: Mini Personal Table top Firepit Fire Place Rubbing Alcohol...
★★★★☆ 178
1K+ viewed in past month
$23.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

Portable Tabletop Fire Pit Bowl - Table Top Rubbing Alcohol Fireplace Indoo...
★★★★☆ 280
1K+ viewed in past month
Amazon's Choice in Tabletop Fireplaces
$29.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

WEYLAND Tabletop Fire Pit Bowl - Table Top Firepit Balcony Decor and Smores Maker - Small...
★★★★☆ 828
1K+ viewed in past month
$37.95
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon
Only 14 left in stock - order...

Table Top Fire Pit Bowl - Tabletop Rubbing Alcohol Fireplace Indoor Outdoor Decor Mini Fire Pit Long...
★★★★☆ 108
900+ viewed in past month
$29.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

See personalized recommendations







# Extender
## Included

**FAMILY - FRIENDLY FIT**

Fit Range*Chart*

| Item | Fit Range |
|---|---|
| Hip Seat Baby Carrier | 22-44 Inch |
| Hip Seat Baby Carrier with Extender | 44-70 Inch |



# Extra Large Storage
## Double Layered Design



Large Storage Pocket

Mesh
Pocket

Two Way
Zippers

Side Zipper
Pocket

pandarling

Loop
for Toys

Front Pocket

Bottle
Holder

      

# CPSC Certified

## *2023 Tested by HUAK

 **HUAK TESTING**

## TEST REPORT

Report No.: HK2308309908-1RR          Date: September 21, 2023          Page 4 of 22

Results:

A. ASTM F2236-16a Standard Consumer Safety Specification for Soft Infant and Toddler Carriers

| Applicable Section | Description | Result |
|---|---|---|
| 1. | Scope<br>1.1 This consumer safety specification establishes performance requirements, test methods and marking requirements to promote safe use of soft infant and toddler carriers.<br>1.2 This consumer safety specification is intended to minimize the risk of incidents to an infant from the normal use and reasonably foreseeable misuse of these products.<br>1.3 For purposes of definition, a soft infant and toddler carrier is a product, normally of sewn fabric construction, which is designed to contain a full term infant to a toddler, generally in an upright position, in close proximity to the caregiver. In general, the child will weigh between 7 and 45 lb (3.2 and 22 kg). The soft infant and toddler carrier is normally "worn" by the caregiver with a child positioned in the carrier and the weight of the child and carrier suspended from one or both shoulders of the caregiver. These products may be worn on the front, side, or back of the caregiver's body with the infant either facing towards or away from the caregiver. This consumer safety specification does not include products generally referred to as "slings."<br>1.4 No soft infant and toddler carrier produced after the approval date of this consumer safety specification shall, either by label or other means, indicate compliance with the specification unless it complies with all of the requirements contained herein.<br>1.5 This consumer safety specification is not intended to address incidents and injuries resulting from the interaction of other persons or objects with the caregiver and infant while the soft carrier is in use.<br>1.6 The values stated in inch-pound units are to be regarded as standard. The values given in parentheses are mathematical conversions to SI units that are provided for information only and are not considered standard.<br>1.7 The following precautionary caveat pertains only to the test method portion, Section 7 of this consumer safety specification. This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory requirements prior to use. | |
| 2. | Referenced Documents | |
| 3. | Terminology | |
| 4 | Calibration and Standardization | |
| 5 | General Requirements | |
| 5.1 | Hazardous Sharp Points or Edges | Pass |
| 5.2 | Small Parts | Pass |
| 5.3 | Lead in Paint | Pass |
| 5.4 | Wood Parts | NA |
| 5.5 | Locking and Latching | Pass |
| 5.6 | Labeling—Warning labels (whether paper or non paper) shall be permanent when tested per 7.3 – 7.5 | Pass |

The results shown in this test report with only to the tested samples called otherwise noted and the samples are sealed by XL days only. This document is issued by HUAK. This customer cannot be reproduced except in full with our prior written permission. The print detail and this authenticity of the report will be confirmed at http://www.huaklab.com



### 4 stars and above

     

## Product Description

Introducing the Pandarling Baby Hip Carrier with Hip Seat - the ultimate solution for comfortable, pain-free babywearing that brings you and your little one closer than ever before. As a loving parent, you want to keep your baby close and secure while also maintaining your freedom and flexibility. That's why we designed the Pandarling baby hip carrier, crafted with soft, breathable fabric and a squishy memory foam non-slip hip seat to ensure maximum comfort for both you and your baby. Our versatile carrier adapts to your child's needs as they grow, supporting newborns, infants, and toddlers up to 44 pounds. With multiple carrying options, this carrier allows you to effortlessly switch between front-facing, facing inward, hip seat, and feeding carry positions, ensuring your little one always feels comfortable and secure. The Pandarling hip carrier is designed to create a strong emotional connection between you and your child, fostering a nurturing environment that allows you both to cherish every moment spent together. With its sleek, black design, this carrier is not only fashionable but also versatile, offering the convenience of a side baby carrier, toddler hip carrier, and hip carrier toddler all in one. Say goodbye to back pain with our non-slip, padded hip seat, which evenly distributes your baby's weight for essential support and relief. The multiple storage pockets ensure you stay organized on-the-go, eliminating the need for a separate diaper bag. Invest in quality with the Pandarling Baby Hip Carrier with Hip Seat - the perfect accessory for any parent seeking a reliable, high-quality baby carrier that will last throughout their child's early years. Order yours today and experience the joy of babywearing like never before!

