UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,
    *Plaintiff,*

v.

**COZYONE SHOP**,
    *Defendant.*

**TUSHBABY, INC.**,
    *Plaintiff,*

v.

**MOMCOZY MATERNITY ESSENTIAL**,
    *Defendant.*

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Temporary Restraining Order (the "Motion") [ECF No. 51], filed on September 27, 2024.  Local Rule 7.1(a)(2) of the U.S. District Court for the Southern District of Florida requires "any motion seeking emergency or ex parte relief or a temporary restraining order[ ] [to] be accompanied by a proposed order that is filed and submitted via e-mail to the Court."  S.D. Fla. L.R. 7.1(a)(2) (alterations added).  With respect to the Motion's request for a temporary restraining order, Plaintiff has not filed a proposed order on the docket, nor has it emailed it to the Court.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall email a proposed order to leibowitz@flsd.uscourts.gov in Word format **no later than Monday, October 7, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on September 30, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record