## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 1:24-cv-20941

| |
|---|
| TUSHBABY, INC., <br>     Plaintiff, <br> v. <br> COZYONE SHOP, a Foreign Corporation, <br>     Defendant. |
| TUSHBABY, INC., <br>     Plaintiff, <br> v. <br> MOMCOZY MATERNITY ESSENTIAL, a Foreign Corporation, <br>     Defendant. |

**PLAINTIFF'S MOTION FOR WITHDRAWAL AS TO JAMES LEE AS ATTORNEY OF RECORD FOR PLAINTIFF**

Attorney for Plaintiff, James W. Lee, Esq., of the law firm BOIES SCHILLER FLEXNER LLP, respectfully moves for an order from this Court permitting the withdrawal of James W. Lee, Esq., from the above-styled action. James M. Slater and Leo M. Lichtman of the law firm ESCA LEGAL PLLC, shall remain in the above-styled action and continue to represent Plaintiff.

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)

**I HEREBY CERTIFY** that pursuant to Local Rule 7.1, James M. Slater and Leo M. Lichtman, new counsel for TushBaby, do not oppose the requested relief. No other parties have appeared in this matter.

Dated: October 2, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ James W. Lee*
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
E-mail: jlee@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*