## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.,**
    *Plaintiff,*

v.

**COZYONE SHOP**,
    *Defendant.*

**TUSHBABY, INC.,**
    *Plaintiff,*

v.

**MOMCOZY MATERNITY ESSENTIAL,**
    *Defendant.*

## <u>ORDER</u>

**THIS CAUSE** is before the Court on Plaintiff's Motion for Withdrawal as to James Lee as Attorney of Record for Plaintiff (the "Motion") [ECF No. 54], filed on October 2, 2024, by James W. Lee, Esq. Withdrawing counsel represents that if the Court grants the Motion, Plaintiff Tushbaby, Inc., will continue to be represented by James M. Slater and Leo M. Lichtman of ESCA Legal PLLC. [*Id.* at 1]. Accordingly, upon due consideration, it hereby is **ORDERED AND ADJUDGED** as follows:

1.    The Motion [**ECF No. 54**] is **GRANTED**.

2.    Within five (5) days of the entry of this Order, withdrawing counsel shall send to Plaintiff a copy of this Order and file a notice with the Court certifying same.

3.    James W. Lee, Esq., shall be relieved of all further responsibilities related to Plaintiff Tushbaby, Inc., in these proceedings.

**DONE AND ORDERED** in the Southern District of Florida on October 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record