## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 1:24-cv-20941

| | |
|---|---|
| TUSHBABY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>COZYONE SHOP, a Foreign Corporation,<br><br>    Defendant. | |
| TUSHBABY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MOMCOZY MATERNITY ESSENTIAL, a Foreign Corporation,<br><br>    Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in compliance with the Court's Order dated October 3, 2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt. No. 55), was served via email upon Tamara Rant, CEO of TushBaby, Inc.

Dated: October 4, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ James W. Lee*
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
E-mail: jlee@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*

1