UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TUSHBABY, INC.,

    Plaintiff,

v.

THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 24-cv-20941-DSL

## NOTICE OF APPEARANCE

Luca L. Hickman, Esq. of Dinsmore & Shohl LLP hereby gives notice of his appearance as counsel on behalf of Defendant, Momcozy Eternity Essential. The certificate of service for all pleadings, orders, and other papers in this action should include **Luca L. Hickman** at Dinsmore & Shohl LLP, Tampa City Center, 201 North Franklin Street, Suite 3050, Tampa, Florida 33602 and luca.hickman@dinsmore.com.

Dated: October 8, 2024

Respectfully submitted,

/s/ Luca L. Hickman
Luca L. Hickman, Esq. (FBN 118731)
Dinsmore & Shohl LLP
Tampa City Center
201 North Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: (813) 543-9835
Email: luca.hickman@dinsmore.com

*Attorney for Momcozy Eternity Essential*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, a true and correct copy of the foregoing was filed through the Court's CM/ECF electronic filing system, with notice of this filing to be sent to the parties by operation of the Court's CM/ECF system.

*/s/ Luca L. Hickman*
Luca L. Hickman, Esq.
