**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

| | |
|---|---|
| TUSHBABY, INC, <br><br>                *Plaintiff*, <br><br> v. <br><br> COZYONE SHOP., <br><br>                *Defendant*. <br> TUSHBABY, INC, <br><br>                *Plaintiff*, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL., <br><br>                *Defendant*. | **Case No.** 24-cv-20941 <br><br> **Judge:** David S. Leibowitz <br><br><br> **Related Case No.** <br> 24-cv-23231 <br> 24-cv-23233 |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ruoting Men of the law firm of Glacier Law LLP, at 541 Madison Ave, Suite 2529, New York, NY 10010. 212-729-5049, for purposes of appearance as co-counsel on behalf of Momcozy Maternity Essential in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ruoting Men to receive electronic filings in this case, and in support thereof states as follows:

      1.      Ruoting Men is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York and Southern District of New York.

      2.      Movant, Brandon T. Holmes, Esquire, of the law firm of Dinsmore & Shohl LLP, 201 N. Franklin Street, Suite 3050, Tampa, FL 33602; (813) 543-9848, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida

and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ruoting Men has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ruoting Men, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ruoting Men at email address: ruoting.men@glacier.law.

WHEREFORE, Brandon T. Holmes, Esquire, moves this Court to enter an Order permitting Ruoting Men, to appear before this Court on behalf of Momcozy Maternity Essential, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ruoting Men.

Date: October 9, 2024                     Respectfully submitted,

**DINSMORE & SHOHL LLP**

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975
201 North Franklin Street, Suite 3050
Tampa, Florida 33601
Phone: (813) 543-9848
Primary:  Brandon.holmes@dinsmore.com
Secondary: frances.gonzalez@dinsmore.com
Secondary:  alexandria.bishop@dinsmore.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court for entry into the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

| | |
|---|---|
| TUSHBABY, INC, | |
| *Plaintiff*, | **Case No.** 24-cv-20941 |
| v. | **Judge:** David S. Leibowitz |
| COZYONE SHOP., | |
| *Defendant*. | |
| TUSHBABY, INC, | **Related Case No.** |
| | 24-cv-23231 |
| *Plaintiff*, | 24-cv-23233 |
| v. | |
| MOMCOZY MATERNITY ESSENTIAL., | |
| *Defendant*. | |

## CERTIFICATION OF RUOTING MEN

Ruoting Men, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State of New York Court and Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Ruoting Men
Ruoting Men #5516182
GLACIER LAW LLP
41 Madison Ave, Suite 2529
New York, NY 10010
Ruoting.men@glacier.law
212-729-5049

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> COZYONE SHOP., <br><br> *Defendant*. <br> TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL., <br><br> *Defendant*. | **Case No.** 24-cv-20941 <br><br> **Judge:** David S. Leibowitz <br><br><br> **Related Case No.** <br> 24-cv-23231 <br> 24-cv-23233 |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ruoting Men, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Ruoting Men, may appear and participate in this action on behalf of Momcozy Maternity Essential. The Clerk shall provide electronic notification of all electronic filings to Ruoting Men, at Ruoting.men@glacier.law.

DONE AND ORDERED in Chambers at     , Florida, this    day of    .

_____
United States District Judge

Copies furnished to: All Counsel of Record