IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| TUSHBABY, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> COZYONE SHOP., <br><br> *Defendant.* <br> TUSHBABY, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL., <br><br> *Defendant.* | **Case No.** 24-cv-20941 <br><br> **Judge:** David S. Leibowitz <br><br><br> **Related Case No.** <br> 24-cv-23231 <br> 24-cv-23233 |

**DECLARATION OF SHAOCONG GONG**

I, Gong, Shao Cong, declare as follows:

1. I am the operation manager of Defendant Momcozy Maternity Essential. I am fully familiar with all of the facts and circumstances herein, and have actual knowledge of the events from which these claims have arisen. I am also fully familiar with the operation of Defendant's Amazon store "Momcozy Maternity Essential".

2. I have authority to make this Declaration on behalf of the Defendant. My declaration is based on my personal knowledge of records, emails, and documents kept in the ordinary course of Defendant's business.

3. Currently, Defendant's store offers more than a hundred different products, including bras, belly bands, compression socks, breast pumps, and multiple types of baby carriers, with more than a thousand promotional images.

4. From October 2023 to the present, Defendant's Amazon store generated revenues of $70 million, with the allegedly infringing product accounting for only a small portion of the annual revenue at 2.55%.

5. Momcozy has registered at least 18 trademarks in the United States and 140 trademarks globally:

| U.S TRADEMARK | | |
|---|---|---|
| REGISTRATION NO. | TRADEMARK | DATE OF APPLICATION |
| 6700378 | MOMCOZY | 2021/4/26 |
| 6700850 | MOMCOZY | 2021/4/28 |
| 6700893 | MOMCOZY | 2021/4/29 |
| 6700894 | MOMCOZY | 2021/4/29 |
| 6824188 | MOMCOZY | 2021/4/29 |
| 6711936 | MOMCOZY | 2021/4/29 |
| 6700971 | MOMCOZY | 2021/5/7 |
| 6849646 | MOMCOZY | 2021/5/9 |
| 5451734 | MOMCOZY | 2017/9/1 |
| 6194711 | MOMCOZY | 2020/4/26 |
| 7060700 | MOMCOZY | 2022/4/12 |
| 7061774 | MOMCOZY | 2022/4/17 |
| 7061872 | MOMCOZY | 2022/5/19 |

| 7061873 | MOMCOZY | 2022/5/19 |
| --- | --- | --- |
| 7061874 | MOMCOZY | 2022/5/19 |
| 7061875 | MOMCOZY | 2022/5/19 |
| 7203636 | MOMCOZY | 2022/9/9 |
| 7199215 | MOMCOZY | 2022/5/19 |

6. Defendant has invested a total of $15 Million in advertising and promoting the Momcozy brand since the store was established. Specifically, $187,845.83 has been spent promoting the allegedly infringing product. To my knowledge, Plaintiff has only spent approximately $12 million on advertising for the TushBaby brand since 2018.

7. The photos we used are part of a series of promotional images we created for this product. We hired our own photographer and model, and prior to taking these promotional photos, the Defendant had no knowledge of the Plaintiff's copyrighted photos and never referenced them. Moreover, as an infant carrier seat, there are only a limited number of poses that can be utilized for product promotion.

8. There are significant differences in many details between our marketing photographs and those used by TushBaby. For example, the background design is markedly different, the mother model's hairstyle and the direction of her face are distinct, the infant's facial expression and sitting posture vary, and the clothing choices — including both color and type (short-sleeve versus long-sleeve)—are notably different.

| Plaintiff's Copyright | Defendant's Promotion Photo |
|---|---|



9. Amazon not only constantly monitors and scores each seller's account performance including how many infringement complaints have been filed against the seller, but Amazon also reserves the right to deactivate selling accounts without advance warning.

10. It has been my experience that Amazon deactivates selling accounts without advance warning. I know that Defendant is at an imminent risk of being suspended from selling any products whatsoever through Amazon, all as a result of this TRO.

11. Defendant's Momcozy brand is highly popular and well recognized on Amazon, with its products performing exceptionally well. For example, in September 2024, Momcozy products dominated the top rankings in their respective categories on Amazon:

    Breast pump bras: Ranked #1 and #2
    Nursing bras: Ranked #1 and #2
    Pregnancy pillows: Ranked #1
    Baby carriers: Ranked #3
    Nursing pillows: Ranked #3
    Baby wraps: Ranked #5
    Maternity support belts: Ranked #5

4

12. It is my understanding, and it is also the general understanding by the industry, that active and frequent sales enhance sales rank. Conversely, sales rank drops precipitously if a product stops generating sales.

13. The current situation is damaging the Defendant's goodwill and reputation. Even if the listings are reinstated, it will be extremely difficult for the Defendant to regain its previous ranking in the near future.

14. The TRO directs marketplaces like Amazon to "restrain the transfer of all funds" (Dkt. 59, at 7), which is effectively crippling Defendant's ability to continue its business. As a result, Defendant will be unable to pay suppliers, shippers, employees, Amazon for warehousing and shipping, and the government for taxes. This will cause irreparable harm to Defendant, and immediate action by the Court is necessary to address this situation

15. It is my understanding, and it is also the general understanding by the industry that Amazon will destroy the de-listed products after certain period of time. Thus destruction will cause irreparable damages to Defendant's business.

16. Defendant lacks the resources to maintain its business due to Defendant losing its Amazon store listings. Defendant is simply seeking to maintain the status quo with this motion. Defendant will not close its store, which generates nearly $80 million in annual sales, nor will it maliciously transfer all assets out of the United States.

17. · This should mitigate the risk of Amazon suspending Defendant's store, allowing the Court to properly resolve the trade dress/copyright dispute. As repeatedly stated, this dispute arose from misrepresentations made by Plaintiff.

Executed on  2024.10.9              Name Gong Chao Cong