# EXHIBIT A

US 20190350380A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2019/0350380 A1**

Tsai (43) **Pub. Date:** **Nov. 21, 2019**

(54) **CHILD CARRIER WITH THREE-DIMENSIONAL SEAT**

(71) Applicant: **Overtea SA**, Manno (CH)

(72) Inventor: **Cecilia Tsai**, Porza (CH)

(73) Assignee: **Overtea SA**, Manno (CH)

(21) Appl. No.: **16/526,291**

(22) Filed: **Jul. 30, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/952,193, filed on Apr. 12, 2018.

(60) Provisional application No. 62/485,361, filed on Apr. 13, 2017.

**Publication Classification**

(51) **Int. Cl.**
 *A47D 13/02* (2006.01)
(52) **U.S. Cl.**
 CPC .................................. *A47D 13/025* (2013.01)

(57) **ABSTRACT**

A child carrier system is disclosed, comprising: a hip belt; a seating surface attached to the hip belt and extending laterally from a first edge of the hip belt, the seating surface having a lateral edge distal from the hip belt; and a storage compartment formed by enclosing an angle between the hip belt and the seating surface with a sidewall connected to the lateral edge of the seating surface and a second edge of the hip belt. A shoulder support comprises a back panel for supporting a child, where the shoulder support bottom is detachably connected to the lateral edge of the seating surface, and at least one shoulder strap connected to at least two different sides of the back panel. The seating surface is also configured to support a child's weight while being held by the wearer without using the shoulder support.



1410  382

1340

Case 1:24-cv-20941-DSL   Document 62-2   Entered on FLSD Docket 10/10/2024   Page 3 of 77



FIG. 1



*FIG. 2*

Case 1:24-cv-20941-DSL   Document 62-2   Entered on FLSD Docket 10/10/2024   Page 5 of 77



*FIG. 3*

*FIG. 4*



*FIG. 5*



*FIG. 6*



FIG. 7C

FIG. 7B

FIG. 7A



FIG. 7F

FIG. 7E

FIG. 7D



*FIG. 7I*

*FIG. 7H*

*FIG. 7G*



FIG. 8B

FIG. 8A



FIG. 10

1010

1030



FIG. 9

910



FIG. 11



FIG. 12

*FIG. 13*



*FIG. 14*



*FIG. 15*



*FIG. 16*



*FIG. 17A*



FIG. 18

Case 1:24-cv-20941-DSL   Document 62-2   Entered on FLSD Docket 10/10/2024   Page 17 of 77



FIG. 19

FIG. 20



*FIG. 21*



*FIG. 22*

Case 1:24-cv-20941-DSL   Document 62-2   Entered on FLSD Docket 10/10/2024   Page 19 of 77



FIG. 23

FIG. 17B

FIG. 24

18

US 2019/0350380 A1

Nov. 21, 2019

1

# CHILD CARRIER WITH THREE-DIMENSIONAL SEAT

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   The present application is a Continuation-in-Part of U.S. application Ser. No. 15/952,193 filed Apr. 12, 2018 and claims the benefit of U.S. provisional application No. 62/485,361, filed Apr. 13, 2017, for an "Infant Carrier" by Cecilia Tsai. This U.S. provisional application is hereby incorporated by reference in its entirety.

## BACKGROUND

[0002]   Wearable child carriers have been used by adults to carry small children (e.g., infants, babies, and toddlers). Wearable child carriers are used to keep a child close and connected to an adult caregiver as the caregiver engages in daily activities.

[0003]   Babywearing is a traditional practice in many cultures that is not widely used by modern industrialized societies, but it nonetheless has many benefits for both children and caregivers. According to Babywearing International (www.babywearinginternational.org), babywearing promotes bonding, supports breastfeeding, can help combat postpartum depression, makes caregiving easier, and can be a lifesaver for parents of high-needs children. Carried babies sleep, feed, and grow better. For example, researchers have found that carried 6-week-olds cried 43% less than other children. See Hunziker UA, Garr RG. (1986) Increased carrying reduces infant crying: A randomized controlled trial. *Pediatrics* 77:641-648.

[0004]   Babywearing may be practiced by a wide variety of caregivers including moms, dads, grandparents, siblings, nannies, nurses, doulas; in short, anyone who cares for a newborn, infant, or toddler.

[0005]   Babywearing has also gained popularity in modern times for fostering a sense of security in the child and for building a stronger bond between parent and child. Carriers allow an adult to keep the baby close and content while leaving the adult's hands free to perform other tasks. The ability to hold and bond with the child while still getting things done makes a child carrier a popular accessory for many new parents.

[0006]   Conventional child carriers, such as soft structured carriers, support the baby from the groin area, leaving baby's legs to hang unsupported, which may lead to discomfort and in some cases, even developmental problems for infants. This is because for the first 6 months, an infant's hip bones are still developing. New babies are very flexible, have a great deal of joint flexibility, and are more prone to developing hip dysplasia (a condition of general instability or looseness of the hip joint). If left untreated, hip dysplasia can permanently damage the structure of the hip socket causing a lifetime of pain. Although using a wearable child carrier is not generally known to cause hip dysplasia if it is not already a pre-existing condition or risk, using a wearable child carrier without proper hip support can worsen the situation if the infant being carried already has or is at risk of developing hip dysplasia.

[0007]   Since hip dysplasia is a silent condition, it makes early detection very difficult. Using a child carrier is configured to support the child's legs in an "M position", as recommended by the International Hip Dysplasia Institute,

meaning the child's knees are bent, hips bent and open to the side with thighs supported, can help prevent or reduce the occurrence of debilitating conditions such as hip dysplasia.

[0008]   It is also advantageous to have a child carrier that allows a child to be carried comfortably in a forward-facing as well as a backward-facing position, where the baby's weight is well-supported in a healthy position and the weight is distributed evenly to reduce the adult caregiver's fatigue.

## SUMMARY

[0009]   An innovative child carrier having a built-in 3D hip seat is disclosed.

[0010]   Embodiments of the present invention are ergonomically designed to minimize the cause of back pain when holding a child in arms, where adult caregivers naturally tend to hold infants or small children by resting the child on the side of the hips causing the adult caregiver to twist their spine. Embodiments of the child carrier disclosed herein comprise a child carrier with a weight-bearing three-dimensional hip seat. When the child carrier is worn by the adult caregiver, the weight of the child being carried is distributed evenly on the seat and not the caregiver's hips, which allows the adult caregiver to hold the child standing straight up, thus protecting the caregiver's back.

[0011]   A child carrier system having a three-dimensional seat is disclosed. The child carrier system disclosed in embodiments of the present invention includes a hip seat comprising: a hip belt comprising a first edge, a second edge, a first end, and a second end; a fastener having a first portion positioned proximate to the first end of the hip belt and a second portion positioned proximate to the second end of the hip belt for adjustably securing the hip belt around a user's waist or hips; a seating surface attached to the hip belt and extending laterally from the first edge of the hip belt, the seating surface having a lateral edge distal from the hip belt; and a storage compartment located below the seating surface wherein the storage compartment is formed by enclosing an angle between the hip belt and the seating surface with a sidewall connected to the lateral edge of the seating surface and the second edge of the hip belt. The child carrier system further comprises a shoulder support comprising: a back panel for supporting a child, the back panel having a top, a bottom, a left side, and a right side, the bottom detachably connected to the lateral edge of the seating surface; a first shoulder strap connected at a first end to the top of the back panel and at a second end to a left side or a right side of the back panel; wherein the shoulder support is detachably connected to the hip seat, and wherein the hip seat is configured to support a seated child when the shoulder support is detached while the seated child is held by the user.

[0012]   These and other embodiments are more fully described below.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0013]   The novel features of the invention are set forth in the appended claims. However, for purposes of explanation, several aspects of particular embodiments of the invention are described by reference to the following figures. The following figures are provided for illustrative purposes only and are not necessarily to scale, emphasis instead generally being placed upon illustrative principles of the invention.

[0014]   FIG. 1 is a front perspective view of one embodiment of the child carrier.

2

[0015]   FIG. 2 is a rear perspective view of the child carrier shown in FIG. 1.

[0016]   FIG. 3 is side view of a hip seat portion of one embodiment of the child carrier.

[0017]   FIG. 4 is a front view of one embodiment of a child carrier storage compartment.

[0018]   FIG. 5 is a side view of one embodiment of the child carrier in a hip seat configuration.

[0019]   FIG. 6 is one embodiment of a structural support for the hip seat of the child carrier.

[0020]   FIGS. 7A to 7I show different carrying configurations for the child carrier.

[0021]   FIG. 8A is a front right perspective view of another embodiment of the child carrier.

[0022]   FIG. 8B is a rear perspective view of the embodiment of the child carrier shown in FIG. 8A.

[0023]   FIG. 9 is a front perspective view of the embodiment of the child carrier shown in FIG. 8A.

[0024]   FIG. 10 shows two interior views (zipper open and zipper closed) of a child carrier storage compartment.

[0025]   FIG. 11 is another embodiment of a structural support for the hip seat of the child carrier.

[0026]   FIG. 12 is the structural support of FIG. 11 where a vertical portion of the structural support is enclosed in a padded pocket.

[0027]   FIG. 13 is yet another embodiment of a structural support for the hip seat of the child carrier.

[0028]   FIG. 14 is a bottom, rear, right perspective view of another embodiment of the child carrier showing a zippered opening to a compartment for insertion of the structural support of FIG. 13.

[0029]   FIG. 15 is a top, front, left perspective view of an embodiment of a foldable structural support for the hip seat of the child carrier, wherein the foldable structural support is in an open position.

[0030]   FIG. 16 is a top, front view of the foldable structural support of FIG. 15, wherein the foldable structural support is in a folded position.

[0031]   FIG. 17A is a rear perspective view of one embodiment of a child carrier showing a location of a portion of the child carrier for a close-up view as depicted in FIG. 17B.

[0032]   FIG. 17B is a close-up view of a portion of the child carrier, wherein the portion is located as shown in FIG. 17A.

[0033]   FIG. 18 is a rear view of a hip seat portion of one embodiment of the child carrier with one hip belt portion detached from the hip seat portion.

[0034]   FIG. 19 is a rear view of the hip seat portion of FIG. 18 wherein the hip belt portion is attached to the hip seat portion.

[0035]   FIG. 20 is a rear view of the hip seat portion of FIG. 19 wherein the hip belt portion is attached to the hip seat portion, and contents of a hip belt pocket are shown.

[0036]   FIG. 21 is a front view of one embodiment of a hip seat portion of a child carrier showing a fastener to a back support portion of the child carrier in an open position.

[0037]   FIG. 22 is a front view of the embodiment of a hip seat portion of a child carrier shown in FIG. 21 showing the fastener to the back support portion of the child carrier in an open and stored position.

[0038]   FIG. 23 is another front view of the embodiment of a hip seat portion of a child carrier shown in FIG. 21 showing the fastener to the back support portion of the child

carrier in an open and stored position, and a hip seat under storage compartment in an open position.

[0039]   FIG. 24 is a bottom, front, left perspective view of a hip seat portion of a child carrier as shown in FIG. 21, wherein a hip seat under storage compartment opening is in a closed position.

DETAILED DESCRIPTION

[0040]   The following description is presented to enable any person skilled in the art to make and use embodiments of the invention and is provided in the context of particular applications and their requirements. Various modifications to the exemplary embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein.

[0041]   The invention provides a multi-position child carrier with innovative under-seat storage. More specifically, the invention provides a storage compartment under the seating surface.

[0042]   FIG. 1 shows a front perspective view of one embodiment of child carrier 10 including both back support portion 200 and hip seat portion 300. Back support portion 200 includes first and second shoulder straps 210, which can be padded for additional comfort, that each connect at one end (e.g., a first end) 212 to a top area 216 of a back panel 270. Back panel 270 provides support for the child's back and head. The first end 212 of a shoulder strap is permanently attached or sewn to the top edge back panel 270. The other end (e.g., a second end) 214 of the shoulder straps 210 can include a strap material 240 (e.g., webbing made of nylon, polyester, cotton canvas, bamboo, hemp or other suitable material), which in turn is threaded through a strap adjuster or fastener 260 (e.g., a side release buckle). A detachable fastener 260 (e.g., a quick-release, side release buckle) preferably serves the purpose of allowing adjustments to the shoulder strap length and permitting the second end of the shoulder strap to be detached from its anchor point 250 on the back panel 270. Back panel 270 can include one or more external pockets 220 or zippered compartments 230 for storing personal items or carrier accessories, such as a detachable fabric sun shade that can be fastened to the back panel 270 at one or more attachment points 290. In one embodiment of the invention, external pockets 220 and/or zipper compartments 230 may be unzipped or otherwise detached from back panel 270, which preferably comprises a durable, breathable polyester mesh fabric to allow air to circulate to the child's skin on hot days. FIGS. 8A and 8B shows one embodiment of the present invention where there is a second piece of strap material (see 810 on FIGS. 8A and 8B) connecting via a strap adjuster/fastener, strap material 240 to the detachable strap adjuster/fastener (e.g., side release buckle) 260. The purpose of this strap adjuster/fastener is to allow adjusting of the length of the shoulder straps. An elastic band or loop or other fastener (not shown) may also be sewn onto the ends of the strap material 240 to gather and secure any excess strap material length.

[0043]   With continuing reference to FIG. 1, the hip seat portion 300 of child carrier 10 includes a large under-seat storage compartment 310, which may be accessed by zipper

20

330 or other suitable closure mechanism. Hip seat portion 300 includes a hip belt 320 that wraps around the torso (e.g., waist or hips) of a wearer and securely attaches the bottom portion of the child carrier to the wearer.

[0044] For maximum versatility, back support portion 200 and hip seat portion 300 of child carrier 10 can be detachably connected using one or more fasteners, such as a horizontal zipper 410, vertical side release buckles 420, snaps, buttons, hook and loop, or any other suitable fasteners. In an embodiment of the invention, alternate versions of back support portion 200 may be detachably connected to hip seat portion 300 in addition to the embodiment shown in FIG. 1. Preferably, one alternate version of back support portion 200 comprises a single shoulder strap attached to a back panel 270 to allow wearing the carrier across a single shoulder (see FIGS. 7G-7I and FIG. 14 as discussed further in this document and which depict a single shoulder strap version of back support portion 200). In an embodiment of the invention, back support portion 200 may be completely detached from hip seat portion 300 to allow use of child carrier 10 as a hip seat carrier only where the child is supported by the wearer with one or both arms, but pressure on the wearer's hips is alleviated through use of the hip belt (see FIGS. 7A-7C as discussed later in this document).

[0045] In another embodiment of the invention, back support portion 200 may include a fabric seat portion (not pictured) for securely holding an infant while detached from hip seat portion 300. This permits hip seat portion 300 to be used as a hip seat carrier alone to carry another child for example, while the back support portion 200 with an included fabric seat portion is being worn by another person to carry a child. When the back support portion 200 is in use without hip seat portion 300, back support portion 200 may be detachably connected to a separate hip belt that will fit around the wearer's hips and help support the weight of a child being carried. In one embodiment of the invention, the hip belt used with the back support portion 200 with an included fabric seat portion may be similar in construction to hip belt 320, but without an integrated hip seat or under-seat storage compartment. Alternatively, a one-shoulder strap or other alternate version of back support portion 200 may also include an integrated fabric seat portion and be used in a manner similar to the two shoulder strap version of back support portion 200 with integrated fabric seat as discussed above.

[0046] In the example of a zipper, one half of the zipper tape can be sewn directly into a seam of the hip seat portion 300 or to a flap of material that in turn is sewn into a seam of the lower portion. The other half of the zipper tape is sewn into or otherwise attached to the back panel 270. In one embodiment of the invention, the zipper tapes comprise polyester webbing or fabric, and the zipper teeth are nylon, plastic, metal or other suitable material. In the example of side release buckles, the buckles can be attached, using suitable webbing material (e.g., nylon webbing) to a lower area 422 of the back panel 270 and to an upper area 424 of the hip seat portion 300. Using multiple, redundant attachment mechanisms between the top and bottom portions of the carrier mitigates accidental detachment of the top and bottom portions during use. In one embodiment of the invention as shown in FIGS. 8A and 9, a fabric cover 910 can be sewn on the back portion adjacent to the half of the zipper tape that is attached to the back panel 270. The fabric cover 910 can cover the side release buckles, zipper and any

other attachment mechanisms between the top and bottom portions of the carrier for aesthetic reasons and safety reasons, to keep the zipper puller flat which engages the zipper lock mechanism, while still allowing full access to the buckles, zippers and other attachments.

[0047] The primary outer surface material used in the back support portion and the hip seat portion of one embodiment of the invention is a durable polyester fabric, similar to that used in some backpacks or rucksacks, although any other durable fabric or material such as canvas or even natural or synthetic leather or pleather may be used in place of the durable polyester fabric. In a preferred embodiment of the invention, fasteners such as strap adjusters and side release buckles are made of a relatively lightweight, durable, shatterproof polymer material such as POM (polyoxymethylene). Alternatively, other durable, hard materials such as wood, steel or brass may be used for buckles and strap adjusters.

[0048] FIG. 2 is a view of child carrier 10 suspension, including shoulder straps 210, a chest strap 280, and hip belt 320. Shoulder straps 210 comprise an outer surface of durable nylon or polyester and padded with cotton, foam, silicone or other durable, soft material in some embodiments of the invention. The chest strap 280 can include a side release buckle 282 that facilitates strap length adjustments and retains shoulder straps 210 in an optimal position during carrier use. The lower portion of the child carrier forms a child seat 340 for the child. The child seat 340 can include a non-slip covering 350. The hip belt 320 can include a fastener 360 (e.g., a side release buckle) through which strap material (e.g., webbing) is threaded and can be length adjusted, thereby adjusting the length of the hip belt. The strap material attaches to the hip belt at a first attachment point 372 and a second attachment point 374. The buckle can be asymmetrically located on hip belt to better accommodate various wearer torso sizes with a single hip belt size. For example, the hip belt 320 can comprise a shorter segment 322 attached to one side of the child carrier and a longer segment 324 attached to the other side of the child carrier. The first attachment point 372 of the fastener can be located near the free end of hip belt's first segment 322, and the second attachment point 374 can be located in a central portion 324 of the longer segment. When the hip belt 320 is cinched tightly, excess length of the longer segment 324 can be tucked behind the shorter segment in the back of the shoulder strap. Alternatively, one or more extender belt segments for the hip belt 320 can be attached to first attachment point 372 and second attachment point 374 to accommodate a larger range of torso sizes for the wearer. In one embodiment of the invention, hip belt 320 comprises an outer surface of durable nylon or polyester fabric covering a PU (polyurethane) foam padding for wearer comfort.

[0049] FIG. 3 is side view of the hip seat portion 300 of the child carrier. The hip seat portion includes a seating surface 340, which is securely attached (e.g., sewn) to the hip belt 320. The seating surface 340 joins to the hip belt 320 at approximately a right angle, forming a stable, substantially horizontal surface on which a child can sit facing the wearer and/or facing outward. The angle formed between the hip belt, which is substantially vertical when the carrier is worn, and the child seat defines an under-seat space. This under-seat space is enclosed by at least one sidewall 380, which forms the storage compartment 310. The storage

compartment is bounded or defined by seating surface **340**, hip belt **320**, and one or more sidewalls **380** that enclose the under-seat space.

