# EXHIBIT B



**Mark:**

**Applicant:** TushBaby, Inc.

## Acquired Distinctiveness

The below is in support of a claim of acquired distinctiveness to register the applied-for mark



("Applicant's Mark," "TushBaby Pocket Design Trade Dress," or the "TushBaby Trade Dress") covering Class 18: Pouch baby carriers; baby carriers worn on the body; baby carriers worn on the hip with storage for carrying babies' and parents' accessories (Applicant's applied-for goods bearing Applicant's Mark are hereby referred to as the "TushBaby Hip Carrier").

In support of the claim of acquired distinctiveness, Applicant submits the Declaration of Tamara Rant and supporting exhibits. For the reasons set forth below, Applicant respectfully submits that Applicant's Mark has acquired distinctiveness based on five years of continuous use and substantial consumer recognition.

## The TushBaby Trade Dress Has Acquired Distinctiveness with Five Years of Use and Substantial Consumer Recognition.

Trade dress constitutes a "symbol" or "device" by which the goods of the applicant may be distinguished from the goods of others. *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. 205, 209-11, 54 USPQ2d 1065, 1065-66 (2000). "Almost anything at all that is capable of carrying meaning" may be used as a "symbol" or "device" and constitute trade dress that identifies the source or origin

of a product. *Qualitex Co. v. Jacobson Prods. Co.,* 514 U.S. at 162, 34 USPQ2d at 1162 (1995). Trade dress is registrable as a trademark if it serves the same source-identifying function as a trademark. Marks are entitled to protection if they are inherently distinctive, that is "their intrinsic nature serves to identify a particular source of a product." *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. at 768, 112 S. Ct. 2753 (1992). Thus, a product's trade dress is protectable upon a showing of inherent distinctiveness. And if not inherently distinctive, marks may be protectable if they acquire distinctiveness, i.e., if they "become distinctive of the applicant's goods in commerce." 15 U.S.C. § 1052(e), (f).

In making a determination as to whether a mark has acquired distinctiveness, The USPTO and the Trademark Trial and Appeal Board consider various factors including affidavits, declarations under 37 C.F.R. §2.20, depositions, and other appropriate evidence demonstrating long-term exclusive use of the mark in commerce.  The USPTO and the Trademark Trial and Appeal Board have repeatedly explained that evidence such as sales, presence on the market, renown and advertisements demonstrate that a mark is recognized by consumers as a trademark for the related goods and therefore has acquired distinctiveness. *In Re Bottega Veneta Int'l S.A.R.L.*, No. 77219184, 2013 WL 5655822 (TTAB 2013); *In Re Cartier N.V.*, 2010 WL 3164745 (TTAB 2010).  "Such extensive effort in advertising and promotion, as well as the attraction of commentators within and without the specialized market, the court deems, weighs in favor of a finding that [the] products in question have acquired secondary meaning."  *Cartier, Inc. v. Four Star Jewelry Creations, Inc.*, 348 F. Supp. 2d 217, 241–43 (S.D.N.Y. 2004).

Applicant's Mark was first offered to the public in connection with the applied-for goods as early as May 2018.  The TushBaby Hip Carrier is widely recognized today as the must-have baby carrier by parents, grandparents, and board-certified pediatricians, chiropractors, physical therapists, orthopedists, pelvic floor therapists, and spine surgeons. The TushBaby Hip Carrier features a unique seat pocket design that was designed by Founder and Chief Executive Officer, Tamara Rant. Every TushBaby Hip Carrier features the TushBaby Trade Dress regardless of color, material, and size making it well-known and instantly recognized by consumers as a symbol of Applicant's high-quality products, reputation, and goodwill. The TushBaby Pocket Trade Dress comprises a pocket and a flap, with a snap on the flap and an insert above the snap.  Since its

introduction, the TushBaby Hip Carrier has been in consistent demand in the United States and around the world, finding partnerships with some of the biggest names across the retail industry, including Walmart, Nordstrom and Target. See the Declaration of Tamara Rant; see also Exhibit A to the Declaration of Tamara Rant.

Applicant has generated considerable revenue from the TushBaby Pocket Trade Dress since 2018. Applicant has generated over $10 million in revenue in 2022 of which 100% is a direct result of sales of the TushBaby Trade Dress. Total revenue of products bearing the TushBaby Trade Dress is approximately $33 million. Applicant expends $4 million annually on marketing and advertising the TushBaby Hip Carrier. Since its founding in 2018, Applicant has invested $12 million in promoting, marketing, and advertising the TushBaby Hip Carrier to the public.

Applicant's goods have been continuously and extensively marketed, promoted, and sold. In January 2019, Applicant appeared on the famous business television series, *Shark Tank* on ABC, and secured a deal with one of the sharks. In less than three years following the *Shark Tank* appearance, Applicant sold millions of TushBaby Hip Carriers. The TushBaby Trade Dress has been featured in notable publications such as *BuzzFeed*, *HuffPost*, *Daily Mail*, *Insider, Business Wire*, and *New York Magazine*. See the Declaration of Richard Tamara Rant; see also Exhibit A to the Declaration of Tamara Rant.

The TushBaby Hip Carrier has been heavily and widely promoted throughout the United States and the world. TushBaby Hip Carrier has been the subject of extensive third-party press and unsolicited media coverage on social media, particularly TikTok. Influencers with millions of followers in the aggregate have posted and shared glowing reviews and tutorials featuring the TushBaby Trade Dress. The extensive and widespread social media coverage has brought the TushBaby Trade Dress to a global audience beyond the U.S. consumer. The TushBaby Pocket Trade Dress has been featured on prominent television programs such as ABC's *Good Morning America* and received a *Mom's Choice Award*, which is globally recognized for establishing the benchmark of excellence in family-friendly media, products, and services. See Exhibit A to the Declaration of Tamara Rant demonstrating the widespread media coverage and renown of the TushBaby Trade Dress.

Many third-party uses of similar product design to the TushBaby Trade Dress are sophisticated counterfeits and infringement of Applicant's Mark. In early 2023, global infringers and counterfeiters began flooding US and international marketplaces utilizing the TushBaby Trade Dress to trade off of Applicant's goodwill and confuse consumers. Applicant receives complaints of customers who mistakenly purchased infringing or counterfeit baby carriers featuring the TushBaby Trade Dress who thought they were purchasing a TushBaby Hip Carrier manufactured by Applicant and were upset to purchase products of poor quality. Applicant has since initiated an enforcement program against such infringers and counterfeits. See the Declaration of Tamara Rant; see also Exhibit B to the Declaration Tamara Rant.

With over five years of global brand recognition as the must-have baby carrier, TushBaby Hip Carrier has quadrupled its sales from 2019 to 2022, including 117,000 units sold in 2022. Following the *Shark Tank* appearance, TushBaby Hip Carrier quickly grew in popularity reaching near virality as a trending tag on Tik Tok. To date, the #tushbaby hashtag on TikTok has reached over 95 million impressions in reference to the TushBaby Trade Dress. With 250,000 followers on TikTok and a over 100,000 followers on Instagram, videos with TushBaby-related hashtags showing the TushBaby Trade Dress have garnered millions of views. There are thousands of positive videos, comments, and verified reviews across social media and online retailer platforms praising the TushBaby Hip Carrier. For example, Amazon alone has over 3,000 five-star reviews of the TushBaby Hip Carrier, further solidifying the TushBaby Trade Dress' continuous and substantial presence among consumers. See the Declaration of Tamara Rant; see also Exhibit A to the Declaration Tamara Rant.

Thanks to its success, the TushBaby Trade Dress has been the subject of extensive third-party partnerships, such as with Nordstrom, Target, Walmart, Crate and Barrel, BuyBuy Baby, and boutique retailers across the U.S. Through these distribution partnerships, the TushBaby Pocket Trade Dress has reached millions of people and by virtue of Applicant's continuous and substantial presence in such stores, the TushBaby Trade Dress has acquired distinctiveness among consumers.

In view of the foregoing, the Applicant's Mark has acquired distinctiveness as a trademark in the United States through Applicant's exclusive and continuous use since May 2018.

## **The Existence and Availability of Alternative Product Designs to Competitors is Demonstrative of the TushBaby Trade Pocket Design Dress as Non-Functional.**

When an applicant applies to register a product design, product packaging, color, or other trade dress for goods or services, the examining attorney must separately consider two substantive issues: (1) functionality; and (2) distinctiveness. *See TrafFix Devices, Inc. v. Mktg.Displays, Inc*., 532 U.S. 23, 28-29, 58 USPQ2d 1001, 1004-05 (2001); *Two Pesos*, 505 U.S. at 775, 23 USPQ2d at 1086; *In re Morton-Norwich Prods., Inc.*, 671 F.2d 1332, 1343, 213 USPQ 9, 17 (C.C.P.A. 1982).

A feature is functional as a matter of law if it is "essential to the use or purpose of the article or if it affects the cost or quality of the article." *TrafFix Devices, Inc. v. Mktg. Displays, Inc.*, 532 U.S. 23, 32, 58 USPQ2d 1001, 1006 (2001) (citing *Qualitex,* 514 U.S. 159, 165, 34 USPQ2d 1161, 1163-64); *Inwood Labs., Inc. v. Ives Labs., Inc.*, 456 U.S. 844, 850 n.10, 214 USPQ 1, 4 n.10 (1982). However, since the preservation of competition is an important policy underlying the functionality doctrine, competitive need, although not determinative, remains a significant consideration in functionality determinations. *Valu Eng'g, Inc.*, 278 F.3d at 1278, 61 USPQ2d at 1428.

