# EXHIBIT C

PTO- 1957
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98310767 |
| **MARK SECTION (current)** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/98310767/large |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the configuration of a pocket and a flap, with a snap on the flap and label above the snap. The matter shown in dotted lines is not part of the claimed mark. |
| **COLOR(S) CLAIMED** (If applicable) | Color is not claimed as a feature of the mark. |
| **MARK SECTION (proposed)** | |
| **MARK FILE NAME** | \\TICRS\EXPORT18\IMAGEOUT 18\983\107\98310767\xml4\ ROA0002.JPG |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a three-dimensional the configuration of a pocket and a flap. The matter shown in dotted lines is not part of the claimed mark. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 976 x 833 |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Francesca M. Witzburg |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | fw@esca.legal |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | fw-pto@esca.legal |
| **DOCKET/REFERENCE NUMBER** | TUSHB-TM1 |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /mbm/ |
| **SIGNATORY'S NAME** | Madison Marino |
| **SIGNATORY'S POSITION** | Associate Attorney, ESCA Legal, New York Bar member |
| **SIGNATORY'S PHONE NUMBER** | 9178314457 |
| **DATE SIGNED** | 05/02/2024 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |

| FILING INFORMATION SECTION | |
|---|---|
| **SUBMIT DATE** | Thu May 02 22:23:41 ET 2024 |
| **TEAS STAMP** | USPTO/ROA-XX.X.XX.XX-2024 0502222341115935-98310767 -8503859596076d3ebc2d4eb1 8d8e85ffb5c9c0a5457cedd92 f5198d07976ac651-N/A-N/A- 20240502100243780367 |

PTO- 1957
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **98310767**  (Stylized and/or with Design, see https://tmng-al.uspto.gov /resting2/api/img/9831076 7/large) has been amended as follows:

**MARK**
**Applicant proposes to amend the mark as follows:**
**Current:** (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/98310767/large)
**Proposed:** (Stylized and/or with Design, see mark)
The applicant is not claiming color as a feature of the mark.
The mark consists of a three-dimensional the configuration of a pocket and a flap. The matter shown in dotted lines is not part of the claimed mark.

**Correspondence Information**
   Francesca M. Witzburg
   PRIMARY EMAIL FOR CORRESPONDENCE: fw@esca.legal
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): fw-pto@esca.legal

The docket/reference number is TUSHB-TM1.


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /mbm/      Date: 05/02/2024
Signatory's Name: Madison Marino
Signatory's Position: Associate Attorney, ESCA Legal, New York Bar member

Signatory's Phone Number: 9178314457 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Francesca M. Witzburg

ESCA LEGAL LLC

1177 6th Avenue, 5th FLR
New York, New York 10036
Mailing Address:   Francesca M. Witzburg
ESCA LEGAL LLC
1177 6th Avenue, 5th FLR
New York, New York 10036

Serial Number: 98310767
Internet Transmission Date: Thu May 02 22:23:41 ET 2024
TEAS Stamp: USPTO/ROA-XX.X.XX.XX-2024050222234111593
5-98310767-8503859596076d3ebc2d4eb18d8e8
5ffb5c9c0a5457cedd92f5198d07976ac651-N/A
-N/A-20240502100243780367

