# EXHIBIT E

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: TushBaby, Inc.

Mark: 

## DECLARATION PURSUANT TO 37 C.F.R. §2.20

Tamara Rant, under penalty of perjury, declares as follows:

1. I am the Founder and Chief Executive Officer of TushBaby, Inc. ("Applicant") and, as such, am authorized to make this declaration on behalf of Applicant in support of Applicant's application for trade dress registration.

2. I am familiar with the facts and circumstances surrounding Applicant's widespread use of Applicant's mark,  ("Applicant's Mark," "TushBaby Pocket Design Trade Dress", or the "TushBaby Trade Dress") of the subject application in connection with its applied-for goods, namely, Class 18: Pouch baby carriers; baby carriers worn on the body; baby carriers worn on the hip with storage for carrying babies' and parents' accessories (Applicant's applied-for goods bearing Applicant's Mark are hereby referred to as the "TushBaby Hip Carrier"), based on my personal knowledge and or the records and files Applicant keeps in the normal course of business.

3. In or around April 2018, TushBaby, Inc. was founded.

4. In or around May 2018, Applicant's Mark was first used in commerce online at

tushbaby.com.

5.  Applicant's baby carrier features a unique seat pocket design that was designed by Founder and Chief Executive Officer, Tamara Rant.  Every TushBaby Hip Carrier features the TushBaby Pocket Design Trade Dress regardless of color, material, and size.

6.  The TushBaby Pocket Design Trade Dress pocket comprises of a ==pocket and a flap, with a snap on the flap and label above the snap==.

7.  In or around May 2018, Applicant launched a Kickstarter Campaign to manufacture larger shipments of the TushBaby Hip Carrier to meet high customer demand.[1]

8.  In or around May 2018, the TushBaby Trade Dress was featured by *Daily Mail* on an episode of *Give Me This* accumulating over 375,000 views on Facebook.[2]

9.  In or around May 2018, the TushBaby Trade Dress was featured by *Playfull* on Facebook which received over 1 million views.[3]

10. In or around June 2018, the TushBaby Trade Dress was featured in *Insider* which received over 50 million views.[4]

11. In or around June 2018, the TushBaby Trade Dress was featured by BestProducts.com on Facebook which received over 1 million views.[5]

12. In or around June 2018, at the close of the Kickstarter Campaign, 1,370 backers had pledged a total of $124,212.[6]

13. In or around August 2018, I was interviewed by Bontena Brand Network regarding the company's wildly successful Kickstarter Campaign promoting the TushBaby Trade Dress.[7]

---

[1] Exhibit A. TushBaby: Carry your kid. Stash your stuff. Save your back. by Tammy Rant— Kickstarter
[2] *Id*. Every parent needs one of these! | Every parent needs one of these! | By Daily Mail | Facebook
[3] *Id*. This Baby Carrier Takes The Ouch Out Of Carrying Your Little One | This baby carrier will make your back feel so much better!

14. In or around January 2019, the TushBaby Trade Dress appeared on the famous business reality television show, *Shark Tank* on ABC.[8] The episode was watched by 3.7 million viewers in the U.S.[9]

15. In or around January 2019, the TushBaby Trade Dress was featured on *Daily Mom Parenting Magazine* as the "Most Innovative Baby Product for 2019."[10]

16. In or around January 2019, the TushBaby Trade Dress was featured in BestProducts.com.[11]

17. In or around February 2019, the was featured in *PopSugar Magazine*.[12]

18. In or around August 2020, the TushBaby Trade Dress was featured on *Good Morning America*.[13]

19. In or around March 2021, the TushBaby Trade Dress was featured on *CNBC*.[14]

20. In or around February 2022, the TushBaby won a *Mom's Choice Award* which is "globally recognized for establishing the benchmark of excellence in family-friendly media, products, and services."[15]

21. In or around July 2022, the TushBaby Trade Dress was featured in *HuffPost*.[16]

22. In or around August and September 2022, the TushBaby Trade Dress was featured in *BuzzFeed* as a product that "makes life easier" and "worth the hype."[17]

23. In or around December 2022, the TushBaby Trade Dress was featured in a YouTube Short by social media influencer @SierraStephenIRL which received over 1 million

---

[8] *Id*. Tush Baby - Shark Tank - YouTube
[9] *Id*. Golden Globes adjust up: Sunday final ratings – TV By The Numbers by zap2it.com (archive.org)
[10] *Id*. Most Innovative Baby Products For 2019: TushBaby » Read Now! (dailymom.com)
[11] *Id*. TushBaby Is the Baby Carrier Every New Parent Needs in 2019 (bestproducts.com)
[12] *Id*. TushBaby Shark Tank | POPSUGAR Family
[13] *Id*. Huge savings from woman-owned small businesses - Good Morning America
[14] *Id*. The First 5 Minutes: TushBaby (cnbc.com)
[15] *Id*. PR: Mom's Choice Awards Honorees – February 2022 - Mom's Choice Awards (momschoiceawards.com)
[16] *Id*. The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life
[17] *Id*. 30 Splurge-Worthy TikTok Products That Make Life Easier (buzzfeed.com); 55 TikTok Products That Are Worth All The Hype (buzzfeed.com)

views and just under 80,000 likes.[18]

