# EXHIBIT F































