# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOBILE PIXELS, INC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 23-cv-12587-ADB |
| THE PARTNERSHIPS AND | * | |
| UNINCORPORATED ASSOCIATIONS | * | |
| IDENTIFIED ON SCHEDULE "A", | * | |
| | * | |
| Defendants. | * | |

## ORDER

BURROUGHS, D.J.

Plaintiff Mobile Pixels, Inc. ("Mobile Pixels") alleges that The Partnerships and

Unincorporated Associations Identified on Schedule "A" of its complaint ("Defendants"), [ECF

No. 1-7], infringe upon its design patent, U.S. Patent No. D920,975, [ECF No. 1 ¶ 6 ("Compl."

or "Complaint")]. On November 21, 2023, the Court entered an ex parte temporary restraining

order against Defendants. [ECF No. 12 ("TRO")]. Certain Defendants[1] (the "Bond

---

[1] For purposes of this order, Defendants, collectively the "Bond Defendants," are Shenzhen City Free Vast Science and Technology Co., Ltd (d/b/a Maxfree); Shenzhenshi Haogainian Dianzikeji Youxiangongsi (d/b/a YUTOO); XFANIC GROUP HK LIMITED（Hong Zhang) (d/b/a SOOMFON OFFICIAL); shenzhenshiyidaishumakeji Co.ltd-huang yuan qiong (d/b/a LY.gainianUS1); Donguanshi shuangshengle shangmao youxiangongsi (d/b/a SacredMusic); Shenzhen Laibo Technology Co, Ltd (d/b/a LAlBO US); Dongguan Guangliying Electronic Technology Co, Ltd. (d/b/a KEFEYA US OFFICIAL); Shenzhen Domidolai Sales Co. LTD (d/b/a Domyfan Us); Triple A International Trading Inc. (d/b/a US-Alecewey); Rongbang Enterprise USA INC (d/b/a BOAA US store); R&T BROTHERS LLC (d/b/a CopGain Store-us); FUCANG ENTERPRISES USA INC (d/b/a ppL Technology Supply); Shenzhen Mingsirui Technology Co, Ltd. (d/b/a SMISEACOW US); LIVING SKYLIGHT Inc. (d/b/a WallyDeals); Shenzhen SHANGJIAMEIPIN E-Commerce Co, Ltd. (d/b/a Kwumsy); RIZTECHNOLOGY LLC (d/b/a JTechGiant); Bohua HUAGAOLI Electronic Technology Co, Ltd. (d/b/a VargaoliDea); Shenzhen Pengling Intelligent Technology Co., Ltd. (d/b/a FICIHP); Shenzhen Lianshengtuo Technology Co., Ltd. (d/b/a ALLVIA); Shenzhen Weidong Zhi Xin Technology

Defendants") have offered to issue a bond in the amount of $100,000 to provide security for any anticipated judgment. Accordingly, it is hereby ordered as follows:

1. Bond Defendants shall submit a $100,000 bond to the Court. Bond Defendants may post security through surety, cashier's check, certified check, cash, or law firm check. Alternatively, Bond Defendants may authorize any Third Party Provider, as defined in ECF No. 12, to transfer or post the bond with the Court on their behalf. The Clerk of Court is to deposit the funds into the court registry until further order of the Court.

2. Upon the Bond Defendants' compliance with Paragraph 1 of this Order, the Court dissolves the TRO in full as to the Bond Defendants.

3. Upon Bond Defendants' compliance with Paragraph 1 of this Order, Plaintiff must immediately notify all Third Party Providers that the Court has dissolved the TRO as to the Bond Defendants and must release all restraints on the Bond Defendants' accounts that were imposed as a result of the TRO (including, but not limited to, releasing all restrains on Bond Defendants' financial accounts and reinstating Bond Defendants' ASINs and selling privileges). Plaintiff shall copy Bond Defendants' counsel on all email or other communication with the Third Party Providers.

**SO ORDERED.**

December 8, 2023                                /s/ Allison D. Burroughs
                                                ALLISON D. BURROUGHS

---

Co, Ltd. (d/b/a WESTHOD US); Qingyuanshi Maigi Intelligent Technology Co., Ltd. (d/b/a APILDELLA); Shenzhen Jiashi Technology Co., Ltd. (d/b/a gyflp); Shenzhen Donghongze Trading Co., Ltd. (d/b/a CIDETTY Electronics); Shenzhen Jiacaili Technology Co., Ltd. (d/b/a KasoreyUs); Shenzhen Keangsi Trade Co. ltd. (d/b/a AetherSpark); and Shenzhen Huibaijia Technology Co, Ltd. (d/b/a Venraty).

U.S. DISTRICT JUDGE