UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**COZYONE SHOP**,

    *Defendant.*

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**MOMCOZY MATERNITY ESSENTIAL**,

    *Defendant.*

## ORDER VACATING TEMPORARY RESTRAINING ORDER
## AS TO DEFENDANT MOMCOZY MATERNITY ESSENTIAL

**THIS CAUSE** comes before the Court on Defendant MomCozy Maternity Essential's Emergency Motion to Vacate the Temporary Restraining Order [ECF No. 62], filed on October 10, 2024. The Court has carefully reviewed the Motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that MomCozy Maternity Essential's Emergency Motion to Vacate the Temporary Restraining Order [**ECF No. 62**] is **GRANTED**. The Court's Order granting Plaintiff's Application for Temporary Restraining Order [**ECF No. 59**] is **VACATED as to Defendant MomCozy Maternity Essential**. Plaintiff may submit any supplemental briefing on its Motion for Preliminary Injunction given this Court's Order

Vacating the Temporary Restraining Order as to Defendant MomCozy Maternity Essential **no later than Monday October 14, 2024.** Defendant may submit a response to any supplemental briefing Plaintiff submits **no later than Wednesday, October 16, 2024**. The Court will hear oral argument on Plaintiff's Motion for Preliminary Injunction as to both Defendants MomCozy Maternity Essential and CozyOne Shop at the previously scheduled hearing on **Friday, October 18, 2024, at 9:00 a.m.,** in Courtroom 202A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. Plaintiff shall email a proposed order on its Motion for Preliminary Injunction to [leibowitz@flsd.uscourts.gov](mailto:leibowitz@flsd.uscourts.gov) in Word format **no later than Tuesday, October 15, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on October 10, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record