UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-20941

Tushbaby,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of Florida, hereby enters his appearance as counsel for the defendant CozyOne Shop in Schedule A in the above captioned matter. Jianyin Liu designates the following email ad- dresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;
Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Oct. 14, 2024

                                                      /s/ Jianyin Liu

                                            Jianyin Liu, Esq.
                                            FBN: 1007675
                                            jamesliulaw@gmail.com
                                            The Law Offices of James Liu PLLC
                                            15750 SW 92nd Ave Unit 20C
                                            Palmetto Bay, FL 33157

Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

    I certify that this document has been served to all parties on record via CM/ECF on this Oct. 14, 2024.

/s/ Jianyin Liu