## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 1:24-cv-20941-DSL

**TUSHBABY, INC.**,
Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"**
Defendants.

_____/

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

The defendant, CozyOne Shop, ("Defendant"), by and through its undersigned counsel, hereby requests that this Court no enter an Order of Preliminary Injunction against Defendant and states as follows:

1. On Oct. 14, 2024, the undersigned communicated via email and phone with Plaintiff's counsel before filing this Response in Opposition to Plaintiff's Motion for Entry of Preliminary Injunction ("Response").

2. Plaintiff's counsel informed that Plaintiff will not seek to convert the Temporary Restraining Order ("TRO") that will expire on Oct. 18, 2024, into an Order for Preliminary Injunction against Defendant.

3. Both parties agreed that an elaborate legal analysis and memorandum of laws shall be unnecessary for the Oct. 18, 2024 hearing.

4. Plaintiff mentioned that it will inform the Court their such intention before the hearing on Motion for Preliminary Injunction to be held on Oct. 18, 2024.

**WHEREFORE**, Defendant CozyOne Shop, by and through its counsel undersigned, requests that this Court not enter an order of preliminary injunction against CozyOne Shop.

Respectfully submitted on Oct. 14, 2024.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
Attorney for Defendant CozyOne Shop
The Law Offices of James Liu,PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on Oct. 14, 2024.

/s/ Jianyin Liu