UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/TORRES

| |
|---|
| TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COZYONE SHOP, <br><br> Defendant. |
| TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL, <br><br> Defendant. |

**PLAINTIFF TUSHBABY, INC.'S RESPONSE TO MOMCOZY'S
MOTION TO VACATE THE TERMPORARY RESTRAINING ORDER**

While Plaintiff will ultimately prevail on the merits, after further conferring with counsel for Defendant Momcozy Maternity Essential ("Momcozy"), Plaintiff is sufficiently assured that it will be able to obtain ultimate relief on any judgment, and is no longer maintaining its request for an asset freeze. Additionally, Plaintiff and Momcozy are exploring whether a resolution short of judgment on the merits is feasible, and, after further discussions with Momcozy's counsel, Plaintiff has determined that the pending request for an injunction is obstructing those settlement negotiations. Accordingly, Plaintiff hereby withdraws its request for a preliminary injunction as to Momcozy at this time, without prejudice to later renewing its request.

Separate and independent from Momcozy, Plaintiff has, in the course of its investigations and attempts to serve Defendant CozyOne Shop ("CozyOne"), determined that CozyOne has a direct connection to the defendants in parallel litigation currently pending before the Southern District of New York, *Tushbaby, Inc. v. Jinjang Kangbersi Trading Co. et al.*, 24-cv-6150 (JMF) (the "New York Litigation"). Indeed, CozyOne appears to be selling infringing products from the same supply chain as those named as defendants in the New York Litigation, albeit under a different brand name. Plaintiff has already received the consent of defendants in the New York Litigation to add CozyOne as a defendant thereto, and thus will be serving a notice of voluntary dismissal without prejudice forthwith.

Because Plaintiff is no longer seeking a preliminary injunction at this time, Plaintiff respectfully requests that the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for Friday, October 18, 2024, at 9:00am be adjourned.

Dated: October 14, 2024

    Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*