UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-23231

Consolidated Under Lead Case No. 1:24-cv-20941-LEIBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

COZYONE SHOP, a foreign corporation,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tushbaby, Inc., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), voluntarily dismisses this action against Defendant CozyOne Shop without prejudice.

Dated: October 15, 2024

                        Respectfully submitted,

                        **James M. Slater**
                        James M. Slater (FBN 111779)
                        ESCA Legal LLC
                        9000 Dadeland Blvd. #1500
                        Miami, Florida 33156
                        Tel. (305) 523-9023
                        james@esca.legal

                        Leo M. Lichtman (admitted *pro hac vice*)
                        ESCA Legal LLC
                        1117 Sixth Avenue, Fifth Floor
                        New York, New York 10036
                        Tel. (347) 745-2535
                        leo@esca.legal

                        *Attorneys for Plaintiff Tushbaby, Inc.*