UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20941-LEIBOWITZ

**TUSHBABY, INC.,**
**Plaintiff,**
v.
**COZYONE SHOP, a foreign corporation,**
**Defendant.**
_____/

## UNOPPOSED MOTION TO CANCEL HEARING

Defendant, CozyOne Shop, by and through its counsel undersigned, requests that this Court cancel the Oct. 18, 2024 hearing for Plaintiff's Motion for Preliminary Injunction and states as follows:

1. Plaintiff is not seeking preliminary injunction any more against both Defendant and Momcozy in the instant case. *See* Plaintiff's Response to Momcozy's Motion to Dissolve Temporary Restraining Order [DE 66], p. 2, ¶ 2, where it states, "Because Plaintiff is no longer seeking a preliminary injunction at this time, Plaintiff respectfully requests that the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for Friday, October 18, 2024, at 9:00am be adjourned."

2. Plaintiff voluntarily dismissed Defendant in the instant case. *See* Notice of Voluntary Dismissal [DE 67].

3. Thus, the hearing on Oct. 18, 2024 is no longer necessary, at least for Defendant.

**WHEREFORE**, Defendant, CozyOne Shop, by and through its counsel undersigned, requests that this Court cancel the Oct. 18, 2024 hearing for Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted on Oct. 15, 2024.

/s/ Jianyin Liu
FBN: 1007675
Jianyin Liu, Esq. Attorney
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF GOOD-FIATH CONFERRAL

I CERTIFY that I have conferred with the opposing counsel for the motion above and the opposing party did not oppose to the cancellation of the hearing.

/s/ Jianyin Liu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on Oct. 15, 2024.

/s/ Jianyin Liu