UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,
    *Plaintiff,*

v.

**COZYONE SHOP**,
    *Defendant.*

**TUSHBABY, INC.**,
    *Plaintiff,*

v.

**MOMCOZY MATERNITY ESSENTIAL**,
    *Defendant.*

## ORDER

Plaintiff stated in its Response to MomCozy's Motion to Vacate the Temporary Restraining Order [ECF No. 66] that it requests that the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for Friday, October 18, 2024, at 9:00 a.m. be adjourned. Thus, the hearing scheduled for **Friday, October 18, 2024, at 9:00 a.m.** in this matter is **CANCELED**. Defendant CozyOne Shop's Unopposed Motion to Cancel Hearing [**ECF No. 68**] is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 15, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record