UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**COZYONE SHOP**,

    *Defendant.*

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**MOMCOZY MATERNITY ESSENTIAL**,

    *Defendant.*

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant CozyOne Shop [ECF No. 67], filed on October 15, 2024. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice* as to Defendant CozyOne Shop.

**DONE AND ORDERED** in the Southern District of Florida on October 15, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record