**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

| | |
|---|---|
| TUSHBABY, INC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>COZYONE SHOP.,<br><br>　　　　　*Defendant*. | **Case No.** 24-cv-20941<br><br>**Judge:** David S. Leibowitz |
| TUSHBABY, INC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>MOMCOZY MATERNITY ESSENTIAL.,<br><br>　　　　　*Defendant*. | **Related Case No.**<br>24-cv-23231<br>24-cv-23233 |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

　　　　In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Dandan Pan of the law firm of Glacier Law LLP, at 541 Madison Ave, Suite 2529, New York, NY 10010,, for purposes of appearance as co-counsel on behalf of Momcozy Maternity Essential in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Dandan Pan to receive electronic filings in this case, and in support thereof states as follows:

　　　　1.　　　Dandan Pan is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York and Southern District of New York.

　　　　2.　　　Movant, Brandon T. Holmes, Esquire, of the law firm of Dinsmore & Shohl LLP, 201 N. Franklin Street, Suite 3050, Tampa, FL 33602; (813) 543-9848, is a member in good

standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Dandan Pan has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Dandan Pan, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Dandan Pan at email address: dandan.pan@glacier.law.

WHEREFORE, Brandon T. Holmes, Esquire, moves this Court to enter an Order permitting Dandan Pan, to appear before this Court on behalf of Momcozy Maternity Essential, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Dandan Pan.

Date: October 16, 2024                    Respectfully submitted,

**DINSMORE & SHOHL LLP**

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975
201 North Franklin Street, Suite 3050
Tampa, Florida 33601
Phone: (813) 543-9848
Primary:   Brandon.holmes@dinsmore.com
Secondary: frances.gonzalez@dinsmore.com
Secondary: alexandria.bishop@dinsmore.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court for entry into the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> COZYONE SHOP., <br><br> *Defendant*. <br> TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL., <br><br> *Defendant*. | **Case No.** 24-cv-20941 <br><br> **Judge:** David S. Leibowitz <br><br><br> **Related Case No.** <br> 24-cv-23231 <br> 24-cv-23233 |

## CERTIFICATION OF DANDAN PAN

Dandan Pan, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State of New York Court and Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Dandan Pan
Dandan Pan #5612312
GLACIER LAW LLP
41 Madison Ave, Suite 2529
New York, NY 10010
dandan.pan@glacier.law
212-729-5033

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| TUSHBABY, INC, *Plaintiff*, v. COZYONE SHOP., *Defendant*. | **Case No.** 24-cv-20941<br><br>**Judge:** David S. Leibowitz |
| TUSHBABY, INC, *Plaintiff*, v. MOMCOZY MATERNITY ESSENTIAL., *Defendant*. | **Related Case No.**<br>24-cv-23231<br>24-cv-23233 |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Dandan Pan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Dandan Pan, may appear and participate in this action on behalf of Momcozy Maternity Essential. The Clerk shall provide electronic notification of all electronic filings to Dandan Pan, at dandan.pan@glacier.law.

DONE AND ORDERED in Chambers at           , Florida, this      day of         .

_____
United States District Judge

Copies furnished to: All Counsel of Record