**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

| | |
|---|---|
| TUSHBABY, INC, | |
| *Plaintiff*, | **Case No.** 24-cv-20941 |
| v. | **Judge:** David S. Leibowitz |
| COZYONE SHOP., | |
| *Defendant*. | |
| TUSHBABY, INC, | **Related Case No.** |
| *Plaintiff*, | 24-cv-23231 |
| | 24-cv-23233 |
| v. | |
| MOMCOZY MATERNITY ESSENTIAL., | |
| *Defendant*. | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tao Liu of the law firm of Glacier Law LLP, at 41 Madison Ave, Suite 2529, New York, NY 10010. for purposes of appearance as co-counsel on behalf of Momcozy Maternity Essential in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Tao Liu to receive electronic filings in this case, and in support thereof states as follows:

1. Tao Liu is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York and Southern District of New York.

2.  Movant, Brandon T. Holmes, Esquire, of the law firm of Dinsmore & Shohl LLP, 201 N. Franklin Street, Suite 3050, Tampa, FL 33602; (813) 543-9848, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Tao Liu has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Tao Liu, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Tao Liu at email address: tao.liu@glacier.law.

WHEREFORE, Brandon T. Holmes, Esquire, moves this Court to enter an Order permitting Tao Liu, to appear before this Court on behalf of Momcozy Maternity Essential, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tao Liu.

Date: October 22, 2024

Respectfully submitted,

**DINSMORE & SHOHL LLP**

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975

        201 North Franklin Street, Suite 3050
Tampa, Florida 33601
Phone: (813) 543-9848
Primary:    Brandon.holmes@dinsmore.com
Secondary: frances.gonzalez@dinsmore.com
Secondary:    alexandria.bishop@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court for entry into the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> COZYONE SHOP., <br><br> *Defendant*. <br> TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL., <br><br> *Defendant*. | **Case No.** 24-cv-20941 <br><br> **Judge:** David S. Leibowitz <br><br><br> **Related Case No.** <br> 24-cv-23231 <br> 24-cv-23233 |

## CERTIFICATION OF TAO LIU

Tao Liu, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State of New York Court and Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Tao Liu
Tao Liu #5741665
GLACIER LAW LLP
41 Madison Ave, Suite 2529
New York, NY 10010
tao.liu@glacier.law
212-729-5036

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

| | |
|---|---|
| TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> COZYONE SHOP., <br><br> *Defendant*. <br> TUSHBABY, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIAL., <br><br> *Defendant*. | **Case No.** 24-cv-20941 <br><br> **Judge:** David S. Leibowitz <br><br><br><br> **Related Case No.** <br> 24-cv-23231 <br> 24-cv-23233 |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Tao Liu, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Tao Liu, may appear and participate in this action on behalf of Momcozy Maternity Essential. The Clerk shall provide electronic notification of all electronic filings to Tao Liu, at tao.liu@glacier.law.

DONE AND ORDERED in Chambers at            , Florida, this       day of          .

United States District Judge

Copies furnished to: All Counsel of Record