UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIALS, <br><br> Defendant/Counterclaimant. | Case No. 1:24-cv-23233-LEIBOWITZ <br><br> Consolidated Under Lead Case No. 1:24-cv-20941 |

## **DECLARATION OF LEO M. LICHTMAN**

I, Leo M. Lichtman, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Tushbaby, Inc.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify to the statements made herein.

3. The purpose of this declaration is to annex certain documents in connection with Tushbaby's motion to dismiss Defendant Momcozy Maternity Essentials' Counterclaims in this case.

4. I certify that attached as **Exhibit A** is a true and correct copy of the materials submitted by Tushbaby to the U.S. Patent & Trademark Office on December 12, 2023 in support of acquired distinctiveness in its trade dress registration (the "Trade Dress Application").

5. These materials can be obtained from the U.S. Patent & Trademark Office's online Trademark Status & Document Retrieval database located at https://tsdr.uspto.gov/, i.e., https://tsdr.uspto.gov/documentviewer?caseId=sn98310767&docId=APP20231213153227&linkId=20#docIndex=19&page=1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2024 in New York, New York.

_____
Leo M. Lichtman