## Product information

| | |
|---|---|
| Product Dimensions | 6.89 x 9.84 x 8.27 inches |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 44 Pounds |
| Material Type | Polyester |
| Material Composition | Polyester |
| Care instructions | Machine Wash |
| Additional product features | Including extension bands |
| Batteries required | No |
| Orientation | Hip |
| Item Weight | 1.32 pounds |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B0D4Q13B3M |
| Customer Reviews | ★★★★★ ∨  3 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #170,054 in Baby (See Top 100 in Baby)<br>#449 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ∨

## Videos

Help others learn more about this product by uploading a video.

Upload your video

## Products related to this item

Sponsored ⓘ                                                                                     Page 1 of 20

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect... | CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjustable... | Baby Hip Carrier - CPC-Certified with Lumbar Support & Multiple Pockets, Adjustable... | Hip Seat Baby Carrier - Mom's Choice Award Winner, US Patented, Ergonomic Design wi... | SUNVENO Baby Hip Carrier with Strap, Ergonomic Carrier with Adjustable Extended... | LANDICI Baby Hip Carrier, Toddler Hip Carrier with Adjustable Waistband & Breathabl... |
| ★★★★½ 4,809 | ★★★★½ 672 | ★★★★½ 441 | ★★★★½ 209 | ★★★★★ 10 | ★★★★½ 30 | ★★★★½ 27 |
| $84.99 | $49.99 | $45.99 | $27.37 ($27.37/Count) | $67.99 ($67.99/Count) | $49.99 ($49.99/Count) | $30.99 |
| ✓prime | ✓prime | Join Prime to buy this item at $39.99 | ✓prime | Join Prime to buy this item at $57.79 | Join Prime to buy this item at $44.99 | ✓prime |
| Save 10% with coupon | Save $10.00 with coupon | ✓prime | | ✓prime | ✓prime | Save 20% with coupon |



loop earplugs

**Loop Quiet 2 Ear Plugs – Ultra-Comfy Reusable Noise-Reducing Earplugs for Sleep, Deep Focus,...**
★★★★☆ 1,136
$27.95  ✓prime

Add to cart

Sponsored ⓘ

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★★ 5 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | ███████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

∨ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

 

### Reviews with images



See all photos ›

Top reviews  ∨

### Top reviews from the United States

 Darth Steampunk

★★★★★ **Life-changing**
Reviewed in the United States on August 29, 2024
**Vine Customer Review of Free Product** ( What's this? )

This hip carrier has been life-changing for my wife. My son is only getting heavier and it's hard to do things having to completely carry something similar to a 20 lb sack of potatoes all the time. This is a must-have if you have a velcro baby. It completely takes the weight off of your arm and back while carrying a toddler and puts it all on the hip, which is a much thicker stronger part of the body. It has so many pockets that carrying your wallet, snacks, phone and other things is easy with this thing. It has a velcro strap and a buckle that can tighten for extra security. My wife loves to just have it hanging up in the kitchen for easy access.







Atkins Dark Chocolate Royale Protein...
$19⁴⁸ ✓prime
Add to cart
Sponsored ⓘ

Helpful    Report

Bub
★★★★★ The best hip carrier in the market
Reviewed in the United States on August 15, 2024
Vine Customer Review of Free Product (What's this?)
I have so many baby carriers (Ergobaby, Wildbird, Infantino, Bebamour hip carrier), and my baby isn't even 1 year old yet. But this is by far my favorite hip carrier due to the number of pockets it has. There's a pocket under the seat for diapers and wipes, a side pocket for your keys, wallet, or cash, and an additional slot under that pocket where you can slide your phone in. And that's not all! There's also a mesh pocket on the left side where you can slide in a small bottle. The seat is very comfortable for my snuggly baby. Don't think twice about getting this carrier—I definitely recommend it. It's incredibly accessible and convenient, especially when you have your hands full with a baby.