[0050]  FIG. **3** illustrates a single integral sidewall that encloses the under-seat space. A first edge **382** of sidewall **380** attaches along or near a bottom edge **326** of the hip belt **320** to form the bottom of the under-seat storage compartment **310**. As will be appreciated, the first edge of the sidewall can be attached anywhere on the hip belt; however, placement closer to the bottom of the hip belt maximizes the volume of the storage compartment. The first edge **382** can be substantially horizontal relative to the ground. A second edge **384** of sidewall **380** attaches transversely across the hip belt **320** to form a vertical wall—it being understood that a third edge (**386** in FIG. **4**) would be attached to the opposite side of the hip belt in a mirror image of the second wall—and a fourth edge **388** of sidewall **380** attaches to the edge of seating surface **340** to fully enclose the compartment. The storage compartment can be accessed by a zipper **330** or other suitable closure. An elastic loop or cover can be sewn or attached to the zipper tape at the closed position end to cover the zipper pull when the zipper is in the closed position. The elastic loop covers the zipper for aesthetic and safety reasons so that baby's leg does not get caught on the zipper and also so that the zipper pull lies flat to engage the zipper lock mechanism. As will be appreciated, the sidewall **380** can be composed of multiple separate panels instead of a single integral sidewall, and the various walls of the storage compartment can be configured in different geometries.

[0051]  As shown in FIG. **3**, the under-seat storage compartment **310** has a roughly triangular profile, with the hip belt and child seat forming two sides, and the sidewall forming the hypotenuse. This configuration gives the storage compartment a roughly wedge shaped or triangular prism (e.g., three sides and two ends) geometry. As will be appreciated, other configurations could be employed by adding additional sides, such as a bottom wall, which would give the storage compartment an approximately cube or cuboid shape. However, a wedge-shaped geometry makes for a sleek and maneuverable profile.

[0052]  The seating surface **340** can have an arcuate profile when viewed from above, but in practice any profile can be employed. The arcuate shape provides a healthy seating posture for the child when facing inward, facing outward, front carry, side carry and back carry supporting the child's legs at knee level, and the arcuate shape also reduces the child carrier's profile for better ambulatory maneuverability for the wearer.

[0053]  FIG. **4** is a front view of the child carrier. The storage compartment **310** is formed by sidewall **380**, and is bounded by bottom edge **382**, right edge **384**, left edge **386**, and top edge **388** of the sidewall **380**.

[0054]  FIG. **5** is a side view of the hip seat portion **300** of the child carrier, with back support portion (**200** in FIG. **1**) detached. In this configuration, the lower portion is worn solely as a hip belt **320**—i.e., no back support or shoulder straps—with the attached seating surface **340** and under-seat storage compartment **310**. The hip belt **320** can include an accessory pocket **390** for storing personal items, such an electronic device. Hip belt **320** can also include a water bottle holder (not shown) for storing a water bottle. In one embodiment, the water bottle holder comprises an elastic or non-elastic fabric, mesh or netting pouch with an elastic opening attached to the hip belt to hold a water bottle. The pouch is hidden inside a zippered pocket on hip belt **320** when not in use, and when the zippered pocket is unzipped, the pouch can be taken out and will remain attached to the hip belt to carry a bottle. Hip belt **320** or under-seat storage compartment **310**, alternatively or additionally, may include a second accessory pocket (not pictured) on the body facing or external facing surface that may include a small portable safety mirror that is fastened to a string that in turn is fastened to the second accessory pocket on hip belt **320** that the wearer can use to check on a child seated on the child carrier when carried on the back of the wearer and facing towards the wearer. Hip belt **320** or under-seat storage compartment **310**, alternatively or additionally, may also include a third accessory or small storage pocket (not pictured) that may include a detachable hook or carabiner for holding at least one collapsible or foldable reusable or disposable shopping bag.

[0055]  FIG. **6** shows an optional structural support **500** for the child seat, which can be removably inserted into the storage compartment. The structural support has a roughly "L" shaped profile and provides a sturdy shelf on which the child can sit. This is particularly helpful when the child carrier is worn in the hip seat configuration **300** because the child seat would collapse under the child's weight without the back panel and shoulder straps to bear the child's weight. The structural support **500** can be made of any rigid or semi-rigid and/or flexible material, such as plastic or metal. In a preferred embodiment, structural support **500** comprises molded PP (polypropylene plastic). The structural support **500** is configured to fit inside the under-seat storage compartment and can be removable. The structural support **500** has a riser **510** that joins a shelf **520** at an angle θ, such as a right angle or near right angle. As will be appreciated, different angles may be desirable. For example, in one embodiment of the present invention, riser **510** is joined with shelf **520** at a slightly obtuse angle θ, such as a value of θ greater than 90 degrees but less than 120 degrees, would mitigate any deflection of the shelf caused by load bearing (the child sitting), and also would tend to cause a seated child to slide towards the wearer for better security. Angle θ provides more room for opening the under-seat storage compartment, even as the seating surface support prevents the top from being depressed, and may also seem to prevent the top from being lifted or moved when accessing the under-seat storage compartment. Sidewall **380** may comprise flexible fabric construction to allow the wearer better access to widen the opening of the under-seat storage compartment. In a preferred embodiment, the angle θ is about 100 degrees. In another embodiment, the angle θ ranges between about 90 and 110 degrees.

[0056]  The structural support **500** also can be sculpted to conform to the wearer's body for more comfortable wearing. For example, the riser **510** and joining edge **530** of shelf **520** can be slightly concave, to better conform to a wearer's abdomen and/or lower back. The structural support **510** can include perforations or cut outs **550** to reduce weight and material, and to improve ventilation. In addition, reinforcing ribs **540** can be added to improve rigidity and strength. The structural support also can have rounded edges and corners **560** to reduce fabric wear, improve comfort, and facilitate insertion/removal of the support into/from the storage compartment. Structural support **500** can comprise a variety of shapes and configurations in addition to that shown in FIG.

5

**6**, as shown in FIGS. **11**, **12** and **13**. FIG. **11** shows a structural support **1100** with a riser **510** and a shelf **520** as in FIG. **6**, but the outer curve **1110** of the shelf **520** away from the joining edge **530** is further rounded so that the shelf seating surface forms a arctuate or crescent-like shape. FIG. **12** shows the structural support **1100** of FIG. **11**; however, the riser **510** is now enclosed in a padded pocket **1210** prior to insertion in the storage compartment so that any sharp edges of the structural support do not cause discomfort by poking into the wearer's body. FIG. **13** shows an alternate embodiment of a structural support **1300** used in the present invention, showing a curved joining edge **1320** and rounded outer edge **1330** to form a crescent shaped seat **1310**, and a lip **1340** extending down from the seating surface to provide structure for reinforcing ribs **1350** to support the seating surface and also to provide a frame to hold the shape of the underseat storage compartment.

[0057] Structural support can be secured in the under-seat storage compartment by a separate compartment for the structural support which may be accessed via a 3-way zipper opening inside the under-seat storage compartment as shown in FIG. **10** (top diagram **1010** shows 3-way zipper opening in partially open position with structural support visible; bottom diagram **1030** shows 3-way zipper opening closed). Alternatively, an opening to a separate compartment for the structural support can be located outside the storage compartment, where the opening to the separate compartment comprises a zipper **1410** located near the bottom edge **382** of the storage compartment as shown in FIG. **14**. A lip **1340** along the bottom edge of the structural support can help secure the structural support to the edge of the storage compartment to hold the shape of the seating surface. Since the structural support is kept separate in its own compartment, the structural support does not interfere with the opening for the under-seat storage.

[0058] In one embodiment of the present invention, a foldable structural support may be used in place of structural support **500**, where a foldable structural support allows the riser and seat for less bulky, more compact storage of the child carrier when not in use. The purpose of this foldable structural support system is to allow the carrier seat to be folded in half when stored away. One embodiment of a foldable structural support is shown in FIG. **15**, where the foldable structural support is in an open position. In this embodiment, seat portion **1510** of the foldable structural support in FIG. **15** is connected to a riser portion **1530** through one or more hinges **1520**, that are lockable to both at least a folded position for storage and an open position at an angle θ where it can be used in the hip seat as a structural support. FIG. **16** shows the foldable structural support of FIG. **15**, where the foldable structural support is in a folded position, with riser portion **1530** is folded down to meet seat portion **1510**. In one embodiment, the riser **1530** and seat **1510** portions of foldable structural support shown in FIGS. **15** and **16** comprise any rigid or semi-rigid and/or flexible material such as molded propylene plastic, similar to the non-foldable structural supports. Hinges **1520** may be constructed of any appropriate material such as durable hard plastic, and/or metal, such as steel or brass. Each hinge **1520** is fastened at one end to the riser portion **1530** and at a second end to the seat portion **1510**.

[0059] In one embodiment of the present invention shown in FIG. **17A**, a rear perspective view of one embodiment of a child carrier **1700A** shows a location **1710A** of a portion of a shoulder strap of the child carrier for a close-up view **1700B** as depicted in FIG. **17B**. **1715B** shows a pocket with a zipper closure **1710B** for small change and/or a credit card hidden along one edge of the shoulder strap as present in one embodiment of the present invention. **1725B** shows a pocket **1720B** for a credit card hidden along one edge of the shoulder strap in other embodiments of the present invention, with a hook and loop (e.g., Velcro) fastener closure for the pocket. FIG. **17A** shows the portion of the shoulder strap of the child carrier in FIG. **17B** as located on the portion of the shoulder strap facing the front of the adult babywearer, so that the small change/credit card pocket is easily accessible when the baby is being worn on the front of the adult. Other embodiments of the invention may position pocket **1715**B or **1725**B on alternate locations on the shoulder strap from that shown in FIGS. **17**A and **17**B. In one embodiment, pocket **1715**B or **1725**B may be positioned on a shoulder strap such that the small change/credit card pocket is accessible when the child is being worn on the back of the adult.

[0060] In one embodiment of the present invention shown in FIG. **18**, a rear view of a hip seat portion **1800** of one embodiment of the child carrier is shown with one hip belt portion **1825** detached from a hip seat and belt portion **1820**. The hip seat and belt portion **1820** can include a fastener **1860** (e.g., a side release buckle) attached to the hip seat and belt portion **1820** through which strap material **1865** (e.g., webbing) is threaded and can be length adjusted, thereby adjusting the fit of the hip seat around the adult babywearer. The strap material **1865** attaches to the hip belt at a first attachment point not visible in FIG. **18** (but similar to attachment point **372** of FIG. **2**) and a second attachment point not visible in FIG. **18** (but similar to attachment point **374** of FIG. **2**). In one embodiment of the invention, hip seat and belt portion **1820** can comprise a first segment **1822** attached to one side of hip seat **1821** and a second segment **1824** attached to the other side of hip seat **1821**. The two ends of fastener **1860** may be connected together and the strap material **1865** may be length adjusted to fit the adult babywearer.

[0061] In one embodiment of the invention, hip belt portion **1825** may be used to provide added length to the hip seat and belt **1820** to further accommodate adult babywearers of a wide range of sizes. In one embodiment, hip belt portion **1825** may be securely and easily attached and detached from the second segment **1824** via a fastener such as a zipper, shown as first zipper portion **1830** and second zipper portion **1840**. Hip belt portion **1825** may also be securely attached to the inner surface, facing the adult's body, of first segment **1822** via a hook and loop (e.g., Velcro) fastener **1850** for added security. In some embodiments, an adult babywearer, wanting to put their sleeping child to bed, but not wanting to disturb their child's sleep, may choose to detach the hip belt from his or her body by unzipping first zipper portion **1830** and second zipper portion **1840** which provides a quieter, less complicated way to remove the hip belt than the hook and loop fastener **1850** or even the fastener **1860**, both of which could be noisy to unfasten.

[0062] In an alternate embodiment of the present invention, hip belt portion **1825** may be securely and easily attached and detached from the second segment **1824** via a quiet or low-noise, non-zipper fastener (not shown) such as button fasteners, snap fasteners, plastic quick-release buckles, D-ring or similar buckles, "silent" Velcro or hook-and-loop fastener, or traditional leather belt buckles with holes.

In these embodiments, an adult babywearer, wanting to put their sleeping child to bed, but not wanting to disturb their child's sleep, may choose to detach the hip belt from his or her body by unfastening one of these quiet or low-noise, non-zipper fastener which provides a quieter, less complicated way to remove the hip belt than the hook and loop fastener **1850** or even the fastener **1860**, both of which could be noisy to unfasten.

[0063]   As described in previous embodiments as shown in FIG. **2**, one or more extender belt segments for the hip belt **1820** can be attached to first attachment point **1872** and second attachment point **1874** to accommodate an even larger range of torso sizes for the wearer, while maintaining all of the secure fastening and quick and quiet hip belt removal features as before. In one embodiment of the invention, hip belt **1820** comprises an outer surface of durable nylon or polyester fabric covering a PU (polyurethane) foam padding for wearer comfort.

[0064]   FIG. **19** is a rear view of the hip seat portion **1800** of FIG. **18** wherein the fastener **1860** is shown as a quick release buckle and fastener, strap material **1865** is tucked behind loops **1910**, and the hip belt portion **1825** is attached to the hip seat and belt portion **1820** by first and second zipper portions **1830** and **1840** which are shown in FIG. **19** as zipped up together. In one embodiment, the hip belt portion **1825** of FIG. **19** may also be attached to hip seat portion **1820** by hook and loop fastener **1850** (not shown in FIG. **19**).

[0065]   FIG. **20** is a rear view of the hip seat portion **1800** of FIG. **18** wherein the hip belt portion **1825** is attached to the hip seat and belt portion **1820** as in FIG. **19**, and contents of a hip belt pocket **2010** having a side slit opening **2020** are shown. In one embodiment of the invention, hip belt pocket **2010** may have an attached bottle holder **2030** that has an elasticized or drawstring opening to secure a water or infant feeding bottle (example water bottle is shown at **2040**) for easy access while the child carrier is positioned around the adult wearer's hips and/or a child is being carried in the carrier. In one embodiment of the invention, bottle holder **2030** may be made of durable, lightweight, elasticized webbing material that may easily be tucked back into pocket **2010** through opening **2020** for storage when not in use. Pocket **2010** may, in some embodiments of the invention, be of sufficient depth and width to hold a folded lightweight, disposable and/or washable diaper changing pad **2050** in addition to bottle holder **2030**.

[0066]   FIG. **21** is a front view of one embodiment of a hip seat portion **2100** of a child carrier showing fastener **2110** to a back support portion **2105** of the child carrier. Fastener **2110** is shown in an open, or unattached position where hip seat portion **2100** is not attached to back support portion **2105**. Fastener **2110** shown in FIG. **21** may be compared for illustrative purposes to fastener **410** shown in FIGS. **1**-**4** in a closed or attached position where hip seat portion **2100** is attached to back support portion **2105**. In one embodiment of the present invention, fastener **2110** may comprise a first zipper portion **2120** attached to the back support portion **2105** and a second zipper portion **2130** attached to hip seat portion **2100**. Second zipper portion **2130** may be stored inside compartment **2140** when the hip seat portion **2100** is being used as a child carrier without back support portion **2105**. In one embodiment of the invention, compartment **2140** comprises an opening with a zipper closure to keep second zipper portion **2130** out of the way of the adult wearer's arms and the carried child's legs. In some embodiments of the invention, compartment **2140** is separate from storage compartment **2150** which comprises a separate opening with a zipper closure to storage space.

[0067]   FIG. **22** is a front view of the embodiment **2100** of a hip seat portion of a child carrier shown in FIG. **21**. FIG. **22** depicts the fastener **2130** attaching the hip seat portion **2100** to the back support portion of the child carrier as being disengaged and stored inside compartment **2140**. Storage compartment **2150** is shown with the zippered opening in an open position.

[0068]   FIG. **23** is another front view of the embodiment **2100** of a hip seat portion of a child carrier shown in FIG. **21**, with the storage compartment **2150** held in an open position. In some embodiments of the invention, as shown in FIG. **23**, storage compartment **2150** further comprises an attached key ring **2320** for holding one or more keys **2330**, keycards or other items. In one embodiment of the invention, a strap **2310**, such as an elastic strap, or hook and loop fastener strap may be attached to either side of an inner surface of the storage compartment **2310** of sufficient length to hold a disposable diaper, pack of baby wipes, extra set of underpants, or similar item securely in place inside the storage compartment **2150**.

[0069]   FIG. **24** is a bottom, front, left perspective view of a hip seat portion of a child carrier as shown in FIG. **21**, wherein a hip seat under storage compartment opening **2150** is in a closed position. In one embodiment of the invention as shown in FIG. **24**, an externally accessible storage pocket **2410** positioned at the seam where the hip seat storage compartment is attached to the hip belt, and extending lengthwise along the hip belt, may hold a structural support (not shown) for the hip seat of the child carrier, or may comprise additional storage space. In some embodiments of the invention, storage pocket **2410** may comprise an opening fastened by a hook and loop fastener, or other suitable fastener **2420**. In one embodiment of the invention, fastener **2420** may comprise a zipper similar to that shown at **1410** of FIG. **14**. In some embodiments of the invention, the structural support may comprise one or more of those illustrated in FIGS. **11**, **12**, **13**, **15** and **16**.

[0070]   FIGS. **7A**-**7I** show numerous carrying configurations for the child carrier. FIGS. **7A**-**7C** show an adult **1** wearing only the hip seat portion **300** of the child carrier, which is supported on the adult by a hip belt **320**. FIG. **7A** shows the adult wearing the hip seat facing forward across the abdomen, with the child sitting on the hip seat facing in towards the adult's body. FIG. **7B** shows the adult wearing the hip seat facing forward but with the child facing outward. FIG. **7C** shows the adult wearing the hip seat turned to the side—e.g., on the hip—with the child facing in towards the adult's body. FIGS. **7D**-**7F** show the adult **1** wearing the child carrier with two shoulder straps **210** attached to the back support portion and hip belt **320**. The child carrier can be worn on the front facing in (FIG. **7D**), front facing out (FIG. **7E**), or back facing in (FIG. **7F**). FIGS. **7G**-**7I** show the adult **1** wearing the child carrier with a single shoulder strap **210** attached to the back support portion and hip belt **320**. The child carrier can be worn on the front facing in (FIG. **7G**), front facing out (FIG. **7I**-**1**), or side hip facing in (FIG. **7I**). The child carrier set forth in embodiments of the present invention supports and carries children of at least up to 44 pounds (20 Kg) and up to at least **3** years old. The child carrier set forth in embodiments of the

US 2019/0350380 A1

7

present invention can also carry smaller children and infants. To carry newborns and small infants, a padded infant insert (not pictured) can be used in an embodiment of the invention, with the seat portion and with the single or double shoulder strap back support portions. In one embodiment of the invention, the infant insert has a back, padded seat, and front with leg openings, which can adjustably fasten together to enclose and secure the infant inside and to the carrier, while the padded seat is ergonomically positioned on the seat portion of the carrier to ensure baby's hips are held in a natural fetal position. Embodiments of the present invention optionally may also be used with a pair of drool pads (not pictured) that fasten around the shoulder strap portions that are adjacent to baby's hands and head, and/or a front drool pad (not pictured) that fastens around the shoulder strap portions of the two shoulder strap carrier and the top of the back portion that would be adjacent to baby's head and hands.

[0071]   The use of headings and sections in the application is not meant to limit the invention; each section can apply to any aspect, embodiment, or feature of the invention.