A determination of functionality normally involves consideration of one or more of the following factors, commonly known as the "*Morton-Norwich* factors": (1) the existence of a utility patent that discloses the utilitarian advantages of the design sought to be registered; (2) advertising by the applicant that touts the utilitarian advantages of the design; (3) facts pertaining to the availability of alternative designs; and (4) facts pertaining to whether the design results from a comparatively simple or inexpensive method of manufacture. TMEP § 12.02(a)(v).

The TushBaby Trade Dress, while useful, is not *essential* to its usefulness. Equating "functionality" with "usefulness" would render many currently registered marks ineligible for trademark protection. For example, the Coca-Cola bottle's shape has utilitarian advantages. The

shape allows a consumer to grasp and grip it more easily. If usefulness equals functionality, then the Coca-Cola bottle trade dress would be deemed unprotectable under trademark law. However, despite its usefulness, it is widely recognized and accepted as a valid trade dress. Further, there are many ways in which Coca-Cola's competitors can design their own bottles. Such is the case here with the TushBaby Hip Carrier.

Though useful to parents and caregivers who regularly hold children, the TushBaby Trade Dress serves primarily to identify its source. There are many ways in which the pocket on a hip carrier can be designed. For example, this "Seat Carrier" by Ergoaby, a popular baby carrier brand for twenty years, set at a higher price-point than the TushBaby Hip Carrier, this Baby Carrier sold by shsyue storefront on Amazon, and this Baby Carrier from FEBFOXS on Walmart. See Exhibit A.

The test is not whether the product design is useful, but whether the design is essential to the design's use. Based on evidence of alternative designs used in the marketplace by competitors, the TushBaby Trade Dress is not essential to its use as a pocket or as a baby carrier but is a unique design that serves to identify Applicant in the marketplace among competing and comparable products.

In view of the foregoing, the Applicant's Mark is non-functional product design and is therefore eligible for trademark protection on the Principal Register.




amazon Delivering to New York 10038 Update location | Baby | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Holiday Deals | Holiday Shop | Medical Care | Best Sellers | Amazon Basics | Prime | Today's Deals | Customer Service | New Releases | Music | Books | Registry | Fashion | Amazon Home | Pharmacy | Shop Halloween deals

Baby | Registry | Best Sellers | Deals | Strollers | Car Seats | Nursery | Feeding | Clothing | Activity & Gear | Toys | Diapering | Health & Safety | Gifts

5,431

Sponsored

Baby Products › Travel Gear › Carriers & Accessories › Baby & Toddler Carriers

Roll over image to zoom in

# Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (with Waistband Extender Grey)

Visit the Bebamour Store

4.3 ★★★★☆ 104 ratings

200+ bought in past month

$39.98

FREE Returns

Coupon: Apply 20% coupon Shop items › | Terms

Best price

Get $60 off instantly: Pay $0.00 ~~$39.98~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Grey**

$39.98 | $39.98

| | |
|---|---|
| **Color** | Grey |
| **Material** | Polyester |
| **Brand** | Bebamour |
| **Strap Type** | Adjustable Strap |
| **Product Care Instructions** | Machine Wash |

### About this item

- 【THREE CARRYING POSITIONS 】 1) Feeding/breastfeeding, 2) Front facing, and 3) Face to face.You can using only breastfeeding position when your baby under 3 months.
- 【MULTIPLE STORAGE POCKETS 】 Throw diapers,keys and phone in the storage beneath the seat. Access your wipes in the side pockets. And fold it right up for easy transport.
- 【Stylish Design】 Light Hip Seat is compact and stylish allowing you comfort and satisfaction without being bulky and noticeable.
- 【Light Weight】 Foldable Hip Seat's weight is only 1.3 lbs. Suitable for growing babies who are 0-36 months old. that fit up to 61inch(155 cm) waistline.
- 【Comfortable & Convenient】 Foldable Hip Seat is easily accessible to lift up and down quickly and safely. Additionally, the wide waistband(12.5cm) provides comfort for the parent's waist and back.
- [What you get]1 * Hip seat Carrier; 1 * Waistband extender; 1 * User Manual,1 * Gift Box and friendly customer service.

› See more product details

Compare with similar items

### There is a newer version of this item:

Bebamour Hip Seat Baby Carrier Baby Waist Seat,Adjustable Strap and Pocket,Bebamour Foldable Baby Carrier with Waist Extender(Light Grey)
$45.98
★★★★☆ (386)
In Stock

HKAI Baby Carrier Hip Seat, Advanced Large Capacit…
★★★★☆ 784
22% off Deal
$38.98 ~~$49.99~~ prime

Sponsored

prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$39.98

FREE Returns

FREE delivery **Wednesday, October 25**

Or fastest delivery **Tomorrow, October 21**. Order within 4 hrs 19 mins

Delivering to New York 10038 - Update location

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Bebamour |
| Returns | Eligible for Return, Refund or Replacement within 90 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Have one to sell?

Sell on Amazon

## Frequently bought together

Total price: $107.95

Add all 3 to Cart

**This item:** Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender…
$39.98

Bebamour Baby Carrier Newborn Front and Back Carry Baby Carrier Newborn to Toddler Baby Hip…
$56.99

Bebamour Baby Formula Dispenser, BPA Free Portable Milk Powder and Candy Fruit Snack…
$10.98

## 4 stars and above

Sponsored

HKAI Baby Hip Seat, Advanced Large Capacity Pocket with Adjustable Waistban...
⭐ 784
Limited time deal
**$38.98** ✓prime
List: $49.99 (22% off)


CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta...
⭐ 112
**$45.99** ✓prime
Save 25% with coupon


Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
⭐ 3,882
**$14.99** ✓prime


Baby Carrier Front Facing Holder besrey, Hip Seat, Dad Kangaroo Carrier, Toddler Ch...
⭐ 922
**$43.98** ✓prime
Save $20.00 with coupon


FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip...
⭐ 75
**$55.99** ✓prime
Save 40% with coupon


Bebamour Baby Carrier Newborn Front and Back Carry Baby Carrier Newborn to Toddler ...
⭐ 1,731
**$56.99** ✓prime


AGUDAN Baby Hip Seat Carrier, Ergonomic Waist Stool with Adjustable Strap Pocket So...
⭐ 491
**$39.99** ✓prime
Save 10% with coupon


LILLÉbaby 3-in-1 Ergonomic CarryOn Airflow - Toddler Carrier with Lumbar Suppor...
⭐ 1,095
**$149.99** ✓prime

## Product Description




Bebamour Baby Hip Seat Carrier Foldable

### Foldable Baby Hip Seat Lightweight Waist Carrier for 0-36 Month Baby

- 3 carry ways: Face Inward, Face Foward, and Horizontal (for newborn) to meet ages between 0-36 months old requirements.
- The seat surface has a layer of silicone dots.
- The enlarged stool to better support the baby's thighs, creating a comfortable hip seat for little babies, very easy for you and your baby at home or go outside, choosing a way that best fits your baby's favorite.

| Sided Net Pocket | Front Large Pocket with Button | Back Adjustable Waist Straps | Broad Widened Waist Band |
|---|---|---|---|
| • 'M' Designed according to baby's growth. | • Anti-skid prevent baby falling down. | • Almost 90 degree folding | • come with an extension back plate(26 centimeters) |

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 7 x 9 x 4 inches |
| Item model number | AX30 |
| Minimum weight recommendation | 3.3 Pounds |
| Maximum weight recommendation | 14.9 Kilograms |
| Material Type | Polyester |
| Care instructions | Machine Wash |
| Batteries required | No |
| Orientation | Front, Hip |
| Item Weight | 10.6 ounces |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B0BJ1VBF66 |
| Customer Reviews | 4.3 ⭐ 104 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #8,904 in Baby (See Top 100 in Baby)<br>#28 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ⌄

## Compare with similar items

| This item Bebamour Foldable Hip Seat Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (with Waistband Extender Grey) | Bebamour Hip Seat Baby Carrier Baby Waist Seat,Adjustable Strap and Pocket,Bebamour Foldable Baby Carrier with Waist Extender(Light Grey) | Baby Hip Carrier with Seat for Child Infant &Various Pockets, Ergonomic Carrier for Newborn to Toddlers All-Seasons(Black) | ANGELBB Baby Hip Seat Carrier with Pockets Ergonomic Infant Waist Stool Adjustable Belt Multiple Safe Guaranteed Fabric Anti-Slip Lightweight for Newborn Shower (Grey) |
|---|---|---|---|

https://www.amazon.com/dp/B0BJ1VBF66?ref_=cm_sw_r_apin_dp_Y732KB4M07NQE9CX71BN

2/6

10/20/24, 11:24 AM      Amazon.com : Bebamour LESWGO Baby Carrier Hip Seat Baby Carrier with Multiple Pockets 4 in 1 Baby Hip Seat Carrier 6 Month ...