24. In or around December 2022, the TushBaby Trade Dress was featured in *New York Magazine*'s *the Strategist* described as a "lifesaver" and something you "can't live without."[19]

25. In or around January 2023, the TushBaby Trade Dress was featured in *Business Wire* covering Applicant's rapid growth since its appearance on Shark Tank in 2019.[20]

26. In early 2023, global infringers and counterfeiters began flooding US and international marketplaces utilizing the TushBaby Trade Dress to trade off of Applicant's goodwill and confuse consumers. Applicant receives complaints of customers who mistakenly purchased infringing or counterfeit products featuring the TushBaby Trade Dress who thought they were purchasing a TushBaby Hip Carrier manufactured by Applicant and were upset to purchase poorly made products.[21]

27. In 2023, Applicant initiated an enforcement program against such infringers and counterfeiters.

28. In 2022, Applicant sold four-times the number of units sold in 2019, amounting to 117,000 units sold in 2022.

29. To date, the #tushbaby hashtag on TikTok has reached over 95 million impressions in reference to the TushBaby, solidifying Applicant's continuous and substantial presence among consumers.[22]

30. Today, Applicant's social media pages enjoy hundreds of thousands of followers, with 250,000 followers on TikTok[23] and over 100,000 followers on Instagram.[24] Videos featuring the TushBaby Trade Dress have garnered hundreds of millions of views in the aggregate.

---

[18] *Id*. a brutally honest review of the tush baby carrier - YouTube
[19] *Id*. Strategist Best Bets December 19 2022 | The Strategist (nymag.com)
[20] *Id*. Shark Tank Alum Tushbaby Reaches $10 Million in Revenue in 2022 | Business Wire
[21] Exhibit B.
[22] Exhibit A. #tushbaby | TikTok
[23] *Id*. tushbaby (@tushbabyshop) | TikTok
[24] *Id*. Tushbaby (@tushbaby) • Instagram photos and videos

31. The TushBaby Trade Dress has been the subject of extensive third-party partnerships, such as Nordstrom, Crate and Barrel, Target, and Walmart, to name a few. Through these distribution partnerships, the TushBaby Trade Dress has reached multiple millions of consumers.[25]

32. Applicant has generated over $10 million in revenue in 2022 of which 100% is a direct result of sales of the TushBaby Trade Dress.

33. Total revenue of products bearing the TushBaby Trade Dress is approximately $33 million.

34. Applicant expends $4 million annually on marketing and advertising for the TushBaby. Applicant has expended $12 million in marketing and advertising expenditures for the TushBaby since 2018.

35. The TushBaby Trade Dress has received extensive unsolicited and solicited global press, most notably on social media, especially TikTok, by popular influencers with millions of followers.[26]

36. There are thousands of positive videos, comments, and verified reviews across social media and online retailer platforms praising the TushBaby, for example, Amazon alone has over 3,000 five-star reviews.[27]

37. As a result of Applicant's substantially exclusive and continuous, widespread use of Applicant's Mark for the past five years, and the extensive solicited and unsolicited press Applicant's Mark has received, consumers exclusively associate Applicant's Mark with

---

[25] *Id.* Shop TushBaby Online | Nordstrom; Tushbaby Grey Hip Seat Baby Carrier + Reviews | Crate & Kids (crateandbarrel.com); Tushbaby : Target; Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen on Shark Tank, Ergonomic Carrier for Newborns & Toddlers, Grey - Walmart.com
[26] *Id.* SHARE WITH EVERYONE!! #parents #parentsoftiktok #tushbaby #baby #babie... | TikTok; Don't run, walk

Applicant. As such, Applicant's Mark has acquired secondary meaning and should therefore be entitled to registration on the Principal Register.

38. I further declare that all statements made herein are of my own knowledge, are true and that all statements made on information and belief are believed to be true.

Dated: November 22, 2023

Walnut Creek, California

*Tammy Rant*
Tammy Rant (Dec 4, 2023 11:36 PST)

Tamara Rant

# TushBaby Seat Pocket Trade Dress Acquired Distinctiveness 2(f) Affidavit (TUSHB-TM1) (1 of 2)

Final Audit Report  2023-12-04

| | |
|---|---|
| Created: | 2023-11-22 |
| By: | Vanessa Camino (vanessa@esca.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHzkBneSMNhavO5dZgEKBFyaKKNC6LJtT |

## "TushBaby Seat Pocket Trade Dress Acquired Distinctiveness 2(f) Affidavit (TUSHB-TM1) (1 of 2)" History

- Document created by Vanessa Camino (vanessa@esca.legal)
  2023-11-22 - 5:42:46 PM GMT

- Document emailed to Tammy Rant (tammy@tushbaby.com) for signature
  2023-11-22 - 5:42:51 PM GMT

- Email viewed by Tammy Rant (tammy@tushbaby.com)
  2023-11-27 - 7:28:47 PM GMT

- Email viewed by Tammy Rant (tammy@tushbaby.com)
  2023-12-04 - 7:36:17 PM GMT

- Document e-signed by Tammy Rant (tammy@tushbaby.com)
  Signature Date: 2023-12-04 - 7:36:31 PM GMT - Time Source: server

- Agreement completed.
  2023-12-04 - 7:36:31 PM GMT

Adobe Acrobat Sign