Helpful    Report

Shopping Addict
★★★★★ Great design
Reviewed in the United States on August 28, 2024
Vine Customer Review of Free Product (What's this?)
This product is so similar to a Tushbaby product! But only 1/2 of the price! It makes holding a heavy baby so much easier! I also love the color and the pockets. beautiful design for sure

Helpful    Report

See more reviews ›

## Products related to this item

Sponsored ⓘ

Page 1 of 35

‹


Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★☆ 4,809
$84⁹⁹
✓prime
Save 10% with coupon


Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect...
★★★★☆ 672
$49⁹⁹
✓prime

Save $10.00 with coupon


CPC-Certified Hip Seat Carrier - New Ergonomic Bench Design, Adjustable...
★★★★☆ 441
$45⁹⁹
Join Prime to buy this item at $39.99
✓prime


FLEEROSE - CPC-Certified Hip Seat Carrier - New Ergonomic Bench Design, Multip...
★★★★☆ 209
$27³⁷
✓prime


LANDICI Baby Hip Carrier, Toddler Hip Baby Carrier with Adjustable Waistband & Breathabl...
★★★★☆ 27
$30⁹⁹

Save 20% with coupon

besrey Baby Hip Carrier, Toddler Hip Carrier, Fanny Pack Baby Carr...
★★★★☆ 1,087
$32⁹⁹ ($32.99/Count)
✓prime


SUNVENO Baby Hip Seat Carrier, Ergonomic Waist Seat with Adjustable Strap Pockets S...
★★★★☆ 293
$49⁹⁹
Join Prime to buy this item at $39.99
✓prime



›

Loop Quiet 2 Ear Plugs – Ultra-Comfy Reusable Noise-Reducing Earplugs for Sleep, Deep Focus, Travel, Noise Sensitivity | Flexible H...
★★★★☆ 1,136
$27⁹⁵ ✓prime
Shop now

Sponsored ⓘ

## Additional items to explore See more

Page 1 of 7

‹


Cogesu Tabletop Fire Pit, Portable Concrete Fire Pit, Fire Bowl Ethanol Rubbing Alcohol Table...
★★★★☆ 430
$15.19
200+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon
Only 14 left in stock - order...


BLAZECLAY Concrete Table Top Fire Pit Bowl - Mini Fire Pit Indoor & Outdoor - Tabletop...
★★★★☆ 55
$17.99
1K+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

Concrete Tabletop Fire Pit Bowl, Table Top Portable Rubbing Alcohol Firepl...
★★★★☆ 111
Amazon's Choice in Outdoor Fire Pits
$26.99
3K+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon


Ceramic Tabletop Fire Pit, Portable Ethanol Fire Bowl, Mini Rubbing Alcohol Fireplace Table...
★★★★☆ 441
$19.99
1K+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon


Tabletop Fire Pit Fireplace Indoor Mini Personal Table top Firepit Fire Place Rubbing Alcohol...
★★★★☆ 407
$23.99
Amazon's Choice in Tabletop Fireplaces
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon


Portable Tabletop Fire Pit Bowl - Table Top Rubbing Alcohol Fireplace Indoo...
★★★★☆ 280
$29.99
1K+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon


WEYLAND Tabletop Fire Pit Bowl - Table Top Firepit Balcony Decor and Smores Maker - Small...
★★★★☆ 828
$37.95
1K+ viewed in past month
Get it as soon as Wednesday, Sep 25
Only 14 left in stock - order...


Table Top Fire Pit Bowl - Tabletop Rubbing Alcohol Fireplace Indoor Outdoor Decor Mini Fire Pit Long...
★★★★☆ 108
$29.99
900+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over $35 shipped by Amazon

›

## Related to items you've viewed See more

Page 1 of 6

‹


Pandarling - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjustable Waistband & Various...
★★★★★ 5
$69.99
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon


Pandarling - Hip Seat Baby Carrier - Mom's Choice Award Winner, US Patented, Ergonomic,...
★★★★★ 10
$67.99 ($67.99/Count)
50+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon


Mom's Choice Award Winner - CozyOne CPC-Certified Hip Baby Carri...
★★★★☆ 441
Amazon's Choice in Child Carrier Slings
$45.99
2K+ viewed in past month
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon


Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protector,...
★★★★☆ 672
$49.99
Get it as soon as Wednesday, Sep 25
FREE Shipping by Amazon


MOMIDEAL Grey Baby Hip Seat Carrier & Baby Carrier for Plus Size Mom and Dad up to 25-63 inches Waist
★★★☆☆ 2
$41.99


Baby Hip Seat Carrier, Stylish Baby Seat Baby Carrier for Newborns to 8-66 lbs Toddlers, Various Pockets, Adjustable...
★★★★☆ 5
$29.99
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over...


Baby Hip Seat Carrier, Stylish Hip Seat Baby Carrier for Newborns to 8-66 lbs Toddlers, Various Pockets, Adjustable...
★★★★☆ 606
$28.99 ($28.99/Count)
Get it as soon as Wednesday, Sep 25
FREE Shipping on orders over...

MOMIDEAL Baby Hip Seat Carrier & Baby Carrier for Plus Size Mom and Dad up to 25-63 inches Waist(Breathable Grey)
★★★★★ 1
1 offer from $41.99

›