[0072]   Throughout the application, where compositions are described as having, including, or comprising specific components, or where processes are described as having, including or comprising specific process steps, it is contemplated that compositions of the present teachings also consist essentially of, or consist of, the recited components, and that the processes of the present teachings also consist essentially of, or consist of, the recited process steps.

[0073]   In the application, where an element or component is said to be included in and/or selected from a list of recited elements or components, it should be understood that the element or component can be any one of the recited elements or components and can be selected from a group consisting of one or more of the recited elements or components. Further, it should be understood that elements and/or features of a composition, an apparatus, or a method described herein can be combined in a variety of ways without departing from the spirit and scope of the present teachings, whether explicit or implicit herein.

[0074]   The use of the terms "comprise," "include," "includes," "including," "have," "has," or "having" should be generally understood as open-ended and non-limiting unless specifically stated otherwise.

[0075]   The use of the singular herein includes the plural (and vice versa) unless specifically stated otherwise. Moreover, the singular forms "a," "an," and "the" include plural forms unless the context clearly dictates otherwise.

[0076]   Where the use of the term "about" is before a quantitative value, the present teachings also include the specific quantitative value itself, unless specifically stated otherwise. As used herein, the term "about" refers to a ±10% variation from the nominal value.

[0077]   It should be understood that the order of steps or order for performing certain actions is immaterial so long as the present teachings remain operable. Moreover, two or more steps or actions may be conducted simultaneously.

[0078]   Where a range or list of values is provided, each intervening value between the upper and lower limits of that range or list of values is individually contemplated and is encompassed within the invention as if each value were specifically enumerated herein. In addition, smaller ranges between and including the upper and lower limits of a given range are contemplated and encompassed within the inven-tion. The listing of exemplary values or ranges is not a disclaimer of other values or ranges between and including the upper and lower limits of a given range.

[0079]   While the present invention has been particularly described with respect to the illustrated embodiments, it will be appreciated that various alterations, modifications and adaptations may be made based on the present disclosure and are intended to be within the scope of the present invention. While the invention has been described in connection with what are considered to be the most practical and preferred embodiments, it is to be understood that the present invention is not limited to the disclosed embodiments, but on the contrary, is intended to cover various modifications and equivalent arrangements included within the scope of the appended claims.

What is claimed is:

1. A child carrier system comprising:

a hip seat comprising:

a hip belt comprising:

a first edge,

a second edge,

a first zipper portion connected to the first edge and the second edge,

a second zipper portion connected to the first edge and the second edge wherein the second zipper portion may be engaged with the first zipper portion in a closed position or disengaged from the first zipper portion in an open position,

a first end, and

a second end;

a fastener having a first portion positioned proximate to the first end of the hip belt and a second portion positioned proximate to the second end of the hip belt for adjustably securing the hip belt around a user's waist or hips;

a seating surface attached to the hip belt and extending laterally from the first edge of the hip belt, the seating surface having a lateral edge distal from the hip belt; and

a storage compartment located below the seating surface wherein the storage compartment is formed by enclosing an angle between the hip belt and the seating surface with a sidewall connected to the lateral edge of the seating surface and the second edge of the hip belt; and

a shoulder support comprising:

a back panel for supporting a child, the back panel having a top, a bottom, a left side, and a right side, the bottom detachably connected to the lateral edge of the seating surface; and

a first shoulder strap connected at a first end to the top of the back panel and at a second end to a left side or a right side of the back panel;

wherein the first shoulder strap is detachably connected to the back panel, and wherein the hip seat is configured to support a seated child when the back panel is detached while the seated child is held in place by the user.

2. The child carrier system of claim 1, wherein the first shoulder strap is connected at the second end to the left side of the back panel, and further comprising a second shoulder strap connected at a first end to the top of the back panel and at a second end to the right side of the back panel.

3. The child carrier system of claim 1, wherein the storage compartment is wedge shaped.

8

**4**. The child carrier system of claim **1**, wherein the storage compartment comprises a zipper closure disposed on the sidewall adjacent to the lateral edge of the seating surface.

**5**. The child carrier system of claim **1**, further comprising a removable support bracket configured for insertion into the storage compartment, the removable support bracket comprising a vertical riser positioned in the storage compartment adjacent to the hip belt and a horizontal shelf positioned in the storage compartment under the seating surface, wherein the vertical riser and the horizontal shelf are joined at an angle that biases the seating surface in a substantially horizontal orientation.

**6**. The child carrier system of claim **5**, wherein the storage compartment further comprises a first sub-compartment for receiving the removable support bracket.

**7**. The child carrier system of claim **6**, wherein the first sub-compartment is accessed by at least one opening secured by a fastener disposed on an inner surface of the storage compartment.

**8**. The child carrier system of claim **6**, wherein the first sub-compartment is accessed by an opening disposed on the sidewall adjacent to the second edge of the hip belt.

**9**. The child carrier system of claim **5**, wherein the removable support bracket comprises a rigid plastic material.

**10**. The child carrier system of claim **1**, wherein the first shoulder strap is detachably connected to the left or right side.

**11**. The child carrier system of claim **1**, wherein the second shoulder strap is detachably connected to the left or right side.

**12**. The child carrier system of claim **1**, wherein the seating surface has an arcuate shape.

**13**. The child carrier system of claim **1**, wherein the angle between the hip belt and the seating surface is an obtuse angle.

**14**. The child carrier system of claim **13**, wherein the angle between the hip belt and the seating surface is between 90 degrees and 120 degrees.

**15**. The child carrier system of claim **1**, further comprising a removable support bracket configured for insertion into the storage compartment, the removable support bracket comprising one or more hinges, a riser portion, and a seat portion, wherein the riser portion may be positioned in the storage compartment adjacent to the hip belt and the seat portion may be positioned in the storage compartment under

the seating surface, wherein the vertical riser and the seat portion are rotatably connected by the one or more hinges at an angle θ.

**16**. The child carrier system of claim **15**, wherein the angle θ is adjustable between 0 degrees and 120 degrees inclusive.

**17**. The child carrier system of claim **15**, wherein the vertical riser and the seat portion may be adjustable by the user into one or more lockable positions at an angle θ.

**18**. The child carrier system of claim **1**, further comprising a bottle holder attached to a first surface of the hip belt, wherein the bottle holder may be inserted into a pocket attached to the first surface of the hip belt when not in use.

**19**. The child carrier system of claim **18**, wherein an opening of the pocket extends along the first surface of the hip belt, between the first and second edges of the hip belt.

**20**. A child carrier hip seat comprising:
a hip belt comprising:
  a first edge,
  a second edge,
  a first fastener portion connected to the first edge and the second edge,
  a second fastener portion connected to the first edge and the second edge wherein the second fastener portion may be engaged with the first fastener portion in a closed position or disengaged from the first fastener portion in an open position,
  a first end, and
  a second end;
a belt fastener having a first portion positioned proximate to the first end of the hip belt and a second portion positioned proximate to the second end of the hip belt for adjustably securing the hip belt around a user's waist or hips;
a seating surface attached to the hip belt and extending laterally from the first edge of the hip belt, the seating surface having a lateral edge distal from the hip belt; and
a storage compartment located below the seating surface wherein the storage compartment is formed by enclosing an angle between the hip belt and the seating surface with a sidewall connected to the lateral edge of the seating surface and the second edge of the hip belt, wherein the hip seat is configured to support a child seated on the seating surface while the child is held by the user.

\*  \*  \*  \*  \*

US009700152B2

(12) **United States Patent**
Telford et al.

(10) Patent No.: **US 9,700,152 B2**
(45) **Date of Patent:** **Jul. 11, 2017**

(54) **HIP SEAT DEVICE AND SYSTEM**

(71) Applicant: **The ERGO Baby Carrier, Inc.**, Los Angeles, CA (US)

(72) Inventors: **Rodney V. Telford**, Kula, HI (US); **Joseph Hei**, Palo Alto, CA (US)

(73) Assignee: **The ERGO Baby Carrier, Inc.**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/087,628**

(22) Filed: **Mar. 31, 2016**

(65) **Prior Publication Data**

US 2016/0286980 A1    Oct. 6, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/140,994, filed on Mar. 31, 2015.

(51) **Int. Cl.**
*A47D 13/02* (2006.01)
*A47D 15/00* (2006.01)
*F16M 13/04* (2006.01)

(52) **U.S. Cl.**
CPC .......... *A47D 13/025* (2013.01); *A47D 15/006* (2013.01); *F16M 13/04* (2013.01)

(58) **Field of Classification Search**
CPC .... A47D 13/02; A47D 13/025; A47D 15/006; B60N 2/26; F16M 13/04
USPC ................................................ 224/158–161
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,973,889 | A | 3/1961 | Phillips |
| 3,327,914 | A | 6/1967 | Abram |
| 4,009,808 | A | 3/1977 | Sharp |
| 4,234,229 | A | 11/1980 | Arnold |
| 4,469,259 | A | 9/1984 | Krich et al. |
| 4,579,264 | A | 4/1986 | Napolitano |
| 4,651,366 | A | 3/1987 | Lande et al. |
| 4,724,988 | A | 2/1988 | Tucker |
| 4,901,898 | A | 2/1990 | Colombo |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2357614 | 3/2002 |
| GB | 2314026 | 12/1987 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT Application No. PCT/US2016/025261, mailed Jun. 27, 2016, 8 pages.

(Continued)

*Primary Examiner* — Corey Skurdal

(74) *Attorney, Agent, or Firm* — Sprinkle IP Law Group

(57) **ABSTRACT**

Embodiments disclosed herein provide hip seat devices and systems for carrying a child in a position that is ergonomically beneficial for the child and comfortable for the wearer. A hip seat device may comprise a seating platform attached to a wearer engagement surface. The wearer engagement surface is held against the body of a wearer, such as by a waist belt encircling the wearer. The seating platform has a bucket shape for promoting a child seated thereon to assume an ergonomic spread-squat position ("M" position). The bucket shape may have the additional benefit of bringing the child closer to the wearer, reducing the moment on the carrier and thus the resulting force on the wearer.

**21 Claims, 10 Drawing Sheets**



## US 9,700,152 B2
Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,986,458 | A | 1/1991 | Linday |
| 5,071,047 | A | 12/1991 | Cordisco |
| 5,129,406 | A | 7/1992 | Magnusen et al. |
| 5,178,309 | A | 1/1993 | Bicheler |
| 5,224,229 | A | 7/1993 | Smith |
| 5,224,637 | A | 7/1993 | Colombo |
| 5,371,909 | A | 12/1994 | McCarty |
| 5,425,381 | A | 6/1995 | Peterson et al. |
| 5,492,256 | A | 2/1996 | Ive |
| 5,813,580 | A | 9/1998 | Fair |
| 5,826,287 | A | 10/1998 | Tandrup |
| 5,988,742 | A | 11/1999 | Stevens |
| 6,055,686 | A | 5/2000 | Knight |
| D441,967 | S | 5/2001 | Reithmeier |
| 6,394,543 | B1 | 5/2002 | Dunne et al. |
| 6,409,060 | B2 | 6/2002 | Donine |
| 6,415,969 | B1 | 7/2002 | Higuchi |
| 6,467,840 | B1 | 10/2002 | Verbovszky et al. |
| 6,715,651 | B2 | 4/2004 | Le Gal |
| 6,772,925 | B2 | 8/2004 | O'Hare |
| 7,168,600 | B2 | 1/2007 | Hwang |
| 7,322,498 | B2 | 1/2008 | Frost |
| 7,494,031 | B2 | 2/2009 | Kassai et al. |
| 7,886,946 | B2 | 2/2011 | Gray |
| 8,028,871 | B2 | 10/2011 | Gray |
| 8,272,546 | B2 | 9/2012 | Leistensnider |
| 8,650,663 | B2 | 2/2014 | Fair et al. |
| 8,726,437 | B2 | 5/2014 | Hardesty |
| 8,745,794 | B1 | 6/2014 | McDermott |
| 9,220,352 | B2 | 12/2015 | Frost |
| 2003/0106916 | A1 | 6/2003 | Boone |
| 2004/0149790 | A1 | 8/2004 | Kassai et al. |
| 2004/0217633 | A1 | 11/2004 | Kassai et al. |
| 2005/0045674 | A1 | 3/2005 | Rehbein |
| 2005/0155995 | A1 | 7/2005 | Lee |
| 2005/0242136 | A1 | 11/2005 | Moriguchi et al. |
| 2006/0130220 | A1 | 6/2006 | Morgan et al. |
| 2007/0029356 | A1 | 2/2007 | Moriguchi et al. |
| 2007/0138845 | A1 | 6/2007 | Gold et al. |
| 2008/0047987 | A1 | 2/2008 | Price |
| 2008/0209639 | A1 | 9/2008 | Lord |
| 2010/0072236 | A1 | 3/2010 | Parness et al. |
| 2010/0147910 | A1 | 6/2010 | Schachtner |
| 2011/0042429 | A1 | 2/2011 | Frost |
| 2016/0066704 | A1 | 3/2016 | Frost |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 09-099842 A | 4/1997 |
| JP | 2005-131146 A | 5/2005 |
| JP | 2005-185426 | 7/2005 |
| JP | 2006-231033 | 9/2006 |
| JP | 4170894 B2 | 8/2008 |
| KR | 20-2010-0010658 | 10/2010 |
| KR | 20-0462354 | 9/2012 |
| WO | WO 95/05952 A1 | 3/1995 |
| WO | WO 2012165840 A2 | 12/2012 |

OTHER PUBLICATIONS

Casas, Rochelle, "Choosing a Carrier," The Continuum Concept Letter, Issue 9, New Native, Inc., Watsonville, CA 95076, 2 pgs.
"Spread-Squat-Position," published Nov. 9, 2007, downloaded from http://www.ergobabycarrier.com/press/2007/11/spreadsquatposition.htm . . . and printed on Jul. 16, 2009, Ergobaby, Inc., 3 pgs.
"Studies, Opinions and Scientific Papers" published Jan. 26, 2006, downloaded from http://www.ergobabycarrier.com/press/2006/01/studies-opinions-and-scie . . . , printed on Jul. 16, 2009, Ergobaby, Inc., 3 pgs.
International Search Report and Written Opinion for PCT Application No. PCT/US2010/045886, completed, Sep. 27, 2010, mailed Oct. 6, 2010, 8 pgs.
International Preliminary Report on Patentability for PCT Patent Application No. PCT/US2010/045886, mailed Mar. 1, 2012, 7 pgs.
Office Action for U.S. Appl. No. 12/544,093, mailed Mar. 20, 2012, 15 pgs.
Office Action for U.S. Appl. No. 12/544,093, mailed Dec. 3, 2012, 12 pgs.
Extended European Search Report for European Patent Application No. 10810544.6, mailed Apr. 23, 2013, 9 pgs.
Chinese Office Action for Chinese Patent Application No. 201080046673.0, mailed Oct. 25, 2013, 16 pgs.
Office Action for U.S. Appl. No. 12/544,093, mailed Mar. 26, 2014, 19 pgs.
Communication Under Rule 71(3) EPC (Notice of Allowance) for European Patent Application No. 10810544.6, mailed May 15, 2014, 27 pages.
Office Action for Chinese Patent Application No. 201080046673.0, mailed Aug. 14, 2014, 6 pages.
Office Action for Chinese Patent Application No. 201080046673.0. mailed Feb. 13, 2015, 3 pgs.
Office Action issued for U.S. Appl. No. 14/940,565, mailed Sep. 26, 2016, 21 pages.
Office Action issued for U.S. Appl. No. 14/940,565, mailed Apr. 5, 2017, 11 pages.



**FIG. 1**
**(Prior Art)**



**FIG. 2**



*FIG. 3A*



*FIG. 3B*





*FIG. 5A*

*FIG. 5B*



*FIG. 5C*



*FIG. 6*



*FIG. 7*



**FIG. 8**



*FIG. 9*

35



FIG. 10A

FIG. 10B



*FIG. 11A*

*FIG. 11B*



FIG. 11C

FIG. 11D

US 9,700,152 B2

**1**

## HIP SEAT DEVICE AND SYSTEM

### RELATED APPLICATIONS

This application claims the benefit of priority under 35 USC §119 to U.S. Provisional Patent Application No. 62/140,994, entitled "HIP SEAT DEVICE AND SYSTEM" by Telford et al., filed Mar. 31, 2015, which is hereby fully incorporated by reference herein.

### TECHNICAL FIELD

The disclosure relates to child carriers. More particularly, this disclosure relates to child carriers that provide a seating platform for the child. Even more specifically, this disclosure relates to child carriers having a seating platform shaped to position a child in an ergonomically beneficial position.

### BACKGROUND

Wearable child carriers allow wearers (e.g., parents, caretakers) to carry children comfortably while maintaining freedom of hand and arm movement. These carriers also allow for improved ergonomics for the wearer as the carrier may reduce the tendency of the parent to shift the spine to help support the child on the hip.

Some currently available child carriers wrap around a wearer's waist and provide a seating surface to seat the child on. These types of carriers are generally referred to as hip seats. The seating surface is usually semi-circular or semi-elliptical and in the form of a horizontally planar shelf. The shape of these seating surfaces allows a child's legs to hang downward. Additionally, children often settle on the edge of the seat, increasing the bending moment of the seat, resulting in discomfort for the wearer. Further increasing the discomfort of the wearer the front edge of such seating surfaces that are proximate to the wearer are short and flat, creating discomfort for the wearer when a child is placed on the seating surface.

What is desired, therefore, are hip seats that promote an ergonomic positioning of a child while also being comfortable for the wearer.

### SUMMARY

To those ends, among others, embodiments of hip seat devices and systems as disclosed herein provide a seating platform that has a contoured bucket shape (e.g., a shape wherein the seating platform slopes generally down away from the outer edge of the seating platform, becoming deeper toward the inside of the platform) that promotes an ergonomically beneficial position for a child seated thereon in either an inward or an outward facing orientation. Specifically, in certain embodiments the outer edge of the seating platform may be the highest point of the seating platform. For example, the seating surface may be generally sloped from a center axis of the seating surface to the outer edge of the seating surface or from a front edge of the seating surface proximate the wearer to the outer edge. Additionally, in certain embodiments, the outer edge of the seating platform may have a top surface that is planar or sloped.

Accordingly, in certain embodiments, as the outer edge of the seating surface is higher than at the center axis more thigh support may be provided to a child seated thereon while additionally serving to elevate the child's knees, promoting an ergonomically beneficial position for the

**2**

child. A planar or sloped top surface of the outer edge may further promote such an ergonomically beneficial position. Moreover, because a low point of the seating surface may be proximate to the wearer (e.g., along an edge of the seating surface proximate the wearer) such a seating surface may seat or retain the child in a position close to the wearer, bringing the child's center of gravity close to the wearer. By positioning the child closer to the wearer embodiments may further promote an ergonomically beneficial position of the child by providing additional room to support the child's thighs and elevate the child's knees.

Additionally, by positioning the child closer to the wearer less pressure may be generated on the wearer's torso or hips (e.g., by the bottom surface or edge of the hip seat) and the comfort of the wearer increased. To further increase the comfort of a wearer, the front edge of the seating surface of the seating platform may be extended and radiused. Similarly, then, a wearer engagement surface of the hip seat including the front edge of the seating platform may have an increased area and be radiused to accommodate the body of the wearer.