Case 1:24-cv-20941-DSL Document 62-3 Entered on FLSD Docket 10/10/2024 Page 10 of 40

| | | | | |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (104) | ★★★★½ (386) | ★★★★½ (142) | ★★★★½ (542) |
| Price | $39.98 | $45.98 | $41.99 | $37.99 |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Bebamour | Bebamour | baby-carrier | ANGELBB US |
| Brand | Bebamour | bebear | LESWGO | ANGELBB |
| Color | Grey | A Light Grey | Black | Grey |
| Size | one size | 1 Count (Pack of 1) | — | 1 Count (Pack of 1) |
| Strap Type | Adjustable Strap | strap | Adjustable Strap | Adjustable Strap |

## Videos

Videos for this product     Videos for related products

    

| | | | | |
|---|---|---|---|---|
| 1:00 | 0:39 | 0:34 | 1:20 | |
| Customer Review: This is a more compact hipseat option<br>Mo | Baby Hip carrier easily carry baby and have one hand free<br>ivypinkmade | Baby Hip Seat Carrier with Shoulder Strap<br>SUNVENO | Baby Hip Seat Carrier<br>Rough Road 2015 | ThreeH Baby Hip Seat<br>ThreeH Direct |

Upload your video

---

## Important information

To report an issue with this product, click here.

---

## Products related to this item

Sponsored ⓘ

        

Hip Seat Baby Carrier- CPC Certified-Ergonomic Design for Newborns & Toddlers, Big S...
$37.99 ✓prime

Baby Hip Carrier Doctor Recommended,Baby Carrier with Hip Seat All Body Types,Toddl...
★★★★★ 3
$29.66 ✓prime

Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★☆ 3,883
$14.99 ✓prime

Baby Carrier, MOMTORY Hip Seat Carrier with Adjustable Strap & Various Pockets, Erg...
★★★★☆ 17
$45.99 ✓prime

Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pocket...
★★★★☆ 38
$39.99 ✓prime

HKAI Baby Hip Carrier, Baby Carrier with Adjustable Waistband & Breathable Mesh, Er...
★★★★½ 781
Limited time deal
$38.98 ✓prime
List: $49.99 (22% off)

CozyOne - CPC-Certified Hip Seat Baby Carrier – New Ergonomic Bench Design, Adjusta...
★★★★½ 112
$45.99 ✓prime

FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergono... Bench Design, Multip...
★★★★☆ 75
$55.99 ✓prime

---

Sponsored ⓘ

Sponsored ⓘ

**HKAI**
Shop the Store on Amazon ›



HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable...
★★★★½ 784
$38.98 List: $49.99

**Ergobaby**
Shop the Store on Amazon ›



Ergobaby All Carry Positions Breathable Mesh Baby Carrier with Enhanced Lumb...
★★★★½ 738
$159.94 List: $200.00

**GOOSEKET**
Shop the Store on Amazon ›

GOOSEKET Toddler Sling/Original/Cotton Baby Carrier/Compact hipseat/Infants t...
★★★★½ 519
$56.99

**Beco**
Shop the Store on Amazon ›



Beco Gemin Toddler - Fr...
★★★★½
$69.99

**Looking for specific info?**



## Customer reviews

⭐⭐⭐⭐½ 4.3 out of 5

104 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 10% |
| 3 star | | 8% |
| 2 star | | 6% |
| 1 star | | 7% |

⌄ How customer reviews and ratings work

Shop now >

Sponsored ⓘ

### Reviews with images

See all photos ›

### Top reviews

**Top reviews from the United States**

Translate all reviews to English

---

Annie V

⭐⭐⭐⭐⭐ **Amazing for any parent or caretaker!**

Reviewed in the United States on September 7, 2023

Color: Grey | Verified Purchase

Our friend recommended this baby seat hip carrier to us and we LOVE it! This particular one has great quality and we've been able to travel with it to other cities. It folds and is compactible to fit in a suitcase. We started using it when baby was about 4.5 months and we would face him out (and have his body lean against us) since he wasn't completely sturdy yet. Now at 6 months, he loves sitting on the carrier and it helps free up one hand and not to have to carry the baby's full weight. We didn't have this carrier with our first two kids and it definitely feels like a game changer!

One person found this helpful

Helpful | Report

---

Maeve

⭐⭐⭐⭐☆ **My cat likes it too**

Reviewed in the United States on September 2, 2023

Color: Grey | Verified Purchase

I got this to help carding my 2.5 yo daughter. It needs some getting used to find the right position or it hurts stomach and sores the thigh with the metal base. This morning I also discovered my cat could rest here too. I'll keep this for a long time.

2 people found this helpful

Helpful | Report

---

Isabell Sargent ✓

⭐⭐⭐⭐☆ **very helpful**

Reviewed in the United States on September 20, 2023

Color: Grey | Verified Purchase

I love it! It comes in handy especially when you're doing a lot of walking.

Helpful | Report

---

Grace Webb

⭐⭐⭐⭐⭐ **This thing is worth it's weight in gold!**

Reviewed in the United States on August 31, 2023

Color: Grey | Verified Purchase

I can't say enough, how much I love this product! I have been using it with my baby, facing outward, since she was about 8 weeks old and she loves it. This product provides so much relief to your arms, back, and hips when carrying your baby for long periods of time. In the off chance that I decide to go somewhere without this, I ALWAYS regret the decision. I also get so many comments from other people who wish this was available to them when their children were little. Love this product!

Helpful | Report

---

Jessilyn

⭐⭐⭐⭐⭐ **Mom and Baby love it.**

Reviewed in the United States on September 11, 2023

Color: Grey | Verified Purchase

My baby loves being carried around, but they get heavy after a while. He refused the normal wrap carriers because he didn't want to be strapped in. Now I can saddle him up and mop the flooors or browse Walmart for a while with ease. He usually falls asleep happy as a peach.

Helpful | Report

---

Amber Witherington

⭐⭐⭐⭐⭐ **Sturdy**

Reviewed in the United States on September 15, 2023

Color: Grey | Verified Purchase

Although it doesn't have all the pockets like the more expensive ones. This product is awesome for my velcro baby!! And its great for dads too!

Helpful    Report



Kannika Anuntamek

⭐⭐⭐⭐⭐ **Love it!**
Reviewed in the United States on September 1, 2023
Color: Grey | **Verified Purchase**

It easy to use and love the way seat can flip down.

Helpful    Report

Don Axel😎

⭐⭐⭐⭐⭐ **Muy funcional**
Reviewed in the United States on August 30, 2023
Color: Grey | **Verified Purchase**

Funciona como se ve en las fotos

Helpful    Report

Translate review to English

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Elizabeth Rodríguez

⭐⭐⭐⭐⭐ **BUENÍSIMO Y COMODISIMO**
Reviewed in Mexico on August 5, 2023
Color: Grey | **Verified Purchase**

Me ayudo con el dolor de espalda es un salvavidas de verdad y los bebés van súper cómodos excelente opción por que este tiene algo de metal que impide que los niños se resbalen se hace uña tipo sillita

Report

Translate review to English

See more reviews ›



HKAI Baby Hip Carrier, Baby Carrier with Adjustable Waistband & Breathable...
22% off   **Deal**
**$38**⁹⁸ $49.99 ✓prime
Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English    United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Business Everything For Your Business |
| Amp Host your own live radio show with music you love | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



       

amazon Delivering to New York 10038 Update location | Baby | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Holiday Deals | Holiday Shop | Medical Care | Best Sellers | Amazon Basics | Prime | Today's Deals | Customer Service | New Releases | Music | Books | Registry | Fashion | Amazon Home | Pharmacy | Gift ideas from Oprah

Baby | Registry | Best Sellers | Deals | Strollers | Car Seats | Nursery | Feeding | Clothing | Activity & Gear | Toys | Diapering | Health & Safety | Gifts

5,431

Sponsored

Baby Products › Travel Gear › Carriers & Accessories › Slings

VIDEO

Roll over image to zoom in

# AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband for Toddler Child

Visit the AGUDAN Store

4.3 491 ratings | 8 answered questions

Amazon's Choice in Child Carrier Slings by AGUDAN

$35.99

FREE Returns

Coupon: Apply 10% coupon Shop items › | Terms

Best price

Get $60 off instantly: Pay $0.00 ~~$35.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Pink-2**

$37.99 | $39.99 | $35.99 | $39.99 | $35.99 | $37.99
$14.99 | $39.99 | $35.99 | $14.99 | $39.99 | $35.99
$14.99 | $14.99

| | |
|---|---|
| **Color** | Pink-2 |
| **Material** | Cotton |
| **Brand** | AGUDAN |
| **Strap Type** | Adjustable Strap |
| **Product Care Instructions** | Machine Wash |

## About this item

- 【Ergonomic Design】Agudan baby hip seat ensures maximum comfort for both you and baby with ergonomic hip seat and full lumbar supporting waist. seat has thickened cotton and silicone particles to reduce hip displacement and make the baby sit more stably. Considerate storage ring for extra band. Easy to adjust, easy to put on and take off. Adjustable to many body types.
- 【Spread Baby Weight Evenly】Ergonomic design, distribute weight evenly. Our hip seat makes carrying babies so much easier, asist in carrying your baby outside with ease which save your back, hips and definitely helps your arm out, perfect to alleviate arm, shoulder and back discomfort. Suit for baby from 0-36 months.
- 【Multiple Carrying Options】You can also try three different carry ways – horizontal, inward or forward-facing. With this hip seat, you could even comfortably feed your baby; hold he/her while napping. Saved you from having to use the stroller or baby carrier. It's obviously not hands-free though but you can easily hold the baby with one arm.
- 【Large Storage Capacity】Design with Easy-access pouches and zip pockets for baby essential items, must have for trips outside or even around the house. The storage under the seat is for you to store snacks, keys, toys,diaper, wipes,straps,etc. One of the open pouch on the outside of the side pocket could use as water bottle holder. Another side is a small zipper pocket for a phone or other small items storage.
- 【Relieves Back, Shoulder Strain】Comfortable for you with wide supportive waistband and padded shoulder straps. It velcroes as well as snaps for a double protection across your hips. Notes: Fits waist 28-45", please measure your waist before placing an order.