In particular then, embodiments of a hip seat system with a contoured bucket shaped seating platform may support the child in an ergonomic spread squat position ("M" position) with the child's pelvis, bottom and thighs all being supported. The child's weight can be supported rather than the child sitting with the child's weight primarily on the sacrum. The child can be supported with the knees level with, or higher than the bottom, in some cases higher than 90 degrees. The bucketed seating surface may be wider than the child's hips thus supporting the child's bottom. The outer edge of the seating surface may pass under and around the child's thighs at a distance from the child's hips where the portions of the outer edge that pass under and around the child's thighs serves to lift the child's knees.

In the ergonomic spread squat position (also known as the "frog leg", "frog", "squat spread", or "M" position) the flexion at the hip joint is at least 90° and in some cases is 110° to 120° from the coronal plane, and the spreading angle can average at approximately 45-55° from the median plane. The angle of the hips and spread can depend on the form factor of the hip seat and developmental stage of the child. In one embodiment, the hip seat can be adapted to support the child in a position with the child's femur approximately 90° to 110° (or other elevated position) from the coronal plane and to position with the child's knees with an amount of spreading. The amount of spreading may depend on the developmental stage of the child and orientation with a newborn having less than 30°, then approximately 30°, then approximately 35°-40° and so on, such that the final spread is approximately 40°-45°, though other amounts of spreading may be achieved including (e.g., for example approximately 55°). In one embodiment, the spreading may be at least 20° degrees from the median plane. The child's weight can be distributed across the child's bottom, thighs and back so that the sacrum does not bear too much weight and the child can rest with a more naturally curved "C" spine in a spread squat position ("M" position) that is believed to be better for pelvic development. In some cases, the knees are not spread. It can be noted, however, that the child can be positioned in any comfortable position, preferably emphasizing a supportive posture rather than a posture where the child is primarily sitting on his or her sacrum.

Embodiments disclosed herein include a hip seat device having a seating platform and a wearer engagement surface. The seating platform may have a bucket shape wherein the bucket shape comprises a contour perpendicular to a central

US 9,700,152 B2

3

axis of the seating platform that slopes generally downward away from the outer edge toward the central axis of the seating platform. This contour may have a slope of between 5 and 35 degrees. The wearer engagement surface may be connected to the seating platform and may be configured to rest against the body of a wearer. In some embodiments, the angle between the seating platform and the wearer engagement surface may be between 90 and 180 degrees. The seating platform and wearer engagement surface may be formed from a single piece and may comprise a foam material.

In some embodiments, the bucket shape may further comprise a contour that slopes generally down from an outer edge to the wearer engagement surface along the central axis. This contour may have a slope between 5 and 35 degrees. In some embodiments, the seating platform and wearer engagement surface may comprise a single piece and may be made of a foam material.

The hip seat device may be a hip seat insert that may be used in a hip seat carrier for carrying a child. For example, a hip seat device may be inserted into a hip seat pocket of a hip seat carrier. The hip seat carrier may include a waist belt for encircling a wearer having a receiving fastener and engaging fastener for installing and removing the hip seat carrier. The waist belt may be padded or otherwise cushioned to increase the comfort of the wearer.

In some embodiments, a hip seat carrier system comprises a hip seat carrier having a hip seat device and a carrier torso support portion configured for coupling to the hip seat carrier. The carrier torso support portion may include shoulder straps and provide additional support for carrying a child.

Hip seat devices and systems in accordance with embodiments provide unique contoured seating platforms that promote proper pediatric ossification/osteogenesis.

A padded, wide seat ensures that the child's weight is substantially evenly distributed and provides added comfort for the wearer. A wide, angled, and contoured bucket seat provides thigh support for carried children to elevate their knees to hip level or higher. These disclosed features, taken individually and in combination, all operate to promote the carried child assuming a "spread-squat" position ("M" position) for proper pediatric ossification/osteogenesis while providing comfort for the wearer.

BRIEF DESCRIPTION OF DRAWINGS

The drawings accompanying and forming part of this specification are included to illustrate certain aspects of the disclosure. A clearer impression of embodiments, and of various components and operation of devices and systems provided with embodiments, will become more apparent by referring to specific embodiments shown, for example, in the drawings, where identical reference numerals indicate the same components throughout. Note that features illustrated in the drawings are not necessarily drawn to scale.

FIG. 1 shows a view of a typical conventional child-carrying seat platform.

FIG. 2 shows a view of one embodiment of a hip seat.

FIG. 3A shows a view of one embodiment of a hip seat.

FIG. 3B shows a view of one embodiment of a hip seat with dimension specifications.

FIG. 4A shows a view of one embodiment of a hip seat.

FIG. 4B shows a view of one embodiment of a hip seat with dimension specifications.

FIG. 4C shows a view of one embodiment of a hip seat with dimension specifications.

4

FIG. 5A shows a view of one embodiment of a hip seat.

FIG. 5B shows a view of one embodiment of a hip seat with dimension specifications

FIG. 5C shows a side cross-section view of one embodiment of a hip seat with dimension specifications.

FIG. 6 shows a view of one embodiment of a hip seat system.

FIG. 7 shows one embodiment of a hip seat system.

FIG. 8 shows the embodiment of the hip seat system of FIG. 7 worn on the body of a wearer.

FIG. 9 shows the embodiment of the hip seat system of FIG. 8 with a carried child.

FIG. 10A shows one embodiment of a hip seat system.

FIG. 10B shows one embodiment of a hip seat system.

FIG. 11A shows one embodiment of a hip seat system being utilized in a front-inward carrying configuration.

FIG. 11B shows one embodiment of a hip seat system being utilized in a front-outward carrying configuration.

FIG. 11C shows one embodiment of a hip seat system being utilized in a back carrying configuration.

FIG. 11D shows one embodiment of a hip seat being utilized in a standalone configuration.

DESCRIPTION

The disclosure and various features and advantageous details thereof are explained more fully with reference to the exemplary, and therefore non-limiting, embodiments illustrated in the accompanying drawings and detailed in the following description. Descriptions of known starting materials and processes may be omitted so as not to unnecessarily obscure the disclosure in detail. It should be understood, however, that the detailed description and the specific examples, while indicating preferred exemplary embodiments, are given by way of illustration only and not by way of limitation. Various substitutions, modifications, additions and/or rearrangements within the spirit and/or scope of the underlying inventive concept will become apparent to those skilled in the art from this disclosure.

As used herein, the terms "comprises," "comprising," "includes," "including," "has," "having" or any other contextual variant thereof, are intended to cover a non-exclusive inclusion. For example, a process, product, article, or apparatus that comprises a list of elements is not necessarily limited to only those elements but may include other elements not expressly listed or inherent to such process, product, article, or apparatus. Further, unless expressly stated to the contrary, "or" refers to an inclusive or and not to an exclusive or. For example, a condition "A or B" is satisfied by any one of the following: A is true (or present) and B is false (or not present), A is false (or not present) and B is true (or present), and both A and B are true (or present).

As used herein, the terms "seat," "seating," "platform," and/or any contextual variant thereof, when describing a surface, generally refer to a surface intended for a child to sit on. As used herein, the terms "hip," "waist" and/or any contextual variant thereof, when describing a surface, generally refer to a surface intended for resting on or otherwise engaging with the waist or hip of a wearer (e.g., a parent or adult carrying a child).

As used herein, the terms "fastener," "fastening," and/or any contextual equivalents or variants thereof, may refer to any type of securing mechanism, such as, for example: buttons, snaps, d-rings, clips, hooks, patches of hook and loop material, and/or any other securing mechanism, whether now known or hereafter described in the art.

US 9,700,152 B2

**5**

Any examples or illustrations given herein are not to be regarded in any way as restrictions on, limits to, or express definitions of, any term or terms with which they are utilized. Instead these examples or illustrations are to be regarded as being described with respect to a particular embodiment and as illustrative only. Those of ordinary skill in the art will appreciate that any term or terms with which these examples or illustrations are utilized may encompass other embodiments, as well as implementations and/or adaptations thereof which may or may not be given therewith or elsewhere in the specification, and all such embodiments are intended to be included within the scope of the disclosure. Language designating such non-limiting examples and illustrations includes, but is not limited to: "for example," "for instance," "e.g.," "in one embodiment," "an embodiment," and the like.

Before delving into embodiment in more detail, some contextual information may be helpful. When a child is born, they are in a state of total kyphosis (i.e., the back is rounded so as to resemble the letter 'C'); which is to say that the child's spine remains substantially bent as it was in the womb. The child's hip joint receives its final shape in the womb, but matures after birth. The cartilaginous material of the hip joint turns into bone over time.

The spine and the pelvis are connected to the hip joint by the sacro iliac joint. Movement of the spine and pelvis directly influence one another. When a child rounds his/her back, the pelvis tilts forward slightly, which makes healthy development of the hip joints possible. An infant's back is rounder than that of an older child. If the child's back is kept straight, the pelvis tilts backwards, which can have a negative influence on the development of the hip joints.

In order to promote ideal hip development, a child's hips should be strained as little as possible during the development period. This may be achieved with the child bending and spreading their legs as often as possible. In one embodiment, a contoured hip seat platform is disclosed that encourages a hip flexion angle of about 90-150 degrees above the coronal plane and about 25-65 degrees from the medial plane. In another implementation, disclosed embodiments provide an ergonomically contoured hip seat device and system that promotes a hip flexion angle of about 120 degrees above the coronal plane and about 45 degrees from the medial plane. The coronal plane is a vertical plane that partitions the body into two parts, front (ventral) and back (dorsal). The medial (or midsagittal) plane is a vertical plane that divides the body into two symmetrical halves (left and right).

If the knees are substantially at the same level as the bellybutton, and the legs are spread apart, then the child is in what is termed a "spread-squat" position. The spread-squat position is also variously termed the "frog-leg" position, the "frog" position, the "squat-spread" position, or the "M" position. As used herein, "spread-squat" represents the most frequently used term referring to the ergonomically beneficial positioning of the femur heads in the socket of the hip joint, or acetabulum. The socket of the hip joint is the ilium's articular surface. The spread-squat position affords substantially equal strain to all areas of the acetabulum, which is preferred for the development of the ossification center (i.e., the core of the bone).

Children should be carried in this position starting at birth; and indeed, if there are indications of hip dysplasia, this is even recommended by medical doctors. The spread-squat position is intended by nature for a reason and, when

**6**

carrying, should be used. For example, a child will instinctively pull their legs into the spread-squat position as soon as they are lifted up.

Additional information regarding child seat carriers and ergonomic positioning may be found in U.S. patent application Ser. No. 10/937,193, filed Sep. 9, 2004, entitled "BABY CARRIER" by Frost, now U.S. Pat. No. 7,322,498; U.S. patent application Ser. No. 14/209,580, filed Mar. 13, 2014, entitled "CHILD CARRIER" by Telford et al., now U.S. Pat. No. 9,185,993; and U.S. patent application Ser. No. 12/544,093, filed Aug. 19, 2009, entitled "INFANT CARRIER" by Frost, now U.S. Pat. No. 9,220,352, which are hereby incorporated by reference.

Accordingly, a hip seat device in accordance with embodiments may provide a contoured seating platform for holding a child placed thereon. The seating platform may have a bucket shape and may promote the child to assume an ergonomically beneficial seated position. Additionally, the bucket shape may cause the child to gravitate toward a wearer, providing increased comfort for the wearer.

Referring now to FIG. 1, a conventional child carrier seat insert is depicted. Conventional hip seats are generally planar and not ergonomically configured to encourage a child seated thereon to assume a spread-squat position ("M" position). Accordingly, conventional child carrier seat inserts are generally not a good choice for promoting proper pediatric ossification/osteogenesis.

FIGS. 2, 3A, 4A and 5A show a hip seat insert 100 in accordance with one embodiment. Hip seat insert 100 is comprised of a seating platform 102 and a wearer engagement surface 104. Seating platform 102 provides an area for holding a child placed thereon. Wearer engagement surface 104 is connected to seating platform 102 and provides a surface for contacting a wearer. Wearer engagement surface 104 is held against a wearer, such as through the use of a waist belt of a hip seat carrier (see e.g., FIGS. 6 and 10B).

Seating platform 102 is contoured and ergonomically adapted to conform the position of a child seated thereon to assume a spread-squat position ("M" position). Such a spread-squat position may be, for example, advantageous and may, for instance, promote proper pediatric ossification/osteogenesis. Additionally, the contours of hip seat insert 100 may cause the child to gravitate toward the wearer, reducing the moment of the hip seat and thus increasing comfort for the wearer.

Wearer engagement surface 104 may also be contoured so as to provide a secure and comfortable fit around the wearer. Seating platform 102 and wearer engagement surface 104 are connected such that the weight of the child may be supported. In one embodiment, hip seat insert 100 may be a single piece, as shown in FIGS. 2-5. In other embodiments, hip seat insert 100 may comprise multiple pieces.

Seating platform 102 and wearer engagement surface 104 (e.g., in one embodiment, hip seat insert 100) may be made of any material or combination of materials, including, but not limited to: foam, polymer, metal, and wood.

In one embodiment, seating platform 102 may have an outer edge 106 from which the seat contour diverges from, creating a bucket shape. The point of greatest depth of the seating surface may be referred to as apex 115 (as shown in FIG. 4C).

As used herein, the outer edge of the seating platform refers to the outermost part of the seating platform distal from the wearer when worn and may be the highest portion of the seating platform, from which the seat slopes downward away from the outer edge, creating a bucket shape. The outer edge may have a cross section of any shape, including

US 9,700,152 B2

7

flat, rounded, pointed, etc. A flat outer edge may have any width and may provide support for the legs of a child seated thereon.

FIG. 3A shows a top view of a hip seat insert in accordance with one embodiment. Hip seat insert 100 comprises a seating platform 102 and wearer engagement surface 104. Wearer engagement surface 104 abuts the wearer and is held onto the wearer (e.g., by a waist belt encircling the wearer). Outer edge 106 may be substantially planar, from which the contoured seating platform may diverge from to form a bucket shape.

While conventional seating platforms may have a semi-circular or semi-elliptical shape (see FIG. 1), seating platform 102 in accordance with embodiments may have an outer edge that has more square shape (see FIG. 3A) which may provide more area for supporting a child's thighs in an outward-facing orientation, thus helping promote an ergonomically beneficial seated position.

Additionally, seating platform 102 may have a wearer engagement surface 104 that is wider than in conventional designs. Increased width of the wearer engagement surface may increase comfort to the wearer, such as by distributing force over a larger area, thus reducing the pressure on the wearer's torso. The seating platform may be also wider to match the width of the wearer engagement surface. Increased width of the seating platform may also provide additional thigh support for a child seated in a wearer-facing (inward-facing) orientation and help promote an ergonomically advantageous seated position.

In the embodiment shown in FIG. 3A, a more square outer edge and a wider seating platform near the wearer engagement surface together may give seating platform 102 a more trapezoidal shape compared to the semi-circular or "D" shaped seat of conventional carriers (see e.g., FIG. 1).

FIG. 3B shows dimensions and specifications for a hip seat insert 100 in accordance with an embodiment that includes: a seating platform maximum depth of about 15.8 cm; a seating platform minimum depth of about 12.45 cm; and a wearer engagement surface with a taper depth of about 4.61 cm. These dimensions and specifications are exemplary and may be varied or otherwise suitably adapted to achieve various other ergonomic configurations in accordance with other embodiments.

FIG. 4A shows a front view of an ergonomically contoured hip seat in accordance with one embodiment. In this view, the plane of outer edge 106 is orthogonal to the drawing, thus outer edge 106 appears as a horizontal line in this view. The front edge 116 of seating platform 102 appears below outer edge 106 and connects seating platform 102 with wearer engagement surface 104. The seating platform has a contour perpendicular to the central axis. In other words, if a cross-section is taken of the seating surface along a plane perpendicular to the central axis, the seating surface has a general slope from the central axis to the outer edge 106. The point of greatest depth may be referred to as apex 115. In one embodiment as shown in FIG. 4A, apex 115 coincides with the central axis 113 of hip seat insert 100.

In one embodiment as shown in FIG. 4A, the seating platform may have a slope that varies. Moving from left to right, the seating platform may begin substantially parallel to the plane formed by outer edge 106. The slope of the seating platform gradually increases to a maximum slope 110 (see FIG. 4C). The slope of seating platform 102 may then gradually decrease until it is roughly parallel to outer edge 106. In FIG. 4C, seating platform 102 is generally parallel to outer edge 106 at apex 115. The other side of the seating platform may be a mirror image (with respect to

8

central axis 113) of the first side. In another embodiment, the slope of the seating platform may be constant.

A child seated in a carrier having a seating platform contour such as that shown in FIG. 4A may naturally gravitate towards central axis 113 of hip seat insert 100. Such movement may be due to gravity and/or the child seeking a comfortable seated position. In either forward or reverse facing orientations, the child's thighs may rest on the sloped portion of the contoured seating platform, pushing the child's knees up. This orientation may create a hip flexion angle greater than 90 degrees above the coronal plane, thus providing an ergonomically advantageous seated position.

FIG. 4B shows dimensions and specifications for a hip seat insert 100 in accordance with an embodiment that includes: a side-to-side seating platform width of about 26.39 cm, a surface opposing the seating platform with a width of about 15.79 cm; a seating platform contour with a maximum displacement of about 3.35 cm; and a slope of about 19.73 degrees. FIG. 4C further depicts slope 110 and depth of seat contour at apex 115 (indentation displacement) of 1.32 inches (3.35 cm). These dimensions and specifications are exemplary and may be varied or otherwise suitably adapted to achieve various other ergonomic configurations in accordance with other embodiments.

FIG. 5A shows a side view of a hip seat in accordance with one embodiment. In this view, only outer edge 106 of seating platform 102 is visible. The remainder of the seating platform and the wearer engagement surface are obscured.

FIG. 5C is a cross-section view of one embodiment of hip seat insert 100. A portion of outer edge 106 is visible in this view. In this orientation, outer edge 106 is oriented horizontally. Contour 118 defines the surface of seating platform 102 at the cross-section. The seating platform may slope generally downward from the outer edge toward the wearer engagement surface. Contour 118 may have a slope 120 at the cross-section measured by the deviation of seat contour 118 from the plane of outer edge 106. The slope of contour 118 may be constant from outer edge to the front edge or may be variable.

Hip/waist slope 130 defines an angle relative to a vertical axis with respect to FIG. 5C. When worn, wearer engagement surface 104 is held against a wearer and may be approximately vertical. Thus, when the hip seat carrier is worn empty, outer edge 106 may be inclined relative to horizontal by the magnitude of the angle of hip/waist slope 130. Seating platform 102 may thus be inclined at an even greater angle relative to horizontal, approximately equal to the sum of hip/waist slope 130 and slope 120.

In use, the actual incline of the seating platform may vary for numerous reasons. For example, wearer engagement surface 104 may not be held completely against the torso of the wearer, the wearer may not have a perfectly vertical torso where the carrier is worn, the weight of a child seated thereon may deform or rotate the hip carrier, etc. Thus, angles and dimensions are provided herein may differ in use. Such factors may be taken into account when designing hip seat insert 100.

Contour 118 may cause a child seated thereon to gravitate toward the wearer in any orientation. With the child in an outward-facing orientation, the child's thighs rest on contour 118 and may thus create a hip flexion angle greater than 90 degrees above the coronal plane. By gravitating the child toward the wearer, more of seating platform 102 may be able to support the child's thighs. In an inward facing orientation, a seat slope perpendicular to the central axis may cause the child to assume a position having a hip flexion angle greater

US 9,700,152 B2

9

than 90 degrees above the coronal plane. A child may remain in this position due to gravity and/or for comfort, thus helping to sustain an ergonomically advantageous seated position.