› See more product details

Compare with similar items

AGUDAN Baby Carrier with Hip Seat, V
64
Sponsored

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$35.99

FREE Returns

FREE delivery Wednesday, October 25

Or fastest delivery Sunday, October 22. Order within 13 hrs 32 mins

Delivering to New York 10038 - Update location

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Agudan Global |
| Returns | Eligible for Return, Refund or Replacement within 90 days of receipt |
| Packaging | Shows what's inside |

See more

Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Have one to sell?

Sell on Amazon

Sponsored

## Frequently bought together

**This item:** AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband for… $35.99

Toy Straps for Baby,RTMOK 4pcs Silicone Setpacifier Clip,Applies to Car Seat Toy,Teether Toy,High… $7.99

3PCS ALASOU Simple Pop up Suction Cup Spinner Toys for 1 2 Year Old Boy Girl|Novelty… $9.99

Total price: $53.97

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored

| Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta... | ANGELBB Baby Infant Hip Seat Carrier with Pockets Lightweight Toddler Waist Stool S... | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect... | Baby Hip Seat Carrier, Ergonomic Waist Stool for Child Infant with Adjustable Strap... | FLEEROSE - Baby Hip Carrier – New Ergonomic Bench Design, Multiple Pockets & Lumbar... | Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Wais... | Shiaon Baby Sling Carrier Newborn to Toddler, Adjustable Ba... Carrier Sling, Baby W... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 3,883 | ★★★★☆ 112 | ★★★★☆ 542 | ★★★★☆ 96 | ★★★★☆ 19 | ★★★★☆ 74 | ★★★★☆ 151 | ★★★★☆ 2,019 |
| $84.99 prime | $45.99 prime | $37.99 prime | $49.99 prime | $38.99 prime | $56.99 prime | $45.99 prime | $29.99 prime |
| Save 20% with coupon | Save 20% with coupon | | Save $8.00 with coupon | Save 20% with coupon | Save 40% with coupon | | Save 15% with coupon |

## From the brand



AGUDAN

Baby Carrier                          Baby Hip Seat Carrier                          Travel Booster Seat

## Product Description

### Comfort and Convenience, All in One Hip Seat

**Large Storage Bag**

- More space: No need to carry an extra bag as our carrier has a large storage bag.
- Fit all essentials: Store diapers, wipes and other baby stuff.

**Zipper Pocket**

- Secure storage: Keep your valuables safe in the zipper pocket.
- Multiple uses: Store your phone, wallet, and keys.

**Baby Bottle Pocket**

- Hands-free: Keep baby's bottle within reach, hands-free.
- Fits most bottles: The pocket is designed to fit most standard baby bottles.

**Comfort Abdominal Pad Design**

- Innovative padding design for ultimate comfort during extended use
- Breathable and moisture-wicking material to keep you and your baby cool and dry

### Washable Hip Seat for Busy Parents - Ready to Go



## Product information

### Technical Details

| | |
|---|---|
| Package Dimensions | 10.83 x 10.31 x 6.34 inches |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 44 Pounds |
| Material Type | Cotton |
| material_composition | Polyester |
| Care instructions | Machine Wash |
| Batteries required | No |
| Orientation | Front |
| Item Weight | 14 ounces |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B0B2VPJWC4 |
| Customer Reviews | ★★★★☆ 491 ratings 4.3 out of 5 stars |
| Best Sellers Rank | #10,598 in Baby (See Top 100 in Baby) #69 in Child Carrier Slings |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

14

## Compare with similar items

| | This item AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband for Toddler Child | ANGELBB Baby Infant Hip Seat Carrier with Pockets Lightweight Toddler Waist Stool Seat Belt Carrier (Green) | Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (Black) | Baby Hip Seat Carrier Baby Waist Stool for Child Infant Toddler with Adjustable Strap Buckle Pocket Soft Inner Huge Storage (Khaki) |
|---|---|---|---|---|
| |   Add to Cart |   Add to Cart |   Add to Cart |   Add to Cart |
| Customer Rating | ★★★★½ (491) | ★★★★½ (542) | ★★★★½ (104) | ★★★★☆ (2190) |
| Price | $35.99 | $37.99 | $39.98 | $39.99 |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Agudan Global | ANGELBB US | Bebamour | Honch |
| Brand | AGUDAN | ANGELBB | Bebamour | HHOCN |
| Color | Pink-2 | Green | Black | Khaki |
| Size | 0-3 Year | 1 Count (Pack of 1) | one size | 1 Count (Pack of 1) |
| Strap Type | Adjustable Strap | Adjustable Strap | Adjustable Strap | adjustable shoulder strap |

## Videos

**Videos for this product**

**Videos for related products**


0:16
AGUDAN Baby Hip Seat Carrier
Agudan Global


0:34
Baby Hip Seat Carrier with Shoulder Strap
SUNVENO


0:56
GLISOO Waist Stool
Glisoo


2:24
ThreeH Baby Hip Seat Belt Carrier
ThreeH Direct


Easily every infa
moms must hav
JBLISSS

Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping


Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★½ 3,882
$14.99 ✓prime

NASSBON Hip Seat Baby Carrier Waist Stool with Adjustable Strap Buckle Pocket Soft ...
★★★★½ 21
$34.99 ✓prime

DLUUU Baby Wrap Carrier, Baby Carrier Newborn to Toddler 8-44lbs, Adjustable...
$35.99 ✓prime

Baby Carrier Newborn to Toddler, KIDIRA Baby Wrap Carrier, Baby Sling Hands-Free Ba...
★★★★½ 13
$29.98 ✓prime

CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta...
★★★★½ 112
$45.99 ✓prime

FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip...
★★★★½ 75
$55.99 ✓prime

Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect...
★★★★½ 96
$49.99 ✓prime

Sunnors Hip Carrier,B. Carrier Hip Seat Waist for Baby with Adjusta Strap and ...
★★★★½ 33
$36.99 ✓prime


Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Waist Stool Newborn to...
★★★★½ 153

Sponsored ⓘ

Sponsored ⓘ



## Looking for specific info?

### Customer reviews

★★★★☆ 4.3 out of 5
491 global ratings

| | | |
|---|---|---|
| 5 star | | 65% |
| 4 star | | 15% |
| 3 star | | 10% |
| 2 star | | 4% |
| 1 star | | 7% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images

See all photos ›

### Top reviews from the United States

**Rachel Abernathy**
★★★★★ **a must have for little ones**
Reviewed in the United States on October 15, 2023
Color: Pink | Verified Purchase

I bought this while I was babysitting a 2 month old. Honestly, this saved my back and shoulder. What I love most about it, was being able to hold her while making her bottle or doing other chores. I could move her into different positions while keeping one arm across her for stability. It also made feedings easier and she loved the front facing position the best because she could see everything that was going on around her. It's money well spent considering you can use this all the way up to toddler years when they want to be on your hip all the time. Now that I'm not babysitting anymore, I passed it down as a gift to my son to use with my newborn grand daughter. I wish they had these years ago when my kids were babies

Helpful | Report

**Christina Gentry**
★★★★☆ **Convenient but a little painful after a while**
Reviewed in the United States on October 2, 2023
Color: Gray | Verified Purchase

I love this for it's ease of use. I walked my 5mo old down the aisle for a wedding that she was a flower girl in and this held her in place perfectly. After maybe an hour or so it behinds to hurt my hips and shoulders. So not the best for long term use.

Helpful | Report

**Krishia Shante' B. Sevilla**
★★★★★ **Ease**
Reviewed in the United States on October 11, 2023
Color: Gray-2 | Verified Purchase

I purchased this because my 2.5 year old loves to be held. Especially when she is having a bit anxiety or is over stimulated.
I have another brand already and decided to get another one (this one) so we have one in each car. Best decision I made.

Helpful | Report

**Amazon Customer**
★★★★★ **Lifesaver**
Reviewed in the United States on July 31, 2023
Color: Gray | Verified Purchase

Where has this thing been?! I used this on a beach trip and my 3 yo fell asleep. I was able to complete a mini golf course with my older child while wearing my sleeping little one! Easy to change hips bc the plastic does get a bit uncomfortable after a while. I can also twist it around to my back so he can piggyback while I'm almost hands free, be sure to use the seatbelt type strap. I like the little seatbelt strap so I know he won't fall. Its also super convenient to not bring a diaper bag, the space under the seat fits 2 diapers, a small pack of wipes, and my card wallet. Other pockets hold cell phone and a sippy cup. Bought it for Disney and have been using it leading up to the trip and plan to use the should strap also.

One person found this helpful

Helpful | Report

**Jaded1**
★★★★★ **Great helper!**
Reviewed in the United States on August 24, 2023
Verified Purchase

This product is wonderful! I'm a grandma and sometimes it's hard to get stuff done with a little one in your arms. This is great, my little one gets to help and feel secure with just one hand. It is so easy to adjust when

Mom/Dad wants to use. The baby wants to use all the time... actually crawls it and brings it to me!