Contour **118** may also have the secondary advantage of improving comfort for the wearer of the hip seat carrier. When a child is seated on the "shelf" of a hip seat carrier, a moment is created that tends to pull the top of the carrier away from the wearer and push the bottom of the carrier into the wearer. The further the child's center of gravity is from the wearer, the greater the moment and thus the greater force applied to the wearer. Over time, the bottom of the carrier may "dig" into the wearer and cause discomfort. By causing the child to gravitate toward the wearer, the moment on the carrier is reduced, therefore reducing the reaction force that must be supplied by the wearer.

FIG. **5**B is a side view of a hip seat in accordance with one embodiment, showing a contoured seating surface and other features as hidden lines. Additionally, FIG. **5**B shows dimensions and specifications for a hip seat insert **100** in accordance with an embodiment that includes: an altitude between the outer edge of the seating surface and the corresponding opposing insert surface of about 14.13 cm, a front surface to opposing insert back surface displacement of about 17.02 cm (at the apex of the indicated surfaces), a wearer engagement surface (e.g., the surface intended for contact with the wearer's hip/waist) to maximum contoured well indentation (located in the seating surface) displacement of about 2.74 cm, a slope **120** of about 19.75 degrees, and hip/waist (top of wearer's hip/waist to bottom of wearer's hip/waist) slope **130** of about 17.04 degrees.

FIG. **5**C further depicts slope **120** of 19.75 degrees, hip/waist slope **130** of 17.04 degrees, depth of hip/waist contour at outer apex **132** of 1.76 inches, and depth of hip/waist contour at inner apex **134** of about 1.08 inches. These dimensions and specifications are exemplary and may be varied or otherwise suitably adapted to achieve various other ergonomic configurations in accordance with other embodiments.

The disclosed dimensions, specifications and topographical features of hip seat insert **100** are selected or otherwise configured to provide a seat platform that orients, conforms, promotes or otherwise encourages a child sitting thereon to assume a spread-squat position ("M" position). While dimensions and specifications have been disclosed above, it will be appreciated that various other dimensions and specifications may be employed alternatively, conjunctively or sequentially to promote other ergonomically advantageous positions and that all such dimensions and specifications are contemplated herein.

Many variations may be possible to provide a seating platform for a child. While embodiments disclosed herein may describe the contours of a child carrier seat insert, one of ordinary skill in the art will recognize that one effect of the seat insert is to provide support for a desired shape when inserted into a pocket of a hip seat carrier. Thus, the contours of the seat insert described herein may be embodied in any manner so as to provide a seating platform for a child.

FIG. **6** shows a hip seat carrier **500** in accordance with one embodiment comprising a pocket **635** for receiving hip seat insert **100** thru insert pocket flap **646**. Hip seat carrier **500** further comprises a waist belt **520** to encircle the hip/waist of a wearer, thus holding wearer engagement surface **104** against the wearer's torso. Hip seat carrier **500** may further comprise a utility pocket **610** for carrying supplies or other

10

items. Upper fasteners **640** and zipper covering flap **648** may be used to conceal features for attaching a carrier torso support portion.

FIG. **7** depicts one embodiment of hip seat carrier **500** and carrier torso support portion **650**. Hip seat carrier **500** and carrier torso support portion **650** may form a hip seat carrier system, providing vertical and horizontal support for a child placed therein.

Hip seat pocket **635** may further comprise torso support zipper covering flap **648** with upper fasteners **640** (e.g., press-fit snaps, as depicted) and lower fasteners **642** (e.g., press-fit snaps, as depicted). Any type of fastener, whether now known or otherwise hereafter described in the art, may be alternatively, conjunctively or sequentially used as fastening means in place of or in addition to fasteners **640**, **642**. When hip seat carrier **500** is not engaged with torso support portion **650**, upper fasteners **640** and lower fasteners **642** may be engaged upper-to-low or lower-to-upper so as to close zipper covering flap **648** to cover, protect or otherwise obscure hip/waist belt portion zipper **644**.

Hip seat carrier **500** may further comprise: receiving fastener anchor **615** (e.g., a stitched patch, as depicted), receiving fastener **620**, adjustable belt **630** (varying the circumvention diameter of hip seat carrier **500** for customizing the fit to the wearer), and engaging fastener **625** (e.g., a clip buckle, as depicted).

In one embodiment, torso support portion **650** comprises torso support flap **660** for (when engaged with hip seat carrier **500**) creating an area for receiving and supporting a child's torso within the region interiorly disposed between torso support flap **660** and the body of the wearer (e.g., parent, nanny, babysitter, or adult carrying the child). Torso support flap **660** may comprise a zipper **645** for engagement with hip/waist belt portion zipper **644**. It will be appreciated that zippers **644** and **645** comprise fastening means, and as such, may alternatively, conjunctively or sequentially employ any type of securing mechanism, such as, for example: buttons, snaps, d-rings, clips, hooks, patches of hook and loop material, or any other securing mechanism, whether now known or hereafter described in the art. Hip seat carrier **500** may be engaged with torso support portion **650** when zippers (or other suitably adapted fastening means) **644** and **645** are engaged with one another.

As generally depicted in FIG. **7**, for example, torso support flap press-fit snaps **655** (or other suitably adapted fastening means) may be engaged with hip/waist belt portion press-fit snaps **642** or **640** (or other suitably adapted fastening means) for mechanical attachment of hip seat carrier **500** with torso support portion **650**. Alternatively, conjunctively or sequentially, torso support portion **650** and/or hip seat carrier **500** may further comprise features to cover, protect or otherwise obscure fastening means for attaching hip seat carrier **500** to torso support portion **650**.

In some embodiments, torso support portion **650** further comprises wearer shoulder straps **670**. Shoulder straps **670** may be padded or otherwise ergonomically adapted or otherwise configured for the comfort of the wearer. Shoulder straps **670** may further comprise: shoulder strap fastening means **690** for attachment to lower torso support straps **665**, back strap **684**, variable back strap webbing runners **675**, webbing runner travelers **677**, back strap receiving fastener **680**, back strap engaging fastener **682**, and back strap webbing runner fasteners **686**. In operation, webbing runner traveler **677** may be suitably configured for wearer-selected longitudinal displacement along the length of back strap webbing runner **675** so as to alter the relative vertical displacement of back strap **684** along the length of the

43

US 9,700,152 B2

11

wearer's back. Lower torso support strap **665** may further comprise fastener(s) **667** for engagement with shoulder strap fastening means **690** to secure torso support portion **650** to the body of the wearer.

FIG. **8** shows a configuration in accordance with one embodiment where hip seat carrier **500** has been engaged with torso support portion **650** on the body of a wearer **700**. Hip seat **500** is secured around the torso of wearer **700** with hip seat pocket **635** in front of wearer **700**. Utility pocket **610** and adjustable belt **630** can be seen on the wearer's right and left hips, respectively. Torso support press-fit snaps **655** of torso support portion **650** are engaged with lower fasteners **642** (not shown) of hip seat carrier **500**. Torso support flap zipper **645** and hip/waist belt portion zipper **644** (not shown) may also be engaged, thereby holding the lower portion of torso support flap **660** onto hip seat carrier **500**. Wearer shoulder straps **670** and lower torso support straps **665** hold the upper portion of torso support flap **660** (see FIG. **9**).

FIG. **9** shows another embodiment where hip seat carrier **500** has been engaged with torso support portion **650** on the body of a wearer **810** to carry a child **800**. In FIG. **9**, hip seat carrier is placed in front of wearer **810**, thus the left side of wearer **810** is visible. FIG. **9** further depicts zipper handle **830** for opening hip seat pocket **635** to insert/remove hip seat insert **100**. Additionally, canopy cover **820** may be included with torso support portion **650** for covering the head of child **800**.

FIG. **10**A shows a configuration where hip seat carrier **500** has been engaged with torso support portion **650** on the body of a wearer **810** to carry a child **800** in a front-inward carrying position.

FIG. **10**B shows a configuration where hip seat carrier **500** is used without torso support portion **650** for a wearer **810** to carry a child **800**. In FIG. **10**B, hip seat carrier **500** is being worn to the left side of wearer **810**. Wearer **810** may provide side-to-side and front-to-back support for child **800**.

FIG. **11**A shows a configuration in accordance with one embodiment where the hip seat carrier **500** has been attached to the torso support portion for a wearer **810** to carry a child **800** in a front-inward carrying position.

FIG. **11**B shows a configuration in accordance with one embodiment where hip seat carrier **500** has been attached to the torso support portion for a wearer **810** to carry a child **800** in a front-outward carrying position.

FIG. **11**C shows a configuration in accordance with one embodiment where hip seat carrier **500** has been attached to the torso support portion for a wearer **810** to carry a child **800** in a back carrying position.

FIG. **11**D shows a configuration in accordance with one embodiment where hip seat carrier **500** is used without the torso support portion for a wearer **810** to carry a child **800** in a hip-seat-only carrying position.

In the foregoing specification, the disclosure has been described with reference to specific embodiments. However, as one skilled in the art will appreciate, various embodiments disclosed herein can be modified or otherwise implemented in various other ways without departing from the spirit and scope of the disclosure. Accordingly, this description is to be considered as illustrative and is for the purpose of teaching those skilled in the art the manner of making and using various embodiments of a hip seat device and system. It is to be understood that the forms of disclosure herein shown and described are to be taken as embodiments. Equivalent elements or materials may be substituted for those illustrated and described herein. Moreover, certain features of the disclosure may be utilized independently of

12

the use of other features, all as would be apparent to one skilled in the art after having the benefit of this description of the disclosure.

What is claimed is:

**1**. A hip seat, comprising:

a seating platform having a bucket shape, wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from an outer edge of the seating platform toward the central axis of the seating platform, the outer edge of the seating platform having multiple radii relative to the central axis of the seating platform, the contour further comprising an area for holding a child placed thereon, the area for holding the child thereon including a region around an apex of the seating platform and substantially parallel to the outer edge of the seating platform, the contour providing a hip flexion angle greater than 90 degrees relative to the coronal plane in both inward and outward facing orientations.

**2**. The hip seat of claim **1**, wherein the bucket shape further comprises a contour that slopes generally downward away from an outer edge of the seating platform along the central axis of the seating platform.

**3**. The hip seat of claim **2**, wherein an angle between the seating platform and a wearer engagement surface is between 90 and 180 degrees.

**4**. The hip seat of claim **2**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 5 and 35 degrees.

**5**. The hip seat of claim **2**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 15 and 25 degrees.

**6**. The hip seat of claim **2**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 5 and 35 degrees.

**7**. The hip seat of claim **2**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 15 and 25 degrees.

**8**. The hip seat of claim **2**, wherein the seating platform comprises a foam material.

**9**. The hip seat of claim **2**, further comprising:

a wearer engagement surface, wherein the seating platform and the wearer engagement surface are formed from a single piece.

**10**. The hip seat of claim **1**, the contour further comprising a varying slope that, moving inward from the outer edge to the apex, increases over a first portion and decreases over a second portion.

**11**. A hip seat carrier system, comprising:

a hip seat carrier, comprising:

a seating platform having a bucket shape, wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from an outer edge of the seating platform toward the central axis of the seating platform, the outer edge of the seating platform having multiple radii relative to the central axis of the seating platform, the contour further comprising an area for holding a child placed thereon, the area for holding the child thereon including a region around an apex of the seating platform and substantially parallel to the outer edge of the seating platform, the contour providing a hip flexion angle

US 9,700,152 B2

13

greater than 90 degrees above the coronal plane in both inward and outward facing orientations, and

a waist belt for encircling a wearer having a receiving fastener and an engaging fastener for installing and removing the hip seat carrier; and

a carrier torso support portion connected to the hip seat carrier.

**12**. The hip seat carrier system of claim **11**, wherein the bucket shape further comprises a contour that slopes generally downward away from an outer edge of the seating platform along the central axis of the seating platform.

**13**. The hip seat carrier system of claim **12**, wherein an angle between the seating platform and a wearer engagement surface is between 90 and 180 degrees.

**14**. The hip seat carrier system of claim **12**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 5 and 35 degrees.

**15**. The hip seat carrier system of claim **12**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 15 and 25 degrees.

**16**. The hip seat carrier system of claim **12**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 5 and 35 degrees.

**17**. The hip seat carrier system of claim **12**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 15 and 25 degrees.

**18**. The hip seat carrier system of claim **12**, wherein the seating platform comprises a foam material.

**19**. The hip seat carrier system of claim **12**, further comprising:

a wearer engagement surface, wherein the seating platform and the wearer engagement surface are formed from a single piece.

14

**20**. A hip seat carrier, comprising:

a seating platform having a bucket shape, wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from an outer edge of the seating platform toward the central axis of the seating platform and a contour that slopes generally downward away from an outer edge of the seating platform along the central axis of the seating platform, the outer edge of the seating platform having multiple radii relative to the central axis of the seating platform the contour further comprising an area for holding a child placed thereon, the area for holding the child thereon including a region around an apex of the seating platform and substantially parallel to the outer edge of the seating platform, the contour providing a hip flexion angle greater than 90 degrees above the coronal plane in both inward and outward facing directions, wherein the contour perpendicular to the central axis of the seating platform has a slope between 5 and 35 degrees, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 5 and 35 degrees;

a hip seat pocket for receiving the seating platform; and

a waist belt for encircling a wearer having a receiving fastener and an engaging fastener for installing and removing the hip seat carrier, wherein the waist belt is padded or cushioned.

**21**. The hip seat carrier of claim **20**, wherein the seating platform comprises a foam material.

*   *   *   *   *

US011589684B2

## (12) United States Patent
### Chuah

(10) Patent No.: **US 11,589,684 B2**
(45) Date of Patent: ***Feb. 28, 2023**

(54) **BABY SEAT CARRIER**

(71) Applicant: **Khai Gan Chuah**, Austin, TX (US)

(72) Inventor: **Khai Gan Chuah**, Austin, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/806,348**

(22) Filed: **Jun. 10, 2022**

(65) **Prior Publication Data**

US 2022/0296006 A1    Sep. 22, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 16/854,812, filed on Apr. 21, 2020, now Pat. No. 11,382,438.

(60) Provisional application No. 62/871,060, filed on Jul. 5, 2019.

(51) **Int. Cl.**
*A47D 13/02*    (2006.01)

(52) **U.S. Cl.**
CPC ............................... ***A47D 13/025*** (2013.01)

(58) **Field of Classification Search**
CPC ................................................. A47D 13/025
USPC ........................................ 224/158, 160, 161
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D222,005 | S | 9/1971 | Kelly |
| 3,893,731 | A | 7/1975 | Maggs |

| | | | |
|---|---|---|---|
| 4,009,808 | A | 3/1977 | Sharp |
| 4,271,998 | A | 6/1981 | Ruggiano |
| D266,044 | S | 9/1982 | Blanchard |
| D274,576 | S | 7/1984 | Tiffany |
| 4,458,834 | A | 7/1984 | Rosen |
| 4,579,264 | A | 4/1986 | Napolitano |
| 4,718,715 | A | 1/1988 | Ho |
| 4,901,898 | A | 2/1990 | Colombo et al. |
| 4,941,604 | A | 7/1990 | Nagareda |
| 5,020,709 | A | 6/1991 | Hoaglan |
| 5,178,309 | A | 1/1993 | Bicheler et al. |
| 5,224,637 | A | 7/1993 | Colombo |
| 5,230,450 | A | 7/1993 | Mahvi et al. |
| 5,292,042 | A | 3/1994 | Yamaguchi et al. |
| D346,702 | S | 5/1994 | Jackson |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 102011055894 A1 | 6/2013 |
| EP | 3760082 A1 | 1/2021 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/693,889, Jun. 5, 2019, Khai Gan Chuah, Entire Document.

(Continued)

*Primary Examiner* — Justin M Larson
(74) *Attorney, Agent, or Firm* — Craige Thompson; Thompson Patent Law; Timothy D. Snowden

(57) **ABSTRACT**

The present invention relates to a baby carrier consisting of shoulder straps, a main panel, and side panels with adjustable height. The lower aspect of the main panel consists of a seat component with a belt around the waist to secure the baby in place. The purpose of the adjustable positioning system is to change the angle of the seat component in order to accommodate for the increase downward movement of the solid seat component caused by heavy weight.

**20 Claims, 8 Drawing Sheets**



# US 11,589,684 B2
Page 2

(56)            **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D363,598 | S | 10/1995 | Walters et al. |
| D370,996 | S | 6/1996 | Shimura et al. |
| 5,570,823 | A | 11/1996 | Lindy |
| D377,116 | S | 1/1997 | Shimura et al. |
| 5,657,912 | A | 8/1997 | Nakayama |
| D388,954 | S | 1/1998 | Nakayama |
| 5,791,535 | A | 8/1998 | Roan et al. |
| 6,019,510 | A | 2/2000 | Gonzalez et al. |
| D425,696 | S | 5/2000 | Swanke |
| 6,098,857 | A | 8/2000 | Gal |
| 6,409,060 | B2 | 6/2002 | Donine |
| D468,901 | S | 1/2003 | Thornber |
| 6,789,710 | B1 | 9/2004 | Szatkowski |
| D507,102 | S | 7/2005 | Bergkvist et al. |
| D509,056 | S | 9/2005 | Shiraishi et al. |
| D548,986 | S | 8/2007 | McCoy et al. |
| 7,510,104 | B2 | 3/2009 | Taylor |
| D596,411 | S | 7/2009 | May |
| D611,699 | S | 3/2010 | Lundh |
| D615,750 | S | 5/2010 | Jones et al. |
| D623,401 | S | 9/2010 | Bergkvist et al. |
| D623,402 | S | 9/2010 | Bergkvist et al. |
| D642,375 | S | 8/2011 | Zack et al. |
| D642,815 | S | 8/2011 | Kelly et al. |
| D645,263 | S | 9/2011 | Taylor, IV |
| 8,028,871 | B2 | 10/2011 | Gray |
| D649,345 | S | 11/2011 | Bergkvist et al. |
| D655,494 | S | 3/2012 | Murray et al. |
| D655,495 | S | 3/2012 | Sauer et al. |
| 8,172,116 | B1 | 5/2012 | Lehan et al. |
| D664,351 | S | 7/2012 | Bergkvist et al. |
| D692,227 | S | 10/2013 | Andren et al. |
| D693,569 | S | 11/2013 | Lehan |
| 8,579,168 | B2 | 11/2013 | Zack et al. |
| D698,142 | S | 1/2014 | Cha et al. |
| 8,701,949 | B1 | 4/2014 | Lehan et al. |
| D711,090 | S | 8/2014 | Schroder |
| D712,134 | S | 9/2014 | Gunter et al. |
| D714,045 | S | 9/2014 | Stave et al. |
| D733,419 | S | 7/2015 | Wikner et al. |
| D740,043 | S | 10/2015 | Lee |
| D742,629 | S | 11/2015 | Nam |
| D753,385 | S | 4/2016 | Stave et al. |
| 9,314,112 | B2 | 4/2016 | Chuah |
| D755,508 | S | 5/2016 | Chuah |
| 9,386,863 | B1 | 7/2016 | Antunovic |
| D783,269 | S | 4/2017 | Lucas et al. |
| 9,700,152 | B2 | 7/2017 | Telford et al. |
| 9,788,664 | B2 | 10/2017 | Andren et al. |
| D803,549 | S | 11/2017 | Warfaa et al. |
| D807,025 | S | 1/2018 | Elmberg et al. |
| D811,082 | S | 2/2018 | Lehan |
| 9,949,575 | B2 | 4/2018 | Pond et al. |
| D835,902 | S | 12/2018 | Young |
| D841,976 | S | 3/2019 | Formans |
| 10,264,895 | B2 | 4/2019 | Lindeman et al. |
| 10,271,663 | B2 | 4/2019 | Salazar et al. |
| D849,397 | S | 5/2019 | Tsai |
| D851,916 | S | 6/2019 | Andersson et al. |
| D856,661 | S | 8/2019 | Lee |
| D858,089 | S | 9/2019 | Tsai |
| 10,433,656 | B2 | 10/2019 | Lundh |
| 10,441,091 | B2 | 10/2019 | Salazar et al. |
| 10,694,867 | B2 | 6/2020 | Troutman et al. |
| 10,702,074 | B2 | 7/2020 | Najafi et al. |