Helpful | Report

Aleigha

★★★★★ **This is amazing!**
Reviewed in the United States on August 29, 2023
Color: Gray | Verified Purchase

My favorite baby carrier!! My only regret is that I wish I would have bought it sooner. On my 4th baby who is my biggest at 9 months and always wants to be held. This helps out soooo much

Helpful | Report

Crystal Blanchard

★★★☆☆ **Hurts my thigh but does its job. I like the convenience.**
Reviewed in the United States on October 3, 2023
Color: Khaki | Verified Purchase

It does its job, lots of storage space. digs into my thigh pretty severe but I have a pretty chunky baby and that might not be as much of an issue for someone with a more petite child, holds my 7 month old all the way up to my three-year-old. My back thanks me though.

Helpful | Report

F.S. VINE VOICE

★★★★★ **Tired Parent's Buy this Now!**
Reviewed in the United States on June 30, 2023
Color: Gray | Verified Purchase

I Love this Product for my 10month old Son! I use it almost everyday and it is so much Easier than Holding Child yourself. My Baby is very Clingy/High Needs and wants Held Constantly throughout the Day. I like to wear this and walk outside to Calm my Baby so he's Enjoying Fresh Air and Closeness and I am not Breaking my Back. I Do Use the Shoulder Strap and the Safety Belt and it makes my son Feel 10 Pounds Lighter!!! It has a Big Storage area for Snacks or Toys, Bottle/Sippy Holder and it's Comfy for Child with Padded Seat. I even use this at the Grocery when Baby won't sit in the Cart any longer and I can still Shop/Checkout/Pay with one Free Hand and still keep Baby Safe in my other Arm. Just get this Product if your Baby wants Held alot or your Back in Breaking!!

3 people found this helpful

Helpful | Report

See more reviews ›



1,777

Add to Cart

Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English | United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon |
| Stream millions | Advertising | Score deals | Books, art | Audiobook | Start a Selling | Business |
| of songs | Find, attract, | on fashion brands | & collectibles | Publishing | Account | Everything |
| | and | | | Made Easy | | For |
| | engage | | | | | Your |
| | customers | | | | | Business |
| Amp | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web | Audible | Box Office |
| Host your own live | Groceries & | Ship Orders | Experienced Pros | Services | Listen to Books & | Mojo |
| radio show with | More | Internationally | Happiness | Scalable Cloud | Original | Find Movie |
| music you love | Right To Your | | Guarantee | Computing | Audio | Box Office |
| | Door | | | Services | Performances | Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon Photos | Prime Video | Shopbop |
| Book reviews | Movies, TV | Get Info Entertainment | Publishing | Unlimited | Direct | Designer |
| & recommendations | & Celebrities | Professionals Need | Indie Digital & | Photo Storage | Video | Fashion |
| | | | Print Publishing | Free With | Distribution | Brands |
| | | | Made Easy | Prime | Made Easy | |
| Amazon Warehouse | Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on | Market | Deals and | Shoes & | Smart Home | Stream 4K Video | Smart |
| Quality Used Products | America's | Shenanigans | Clothing | Security | in Every Room | Security |
| | Healthiest | | | Systems | | for Every |
| | Grocery Store | | | | | Home |
| Neighbors | Amazon Subscription | PillPack | Amazon | | | |
| App | Boxes | Pharmacy | Renewed | | | |
| Real-Time | Top subscription boxes | Simplified | Like-new | | | |
| Crime | – right to your door | | products | | | |
| & Safety | | | you can trust | | | |
| Alerts | | | | | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

18





AliExpress | baby hip carrier | Download the AliExpress app | Other/EN/ USD | Welcome Sign in / Register | 0 Cart

Sunveno Official Store | Plus

**99.2%** Positive Feedback | **110.0K** Followers | + Follow | Message

Store Home | Products | Sale Items | Top Selling | Activity&Gear | Feedback | Brand story

**SuperDeals** Ends: Oct 25, 11:59 PM PT

**$38.35** ~~$65.00~~ -41%

**Sunveno Convinient Ergonomic Baby Carrier Infant Hip Seat Toddler Waist Seat Stool Carrier Baby Carrier Adjustable Comfortable**

★★★★★ 5.0 2 Reviews | 28 sold

**Color: Gray**

**Ship to** United States

**Delivery →**

**Free Shipping**

Estimated delivery on Nov 09

**Service →**

Free returns · Buyer protection

**Quantity**

− 1 +

196 Pieces available

Buy now

Add to Cart

Share

## Related items

| Baby Carrier Waist St... | Ergonomic Baby Carri... | Baby Hip Seat Carrier... | Baby Sling Cotton Sof... | New Design Waist Sto... | 0-48M Ergonomic Bab... |
|---|---|---|---|---|---|
| ★★★★★ 500+ sold | ★★★★★ 84 sold | ★★★★★ 66 sold | ★★★★★ 491 sold | ★★★★★ 56 sold | ★★★★★ 40 sold |
| $11.08 | $13.99 | $12.19 ~~$56.45~~ | $1.3 ~~$14.83~~ | $11.54 | $12.42 ~~$57.12~~ |
| 14-day delivery on $5 | Extra 2% off with co... | Welcome deal · -78% | Welcome deal · -91% | 14-day delivery on $5 | Welcome deal · -78% |
| | 14-day delivery on $5 | Choice Free shipping over $10 · 12-day delivery | 14-day delivery on $5 | | Choice Free shipping over $10 · 12-day delivery |

Description | Specifications | Customer Reviews (2) | You may also like

## Description

Report Item / Suspicious Activity

**View more**

## Specifications

| Model Number | HC2963 | Carriers Type | Front Carry,Front Facing,Face-to-Face,Side Carry |
|---|---|---|---|
| Pattern Type | Solid | Load Bearing | 19kg,20kg |
| Material | Polyester | Brand Name | Sunveno |

**View more**



**People also searched**

Related Search

sunveno baby carrier | tula carrier infant insert | infantino flip front2back carrier | infantino carrier cozy premium | used ergo baby carrier | ergonomic carrier baby

soft infant carrier | ergonomic baby carrier cotton | baby carrier ergonomic | baby ergonomic carrier | ergonomic baby carrier | ergonomic baby carrier 3

Ranking Keywords

hipseat kangaroo | baby tula carrier | ergo baby carrier 360 infant insert | ergo baby carrier front facing age | wrap sling baby carrier | platform high heels

This product belongs to **Home**, and you can find similar products at **All Categories**, **Mother & Kids**, **Activity & Gear**, **Backpacks & Carriers**.

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



AliExpress I'm shopping for... Download the AliExpress app Other/EN/ USD Welcome Sign in / Register 0 Cart

Luck Mommy&Lazy Papa Store > **96.1%** Positive Feedback | **127.8K** Followers + Follow Message

Store Home Products Sale Items Top Selling Feedback

**$11.08** ~~$12.04~~ -8%

**Baby Carrier Waist Stool Walkers Baby Sling Hold Waist Belt Backpack Hipseat Belt Kids Adjustable Infant Hip Seat**

★★★★★ 4.7 15 Reviews | 500+ sold

**Coupon & Discount**

$1.00 off
On orders over $33.00

$5.00 off
On orders over $168.00

**Color: Gray**

**Ship to** United States

**Delivery →**

**Shipping: $2.11**

**14-day delivery** on orders over $5.00

delivery by **Nov 09**

Collect a $1.00 coupon for late delivery

Delivery days refer to working days. These exclude weekends and holidays.

**Service →**

On-time guarantee · Buyer protection

**Quantity**

− 1 +

Additional 1% off (3 Pieces or more)
999 pieces at most per customer

Buy now

Add to Cart

Share

## Related items

Ergonomic Baby Carri...
★★★★★ 84 sold
$13.99
Extra 2% off with co...
14-day delivery on $5

Baby Hip Seat Carrier...
★★★★★ 66 sold
$12.19 ~~$56.45~~
Welcome deal · -78%
Choice Free shipping over $10 · 12-day delivery

Sunveno Convinient E...
★★★★★ 28 sold
$38.35 ~~$65~~
SuperDeals · -41%
Free shipping

Hip Seat Front Carrier...
4 sold
$3.87
Extra 3% off with co...
14-day delivery on $5

Baby Sling Cotton Sof...
★★★★★ 491 sold
$1.3 ~~$14.83~~
Welcome deal · -91%
14-day delivery on $5

0-2 Years Baby Hip Se...
1 sold
$12.77
14-day delivery on $5

**Description** Specifications Customer Reviews (15) You may also like

## Description

**Report Item / Suspicious Activity**

**View more**

## Specifications

| Model Number | 6606 | Carriers Type | Front Facing,Face-to-Face |
|---|---|---|---|
| Pattern Type | Solid | Load Bearing | 20kg |
| Material | COTTON,Polyester | Origin | Mainland China |

**View more**

**People also searched**

Related Search

| hip carrier infants | c baby hip carrier | baby carriers waist | hipseat ergonomic baby carrier | baby carrier walker | hip carrier for baby | baby hip carriers |

| hipseat carrier | baby hip carrier | baby carrier hip | hip carrier baby | hip carrier kids |

Ranking Keywords

25

10/20/24, 1 AM  Baby Carrier Waist Stool Walkers Baby Sling Hold Waist Belt Backpack Hipseat Knee Baby Infant Toddler Front Holder ... AliExpress

Case 1:24-cv-20941-DSL Document 62-3 Entered on FLSD Docket 10/10/2024 Page 27 of 40

| infantino carrier cozy premium | | ergonomic baby carrier | | baby hip carrier | | hip carry baby | | ergo baby carrier sale | | car dice |

This product belongs to **Home**, and you can find similar products at **All Categories**, **Mother & Kids**, **Activity & Gear**, **Backpacks & Carriers**.