| | | |
|---|---|---|
| 10,750,879 | B2 | 8/2020 | Schachtner |
| 10,820,721 | B2 | 11/2020 | Lindeman et al. |
| D919,959 | S | 5/2021 | Chuah |
| 11,051,634 | B2 | 7/2021 | Telford |
| D940,451 | S | 1/2022 | Chuah |
| 11,357,338 | B2 * | 6/2022 | Fulcher, Jr. ........... A47D 13/02 |
| 11,382,438 | B2 * | 7/2022 | Chuah ................. A47D 13/025 |
| 2005/0045675 | A1 | 3/2005 | Redlinger et al. |
| 2005/0051582 | A1 | 3/2005 | Frost |
| 2005/0184114 | A1 | 8/2005 | Hoff et al. |
| 2007/0235479 | A1 | 10/2007 | Bangert |
| 2007/0246493 | A1 | 10/2007 | Kemkamp |
| 2008/0087694 | A1 | 4/2008 | Meng et al. |
| 2008/0283559 | A1 | 11/2008 | Parness et al. |
| 2009/0026235 | A1 | 1/2009 | Gray |
| 2009/0302075 | A1 | 12/2009 | Trainer |
| 2010/0072236 | A1 | 3/2010 | Parness et al. |
| 2010/0147910 | A1 | 6/2010 | Schachtner |
| 2010/0308088 | A1 | 12/2010 | Lindblom |
| 2011/0062195 | A1 | 3/2011 | Jones et al. |
| 2011/0089205 | A1 | 4/2011 | Coote |
| 2011/0290831 | A1 | 12/2011 | Wang |
| 2012/0061429 | A1 | 3/2012 | Sauer |
| 2012/0187162 | A1 | 7/2012 | Bergkvist et al. |
| 2012/0241487 | A1 | 9/2012 | Zack et al. |
| 2012/0298702 | A1 | 11/2012 | Jung et al. |
| 2014/0231472 | A1 | 8/2014 | Cha |
| 2014/0263491 | A1 | 9/2014 | Telford et al. |
| 2015/0196133 | A1 | 7/2015 | Rosen et al. |
| 2015/0201761 | A1 | 7/2015 | Wollenberg |
| 2015/0282639 | A1 | 10/2015 | Chuah |
| 2016/0227940 | A1 | 8/2016 | Wikner et al. |
| 2016/0286980 | A1 | 10/2016 | Telford et al. |
| 2017/0119173 | A1 | 5/2017 | Telford |
| 2017/0196374 | A1 | 7/2017 | Chen |
| 2018/0116426 | A1 | 5/2018 | Telford |
| 2018/0206653 | A1 | 7/2018 | Andrus et al. |
| 2018/0296005 | A1 | 10/2018 | Tsai |
| 2019/0014920 | A1 | 1/2019 | Matsuyama |
| 2019/0350380 | A1 | 11/2019 | Tsai |
| 2020/0268169 | A1 | 8/2020 | Telford |
| 2020/0297129 | A1 | 9/2020 | Schachtner |
| 2021/0000265 | A1 | 1/2021 | Chuah |
| 2021/0137282 | A1 | 5/2021 | Duhaime |
| 2021/0345793 | A1 | 11/2021 | Lee et al. |
| 2021/0361079 | A1 | 11/2021 | Salazar et al. |
| 2022/0047095 | A1 * | 2/2022 | Gilboa ................. A47D 13/025 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2017202139 A | 11/2017 |
| JP | 2021010733 A | 2/2021 |
| WO | 2017200451 A1 | 11/2017 |
| WO | 2020058872 A1 | 3/2020 |

### OTHER PUBLICATIONS

U.S. Appl. No. 29/712,816, Nov. 12, 2019, Khai Gan Chuah, Entire Document.
U.S. Appl. No. 29/719,449, Jan. 53, 2019, Khai Gan Chuah, Entire Document.
JMMD Baby Carrier with Hip Seat for Newborn & Infant & Toddler . . . https://www.amazon.com/J MM D-Designed-Ergonomic-Position-Traveling/dp/B08ZYKQQJ D/ref=cm_cr_arp_d_pl_foot_top?ie=UTF8 (Year: 2021).

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3





25

FIG. 4A                    FIG. 4B



**FIG. 5**



FIG. 6



FIG. 7



**FIG. 8**

55

US 11,589,684 B2

<div style="display:flex; justify-content:space-between;"><span>1</span><span>2</span></div>

# BABY SEAT CARRIER

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application and claims the benefit of U.S. application Ser. No. 16/854,812, titled "BABY SEAT CARRIER," filed by Khai Gan Chuah, on Apr. 21, 2020, which application claims the benefit of U.S. Provisional Application Ser. No. 62/871,060, titled "BABY SEAT CARRIER," filed by Khai Gan Chuah, on Jul. 5, 2019.

This application incorporates the entire contents of the foregoing application(s) herein by reference.

The subject matter of this application may have common inventorship with and/or may be related to the subject matter of the following:

U.S. patent application Ser. No. 14/247,406 titled "Baby Carrier with Removable Seat," filed Apr. 8, 2014 by Khai Gan Chuah;

U.S. patent application Ser. No. 29/501,398 titled "Booster Seat Baby Carrier," filed Sep. 3, 2014 by Khai Gan Chuah;

U.S. patent application Ser. No. 29/559,553 titled "Baby Carrier Seat Insert," filed Mar. 29, 2016 by Khai Gan Chuah and issued as U.S. Pat. No. D790,235;

U.S. patent application Ser. No. 29/693,889 titled "Baby Carrier," filed Jun. 5, 2019 by Khai Gan Chuah;

U.S. patent application Ser. No. 29/712,816 titled "Hip Seat Carrier," filed Nov. 12, 2019 by Khai Gan Chuah; and,

U.S. patent application Ser. No. 29/719,449 titled "Hip Carrier," filed Jan. 3, 2020 by Khai Gan Chuah."

This application incorporates the entire contents of the foregoing application(s) herein by reference.

## TECHNICAL FIELD

Various embodiments relate generally to a baby carrier with means to accommodate a seat insert at different angles to improve seating comfort for baby.

## BACKGROUND

A baby seat carrier (U.S. Pat. No. 9,314,112) consists of a main carrier, shoulder straps, waistband and seat compartment formed together to accomplish its usability. The purpose of the seat compartment is to fit a seat insert (i.e. solid seat) to support the child's weight when being carried in the carrier, promoting better support and alignment of the pelvis and spine. However, as the child grows heavier, due to the weight asserted on the seat insert, the lower part of baby seat carrier (i.e. seat compartment and waistband) begins to sag. The centralized pressure creates a downward stress towards the lower abdomen of user by the seat insert.

This invention introduces a method to improve the weight distribution in between the waist belt and the seat compartment as the baby weight increases over time. The improvement would allow the user to reduce the abnormal strain of the waist belt and the sagging of the seat component, thereby be able to wear the baby carrier with better comfort.

## SUMMARY

The present invention relates to a baby seat carrier with positioning system. More related to the invention, the seat component of the carrier consists of seat compartment and side panels. The side panel further consists of positioning system with means to allow the waist belt to be connected to baby seat carrier at user's desired position. The seat component can also be part of the main panel or part of the waist belt construction. The purpose of the seat compartment is to enclose a seat insert to support the baby's weight when being carried in the carrier, promoting better support and alignment of the pelvis and spine. The enclosed seat insert preferred to be a solid material but it can also come in other forms of materials. The seat component can be further secured onto the user by a waist belt to reduce excess movement of the baby during carrying. Further weight distribution can also be achieved with a waist belt consisting of lumbar support.

The seat component can be attached to the waist belt by an interlocking system to become adjustable to the user's comfort. The interlocking system can be of any fitting locking systems such as Velcro, buckles, stitches, buttons, zippers and/or loop hooks. The interlocking system can also be spread out onto various locations throughout the lower panel at different positions, to reach optimal suspension. The waist belt, in its entirety, can also be attached to and detached from the seat component using the interlocking system. By having this type of system, it allows a variety of positions the waist belt to be set onto the carrier in order to fit the user. Waist belts can be of different sizes and designs to fit the user, medically or cosmetically, it can also become part of the seat component as one entity. Waist belts can also have lumbar supports to provide a better weight distribution throughout the user's back, to minimize back strain.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a regular baby seat carrier without the present invention, shown being mounted on the front of the user.

FIG. 2 is a front view of a regular baby seat carrier without the present invention.

FIG. 3 is a rear view of a regular baby seat carrier without the present invention.

FIG. 4A is a side view of a baby seat carrier when carrying a light load (not shown) without the present invention.

FIG. 4B is a side view of a baby seat carrier when carrying a heavy load (not shown) without the present invention.

FIG. 5 is a side view of a baby seat carrier of the present invention.

FIG. 6 is a partial view of a baby seat carrier, showing the positioning system of the present invention.

FIG. 7 a partial view of a baby seat carrier, showing the positioning system according to another embodiment of the present invention.

FIG. 8 is a rear view of the baby carrier of the present invention.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

FIG. 1, FIG. 2, FIG. 3, FIG. 4A and FIG. 4B depicts a baby seat carrier come without positioning system. The general part of this baby seat carrier comprises a main panel 10, seat compartment 15, shoulder strap structure 20, waistband 25 and restraint system 26. The seat compartment 15 is positioned at lower aspect of the main panel 10. FIG. 3 shows waistband 25 strapped around the user's waist to keep the baby carrier in position. A typical baby carrier can be used from 6 months to 3 years old. When a smaller child is in the carrier (not shown), the carrier rests comfortably on the user (FIG. 4A). As the child grows older and heavier

US 11,589,684 B2

**3**

(such as 18 months and above), the seat compartment **15** tends to be pushed downward, creating a wider angle between the seat surface and abdomen. FIG. 4B depicts the downward slide, seat compartment **15** "digging into" the lower abdomen, and a deformed waistband **25** as the load (not shown) increases.

FIG. **5** shows the baby carrier with the present invention. The general parts of the carrier include the main panel **10**, seat component, shoulder strap structure **20**, and waist belt **57**, restraint system **58** (FIG. **8**) and lumbar support **80** (FIG. **8**). The use of waistband in prior art to strap around the user's waist to keep the baby carrier in position has been omitted. The lumbar support **80** is added in the present invention for user comfort, due to the omission of waist-band.

The seat component comprises of seat compartment **16** and side panels **49**. The side panels **49** are present on the left and right side of the baby seat compartment. The side panel **49** is not a waistband. Its primary purpose is to accommo-date a positioning system at one end, while on the other end to hold the seat compartment **16** in place. The purpose of the seat compartment **16** is to enclose a seat insert (not shown), for means of providing a seat support for the baby while being carried. The seat component can be either part of the main panel **10**, or an attachment to the main panel **10** by way of an interlocking system **17**. The interlocking system can be in the form of, but not limited to, buckles, buttons, fasteners, zipper, and/or connectors. The side panel **49** is further extended to another interlocking system, in this case, the positioning system **51** with means to engage with the connector **55** of the waist belt **57**. The positioning system **51** may come in different position settings, for example **51** *a*, **51** *b*, **51** *c* (FIG. **6**), with means to interlock with the connector **55** of the waist belt **57**. The connector **55** can also be part of waist belt **57** or as a separate entity.

In the beginning, the positioning system **51** may be set at the lower position, in this case **51** *c*, for most comfortable position to use the carrier. As the child grows heavier, the weight of child pushes the seat component downward, in which case the user may adjust the connector **55** to a different position setting such as **51** *a* or **51** *b* to counter the downward force.

It is to be noted that the seat compartment **16** can be part of the side panels **49** as an entity or be attached to the side panels **49** as a different entity. The side panels **49**, position-ing system **51**, connector **55**, waist belt **57**, restraint system **58**, lumbar support **80** and other subsequent components can be manufactured into various sizes, shapes and materials depend on the market segmentation.

Another embodiment of the invention, shown in FIG. **7**. The positioning system **60** arranged in different angle set-tings, for example **60** *a*, **60** *b*, and **60** *c* with means to connect with the connector **75** of the waist belt **57**. The positioning system **60** can be part of the side panel **49** as one entity or be attached to the side panel **49** as a different entity.

The positioning system, and connector **75** can be in forms such as using Velcro, fastener, buttons, strap, hooks, loops, tab, stitches and/or buckles as long as it is achieving locking effect. It is to be noted the angle setting of positioning system can vary according to the target market. The con-nector **75** can be part of waist belt **57** or restraint system **58** or as a separate entity.

It is to be noted the connector **75**, and/or positioning system **60**, and/or fastener, can also be permanently sewn together with side panels **49** to form a single angle setting. In this case, the baby carrier may be designed with one angle setting per model (or SKU) for a user to select the most

**4**

suitable fit for his or her torso. Much like selecting clothes with different sizes, S, M, L, XL, the baby seat carrier may come in different prefix angle settings such as 0-degree, 30-degree, and 45-degree waist belt. The waist belt **57** further engages with restraint system **58** to completely secure the carrier around the user's waist. It is to be noted that the positioning system **60** can be made with similar material to the baby seat carrier component such as side panels or waist belt or it can be of different materials. These materials may carry properties that include, but not limited to, rigid, semi-rigid, flexible, gel-type, foam-type material. The side panels **49**, positioning system **60**, connector **75**, waist belt **57**, restraint system **58**, lumbar support **80** and other subsequent components can be manufactured into various sizes, shapes and materials.

What is claimed is:

**1**. A baby carrier comprising:

a main panel comprising a lower portion;

a seat component having a medial region configured to couple to the lower portion of the main panel, the seat component comprising:

at least one seat compartment; and

a first side panel and a second side panel each coupled to a corresponding side region of the at least one seat compartment and each comprising a terminal end;

a pair of shoulder straps coupled to the main panel;

at least one waist belt comprising a first terminal end and a second terminal end;

at least one lumbar support coupled to the at least one waist belt; and,

at least one positioning system configured to:

releasably couple the terminal end of the first side panel to the first terminal end of the at least one waist belt such that the terminal end of the first side panel extends along a corresponding first belt axis, and the first terminal end of the at least one waist belt extends along a corresponding first seat axis, wherein the first seat axis and the first belt axis are at a first predetermined angle relative to each other, and,

releasably couple the terminal end of the second side panel to the second terminal end of the at least one waist belt such that the terminal end of the second side panel extends along a corresponding second belt axis, and the second terminal end of the at least one waist belt extends along a corresponding second seat axis, wherein the second seat axis and the second belt axis are at a second predetermined angle relative to each other,

such that the first predetermined angle and the second predetermined angle are less than 180 degrees.

**2**. The baby carrier according to claim **1**, wherein said at least one positioning system is configured such that the first predetermined angle is selectable from a first plurality of predetermined angles, and the second predetermined angle is selectable from a second plurality of predetermined angles.

**3**. The baby carrier according to claim **1**, further com-prising a seat insert configured to be enclosed in the seat component to support a weight of a baby.

**4**. The baby carrier according to claim **1**, wherein the at least one positioning system is configured such that, in a deployed mode on a person, the seat component extends away from a frontal plane of the person.

**5**. The baby carrier according to claim **1**, wherein the first predetermined angle and the second predetermined angle are determined based on a size of a user's baby.

US 11,589,684 B2

5

**6**. The baby carrier according to claim **1**, wherein the first predetermined angle and the second predetermined angle are determined based on a size of a user's torso.

**7**. The baby carrier according to claim **1**, wherein the at least one waist belt further comprises a first portion comprising the first terminal end and a second portion comprising the second terminal end, wherein the first portion and the second portion are configured to be releasably coupled.

**8**. A baby carrier comprising:

a main panel;

at least one waist belt comprising at least one terminal end;

a seat component, configured to couple to the main panel at a medial region of the seat component, the seat component comprising at least one terminal end extending from a side region of the seat component; and,

a pair of shoulder straps coupled to the main panel,

wherein the at least one terminal end of the at least one waist belt is configured to couple to the at least one terminal end of the seat component such that:

the at least one terminal end of the at least one waist belt is extending along a corresponding first axis, and the at least one terminal end of the seat component extends along a corresponding second axis, such that, when the at least one terminal end of the at least one waist belt and the at least one terminal end of the seat component are coupled, the second axis and the first axis are oriented at a predetermined angle relative to each other.

**9**. The baby carrier according to claim **8**, wherein the at least one waist belt and the at least one seat component are configured such that the first predetermined angle is selectable from a first plurality of predetermined angles.

**10**. The baby carrier according to claim **8**, wherein the at least one terminal end of the at least one waist belt releasably couples to the at least one terminal end of the seat component.

**11**. The baby carrier according to claim **8**, further comprising a seat insert configured to be enclosed in the seat component to support a weight of a baby.

**12**. The baby carrier according to claim **8**, further comprising at least one side panel coupled to the side region of the seat component and coupled to the at least one terminal

6

end such that the at least one terminal end extends from the side region of the seat component.

**13**. The baby carrier according to claim **8**, wherein the predetermined angle is less than 180 degrees.

**14**. The baby carrier according to claim **8**, wherein the predetermined angle is determined based on a size of a user's baby.

**15**. The baby carrier according to claim **8**, wherein the predetermined angle is determined based on a size of a user's torso.

**16**. A baby carrier comprising:

a seat compartment;

at least one side panel coupled to a side region of the seat compartment and comprising a terminal end;

a pair of shoulder straps configured to support the seat compartment;

at least one waist belt comprising at least one terminal end; and

at least one positioning system configured to couple the terminal end of the at least one side panel to the at least one terminal end of the at least one waist belt, such that:

the at least one terminal end of the at least one waist belt is extending along a corresponding first axis, and the terminal end of the at least one side panel extends along a corresponding second axis, such that, when the at least one terminal end of the at least one waist belt and the terminal end of the at least one side panel are releasably coupled, the second axis and the belt axis are oriented at a predetermined angle relative to each other.

**17**. The baby carrier according to claim **16**, wherein said at least one positioning system is configured such that the predetermined angle is selectable from a plurality of predetermined angles.

**18**. The baby carrier according to claim **16**, wherein said at least one waist belt engages with at least one restraint system.

**19**. The baby carrier according to claim **16**, further comprising a seat insert configured to be enclosed in the seat compartment to support a weight of a baby.