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Imprint  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers  -  User Information Legal Enquiry Guide  ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



       

amazon Delivering to New York 10038 Update location | Baby | hip carrier | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Holiday Deals | Holiday Shop | Medical Care | Best Sellers | Amazon Basics | Prime | Today's Deals | Customer Service | New Releases | Music | Books | Registry | Fashion | Amazon Home | Pharmacy | Shop Halloween deals

Baby | Registry | Best Sellers | Deals | Strollers | Car Seats | Nursery | Feeding | Clothing | Activity & Gear | Toys | Diapering | Health & Safety | Gifts

AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband for Toddler Child 491 $35.99 prime Save 10% with coupon

Sponsored

Baby Products › Travel Gear › Carriers & Accessories › Slings

VIDEO

Click image to open expanded view

# Baby Carrier Seat Hip Newborn, Ergonomic Hip Infant Carrier for Mom Dad Lightweight Waist Stool for Toddlers, Children, Babies Shower Gift 6-48 lbs Grey

Visit the shsyue Store

4.0 105 ratings | 5 answered questions

$25.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Best price

Get $60 off instantly: Pay $0.00 ~~$25.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Grey**

$26.99 | $25.99

| | |
|---|---|
| **Color** | Grey |
| **Material** | Cotton |
| **Brand** | shsyue |
| **Strap Type** | Removable Strap |
| **Product Care Instructions** | Hand Washable or Machine Washable |

## About this item

- 【BABY CARRIER WITH WAIST STOOL】The baby carrier provides your baby so comfortably and offers maximum comfort and alleviates back pain for the parent, as it absorbs and redistributes the weight of your baby to the seat. The width shoulder strap assists in dispersing pressure, soft and breathable filling material reduces parents shoulder injuries.
- 【ERGONOMIC DESIGN】Baby carrier with memory foam filling, perfectly 30 ° inclined stool surface supports baby in an ergonomic natural "M" position, which gives baby the best safety and comfort. Designed for newborn up to 3 year old toddlers (6 lbs to 48 lbs).
- 【SAFE DESIGN】With a baby belt to assist the mother to fix the baby with one hand, giving the baby more safety protection, and at the same time parents can free one hand to take other items. Baby hip seat is equipped with velcro and sturdy buckle closure on the back,ensure the hip seat will never fall off unless parent unfasten the buckle.
- 【4 IN 1 VERSATILE BABE CARRIER】4 different ways to carry baby: Facing in, facing out, side carrying, incline position for feeding&breasting. Infant carrier has a maximum space for the baby to spread its legs, without restricting your baby's freedom. Adjustable size waist belt is suitable for all body type,100% Care for Parents.Also with storage pockets,perfect for carrying something vital for you&baby when at outdoor.
- 【EASY TO USE】Baby carrier with waist stool is easy to wear on and out, made of skin-friendly fabric 100%, with a good breathable performance, comfortable and suitable for any season. It is the best choice with baby for hiking, shopping, travelling, family walking, also a great gift for family & friends on Various holidays.Any quality problems, please contact the after-sales service, we will do our best to make you satisfied

› See more product details

Compare with similar items

tush baby

The easy ergonomic way to carry your kids & things 3,883 $14.99 prime

Sponsored

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$25.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Wednesday, October 25** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, October 21**. Order within 4 hrs 19 mins

Delivering to New York 10038 - Update location

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Thirteen-moon |
| Returns | Eligible for Return, Refund or Replacement within 90 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Have one to sell?

Sell on Amazon

Sponsored

## Buy it with

+

+

**This item:** Baby Carrier Seat Hip Newborn, Ergonomic Hip Infant Carrier for Mom Dad Lightweigh… $25.99

ALPINE Muffy Baby Ear Protection for Newborn and Babies up to 36 Months – Noise Reduction… $29.99

Adjustable Baby Holder Carrier, Baby Half Wrapped Sling Hip Carrier, One Shoulder Labor-… $19.96

Total price: $75.94

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored

AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband...
★★★★☆ 491
$35.99 ✓prime
Save 10% with coupon

Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect...
★★★★☆ 96
$49.99 ✓prime
Save $8.00 with coupon

FLEEROSE - Baby Hip Carrier - New Ergonomic Bench Design, Multiple Pockets & Lumbar...
★★★★☆ 74
$56.99 ✓prime
Save 40% with coupon

CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta...
★★★★☆ 112
$45.99 ✓prime
Save 20% with coupon

Baby Hip Carrier Doctor Recommended,Baby Carrier with Hip Seat All Body Types,Toddl...
★★★★★ 3
$29.66 ✓prime
Save 10% with coupon

Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Wais...
★★★★☆ 151
$45.99 ✓prime

Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★☆ 3,883
$84.99 ✓prime

Baby Hip Seat Carrier, Ergonomic Waist Stool for Child Infant with Adjustable Strap...
★★★★☆ 19
$38.99 ✓prime
Save 20% with coupon

## Product Description

Baby carrier can provide different methods of use. The detachable baby safety belt design allows the waist stool can be used alone or in combination, only to protect the baby's healthy development. With side pocket,super convenient, suit for carrying phone,card,key,wallet, or other must-haves for baby

Our baby carrier was designed to ergonomic, keep your baby natural M-type sitting and to grow up healthy, providing a stable position with thighs supported to the knee joints. encouraging a natural sitting position with baby's thighs at hip level to promote healthy hip development.

Infant Waist Stool evenly distributes your baby's weight so you don't have to constantly switch sides or strain your back. With flexible carry positions and padded abdominal pad designs, Effectively reduces the stress on your back whenever you carry baby at home, at work or while you travel.

    

Baby sling carrier wrap-grey | Baby sling carrier wrap-pink | Baby sling carrier wrap-warm sand | Baby sling carrier wrap-black | Baby carrier-grey | Baby carrier-black

| none |

     

Baby carrier cover-pink | Baby carrier cover-green | Baby carrier cover-brown | Baby car seat cover-grey | Baby car seat cover-black | Baby car seat cover-warm sand

| none |

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 10 x 9 x 4 inches |
| Item model number | Baby carrier |
| Minimum weight recommendation | 6 Pounds |
| Maximum weight recommendation | 48 Pounds |
| Material Type | Cotton |
| Care instructions | Hand Washable or Machine Washable |
| Number Of Items | 1 |
| Orientation | Front |
| Item Weight | 12.8 ounces |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B09MCTRP8S |
| Customer Reviews | ★★★★☆ 4.0 ∨  105 ratings<br>4.0 out of 5 stars |
| Best Sellers Rank | #30,300 in Baby (See Top 100 in Baby)<br>#184 in Child Carrier Slings |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ∨

## Compare with similar items



| | This item Baby Carrier Seat Hip Newborn, Ergonomic Hip Infant Carrier for Mom Dad Lightweight Waist Stool for Toddlers, Children, Babies Shower Gift 6-48 lbs Grey | Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (Black) | Baby Hip Seat Carrier Baby Waist Stool for Child Infant Toddler with Adjustable Strap Buckle Pocket Soft Inner Huge Storage (Grey) | ThreeH Baby Hip Seat Belt Infant Waist Stool Strap Outdoor Toddler Seat Carrier BC10,Red |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (105) | ★★★★★ (104) | ★★★★☆ (2190) | ★★★★☆ (1076) |
| Price | $25.99 | $39.98 | $39.99 | $25.98 |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | Thirteen-moon | Bebamour | Honch | ThreeH Direct |
| Brand | shsyue | Bebamour | HHOCN | ThreeH |
| Color | Grey | Black | Grey | Red |
| Strap Type | Removable Strap | Adjustable Strap | shoulder strap | Adjustable Strap |

## Videos

**Videos for this product**


0:58
Baby hipseat carriers shsyue
Thirteen-moon

**Videos for related products**


0:45
HUIFEN baby carrier with hip seat
Huifen


1:20
Baby Hip Seat Carrier
Rough Road 2015


2:24
ThreeH Baby Hip Seat Belt Carrier
ThreeH Direct


Traditional baby carrier! LOVE IT!
Our Favorite Thing

Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping


Hip Seat Baby Carrier-CPC Certified-Ergonomic Design for Newborns & Toddlers, Big S...
$37.99 ✓prime


Baby Carrier Newborn to Toddler, KIDIRA Baby Wrap Carrier, Baby Sling Hands-Free Ba...
★★★★☆ 13
$29.98 ✓prime

Baby Wrap Carrier with Hip Seat, Windproof Cap, Bite Towel as Well as 6 and 1 Conve...