**20**. The baby carrier according to claim **16**, wherein the predetermined angle is less than 180 degrees.

\*   \*   \*   \*   \*

US 20160286980A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2016/0286980 A1

Telford et al. (43) **Pub. Date:** **Oct. 6, 2016**

(54) **HIP SEAT DEVICE AND SYSTEM**

(71) Applicant: **The ERGO Baby Carrier, Inc.**, Los Angeles, CA (US)

(72) Inventors: **Rodney V. Telford**, Kula, HI (US); **Joseph Hei**, Palo Alto, CA (US)

(21) Appl. No.: **15/087,628**

(22) Filed: **Mar. 31, 2016**

**Related U.S. Application Data**

(60) Provisional application No. 62/140,994, filed on Mar. 31, 2015.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *A47D 13/02* | (2006.01) |
| *A47D 15/00* | (2006.01) |
| *F16M 13/04* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A47D 13/025* (2013.01); *F16M 13/04* (2013.01); *A47D 15/006* (2013.01)

(57) **ABSTRACT**

Embodiments disclosed herein provide hip seat devices and systems for carrying a child in a position that is ergonomically beneficial for the child and comfortable for the wearer. A hip seat device may comprise a seating platform attached to a wearer engagement surface. The wearer engagement surface is held against the body of a wearer, such as by a waist belt encircling the wearer. The seating platform has a bucket shape for promoting a child seated thereon to assume an ergonomic spread-squat position ("M" position). The bucket shape may have the additional benefit of bringing the child closer to the wearer, reducing the moment on the carrier and thus the resulting force on the wearer.



Patent Application Publication    Oct. 6, 2016   Sheet 1 of 10    US 2016/0286980 A1



**FIG. 1**
*(Prior Art)*



**FIG. 2**



*FIG. 3A*



*FIG. 3B*



FIG. 4A

FIG. 4B

FIG. 4C



*FIG. 5A*

*FIG. 5B*



*FIG. 5C*



**FIG. 6**



**FIG. 7**



*FIG. 8*



*FIG. 9*



FIG. 10A

FIG. 10B



FIG. 11A

FIG. 11B



FIG. 11C

FIG. 11D

US 2016/0286980 A1                                                    Oct. 6, 2016

1

# HIP SEAT DEVICE AND SYSTEM

## RELATED APPLICATIONS

[0001]    This application claims the benefit of priority under 35 USC §119 to U.S. Provisional Patent Application No. 62/140,994, entitled "HIP SEAT DEVICE AND SYSTEM" by Telford et al., filed Mar. 31, 2015, which is hereby fully incorporated by reference herein.

## TECHNICAL FIELD

[0002]    The disclosure relates to child carriers. More particularly, this disclosure relates to child carriers that provide a seating platform for the child. Even more specifically, this disclosure relates to child carriers having a seating platform shaped to position a child in an ergonomically beneficial position.

## BACKGROUND

[0003]    Wearable child carriers allow wearers (e.g., parents, caretakers) to carry children comfortably while maintaining freedom of hand and arm movement. These carriers also allow for improved ergonomics for the wearer as the carrier may reduce the tendency of the parent to shift the spine to help support the child on the hip.

[0004]    Some currently available child carriers wrap around a wearer's waist and provide a seating surface to seat the child on. These types of carriers are generally referred to as hip seats. The seating surface is usually semi-circular or semi-elliptical and in the form of a horizontally planar shelf. The shape of these seating surfaces allows a child's legs to hang downward. Additionally, children often settle on the edge of the seat, increasing the bending moment of the seat, resulting in discomfort for the wearer. Further increasing the discomfort of the wearer the front edge of such seating surfaces that are proximate to the wearer are short and flat, creating discomfort for the wearer when a child is placed on the seating surface.

[0005]    What is desired, therefore, are hip seats that promote an ergonomic positioning of a child while also being comfortable for the wearer.

## SUMMARY

[0006]    To those ends, among others, embodiments of hip seat devices and systems as disclosed herein provide a seating platform that has a contoured bucket shape (e.g., a shape wherein the seating platform slopes generally down away from the outer edge of the seating platform, becoming deeper toward the inside of the platform) that promotes an ergonomically beneficial position for a child seated thereon in either an inward or an outward facing orientation. Specifically, in certain embodiments the outer edge of the seating platform may be the highest point of the seating platform. For example, the seating surface may be generally sloped from a center axis of the seating surface to the outer edge of the seating surface or from a front edge of the seating surface proximate the wearer to the outer edge. Additionally, in certain embodiments, the outer edge of the seating platform may have a top surface that is planar or sloped.

[0007]    Accordingly, in certain embodiments, as the outer edge of the seating surface is higher than at the center axis more thigh support may be provided to a child seated thereon while additionally serving to elevate the child's knees, promoting an ergonomically beneficial position for the child. A planar or sloped top surface of the outer edge may further promote such an ergonomically beneficial position. Moreover, because a low point of the seating surface may be proximate to the wearer (e.g., along an edge of the seating surface proximate the wearer) such a seating surface may seat or retain the child in a position close to the wearer, bringing the child's center of gravity close to the wearer. By positioning the child closer to the wearer embodiments may further promote an ergonomically beneficial position of the child by providing additional room to support the child's thighs and elevate the child's knees.

[0008]    Additionally, by positioning the child closer to the wearer less pressure may be generated on the wearer's torso or hips (e.g., by the bottom surface or edge of the hip seat) and the comfort of the wearer increased. To further increase the comfort of a wearer, the front edge of the seating surface of the seating platform may be extended and radiused. Similarly, then, a wearer engagement surface of the hip seat including the front edge of the seating platform may have an increased area and be radiused to accommodate the body of the wearer.

[0009]    In particular then, embodiments of a hip seat system with a contoured bucket shaped seating platform may support the child in an ergonomic spread squat position ("M" position) with the child's pelvis, bottom and thighs all being supported. The child's weight can be supported rather than the child sitting with the child's weight primarily on the sacrum. The child can be supported with the knees level with, or higher than the bottom, in some cases higher than 90 degrees. The bucketed seating surface may be wider than the child's hips thus supporting the child's bottom. The outer edge of the seating surface may pass under and around the child's thighs at a distance from the child's hips where the portions of the outer edge that pass under and around the child's thighs serves to lift the child's knees.

[0010]    In the ergonomic spread squat position (also known as the "frog leg", "frog", "squat spread", or "M" position) the flexion at the hip joint is at least 90° and in some cases is 110° to 120° from the coronal plane, and the spreading angle can average at approximately 45-55° from the median plane. The angle of the hips and spread can depend on the form factor of the hip seat and developmental stage of the child. In one embodiment, the hip seat can be adapted to support the child in a position with the child's femur approximately 90° to 110° (or other elevated position) from the coronal plane and to position with the child's knees with an amount of spreading. The amount of spreading may depend on the developmental stage of the child and orientation with a newborn having less than 30°, then approximately 30°, then approximately 35°-40° and so on, such that the final spread is approximately 40°-45°, though other amounts of spreading may be achieved including (e.g., for example approximately 55°). In one embodiment, the spreading may be at least 20° degrees from the median plane. The child's weight can be distributed across the child's bottom, thighs and back so that the sacrum does not bear too much weight and the child can rest with a more naturally curved "C" spine in a spread squat position ("M" position) that is believed to be better for pelvic development. In some cases, the knees are not spread. It can be noted, however, that the child can be positioned in any comfortable position, preferably emphasizing a supportive posture rather than a posture where the child is primarily sitting on his or her sacrum.

US 2016/0286980 A1                                                      Oct. 6, 2016

2

[0011]   Embodiments disclosed herein include a hip seat device having a seating platform and a wearer engagement surface. The seating platform may have a bucket shape wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from the outer edge toward the central axis of the seating platform. This contour may have a slope of between 5 and 35 degrees. The wearer engagement surface may be connected to the seating platform and may be configured to rest against the body of a wearer. In some embodiments, the angle between the seating platform and the wearer engagement surface may be between 90 and 180 degrees. The seating platform and wearer engagement surface may be formed from a single piece and may comprise a foam material.

[0012]   In some embodiments, the bucket shape may further comprise a contour that slopes generally down from an outer edge to the wearer engagement surface along the central axis. This contour may have a slope between 5 and 35 degrees. In some embodiments, the seating platform and wearer engagement surface may comprise a single piece and may be made of a foam material.

[0013]   The hip seat device may be a hip seat insert that may be used in a hip seat carrier for carrying a child. For example, a hip seat device may be inserted into a hip seat pocket of a hip seat carrier. The hip seat carrier may include a waist belt for encircling a wearer having a receiving fastener and engaging fastener for installing and removing the hip seat carrier. The waist belt may be padded or otherwise cushioned to increase the comfort of the wearer.

[0014]   In some embodiments, a hip seat carrier system comprises a hip seat carrier having a hip seat device and a carrier torso support portion configured for coupling to the hip seat carrier. The carrier torso support portion may include shoulder straps and provide additional support for carrying a child.

[0015]   Hip seat devices and systems in accordance with embodiments provide unique contoured seating platforms that promote proper pediatric ossification/osteogenesis.

[0016]   A padded, wide seat ensures that the child's weight is substantially evenly distributed and provides added comfort for the wearer. A wide, angled, and contoured bucket seat provides thigh support for carried children to elevate their knees to hip level or higher. These disclosed features, taken individually and in combination, all operate to promote the carried child assuming a "spread-squat" position ("M" position) for proper pediatric ossification/osteogenesis while providing comfort for the wearer.

BRIEF DESCRIPTION OF DRAWINGS

[0017]   The drawings accompanying and forming part of this specification are included to illustrate certain aspects of the disclosure. A clearer impression of embodiments, and of various components and operation of devices and systems provided with embodiments, will become more apparent by referring to specific embodiments shown, for example, in the drawings, where identical reference numerals indicate the same components throughout. Note that features illustrated in the drawings are not necessarily drawn to scale.

[0018]   FIG. 1 shows a view of a typical conventional child-carrying seat platform.

[0019]   FIG. 2 shows a view of one embodiment of a hip seat.

[0020]   FIG. 3A shows a view of one embodiment of a hip seat.

[0021]   FIG. 3B shows a view of one embodiment of a hip seat with dimension specifications.

[0022]   FIG. 4A shows a view of one embodiment of a hip seat.

[0023]   FIG. 4B shows a view of one embodiment of a hip seat with dimension specifications.

[0024]   FIG. 4C shows a view of one embodiment of a hip seat with dimension specifications.

[0025]   FIG. 5A shows a view of one embodiment of a hip seat.

[0026]   FIG. 5B shows a view of one embodiment of a hip seat with dimension specifications.

[0027]   FIG. 5C shows a side cross-section view of one embodiment of a hip seat with dimension specifications.

[0028]   FIG. 6 shows a view of one embodiment of a hip seat system.

[0029]   FIG. 7 shows one embodiment of a hip seat system.

[0030]   FIG. 8 shows the embodiment of the hip seat system of FIG. 7 worn on the body of a wearer.

[0031]   FIG. 9 shows the embodiment of the hip seat system of FIG. 8 with a carried child.

[0032]   FIG. 10A shows one embodiment of a hip seat system.

[0033]   FIG. 10B shows one embodiment of a hip seat system.

[0034]   FIG. 11A shows one embodiment of a hip seat system being utilized in a front-inward carrying configuration.

[0035]   FIG. 11B shows one embodiment of a hip seat system being utilized in a front-outward carrying configuration.

[0036]   FIG. 11C shows one embodiment of a hip seat system being utilized in a back carrying configuration.

[0037]   FIG. 11D shows one embodiment of a hip seat system being utilized in a standalone configuration.

DESCRIPTION

[0038]   The disclosure and various features and advantageous details thereof are explained more fully with reference to the exemplary, and therefore non-limiting, embodiments illustrated in the accompanying drawings and detailed in the following description. Descriptions of known starting materials and processes may be omitted so as not to unnecessarily obscure the disclosure in detail. It should be understood, however, that the detailed description and the specific examples, while indicating preferred exemplary embodiments, are given by way of illustration only and not by way of limitation. Various substitutions, modifications, additions and/or rearrangements within the spirit and/or scope of the underlying inventive concept will become apparent to those skilled in the art from this disclosure.

[0039]   As used herein, the terms "comprises," "comprising," "includes," "including," "has," "having" or any other contextual variant thereof, are intended to cover a non-exclusive inclusion. For example, a process, product, article, or apparatus that comprises a list of elements is not necessarily limited to only those elements but may include other elements not expressly listed or inherent to such process, product, article, or apparatus. Further, unless expressly stated to the contrary, "or" refers to an inclusive or and not to an exclusive or. For example, a condition "A or B" is satisfied by any one of the following: A is true (or present)

US 2016/0286980 A1

Oct. 6, 2016

3

and B is false (or not present), A is false (or not present) and B is true (or present), and both A and B are true (or present).

[0040]   As used herein, the terms "seat," "seating," "platform," and/or any contextual variant thereof, when describing a surface, generally refer to a surface intended for a child to sit on. As used herein, the terms "hip," "waist" and/or any contextual variant thereof, when describing a surface, generally refer to a surface intended for resting on or otherwise engaging with the waist or hip of a wearer (e.g., a parent or adult carrying a child).

[0041]   As used herein, the terms "fastener," "fastening," and/or any contextual equivalents or variants thereof, may refer to any type of securing mechanism, such as, for example: buttons, snaps, d-rings, clips, hooks, patches of hook and loop material, and/or any other securing mechanism, whether now known or hereafter described in the art.

[0042]   Any examples or illustrations given herein are not to be regarded in any way as restrictions on, limits to, or express definitions of, any term or terms with which they are utilized. Instead these examples or illustrations are to be regarded as being described with respect to a particular embodiment and as illustrative only. Those of ordinary skill in the art will appreciate that any term or terms with which these examples or illustrations are utilized may encompass other embodiments, as well as implementations and/or adaptations thereof which may or may not be given therewith or elsewhere in the specification, and all such embodiments are intended to be included within the scope of the disclosure. Language designating such non-limiting examples and illustrations includes, but is not limited to: "for example," "for instance," "e.g.," "in one embodiment," "an embodiment," and the like.

[0043]   Before delving into embodiment in more detail, some contextual information may be helpful. When a child is born, they are in a state of total kyphosis (i.e., the back is rounded so as to resemble the letter 'C'); which is to say that the child's spine remains substantially bent as it was in the womb. The child's hip joint receives its final shape in the womb, but matures after birth. The cartilaginous material of the hip joint turns into bone over time.

[0044]   The spine and the pelvis are connected to the hip joint by the sacro iliac joint. Movement of the spine and pelvis directly influence one another. When a child rounds his/her back, the pelvis tilts forward slightly, which makes healthy development of the hip joints possible. An infant's back is rounder than that of an older child. If the child's back is kept straight, the pelvis tilts backwards, which can have a negative influence on the development of the hip joints.

[0045]   In order to promote ideal hip development, a child's hips should be strained as little as possible during the development period. This may be achieved with the child bending and spreading their legs as often as possible. In one embodiment, a contoured hip seat platform is disclosed that encourages a hip flexion angle of about 90-150 degrees above the coronal plane and about 25-65 degrees from the medial plane. In another implementation, disclosed embodiments provide an ergonomically contoured hip seat device and system that promotes a hip flexion angle of about 120 degrees above the coronal plane and about 45 degrees from the medial plane. The coronal plane is a vertical plane that partitions the body into two parts, front (ventral) and back (dorsal). The medial (or midsagittal) plane is a vertical plane that divides the body into two symmetrical halves (left and right).

[0046]   If the knees are substantially at the same level as the bellybutton, and the legs are spread apart, then the child is in what is termed a "spread-squat" position. The spread-squat position is also variously termed the "frog-leg" position, the "frog" position, the "squat-spread" position, or the "M" position. As used herein, "spread-squat" represents the most frequently used term referring to the ergonomically beneficial positioning of the femur heads in the socket of the hip joint, or acetabulum. The socket of the hip joint is the ilium's articular surface. The spread-squat position affords substantially equal strain to all areas of the acetabulum, which is preferred for the development of the ossification center (i.e., the core of the bone).

[0047]   Children should be carried in this position starting at birth; and indeed, if there are indications of hip dysplasia, this is even recommended by medical doctors. The spread-squat position is intended by nature for a reason and, when carrying, should be used. For example, a child will instinctively pull their legs into the spread-squat position as soon as they are lifted up.

[0048]   Additional information regarding child seat carriers and ergonomic positioning may be found in U.S. patent application Ser. No. 10/937,193, filed Sep. 9, 2004, entitled "BABY CARRIER" by Frost, now U.S. Pat. No. 7,322,498; U.S. patent application Ser. No. 14/209,580, filed Mar. 13, 2014, entitled "CHILD CARRIER" by Telford et al., now U.S. Pat. No. 9,185,993; and U.S. patent application Ser. No. 12/544,093, filed Aug. 19, 2009, entitled "INFANT CARRIER" by Frost, now U.S. Pat. No. 9,220,352, which are hereby incorporated by reference.

[0049]   Accordingly, a hip seat device in accordance with embodiments may provide a contoured seating platform for holding a child placed thereon. The seating platform may have a bucket shape and may promote the child to assume an ergonomically beneficial seated position. Additionally, the bucket shape may cause the child to gravitate toward a wearer, providing increased comfort for the wearer.

[0050]   Referring now to FIG. 1, a conventional child carrier seat insert is depicted. Conventional hip seats are generally planar and not ergonomically configured to encourage a child seated thereon to assume a spread-squat position ("M" position). Accordingly, conventional child carrier seat inserts are generally not a good choice for promoting proper pediatric ossification/osteogenesis.

[0051]   FIGS. 2, 3A, 4A and 5A show a hip seat insert 100 in accordance with one embodiment. Hip seat insert 100 is comprised of a seating platform 102 and a wearer engagement surface 104. Seating platform 102 provides an area for holding a child placed thereon. Wearer engagement surface 104 is connected to seating platform 102 and provides a surface for contacting a wearer. Wearer engagement surface 104 is held against a wearer, such as through the use of a waist belt of a hip seat carrier (see e.g., FIGS. 6 and 10B).

[0052]   Seating platform 102 is contoured and ergonomically adapted to conform the position of a child seated thereon to assume a spread-squat position ("M" position). Such a spread-squat position may be, for example, advantageous and may, for instance, promote proper pediatric ossification/osteogenesis. Additionally, the contours of hip seat insert 100 may cause the child to gravitate toward the wearer, reducing the moment of the hip seat and thus increasing comfort for the wearer.

[0053]   Wearer engagement surface 104 may also be contoured so as to provide a secure and comfortable fit around

US 2016/0286980 A1

Oct. 6, 2016

4

the wearer. Seating platform **102** and wearer engagement surface **104** are connected such that the weight of the child may be supported. In one embodiment, hip seat insert **100** may be a single piece, as shown in FIGS. **2**-**5**. In other embodiments, hip seat insert **100** may comprise multiple pieces.

[0054]  Seating platform **102** and wearer engagement surface **104** (e.g., in one embodiment, hip seat insert **100**) may be made of any material or combination of materials, including, but not limited to: foam, polymer, metal, and wood.

[0055]  In one embodiment, seating platform **102** may have an outer edge **106** from which the seat contour diverges from, creating a bucket shape. The point of greatest depth of the seating surface may be referred to as apex **115** (as shown in FIG. **4**C).