NASSBON Hip Seat Baby Carrier Waist Stool with Adjustable Strap Buckle Pocket Soft ...
★★★★☆ 21
$34.99 ✓prime

★★★★☆ 167
$40.99 ✓prime


FLEEROSE CPC Certified Hip Seat Baby Carrier New Ergonomic Bench Design, Multiple P...
★★★★☆ 20
$56.99 ✓prime

CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta...
★★★★☆ 112
$45.99 ✓prime


Momcozy Hip Seat Baby Carrier – Adjustable Waistband with Original 3D Belly Protect...
★★★★☆ 96
$49.99 ✓prime

FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip...
★★★★☆ 75
$55.99 ✓prime


6,844
Add to Cart

Sponsored ⓘ

Sponsored ⓘ

10/20/... AM — Amazon.com: Baby Carrier Ergonomic Lightweight Comfort Sodden... carriers 6-in-1 Baby Carrier for... Position Baby Wrap... Amazon.com: Wayee Carrier...

Case 1:24-cv-20941-DSL Document 62-3 Entered on FLSD Docket 10/10/2024 Page 31 of 40



**HKAI**
Shop the Store on Amazon ›

HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable...
★★★★☆ 784
$38.98 List: $49.99

**LILLEbaby**
Shop the Store on Amazon ›

LÍLLÉbaby Complete All Seasons Ergonomic 6-in-1 Baby Carrier Newborn...
★★★★☆ 3,966
$99.99

**Momcozy**
Shop the Store on Amazon ›

Momcozy Baby Wrap Carrier Slings, Easy to Wear Infant Carrier Slings for Babies...
★★★★☆ 5,431
$32.99

**Beco**
Shop the Store on Amazon ›

Beco Toddle
- Toddler Ca
★★★★☆
$99.99

## Looking for specific info?



### Customer reviews

★★★★☆ 4 out of 5

105 global ratings

| | | |
|---|---|---|
| 5 star | | 57% |
| 4 star | | 10% |
| 3 star | | 14% |
| 2 star | | 8% |
| 1 star | | 10% |

˅ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images

See all photos ›

Top reviews ▾

### Top reviews from the United States

Translate all reviews to English

Amazon Customer

★★★★★ **OMG! This thing is awesome**
Reviewed in the United States on September 30, 2023
Color: Grey | Verified Purchase

I bought this to carry around my grandson and holy cow it is awesome. I first used it to carry him around the zoo and boy does it help take off the weight on your hips and lower back.

Helpful | Report

Amanda Herrick  VINE VOICE

★★★★★ **Must have!**
Reviewed in the United States on December 29, 2021
Color: Grey | Verified Purchase

This makes it so much easier to carry around my baby and still feel somewhat hands-free since I only have to hold with one arm and I don't have to bend back in order to use one arm to do something around the house. It comes with a strap to go around the baby's waist I don't use that right now but I imagine once the baby has more control of his head and upper body then that will come on handy then and could possibly have both hands-free. I have also a body wrap carrier but this allows him to feel more free as I carry him. And it's also less work to put it on and get him in and out of it. This item helps with carrying him around allowing him to view things and also whenever I am rocking him to sleep again it helps my back not having to hold all that weight. You do have to put this on higher up than you would imagine just because the weight of the baby weighs the front down but once I figured that out this is a godsend and I wish I would have had it with my first.

11 people found this helpful

Helpful | Report

Adolfo Medina Galindo

★★★☆☆ **casi perfecto**
Reviewed in the United States on April 1, 2023
Color: Black | Verified Purchase

no llego la cinta que es para sostener al bebe y darle soporte en la espalda si no fuera por eso hubiera sido perfecto

One person found this helpful

Helpful | Report

Translate review to English

New mom

★★★★☆ **Better than expected**
Reviewed in the United States on December 30, 2022
Color: Grey | Verified Purchase

Great purchase in terms of usefulness. Quality is average. So I think price is right.

2 people found this helpful

Helpful | Report

10/20/24, 8:04 AM                    Amazon.com : Hip Seat Toddler, Ergonomic Baby Carrier Hip Seat Waist Stool with...ers,Children Best Gift to Baby (Grey) : Baby carr...

Case 1:24-cv-20941-DSL   Document 62-3   Entered on FLSD Docket 10/10/2024   Page 32 of 40



Kenz

★★★★★ **I would buy another one!**

Reviewed in the United States on July 9, 2022

Color: Black | Verified Purchase

This is a lifesaver! My 5 month old hates being in his car seat while shopping and just wants to be held. This makes it SO much easier to shop while holding him! I even use it around the house! It's very well made and the seat is very sturdy!

8 people found this helpful

| Helpful | Report |

Claire J. Han

★★☆☆☆ **Meh**

Reviewed in the United States on July 10, 2022

Color: Black | Verified Purchase

This hip seat was very uncomfortable. I didn't feel like there was enough support and the seat is so small my lo kept falling off. The other hip seat carrier I bought from another brand had an easy to grip handle type of thing on the bottom so I can give better support so the baby doesn't call off, but because this one had the waist straps (which the baby hated) it didn't provide. Overall didn't really enjoy.

2 people found this helpful

| Helpful | Report |

Ronald Leftige

★★★★★ **Sturdy. Made well.**

Reviewed in the United States on June 10, 2022

Color: Black | Verified Purchase

So happy. I'm a 63 grammie. Precious is only 16 pounds but she is hard to carry around. We have a rescue farm. I will really enjoy this for her and me.

8 people found this helpful

| Helpful | Report |

Leslie S.

★★★★★ **Well worth it!!!!**

Reviewed in the United States on July 16, 2022

Color: Grey | Verified Purchase

The BEST thing to buy with a baby that wants to be held all the time!! My back doesn't hurt as much!

9 people found this helpful

| Helpful | Report |

See more reviews ›



Acrabros Baby Wrap Carrier,Hands Free Baby Carrier...

★★★★☆ 17,266

**$22**⁹⁹  ✓prime

Sponsored ⓘ





amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use  Privacy Notice  Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Win up to $500 Worth of Ergobaby Products

Free Shipping



Instructions

| Support | Learn |

Carriers Strollers Bouncers High Chairs Swaddles

Support
FAQ Shipping and Taxes Returns
Warranty Email Us Contact Us
Customer Care:
support@ergobaby.com

Learn
Blog Travel with Baby Benefits of Babywearing Babywearing Tips Science Behind
BabyWearing How to Videos Sleep Breastfeeding Pregnancy & Birth

Sleep Bags Infant Inserts Nursing Pillows

Search Entire Store H

Carriers

Strollers          Bouncers       Feeding                          Sleep               Collections      Sale

SHOP BY
COLLECTIO
N Aerloom
Omni Embrace
360 Aura Baby
Wrap Hip Seat
Away Certified
Refurbished
Carriers

SHOP BY
AGE
All Ages
Newborn 4
mos. – 4 years
Which Carrier is
Right for Me?

NEW AND
FEATURED
Limited Edition
Sale Bundled
Savings

ACCESSORI
ES
Pads Drool
Pads Weather
Covers Doll
Carriers Carrier
Storage Bags
All Accessories

Strollers
Metro+ Stroller
Metro+ Deluxe
Infant
Stroller
Accessories

Bouncers
Evolve
Bouncer
Evolve
Bouncer
Accessories

Feeding
Evolve High Chair 3-in-1 Evolve
Chair Chair Accessories Tableware
Nursing Pillow Nursing Pillow Cover

Sleep
Swaddlers Baby Sleep Bags On
the Move Sleep Bags Which
Sleep Product is Right for Me?

Collections
Evolve Aerloom
Limited Edition
Certified Refurbished
Carriers

Sale
Bundled Savings
Sale Certified
Refurbished
Carriers



Get Holiday Early Access    ✕

  Help

    

## Alta Hip Seat Baby Carrier - Midnight Blue

★★★★½ 46 Reviews 💬 1 Questions \ 1 Answers

**$129.00**

**Color** Midnight Blue

○ ○ ○ ○

**Free Sleep Gift with any carrier purchase over $100**

Your convenient and versatile up and down carrier so you can keep up with your little one without compromising your own comfort.

- Breathable Mesh
- Effortlessly converts from carrier to hip seat …

Read more +

| ADD TO CART |
|:---:|

Add to Registry

Carry your precious cargo with confidence. From materials to workmanship we stand by our products. If you find a manufacturing or material defect, we will replace your carrier or part at no charge. That's the ErgoPromise.

**At A Glance** ⌃

Outward Facing

SoftFlex™ Mesh

Supportive Waistbelt

Padded, Ergonomic Hip Seat

Pocket

Baby Privacy Hood

Breastfeed in Carrier

Reflectivity

Product Features ⌄

Carry Modes ⌄

Awards / Certificates ⌄

Instructions ⌄

FAQS ⌄

**Reviews**

REVIEW HIGHLIGHTS

★★★★★

*"The waistband, straps, and buckles are super comfortable and feel very secure...."*

Melissa L.