[0056]  As used herein, the outer edge of the seating platform refers to the outermost edge of the seating platform distal from the wearer when worn and may be the highest portion of the seating platform, from which the seat slopes downward away from the outer edge, creating a bucket shape. The outer edge may have a cross section of any shape, including flat, rounded, pointed, etc. A flat outer edge may have any width and may provide support for the legs of a child seated thereon.

[0057]  FIG. **3**A shows a top view of a hip seat insert in accordance with one embodiment. Hip seat insert **100** comprises a seating platform **102** and wearer engagement surface **104**. Wearer engagement surface **104** abuts the wearer and is held onto the wearer (e.g., by a waist belt encircling the wearer). Outer edge **106** may be substantially planar, from which the contoured seating platform may diverge from to form a bucket shape.

[0058]  While conventional seating platforms may have a semi-circular or semi-elliptical shape (see FIG. **1**), seating platform **102** in accordance with embodiments may have an outer edge that has more square shape (see FIG. **3**A) which may provide more area for supporting a child's thighs in an outward-facing orientation, thus helping promote an ergonomically beneficial seated position.

[0059]  Additionally, seating platform **102** may have a wearer engagement surface **104** that is wider than in conventional designs. Increased width of the wearer engagement surface may increase comfort to the wearer, such as by distributing force over a larger area, thus reducing the pressure on the wearer's torso. The seating platform may be also wider to match the width of the wearer engagement surface. Increased width of the seating platform may also provide additional thigh support for a child seated in a wearer-facing (inward-facing) orientation and help promote an ergonomically advantageous seated position.

[0060]  In the embodiment shown in FIG. **3**A, a more square outer edge and a wider seating platform near the wearer engagement surface together may give seating platform **102** a more trapezoidal shape compared to the semi-circular or "D" shaped seat of conventional carriers (see e.g., FIG. **1**).

[0061]  FIG. **3**B shows dimensions and specifications for a hip seat insert **100** in accordance with an embodiment that includes: a seating platform maximum depth of about 15.8 cm; a seating platform minimum depth of about 12.45 cm; and a wearer engagement surface with a taper depth of about 4.61 cm. These dimensions and specifications are exemplary

and may be varied or otherwise suitably adapted to achieve various other ergonomic configurations in accordance with other embodiments.

[0062]  FIG. **4**A shows a front view of an ergonomically contoured hip seat in accordance with one embodiment. In this view, the plane of outer edge **106** is orthogonal to the drawing, thus outer edge **106** appears as a horizontal line in this view. The front edge **116** of seating platform **102** appears below outer edge **106** and connects seating platform **102** with wearer engagement surface **104**. The seating platform has a contour perpendicular to the central axis. In other words, if a cross-section is taken of the seating surface along a plane perpendicular to the central axis, the seating surface has a general slope from the central axis to the outer edge **106**. The point of greatest depth may be referred to as apex **115**. In one embodiment as shown in FIG. **4**A, apex **115** coincides with the central axis **113** of hip seat insert **100**.

[0063]  In one embodiment as shown in FIG. **4**A, the seating platform may have a slope that varies. Moving from left to right, the seating platform may begin substantially parallel to the plane formed by outer edge **106**. The slope of the seating platform gradually increases to a maximum slope **110** (see FIG. **4**C). The slope of seating platform **102** may then gradually decrease until it is roughly parallel to outer edge **106**. In FIG. **4**C, seating platform **102** is generally parallel to outer edge **106** at apex **115**. The other side of the seating platform may be a mirror image (with respect to central axis **113**) of the first side. In another embodiment, the slope of the seating platform may be constant.

[0064]  A child seated in a carrier having a seating platform contour such as that shown in FIG. **4**A may naturally gravitate towards central axis **113** of hip seat insert **100**. Such movement may be due to gravity and/or the child seeking a comfortable seated position. In either forward or reverse facing orientations, the child's thighs may rest on the sloped portion of the contoured seating platform, pushing the child's knees up. This orientation may create a hip flexion angle greater than 90 degrees above the coronal plane, thus providing an ergonomically advantageous seated position.

[0065]  FIG. **4**B shows dimensions and specifications for a hip seat insert **100** in accordance with an embodiment that includes: a side-to-side seating platform width of about 26.39 cm, a surface opposing the seating platform with a width of about 15.79 cm; a seating platform contour with a maximum displacement of about 3.35 cm; and a slope of about 19.73 degrees. FIG. **4**C further depicts slope **110** and depth of seat contour at apex **115** (indentation displacement) of 1.32 inches (3.35 cm). These dimensions and specifications are exemplary and may be varied or otherwise suitably adapted to achieve various other ergonomic configurations in accordance with other embodiments.

[0066]  FIG. **5**A shows a side view of a hip seat in accordance with one embodiment. In this view, only outer edge **106** of seating platform **102** is visible. The remainder of the seating platform and the wearer engagement surface are obscured.

[0067]  FIG. **5**C is a cross-section view of one embodiment of hip seat insert **100**. A portion of outer edge **106** is visible in this view. In this orientation, outer edge **106** is oriented horizontally. Contour **118** defines the surface of seating platform **102** at the cross-section. The seating platform may slope generally downward from the outer edge toward the wearer engagement surface. Contour **118** may have a slope

5

**120** at the cross-section measured by the deviation of seat contour **118** from the plane of outer edge **106**. The slope of contour **118** may be constant from outer edge to the front edge or may be variable.

[0068]   Hip/waist slope **130** defines an angle relative to a vertical axis with respect to FIG. **5**C. When worn, wearer engagement surface **104** is held against a wearer and may be approximately vertical. Thus, when the hip seat carrier is worn empty, outer edge **106** may be inclined relative to horizontal by the magnitude of the angle of hip/waist slope **130**. Seating platform **102** may thus be inclined at an even greater angle relative to horizontal, approximately equal to the sum of hip/waist slope **130** and slope **120**.

[0069]   In use, the actual incline of the seating platform may vary for numerous reasons. For example, wearer engagement surface **104** may not be held completely against the torso of the wearer, the wearer may not have a perfectly vertical torso where the carrier is worn, the weight of a child seated thereon may deform or rotate the hip carrier, etc. Thus, angles and dimensions are provided herein may differ in use. Such factors may be taken into account when designing hip seat insert **100**.

[0070]   Contour **118** may cause a child seated thereon to gravitate toward the wearer in any orientation. With the child in an outward-facing orientation, the child's thighs rest on contour **118** and may thus create a hip flexion angle greater than 90 degrees above the coronal plane. By gravitating the child toward the wearer, more of seating platform **102** may be able to support the child's thighs. In an inward facing orientation, a seat slope perpendicular to the central axis may cause the child to assume a position having a hip flexion angle greater than 90 degrees above the coronal plane. A child may remain in this position due to gravity and/or for comfort, thus helping to sustain an ergonomically advantageous seated position.

[0071]   Contour **118** may also have the secondary advantage of improving comfort for the wearer of the hip seat carrier. When a child is seated on the "shelf" of a hip seat carrier, a moment is created that tends to pull the top of the carrier away from the wearer and push the bottom of the carrier into the wearer. The further the child's center of gravity is from the wearer, the greater the moment and thus the greater force applied to the wearer. Over time, the bottom of the carrier may "dig" into the wearer and cause discomfort. By causing the child to gravitate toward the wearer, the moment on the carrier is reduced, therefore reducing the reaction force that must be supplied by the wearer.

[0072]   FIG. **5**B is a side view of a hip seat in accordance with one embodiment, showing a contoured seating surface and other features as hidden lines. Additionally, FIG. **5**B shows dimensions and specifications for a hip seat insert **100** in accordance with an embodiment that includes: an altitude between the outer edge of the seating surface and the corresponding opposing insert surface of about 14.13 cm, a front surface to opposing insert back surface displacement of about 17.02 cm (at the apex of the indicated surfaces), a wearer engagement surface (e.g., the surface intended for contact with the wearer's hip/waist) to maximum contoured well indentation (located in the seating surface) displacement of about 2.74 cm, a slope **120** of about 19.75 degrees, and hip/waist (top of wearer's hip/waist to bottom of wearer's hip/waist) slope **130** of about 17.04 degrees.

[0073]   FIG. **5**C further depicts slope **120** of 19.75 degrees, hip/waist slope **130** of 17.04 degrees, depth of hip/waist

contour at outer apex **132** of 1.76 inches, and depth of hip/waist contour at inner apex **134** of about 1.08 inches. These dimensions and specifications are exemplary and may be varied or otherwise suitably adapted to achieve various other ergonomic configurations in accordance with other embodiments.

[0074]   The disclosed dimensions, specifications and topographical features of hip seat insert **100** are selected or otherwise configured to provide a seat platform that orients, conforms, promotes or otherwise encourages a child sitting thereon to assume a spread-squat position ("M" position). While dimensions and specifications have been disclosed above, it will be appreciated that various other dimensions and specifications may be employed alternatively, conjunctively or sequentially to promote other ergonomically advantageous positions and that all such dimensions and specifications are contemplated herein.

[0075]   Many variations may be possible to provide a seating platform for a child. While embodiments disclosed herein may describe the contours of a child carrier seat insert, one of ordinary skill in the art will recognize that one effect of the seat insert is to provide support for a desired shape when inserted into a pocket of a hip seat carrier. Thus, the contours of the seat insert described herein may be embodied in any manner so as to provide a seating platform for a child.

[0076]   FIG. **6** shows a hip seat carrier **500** in accordance with one embodiment comprising a pocket **635** for receiving hip seat insert **100** thru insert pocket flap **646**. Hip seat carrier **500** further comprises a waist belt **520** to encircle the hip/waist of a wearer, thus holding wearer engagement surface **104** against the wearer's torso. Hip seat carrier **500** may further comprise a utility pocket **610** for carrying supplies or other items. Upper fasteners **640** and zipper covering flap **648** may be used to conceal features for attaching a carrier torso support portion.

[0077]   FIG. **7** depicts one embodiment of hip seat carrier **500** and carrier torso support portion **650**. Hip seat carrier **500** and carrier torso support portion **650** may form a hip seat carrier system, providing vertical and horizontal support for a child placed therein.

[0078]   Hip seat pocket **635** may further comprise torso support zipper covering flap **648** with upper fasteners **640** (e.g., press-fit snaps, as depicted) and lower fasteners **642** (e.g., press-fit snaps, as depicted). Any type of fastener, whether now known or otherwise hereafter described in the art, may be alternatively, conjunctively or sequentially used as fastening means in place of or in addition to fasteners **640**, **642**. When hip seat carrier **500** is not engaged with torso support portion **650**, upper fasteners **640** and lower fasteners **642** may be engaged upper-to-low or lower-to-upper so as to close zipper covering flap **648** to cover, protect or otherwise obscure hip/waist belt portion zipper **644**.

[0079]   Hip seat carrier **500** may further comprise: receiving fastener anchor **615** (e.g., a stitched patch, as depicted), receiving fastener **620**, adjustable belt **630** (varying the circumvention diameter of hip seat carrier **500** for customizing the fit to the wearer), and engaging fastener **625** (e.g., a clip buckle, as depicted).

[0080]   In one embodiment, torso support portion **650** further comprises torso support flap **660** for (when engaged with hip seat carrier **500**) creating an area for receiving and supporting a child's torso within the region interiorly disposed between torso support flap **660** and the body of the

wearer (e.g., parent, nanny, babysitter, or adult carrying the child). Torso support flap **660** may comprise a zipper **645** for engagement with hip/waist belt portion zipper **644**. It will be appreciated that zippers **644** and **645** comprise fastening means, and as such, may alternatively, conjunctively or sequentially employ any type of securing mechanism, such as, for example: buttons, snaps, d-rings, clips, hooks, patches of hook and loop material, or any other securing mechanism, whether now known or hereafter described in the art. Hip seat carrier **500** may be engaged with torso support portion **650** when zippers (or other suitably adapted fastening means) **644** and **645** are engaged with one another.

[0081]   As generally depicted in FIG. **7**, for example, torso support flap press-fit snaps **655** (or other suitably adapted fastening means) may be engaged with hip/waist belt portion press-fit snaps **642** or **640** (or other suitably adapted fastening means) for mechanical attachment of hip seat carrier **500** with torso support portion **650**. Alternatively, conjunctively or sequentially, torso support portion **650** and/or hip seat carrier **500** may further comprise features to cover, protect or otherwise obscure fastening means for attaching hip seat carrier **500** to torso support portion **650**.

[0082]   In some embodiments, torso support portion **650** further comprises wearer shoulder straps **670**. Shoulder straps **670** may be padded or otherwise ergonomically adapted or otherwise configured for the comfort of the wearer. Shoulder straps **670** may further comprise: shoulder strap fastening means **690** for attachment to lower torso support straps **665**, back strap **684**, variable back strap webbing runners **675**, webbing runner travelers **677**, back strap receiving fastener **680**, back strap engaging fastener **682**, and back strap webbing runner fasteners **686**. In operation, webbing runner traveler **677** may be suitably configured for wearer-selected longitudinal displacement along the length of back strap webbing runner **675** so as to alter the relative vertical displacement of back strap **684** along the length of the wearer's back. Lower torso support strap **665** may further comprise fastener(s) **667** for engagement with shoulder strap fastening means **690** to secure torso support portion **650** to the body of the wearer.

[0083]   FIG. **8** shows a configuration in accordance with one embodiment where hip seat carrier **500** has been engaged with torso support portion **650** on the body of a wearer **700**. Hip seat **500** is secured around the torso of wearer **700** with hip seat pocket **635** in front of wearer **700**. Utility pocket **610** and adjustable belt **630** can be seen on the wearer's right and left hips, respectively. Torso support press-fit snaps **655** of torso support portion **650** are engaged with lower fasteners **642** (not shown) of hip seat carrier **500**. Torso support flap zipper **645** and hip/waist belt portion zipper **644** (not shown) may also be engaged, thereby holding the lower portion of torso support flap **660** onto hip seat carrier **500**. Wearer shoulder straps **670** and lower torso support straps **665** hold the upper portion of torso support flap **660** (see FIG. **9**).

[0084]   FIG. **9** shows another embodiment where hip seat carrier **500** has been engaged with torso support portion **650** on the body of a wearer **810** to carry a child **800**. In FIG. **9**, hip seat carrier is placed in front of wearer **810**, thus the left side of wearer **810** is visible. FIG. **9** further depicts zipper handle **830** for opening hip seat pocket **635** to insert/remove hip seat insert **100**. Additionally, canopy cover **820** may be included with torso support portion **650** for covering the head of child **800**.

[0085]   FIG. **10**A shows a configuration where hip seat carrier **500** has been engaged with torso support portion **650** on the body of a wearer **810** to carry a child **800** in a front-inward carrying position.

[0086]   FIG. **10**B shows a configuration where hip seat carrier **500** is used without torso support portion **650** for a wearer **810** to carry a child **800**. In FIG. **10**B, hip seat carrier **500** is being worn to the left side of wearer **810**. Wearer **810** may provide side-to-side and front-to-back support for child **800**.

[0087]   FIG. **11**A shows a configuration in accordance with one embodiment where the hip seat carrier **500** has been attached to the torso support portion for a wearer **810** to carry a child **800** in a front-inward carrying position.

[0088]   FIG. **11**B shows a configuration in accordance with one embodiment where hip seat carrier **500** has been attached to the torso support portion for a wearer **810** to carry a child **800** in a front-outward carrying position.

[0089]   FIG. **11**C shows a configuration in accordance with one embodiment where hip seat carrier **500** has been attached to the torso support portion for a wearer **810** to carry a child **800** in a back carrying position.

[0090]   FIG. **11**D shows a configuration in accordance with one embodiment where hip seat carrier **500** is used without the torso support portion for a wearer **810** to carry a child **800** in a hip-seat-only carrying position.

[0091]   In the foregoing specification, the disclosure has been described with reference to specific embodiments. However, as one skilled in the art will appreciate, various embodiments disclosed herein can be modified or otherwise implemented in various other ways without departing from the spirit and scope of the disclosure. Accordingly, this description is to be considered as illustrative and is for the purpose of teaching those skilled in the art the manner of making and using various embodiments of a hip seat device and system. It is to be understood that the forms of disclosure herein shown and described are to be taken as embodiments. Equivalent elements or materials may be substituted for those illustrated and described herein. Moreover, certain features of the disclosure may be utilized independently of the use of other features, all as would be apparent to one skilled in the art after having the benefit of this description of the disclosure.

What is claimed is:

**1**. A hip seat, comprising:

a seating platform having a bucket shape, wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from an outer edge of the seating platform toward the central axis of the seating platform.

**2**. The hip seat of claim **1**, wherein the bucket shape further comprises a contour that slopes generally downward away from an outer edge of the seating platform along the central axis of the seating platform.

**3**. The hip seat of claim **2**, wherein an angle between the seating platform and a wearer engagement surface is between 90 and 180 degrees.

**4**. The hip seat of claim **2**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 5 and 35 degrees.

**5**. The hip seat of claim **2**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 15 and 25 degrees.

US 2016/0286980 A1

Oct. 6, 2016

7

**6**. The hip seat of claim **2**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 5 and 35 degrees.

**7**. The hip seat of claim **2**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 15 and 25 degrees.

**8**. The hip seat of claim **2**, wherein the seating platform comprises a foam material.

**9**. The hip seat of claim **2**, further comprising:

a wearer engagement surface, wherein the seating platform and the wearer engagement surface are formed from a single piece.

**10**. A hip seat carrier system, comprising:

a hip seat carrier, comprising:

a seating platform having a bucket shape, wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from an outer edge of the seating platform toward the central axis of the seating platform, and

a waist belt for encircling a wearer having a receiving fastener and an engaging fastener for installing and removing the hip seat carrier; and

a carrier torso support portion connected to the hip seat carrier.

**11**. The hip seat carrier system of claim **10**, wherein the bucket shape further comprises a contour that slopes generally downward away from an outer edge of the seating platform along the central axis of the seating platform.

**12**. The hip seat carrier system of claim **11**, wherein an angle between the seating platform and a wearer engagement surface is between 90 and 180 degrees.

**13**. The hip seat carrier system of claim **11**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 5 and 35 degrees.

**14**. The hip seat carrier system of claim **11**, wherein the contour perpendicular to the central axis of the seating platform has a slope between 15 and 25 degrees.

**15**. The hip seat carrier system of claim **11**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 5 and 35 degrees.

**16**. The hip seat carrier system of claim **11**, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 15 and 25 degrees.

**17**. The hip seat carrier system of claim **11**, wherein the seating platform comprises a foam material.

**18**. The hip seat carrier system of claim **11**, further comprising:

a wearer engagement surface, wherein the seating platform and the wearer engagement surface are formed from a single piece.

**19**. A hip seat carrier, comprising:

a seating platform having a bucket shape, wherein the bucket shape comprises a contour perpendicular to a central axis of the seating platform that slopes generally downward away from an outer edge of the seating platform toward the central axis of the seating platform and a contour that slopes generally downward away from an outer edge of the seating platform along the central axis of the seating platform, wherein the contour perpendicular to the central axis of the seating platform has a slope between 5 and 35 degrees, wherein the contour that slopes generally downward away from the outer edge of the seating platform along the central axis of the seating platform has a slope between 5 and 35 degrees;

a hip seat pocket for receiving the seating platform; and

a waist belt for encircling a wearer having a receiving fastener and an engaging fastener for installing and removing the hip seat carrier, wherein the waist belt is padded or cushioned.

**20**. The hip seat carrier of claim **19**, wherein the seating platform comprises a foam material.

\* \* \* \* \*