⌄

Other Top Rated Baby Products for New Parents

‹

›


Baby Bouncers
Ergobaby 3-In-1 Evolve B...
★★★★★ (130)


Nursing Pillow
Natural Curve Nursing Pi...
★★★★☆ (210)


Strollers
Metro+ Deluxe Compact...
★★★★½ (21)


Omni Breeze Baby Carri...
★★★★½ (199)


OMNI 360 Baby Carrier –...
★★★★½ (806)


Evolve 3-In-1 Bouncer - ...
★★★★★ (130)


Infant Insert - Gre
★★★★½ (281)

Powered by

## 4.6
★★★★½
46 Reviews, 1 Q&As

| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

✏ Write A Review    💬 Ask A Question

### Filter Reviews

Rating ▼    Images & Videos ▼

**46 Reviews**    Sort: Select ▼



M  **Mimishell** Verified Buyer                                                      11/24/20
   ★★★☆☆
   **It's ok**
   As a whole, the seat is uncomfortable when walking- lots if movement. Otherwise not too bad. The seat can be uncomfy but idk if I'm doing something wrong? I watched the tutorials but I prefer the 360 better

   ⬆ Share | Reviewed on: Hip Seat Baby Carrier - Mesh: Raven          Was This Review Helpful? 👍 12  👎 5

J  **Joelle D.** Verified Buyer                                                      05/22/23
   ★★★★★
   **Back saver**
   Our 6 month old loves this. Around 5 months, he started refusing the 360 carrier for whatever reason. This was so concerning because of how much we relied on it to get things done and go on walks (he of course also refuses a stroller for walks). He also needs to be held all the time, including to be put to sleep, and our backs were starting to rea...Read More

   ⬆ Share |                                                          Was This Review Helpful? 👍 2  👎 0

P  **Pearl R.** Verified Buyer                                                       01/05/23
   ★★★★★
   **The best ever**
   this best I have seen very confrontable for baby and mommy

   ⬆ Share |                                                          Was This Review Helpful? 👍 0  👎 1

A  **Ana H.** Verified Buyer                                                         09/13/22
   ★★★★★
   **Best purchase ever**
   Best purchase ever

   ⬆ Share |                                                          Was This Review Helpful? 👍 0  👎 0

I  **Irena R.** Verified Buyer                                                       07/13/23
   ★★★★★
   **It saved my upper back**
   I bought my ergobaby alta primarily because of the hip seat. And I love it. It's great and very practical to use around the house or for a very short walk. But as a carrier it's very comfortable for me as well for my baby (and she is more than 8 kg). I think it doesn't completely support the M position of the legs, but my baby is almost 6 months o...Read More

   ⬆ Share | Reviewed on: Alta Hip Seat Baby Carrier - Pink Quartz      Was This Review Helpful? 👍 0  👎 0

← 1 2 3 4 5 6 7 8 9 10 →

Case 2:24-cv-03041-DSL Document 62 Entered on FLSD Docket 10/10/2024 Page 37 of 40

Baby / Baby Activities & Gear / Baby Carriers / Front and Hip Carriers

Safety 1st Parenting made easier                                                                    Sponsored ⓘ














+ Add

**$39.98**

Sunveno Baby Hipseat Carrier, Ergonomic Hip Seat for Newborns Toddlers 6-48lbs

2-day shipping



Options

Sponsored

**$36.99**

Options from $36.99 – $40.99

Baby Hip Seat Carrier, Stylish Hip Seat Baby Carrier for Newborns to 8-66 lbs Toddlers, Various Pockets, Adjustable Waistband, Ergonomic Non-Slip Toddler Carrier for Breastfeeding & On-The-Go (Black)

★★★★★ 68

2-day shipping




+ Add

**$11.67** +$3.78 shipping

Baby Carrier Baby Hip Carrier Ergonomic Infant

3+ day shipping

## About this item

### Product details                                                                    ⌃

FEBFOXS is committed to providing reliable quality products with professional research and innovation, to help modern families enjoy more secure and convenient parenting. When doing housework, baby often cry and need your care? When going shopping ,taking a walk or get through the airport, you need to hold children all time? When chatting with your friends, you're afraid of baby falling? When hiking or walking, you need to take care of the baby? At this time, you need a FEBFOXS hip seat carrier for baby, a light and breathable baby sleeping tool, so that the baby seems to be in the mother's arms, full of security. The hip seat baby carrier is nice to your hands free and save more money.

- 【Soft & Breathable Material】 Baby carrier has 100% high-quality pure cotton fabric with 3D breathable mesh tale, comfortable, ultra-soft, skin-friendly, and breathable, which effectively protects the baby's delicate skin from scratching, and is suitable for all seasons. And baby carriers provide 100% quality assurance, hoping to take care of your baby's growth and be your faith.

- 【6-In-1 Ways To Carry】 Baby carrier newborn to toddler has 6 ways to wear, depending on different periods of growth, choose a way that best fits your baby's favorite. Straps and stools (soft cushions) can be used separately. The baby carriers are suitable for babies aged 0-36 months and weighing 7-41 lbs. According to the different ages of children, there are also appropriate methods for reference.

- 【Ergonomic Comfortability】 35° tilt angle, baby naturally fits mother's body, safe and comfortable. A broad and firm padded seat ensures a correct ergonomic natural "M" position in all carry positions as the baby grows, plus an additional cotton cushion on leg parts of the carrier protecting your baby from rough friction on the go.

- 【Multifunctional Baby Carrier】 1.Detachable sun visor and wind cap provide warmth in the winter and freshness in the summer and can even be used as a privacy cover for nursing mothers; 2. Zipper buckle is designed for easy disassembly and cleaning; 3. Special velcro firmly fastens but will not attach any hair or hurt your clothes; 4. There are 2 pockets on the waist, allowing you to access the baby bottle, your phones, keys, credits cards, etc.

- 【Adjustability & More Practical】 Thick sponge padded shoulder strap, and extra-wide waist belt, both of these are adjustable to allow parents to find the most comfortable fit for their baby and themselves. The added cotton cushion on the abdomen part effectively and highly reduces weight pressure from the baby, Reducing abdominal pressure and friction, making parents and babies more comfortable.

- Specifications:
  Super Long Adjustable waist belt: Max 46.5 inches
  Material: 100% cotton
  Babies age: newborn to toddler (0-36 months)
  Weight Range: 7-45 lbs (3.18-20.41 kg)
  Weight: 2 pounds

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### About the brand                                                                    ⌃



See More ▾

## Specifications

**Brand**
Febfoxs

**Color**
Bule

**Manufacturer**
FEBFOXS

## Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

## Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

**Refine your search**

| baby seater for carrying | infant baby carrier | hiking toddler carrier | baby cheat carrier | toddler carriers up to 65 lbs | carries baby | hip carrier | baby carrier 6 in 1 |

| hip seat baby carrier |

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

# 4.7 out of 5

★★★★★ (350 reviews)

| | | |
|---|---|---|
| 5 stars | | 277 |
| 4 stars | | 56 |
| 3 stars | | 7 |
| 2 stars | | 7 |
| 1 star | | 3 |

See all reviews    Write a review

**Most helpful positive review**

★★★★★

**Style and Comfort Combined**
This carrier is designed with a wide range of adjustability, ensuring a perfect fit for both parent and baby.

Fengfu Yang
Originally posted on febfoxtec.com

VS

**Most helpful negative review**

★★☆☆☆ Verified Purchase ⓘ

**It's okay**
It's not plus sized friendly at all. I'm not even that big and it wouldn't fit me correctly. it sat on my upper rib cage area and not my hips. Baby seems okay but it's kinda flimsy.

stacy    Walmart Associate



★★★★★ 3/20/2023

**Nature's Companion**

This carrier allows me to bond with my baby while getting things done.

Christina Lopez

0 0

Originally posted on **febfoxtec.com**

★★★★★ 3/20/2023

**Luxury Comfort**

The design is sleek and stylish. I feel confident wearing it.

Candace Jones

0 0

Originally posted on **febfoxtec.com**

★★★★★ 3/20/2023

**Cozy Haven**

The padded shoulder straps offer excellent comfort, even during long walks or hikes.

Tracey Hancock

0 0

Originally posted on **febfoxtec.com**

★★★★★ 3/20/2023

**Style and Functionality**

This carrier allows me to navigate crowded spaces with ease, keeping my baby close and secure.

Gricelda Ojeda

0 0

Originally posted on **febfoxtec.com**

★★★★★ 3/19/2023

**Unleash Your Adventurous Side**

The included storage pocket is handy for carrying small essentials.

Tina De Sousa Dias

0 0

Originally posted on febfoxtec.com

Reduced price

Febfoxs

**FEBFOXS Baby Carrier Newborn to Toddler, 6-in-1 Baby Carrier with Hip Seat Lumbar Support (12-45 Pounds), Adjustable Removable Soft Ergonomic Baby Sling Carrier for Everyday Family Events**

★★★★☆ (4.7) 350 reviews

See all reviews

**Now $52.99** ~~$99.99~~

You save $47.00

Price when purchased online

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Fri, Oct 20<br>Free | Not available | Not available |

Delivery to Duluth, 30097

Sold by **AUTO Direct** | Pro Seller

Fulfilled by Walmart

★★★★☆ 1393 seller reviews

View seller information

**Extended holiday returns** Details

Free Holiday returns until **Jan 31**

Add to list

Add to registry

Walmart+ **Get free delivery, shipping and more***

*Restrictions apply Start 30-day free trial

Sponsored

**$59.95**

Baby K'tan Print Baby Wrap Carrier, Infant and Child Sling - Pre-Wrapped Holder for Babywearing - No Tying or Rings - Carry Newborn up to 35 lbs, Leopard Love (Medium), Women 10-14, Men 39-42

3+ day shipping

+ Add

Safety 1st

Parenting made easier

Sponsored

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

Summer Baby Wraps
The Moby Wrap
Twingo Carrier
Tbg Tactical Baby Carrier
Boba Wraps
Vintage Baby Carrier
Front and Hip Carriers
Baby Carriers
Backpack Baby Carriers
Baby Slings
Wrap Baby Carriers
Premium Baby Carriers