# Exhibit A



**Mark:**

**Applicant:** TushBaby, Inc.

## Acquired Distinctiveness

The below is in support of a claim of acquired distinctiveness to register the applied-for mark

 ("Applicant's Mark," "TushBaby Pocket Design Trade Dress," or the "TushBaby Trade Dress") covering Class 18: Pouch baby carriers; baby carriers worn on the body; baby carriers worn on the hip with storage for carrying babies' and parents' accessories (Applicant's applied-for goods bearing Applicant's Mark are hereby referred to as the "TushBaby Hip Carrier").

In support of the claim of acquired distinctiveness, Applicant submits the Declaration of Tamara Rant and supporting exhibits.  For the reasons set forth below, Applicant respectfully submits that Applicant's Mark has acquired distinctiveness based on five years of continuous use and substantial consumer recognition.

**The TushBaby Trade Dress Has Acquired Distinctiveness with Five Years of Use and Substantial Consumer Recognition.**

Trade dress constitutes a "symbol" or "device" by which the goods of the applicant may be distinguished from the goods of others. *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. 205, 209-11, 54 USPQ2d 1065, 1065-66 (2000). "Almost anything at all that is capable of carrying meaning" may be used as a "symbol" or "device" and constitute trade dress that identifies the source or origin

of a product. *Qualitex Co. v. Jacobson Prods. Co.,* 514 U.S. at 162, 34 USPQ2d at 1162 (1995). Trade dress is registrable as a trademark if it serves the same source-identifying function as a trademark. Marks are entitled to protection if they are inherently distinctive, that is "their intrinsic nature serves to identify a particular source of a product." *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. at 768, 112 S. Ct. 2753 (1992). Thus, a product's trade dress is protectable upon a showing of inherent distinctiveness. And if not inherently distinctive, marks may be protectable if they acquire distinctiveness, i.e., if they "become distinctive of the applicant's goods in commerce." 15 U.S.C. § 1052(e), (f).

In making a determination as to whether a mark has acquired distinctiveness, The USPTO and the Trademark Trial and Appeal Board consider various factors including affidavits, declarations under 37 C.F.R. §2.20, depositions, and other appropriate evidence demonstrating long-term exclusive use of the mark in commerce.  The USPTO and the Trademark Trial and Appeal Board have repeatedly explained that evidence such as sales, presence on the market, renown and advertisements demonstrate that a mark is recognized by consumers as a trademark for the related goods and therefore has acquired distinctiveness. *In Re Bottega Veneta Int'l S.A.R.L.*, No. 77219184, 2013 WL 5655822 (TTAB 2013); *In Re Cartier N.V.*, 2010 WL 3164745 (TTAB 2010).  "Such extensive effort in advertising and promotion, as well as the attraction of commentators within and without the specialized market, the court deems, weighs in favor of a finding that [the] products in question have acquired secondary meaning." *Cartier, Inc. v. Four Star Jewelry Creations, Inc.*, 348 F. Supp. 2d 217, 241–43 (S.D.N.Y. 2004).

Applicant's Mark was first offered to the public in connection with the applied-for goods as early as May 2018.  The TushBaby Hip Carrier is widely recognized today as the must-have baby carrier by parents, grandparents, and board-certified pediatricians, chiropractors, physical therapists, orthopedists, pelvic floor therapists, and spine surgeons. The TushBaby Hip Carrier features a unique seat pocket design that was designed by Founder and Chief Executive Officer, Tamara Rant. Every TushBaby Hip Carrier features the TushBaby Trade Dress regardless of color, material, and size making it well-known and instantly recognized by consumers as a symbol of Applicant's high-quality products, reputation, and goodwill. The TushBaby Pocket Trade Dress comprises a pocket and a flap, with a snap on the flap and an insert above the snap.  Since its

introduction, the TushBaby Hip Carrier has been in consistent demand in the United States and around the world, finding partnerships with some of the biggest names across the retail industry, including Walmart, Nordstrom and Target. See the Declaration of Tamara Rant; see also Exhibit A to the Declaration of Tamara Rant.

Applicant has generated considerable revenue from the TushBaby Pocket Trade Dress since 2018. Applicant has generated over $10 million in revenue in 2022 of which 100% is a direct result of sales of the TushBaby Trade Dress. Total revenue of products bearing the TushBaby Trade Dress is approximately $33 million. Applicant expends $4 million annually on marketing and advertising the TushBaby Hip Carrier. Since its founding in 2018, Applicant has invested $12 million in promoting, marketing, and advertising the TushBaby Hip Carrier to the public.

Applicant's goods have been continuously and extensively marketed, promoted, and sold.  In January 2019, Applicant appeared on the famous business television series, *Shark Tank* on ABC, and secured a deal with one of the sharks. In less than three years following the *Shark Tank* appearance, Applicant sold millions of TushBaby Hip Carriers. The TushBaby Trade Dress has been featured in notable publications such as *BuzzFeed*, *HuffPost*, *Daily Mail*, *Insider, Business Wire*, and *New York Magazine*. See the Declaration of Richard Tamara Rant; see also Exhibit A to the Declaration of Tamara Rant.

The TushBaby Hip Carrier has been heavily and widely promoted throughout the United States and the world. TushBaby Hip Carrier has been the subject of extensive third-party press and unsolicited media coverage on social media, particularly TikTok. Influencers with millions of followers in the aggregate have posted and shared glowing reviews and tutorials featuring the TushBaby Trade Dress.  The extensive and widespread social media coverage has brought the TushBaby Trade Dress to a global audience beyond the U.S. consumer. The TushBaby Pocket Trade Dress has been featured on prominent television programs such as ABC's *Good Morning America* and received a *Mom's Choice Award*, which is globally recognized for establishing the benchmark of excellence in family-friendly media, products, and services. See Exhibit A to the Declaration of Tamara Rant demonstrating the widespread media coverage and renown of the TushBaby Trade Dress.

Many third-party uses of similar product design to the TushBaby Trade Dress are sophisticated counterfeits and infringement of Applicant's Mark. In early 2023, global infringers and counterfeiters began flooding US and international marketplaces utilizing the TushBaby Trade Dress to trade off of Applicant's goodwill and confuse consumers. Applicant receives complaints of customers who mistakenly purchased infringing or counterfeit baby carriers featuring the TushBaby Trade Dress who thought they were purchasing a TushBaby Hip Carrier manufactured by Applicant and were upset to purchase products of poor quality. Applicant has since initiated an enforcement program against such infringers and counterfeits. See the Declaration of Tamara Rant; see also Exhibit B to the Declaration Tamara Rant.

With over five years of global brand recognition as the must-have baby carrier, TushBaby Hip Carrier has quadrupled its sales from 2019 to 2022, including 117,000 units sold in 2022. Following the *Shark Tank* appearance, TushBaby Hip Carrier quickly grew in popularity reaching near virality as a trending tag on Tik Tok. To date, the #tushbaby hashtag on TikTok has reached over 95 million impressions in reference to the TushBaby Trade Dress. With 250,000 followers on TikTok and a over 100,000 followers on Instagram, videos with TushBaby-related hashtags showing the TushBaby Trade Dress have garnered millions of views. There are thousands of positive videos, comments, and verified reviews across social media and online retailer platforms praising the TushBaby Hip Carrier. For example, Amazon alone has over 3,000 five-star reviews of the TushBaby Hip Carrier, further solidifying the TushBaby Trade Dress' continuous and substantial presence among consumers. See the Declaration of Tamara Rant; see also Exhibit A to the Declaration Tamara Rant.

Thanks to its success, the TushBaby Trade Dress has been the subject of extensive third-party partnerships, such as with Nordstrom, Target, Walmart, Crate and Barrel, BuyBuy Baby, and boutique retailers across the U.S. Through these distribution partnerships, the TushBaby Pocket Trade Dress has reached millions of people and by virtue of Applicant's continuous and substantial presence in such stores, the TushBaby Trade Dress has acquired distinctiveness among consumers.

In view of the foregoing, the Applicant's Mark has acquired distinctiveness as a trademark in the United States through Applicant's exclusive and continuous use since May 2018.

**The Existence and Availability of Alternative Product Designs to Competitors is Demonstrative of the TushBaby Trade Pocket Design Dress as Non-Functional.**

When an applicant applies to register a product design, product packaging, color, or other trade dress for goods or services, the examining attorney must separately consider two substantive issues: (1) functionality; and (2) distinctiveness. *See TrafFix Devices, Inc. v. Mktg.Displays, Inc.*, 532 U.S. 23, 28-29, 58 USPQ2d 1001, 1004-05 (2001); *Two Pesos*, 505 U.S. at 775, 23 USPQ2d at 1086; *In re Morton-Norwich Prods., Inc.*, 671 F.2d 1332, 1343, 213 USPQ 9, 17 (C.C.P.A. 1982).

A feature is functional as a matter of law if it is "essential to the use or purpose of the article or if it affects the cost or quality of the article." *TrafFix Devices, Inc. v. Mktg. Displays, Inc.*, 532 U.S. 23, 32, 58 USPQ2d 1001, 1006 (2001) (citing *Qualitex*, 514 U.S. 159, 165, 34 USPQ2d 1161, 1163-64); *Inwood Labs., Inc. v. Ives Labs., Inc.*, 456 U.S. 844, 850 n.10, 214 USPQ 1, 4 n.10 (1982). However, since the preservation of competition is an important policy underlying the functionality doctrine, competitive need, although not determinative, remains a significant consideration in functionality determinations. *Valu Eng'g, Inc.*, 278 F.3d at 1278, 61 USPQ2d at 1428.

A determination of functionality normally involves consideration of one or more of the following factors, commonly known as the "*Morton-Norwich* factors": (1) the existence of a utility patent that discloses the utilitarian advantages of the design sought to be registered; (2) advertising by the applicant that touts the utilitarian advantages of the design; (3) facts pertaining to the availability of alternative designs; and (4) facts pertaining to whether the design results from a comparatively simple or inexpensive method of manufacture. TMEP § 12.02(a)(v).

The TushBaby Trade Dress, while useful, is not *essential* to its usefulness. Equating "functionality" with "usefulness" would render many currently registered marks ineligible for trademark protection. For example, the Coca-Cola bottle's shape has utilitarian advantages. The

shape allows a consumer to grasp and grip it more easily. If usefulness equals functionality, then the Coca-Cola bottle trade dress would be deemed unprotectable under trademark law. However, despite its usefulness, it is widely recognized and accepted as a valid trade dress. Further, there are many ways in which Coca-Cola's competitors can design their own bottles. Such is the case here with the TushBaby Hip Carrier.

Though useful to parents and caregivers who regularly hold children, the TushBaby Trade Dress serves primarily to identify its source. There are many ways in which the pocket on a hip carrier can be designed. For example, this "Seat Carrier" by Ergoaby, a popular baby carrier brand for twenty years, set at a higher price-point than the TushBaby Hip Carrier, this Baby Carrier sold by shsyue storefront on Amazon, and this Baby Carrier from FEBFOXS on Walmart. See Exhibit A.

The test is not whether the product design is useful, but whether the design is essential to the design's use. Based on evidence of alternative designs used in the marketplace by competitors, the TushBaby Trade Dress is not essential to its use as a pocket or as a baby carrier but is a unique design that serves to identify Applicant in the marketplace among competing and comparable products.

In view of the foregoing, the Applicant's Mark is non-functional product design and is therefore eligible for trademark protection on the Principal Register.



10/20/23, 10:26 AM        Amazon.com : Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month …



| HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable Waistban... | CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta... | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seem... | Baby Carrier Front Facing Holder besrey, Hip Seat, Dad Kangaroo Carrier, Toddler Ch... | FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip... | Bebamour Baby Carrier Newborn Front and Back Carry Baby Carrier Newborn to Toddler ... | AGUDAN Baby Hip Seat Carrier, Ergonomic Waist Stool with Adjustable Strap Pocket So... | LILLEbaby 3-in-1 Ergonomic CarryOn Airflow - Toddler Can - with Lumbar Suppo... |
|---|---|---|---|---|---|---|---|
| ★★★★★ 784 | ★★★★★ 112 | ★★★★★ 1,802 | ★★★★★ 922 | ★★★★★ 75 | ★★★★★ 1,731 | ★★★★★ 491 | ★★★★★ 1,095 |
| $38.98 /prime | $45.99 /prime | $14.99 /prime | $43.98 /prime | $55.99 /prime | $56.99 /prime | $39.99 /prime | $149.99 /prime |
| List: $49.99 (22% off) Limited time deal | Save 25% with coupon | | Save $20.00 with coupon | Save 40% with coupon | | Save 50% with coupon | |

## Product Description



Bebamour Baby Hip Seat Carrier Foldable

## Foldable Baby Hip Seat Lightweight Waist Carrier for 0-36 Month Baby

- 3 carry ways: Face Inward, Face Forward, and Horizontal (for newborn) to meet ages between 0-36 months old requirements.
- The seat surface has a layer of silicone dots.
- The enlarged arc stool to better support the baby's thighs, creating a comfortable hip seat for little babies, very easy for you and your baby at home or go outside, choosing a way that best fits your baby's favorite.

| Sided Net Pocket | Front Large Pocket with Button | Back Adjustable Waist Straps | Broad Widened Waist Band |
|---|---|---|---|
| • 'M' Designed according to baby's growth. | • Anti-skid prevent baby falling down. | • Almost 90 degree folding | • come with an extension back plate(26 centimeters) |

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 7 x 9 x 4 inches |
| Item model number | AX30 |
| Minimum weight recommendation | 3.3 Pounds |
| Maximum weight recommendation | 14.9 Kilograms |
| Material Type | Polyester |
| Care Instructions | Machine Wash |
| Batteries required | No |
| Orientation | Front, Hip |
| Item Weight | 10.6 ounces |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B0BJ1VBF66 |
| Customer Reviews | ★★★★★ 4.3 ∨   104 ratings 4.3 out of 5 stars |
| Best Sellers Rank | #8,904 in Baby (See Top 100 in Baby) #28 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ∨

## Compare with similar items

| This item Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (with Waistband Extender Grey) | Bebamour Hip Seat Baby Carrier Baby Waist Seat,Adjustable Strap and Pocket,Bebamour Foldable Baby Carrier with Waist Extender(Light Grey) | Baby Hip Carrier with Seat for Child Infant with Advanced Adjustable Waistband &Various Pockets, Ergonomic Carrier for Newborn to Toddlers All-Seasons(Black) | ANGELBB Baby Hip Seat Carrier with Pockets Ergonomic Infant Waist Stool Adjustable Belt Multiple Safe Guaranteed Fabric, Anti-Slip Lightweight for Newborn Shower (Grey) |
|---|---|---|---|

10/20/23, 10:26 AM          Amazon.com : Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month …



| | | | | |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (104) | ★★★★☆ (586) | ★★★★☆ (142) | ★★★★☆ (542) |
| Price | $39⁹⁸ | $45⁹⁸ | $41⁹⁹ | $37⁹⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Bebamour | Bebamour | baby-carrier | ANGELBB US |
| Brand | Bebamour | bebear | LESWGO | ANGELBB |
| Color | Grey | A Light Grey | Black | Grey |
| Size | one size | 1 Count (Pack of 1) | — | 1 Count (Pack of 1) |
| Strap Type | Adjustable Strap | strap | Adjustable Strap | Adjustable Strap |

## Videos



Videos for this product    Videos for related products

Upload your video

## Important information

To report an issue with this product, click here.

## Products related to this item

Sponsored ⓘ



| Hip Seat Baby Carrier- CPC Certified-Ergonomic Design for Newborns & Toddlers, Big S... | Baby Hip Carrier Doctor Recommended,Baby Carrier with Hip Seat All Body Types,Toddl... | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | Baby Carrier, MOMTORY Hip Seat Carrier with Adjustable Strap & Various Pockets, Erg... | Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pocket... | HKAI Baby Hip Seat Carrier, Baby Carrier with Adjustable Waistband & Breathable Mesh, Er... | CoryOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta... | FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonom Bench Design, Multip... |
|---|---|---|---|---|---|---|---|
| $37.99 ✓prime | ★★★★★ 3 $29.66 ✓prime | ★★★★★ 5,883 $14.99 ✓prime | ★★★★☆ 17 $45.99 ✓prime | ★★★★☆ 38 $39.99 ✓prime | ★★★★☆ 781 $38.98 ✓prime List: $49.99 (22% off) Limited time deal | ★★★★☆ 112 $45.99 ✓prime | ★★★★☆ 75 $55.99 ✓prime |

Sponsored ⓘ



| HKAI Shop the Store on Amazon › | Ergobaby Shop the Store on Amazon › | GOOSEKET Shop the Store on Amazon › | Beco Shop the Store on Amazon › |
|---|---|---|---|
| HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable... ★★★★☆ 784 $38.98 List: $49.99 | Ergobaby All Carry Positions Breathable Mesh Baby Carrier with Enhanced Lumb... ★★★★☆ 718 $159.94 List: $200.00 | GOOSEKET Toddler Sling/Original/Cotton Baby Carrier/Compact hipseat/Infants t... ★★★★☆ 519 $56.99 | Beco Gemini Toddler - Fr... ★★★★☆ $69.99 |

10/20/23, 10:26 AM          Amazon.com : Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month ...



10/20/23, 10:26 AM                Amazon.com : Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month …



Although it doesn't have all the pockets like the more expensive ones. This product is awesome for my velcro baby!! And its great for dads too!

Helpful        Report

Kannika Anuttamin

★★★★★ Love it!
Reviewed in the United States on September 1, 2023
Color: Grey   Verified Purchase
It easy to use and love the way seat can flip down.

Helpful        Report

Don Axel💙

★★★★★ Muy funcional
Reviewed in the United States on August 30, 2023
Color: Grey   Verified Purchase
Funciona como se ve en las fotos

Helpful        Report

Translate review to English

**See more reviews ›**

**Top reviews from other countries**

Translate all reviews to English

Elizabeth Rodriguez

★★★★★ BUENÍSIMO Y COMODISIMO
Reviewed in Mexico on August 5, 2023
Color: Grey   Verified Purchase
Me ayudo con el dolor de espalda es un salvavidas de verdad y los bebés van súper cómodos excelente opción por que este tiene como algo de metal que impide que los niños se resbalen se hace una tipo sillita

Report

Translate review to English

**See more reviews ›**



HKAI Baby Hip Carrier, Baby Carrier with Adjustable Waistband & Breathable...
13% off   Deal
$38⁹⁹ $49.99 /prime

Sponsored ⓘ



10/20/23, 10:26 AM          Amazon.com : Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month …





10/20/23, 10:27 AM                    amazon.com/dp/B0B2VPJWC4/ref=sspa_dk_detail_7?psc=1&pd_rd_i=B0B2VPJWC4&pd_rd_w=1Vsnr&content-id=amzn1.sym.386c274b-...

| Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seem... | CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta... | ANGELBB Baby Infant Hip Seat Carrier with Pockets Lightweight Toddler Waist Stool S... | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect... | Baby Hip Seat Carrier, Ergonomic Waist Stool for Child Infant with Adjustable Strap... | FLEEROSE - Baby Hip Carrier - New Ergonomic Bench Design, Multiple Pockets & Lumbar... | Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Wais... | Shiaon Baby Sling Carrier Newborn to Toddler, Adjustable B Carrier Sling, Baby W... |
| ★★★★☆ 1,853 | ★★★★☆ 112 | ★★★★☆ 542 | ★★★★☆ 96 | ★★★★☆ 19 | ★★★★☆ 74 | ★★★★☆ 151 | ★★★★☆ 2,019 |
| $84.99 ✓prime | $45.99 ✓prime | $37.99 ✓prime | $49.99 ✓prime | $38.99 ✓prime | $56.99 ✓prime | $45.99 ✓prime | $29.99 ✓prime |
| | Save 20% with coupon | | Save $8.00 with coupon | Save 20% with coupon | Save 40% with coupon | | Save 15% with coupon |

**From the brand**



AGUDAN

Baby Carrier                    Baby Hip Seat Carrier                    Travel Booster Seat

**Product Description**

## Comfort and Convenience, All in One Hip Seat

**Large Storage Bag**
- More space: No need to carry an extra bag as our carrier has a large storage bag.
- Fit all essentials: Store diapers, wipes and other baby stuff.

**Zipper Pocket**
- Secure storage: Keep your valuables safe in the zipper pocket.
- Multiple uses: Store your phone, wallet, and keys

**Baby Bottle Pocket**
- Hands-free: Keep baby's bottle within reach, hands-free.
- Fits most bottles: The pocket is designed to fit most standard baby bottles.

**Comfort Abdominal Pad Design**
- Innovative padding design for ultimate comfort during extended use
- Breathable and moisture-wicking material to keep you and your baby cool and dry

## Washable Hip Seat for Busy Parents - Ready to Go



**Product information**

**Technical Details**

| | |
| --- | --- |
| Package Dimensions | 10.83 x 10.31 x 6.34 inches |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 44 Pounds |
| Material Type | Cotton |
| Material_composition | Polyester |
| Care Instructions | Machine Wash |
| Batteries required | No |
| Orientation | Front |
| Item Weight | 14 ounces |
| Country/Region of origin | China |

**Additional Information**

| | |
| --- | --- |
| ASIN | B0B2VPJWC4 |
| Customer Reviews | 4.3 ★★★★☆ ▾ 491 ratings 4.3 out of 5 stars |
| Best Sellers Rank | #10,598 in Baby (See Top 100 in Baby) #69 in Child Carrier Slings |

**Warranty & Support**

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to tell us about a lower price? ▾

10/20/23, 10:27 AM          amazon.com/dp/B0B2VPJWC4/ref=sspa_dk_detail_7?psc=1&pd_rd_i=B0B2VPJWC4&pd_rd_w=1Vsnr&content-id=amzn1.sym.386c274b-…

## Compare with similar items



| | This Item AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband for Toddler Child | ANGELBB Baby Infant Hip Seat Carrier with Pockets Lightweight Toddler Waist Stool Seat Belt Carrier (Green) | Bebamour Foldable Hip Seat Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (Black) | Baby Hip Seat Carrier Baby Waist Stool for Child Infant Toddler with Adjustable Strap Buckle Pocket Soft Inner Huge Storage (Khaki) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (491) | ★★★★☆ (542) | ★★★★☆ (104) | ★★★★☆ (2190) |
| Price | $35⁹⁹ | $37⁹⁹ | $39⁹⁸ | $39⁹⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Agudan Global | ANGELBB US | Bebamour | Honch |
| Brand | AGUDAN | ANGELBB | Bebamour | HHOCN |
| Color | Pink-2 | Green | Black | Khaki |
| Size | 0-3 Year | 1 Count (Pack of 1) | one size | 1 Count (Pack of 1) |
| Strap Type | Adjustable Strap | Adjustable Strap | Adjustable Strap | adjustable shoulder strap |

## Videos

Videos for this product



Videos for related products

   

| 0:16 | 0:54 | 0:56 | 2:24 |

AGUDAN Baby Hip Seat Carrier
Agudan Global

Baby Hip Seat Carrier with Shoulder Straps
SUNVENO

GLISOO Waist Stool
Glisoo

ThreeH Baby Hip Seat Belt Carrier
Threen Direct

Easily every infant moms must have
JIKJSSS

Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

  

Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★★ 1,682
$14.99 √prime

NASSBON Hip Seat Baby Carrier Waist Stool with Adjustable Strap Buckle Pocket Soft...
★★★★☆ 21
$34.99 √prime

DLUUU Baby Wrap Carrier, Baby Carrier Newborn to Toddler 8-44lbs, Adjustable...
$35.99 √prime

Baby Carrier Newborn to Toddler, KIDIRA Baby Wrap Carrier, Baby Sling Hands-Free Ba...
★★★★★ 13
$29.98 √prime

CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta...
★★★★★ 112
$45.99 √prime

FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip...
★★★★★ 75
$55.99 √prime

Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect...
★★★★★ 96
$49.99 √prime

Somors Hip Carrier,B Carrier Hip Seat Waist for Baby with Adjusta Strap and ...
★★★★★ 35
$36.99 √prime



Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Waist Stool Newborn to...
★★★★☆ 353

Sponsored ⓘ

Sponsored ⓘ

10/20/23, 10:27 AM                amazon.com/dp/B0B2VPJWC4/ref=sspa_dk_detail_7?psc=1&pd_rd_i=B0B2VPJWC4&pd_rd_w=1Vsnr&content-id=amzn1.sym.386c274b-...



| HKAI | LILLEbaby | Beco | TushBaby |
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |

HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable...
★★★★★ 784
$38.98 List $40.90

LILLEbaby 3-in-1 Ergonomic CarryOn Airflow - Toddler Carrier - with Lumbar...
★★★★★ 1,095
$149.99

Beco Toddler Carrier with Extra Wide Seat - Toddler Carrying Backpack Style and...
★★★★★ 571
$99.99

Tushbaby - Carrier - Mo...
★★★★★
$84.99 List

## Looking for specific info?

### Customer reviews

★★★★☆ 4.3 out of 5
491 global ratings

| 5 star | | 65% |
| 4 star | | 15% |
| 3 star | | 10% |
| 2 star | | 4% |
| 1 star | | 7% |

⌄ How customer reviews and ratings work



sponsored ⓘ

### Reviews with images



See all photos ›

[ Top reviews ⌄ ]

### Top reviews from the United States

**Rachel Abernathy**

★★★★★ **a must have for little ones**
Reviewed in the United States on October 15, 2021
Color: Pink   Verified Purchase

I bought this while I was babysitting a 2 month old. Honestly, this saved my back and shoulder. What I love most about it, was being able to hold her while making her bottle or doing other chores. I could move her into different positions while keeping one arm across her for stability. It also made feedings easier and she loved the front facing position the best because she could see everything that was going on around her. It's money well spent considering you can use this all the way up to toddler years when they want to be on your hip all the time. Now that I'm not babysitting anymore, I passed it down as a gift to my son to use with my newborn grand daughter. I wish they had these years ago when my kids were babies

[ Helpful ]  [ Report ]

**Christina Gentry**

★★★★☆ **Convenient but a little painful after a while**
Reviewed in the United States on October 2, 2023
Color: Gray   Verified Purchase

I love this for it's ease of use. I walked my 5mo old down the aisle for a wedding that she was a flower girl in and this held her in place perfectly. After maybe an hour or so it behinds to hurt my hips and shoulders. So not the best for long term use.

[ Helpful ]  [ Report ]

**Krishia Shantr' B. Sevilla**

★★★★★ **Ease**
Reviewed in the United States on October 11, 2023
Color: Gray-2   Verified Purchase

I purchased this because my 2.5 year old loves to be held. Especially when she is having a bit anxiety or is over stimulated.
I have another brand already and decided to get another one (this one) so we have one in each car. Best decision I made.

[ Helpful ]  [ Report ]

**Amazon Customer**

★★★★★ **Lifesaver**
Reviewed in the United States on July 31, 2025
Color: Gray   Verified Purchase

Where has this thing been?! I used this on a beach trip and my 3 yo fell asleep. I was able to complete a mini golf course with my sleeping little one! Easy to change hips bc the plastic does get a bit uncomfortable after a while. I can also twist it around to my back so he can piggyback while I'm almost hands free, be sure to use the seatbelt type strap. I like the little seatbelt strap so I know he won't fall. Its also super convenient to not bring a diaper bag, the space under the seat fits 2 diapers, a small pack of wipes, and my card wallet. Other pockets hold cell phone and a sippy cup. Bought it for Disney and have been using it leading up to the trip and plan to use the should strap also.

One person found this helpful

[ Helpful ]  [ Report ]

**Jaded1**

★★★★★ **Great helper!**
Reviewed in the United States on August 24, 2023
Verified Purchase

This product is wonderful! I'm a grandma and sometimes it's hard to get stuff done with a little one in your arms. This is great, my little one gets to help and feel secure with just one hand. It is so easy to adjust when

10/20/23, 10:27 AM                     amazon.com/dp/B0B2VPJWC4/ref=sspa_dk_detail_7?psc=1&pd_rd_i=B0B2VPJWC4&pd_rd_w=1Vsnr&content-id=amzn1.sym.386c274b-...









10/20/23, 10:27 AM          Sunveno Convinient Ergonomic Baby Carrier Infant Hip Seat Toddler Waist Seat Stool Carrier Baby Carrier Adjustable Comfortable - AliExp…

**View more**

## Specifications

| Model Number | HC2963 | Carriers Type | Front Carry,Front Facing,Face-to-Face,Side Carry |
| --- | --- | --- | --- |
| Pattern Type | Solid | Load Bearing | 19kg,20kg |
| Material | Polyester | Brand Name | Sunveno |

**View more**

**People also searched**

Related Search

10/20/23, 10:27 AM                Sunveno Convinient Ergonomic Baby Carrier Infant Hip Seat Toddler Waist Seat Stool Carrier Baby Carrier Adjustable Comfortable - AliExp...

| sunveno baby carrier | tula carrier infant insert | infantino flip front2back carrier | infantino carrier cozy premium | used ergo baby carrier | ergonomic carrier baby |
| soft infant carrier | ergonomic baby carrier cotton | baby carrier ergonomic | baby ergonomic carrier | ergonomic baby carrier | ergonomic baby carrier 3 |

Ranking Keywords

| hipseat kangaroo | baby tula carrier | ergo baby carrier 360 infant insert | ergo baby carrier front facing age | wrap sling baby carrier | platform high heels |

This product belongs to Home, and you can find similar products at All Categories, Mother & Kids, Activity & Gear, Backpacks & Carriers.

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



View more

## Specifications

| Model Number | 6606 | Carriers Type | Front Facing,Face-to-Face |
|---|---|---|---|
| Pattern Type | Solid | Load Bearing | 20kg |
| Material | COTTON,Polyester | Origin | Mainland China |

View more

Baby Carrier Waist Stool Walkers Baby Sling Hold Waist Belt Backpack Hipseat Belt Kids Adjustable Infant Hip Seat - AliExpress

**People also searched**

Related Search

| hip carrier infants | c baby hip carrier | baby carriers waist | hipseat ergonomic baby carrier | baby carrier walker | hip carrier for baby | baby hip carriers |

| hipseat carrier | baby hip carrier | baby carrier hip | hip carrier baby | hip carrier kids |

Ranking Keywords

10/20/23, 10:27 AM                    Baby Carrier Waist Stool Walkers Baby Sling Hold Waist Belt Backpack Hipseat Belt Kids Adjustable Infant Hip Seat - AliExpress

infantino carrier cozy premium      ergonomic baby carrier      baby hip carrier      hip carry baby      ergo baby carrier sale      car dice

This product belongs to **Home**, and you can find similar products at **All Categories, Mother & Kids, Activity & Gear, Backpacks & Carriers.**

## Help

Help Center  Disputes & Reports  Buyer Protection  Report IPR Infringement  Regional Information  Integrity Compliance

## AliExpress Multi-Language Sites

Russian  Portuguese  Spanish  French  German  Italian  Dutch  Turkish  Japanese  Korean  Thai
Vietnamese  Arabic  Hebrew  Polish

## Browse by Category

All Popular  Product  Promotion  Low Price  Great Value  Reviews  Blog  Seller Portal  BLACK FRIDAY  AliExpress Assistant

## Alibaba Group

Alibaba Group Website  AliExpress  Alibaba  Alipay  Tmall  Alibaba Cloud  Alibaba International
AliTelecom  DingTalk  Juhuasuan  Taobao Marketplace  Tmall  Taobao Global  1688.com

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions
for EU/EEA/UK Consumers · User Information Legal Enquiry Guide  ©2010-2023 AliExpress.com. All rights reserved.  增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



       

AGUDAN Baby Hip Carrier – Ergonomic Waist Stool with Adjustable Waistband...
★★★★☆ 491
$35.99 √prime
Save 10% with coupon

Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect...
★★★★☆ 96
$49.99 √prime
Save $6.00 with coupon

FLEEROSE - Baby Hip Carrier - New Ergonomic Bench Design, Multiple Pockets & Lumbar...
★★★★☆ 74
$56.99 √prime
Save 40% with coupon

CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta...
★★★★☆ 112
$45.99 √prime
Save 20% with coupon

Baby Hip Carrier Doctor Recommended,Baby Carrier with Hip Seat All Body Types,Toddl...
★★★★★ 3
$29.66 √prime
Save 10% with coupon

Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Wais...
★★★★☆ 151
$45.99 √prime

Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen...
★★★★☆ 3,883
$84.99 √prime

Baby Hip Seat Carrier, Ergonomic Waist Stoo for Child Infant with Adjustable Strap...
★★★★☆ 19
$38.99 √prime
Save 20% with coupon

## Product Description

Baby carrier can provide different methods of use. The detachable baby safety belt design allows the waist stool can be used alone or in combination, only to protect the baby's healthy development. With side pocket,super convenient, suit for carrying phone,card,key,wallet, or other must-haves for baby

Our baby carrier was designed to ergonomic, keep your baby natural M-type sitting and to grow up healthy, providing a static position with thighs supported to the knee joints. encouraging a natural sitting position with baby's thighs at hip level to promote healthy hip development.

Infant Waist Stool evenly distributes your baby's weight so you don't have to constantly switch sides or strain your back. With flexible carry positions and padded abdominal pad designs, Effectively reduces the stress on your back whenever you carry baby at home, at work or while you travel.



Baby sling carrier wrap-grey  Baby sling carrier wrap-pink  Baby sling carrier wrap-warm sand  Baby sling carrier wrap-black  Baby carrier-grey  Baby carrier-black

Baby carrier cover-pink  Baby carrier cover-green  Baby carrier cover-brown  Baby car seat cover-grey  Baby car seat cover-black  Baby car seat cover-warm sand

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 10 x 9 x 4 inches |
| Item model number | Baby carrier |
| Minimum weight recommendation | 6 Pounds |
| Maximum weight recommendation | 48 Pounds |
| Material Type | Cotton |
| Care Instructions | Hand Washable or Machine Washable |
| Number Of Items | 1 |
| Orientation | Front |
| Item Weight | 12.8 ounces |
| Country/Region of origin | China |

### Additional Information

| | |
|---|---|
| ASIN | B09MCTRP8S |
| Customer Reviews | 4.0 ★★★★☆  105 ratings  4.0 out of 5 stars |
| Best Sellers Rank | #30,300 in Baby (See Top 100 in Baby)  #184 in Child Carrier Slings |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal rights of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

10/20/23, 10:27 AM                    amazon.com/Carrier-Ergonomic-Lightweight-Toddlers-Children/dp/B09MCTRP8S/ref=sr_1_21?crid=3V4F2L7I9J0KG&keywords=hip+carr…

## Compare with similar items



| | This item Baby Carrier Seat Hip Newborn, Ergonomic Hip Infant Carrier for Mom Dad Lightweight Waist Stool for Toddlers, Children, Babies Shower Gift 6-48 lbs Grey | Bebamour Foldable Hip Baby Carrier, Advanced Adjustable Waistband Extender Baby Hip Seat Carrier for 0-36 Month Baby (Black) | Baby Hip Seat Carrier Baby Waist Stool for Child Infant Toddler with Adjustable Strap Buckle Pocket Soft Inner Huge Storage (Grey) | ThreeH Baby Hip Seat Belt Infant Waist Stool Strap Outdoor Toddler Seat Carrier BC10,Red |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (105) | ★★★★★ (104) | ★★★★☆ (2190) | ★★★★☆ (1076) |
| Price | $25⁹⁹ | $39⁹⁸ | $39⁹⁹ | $25⁹⁸ |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | Thirteen-moon | Bebamour | Honch | ThreeH Direct |
| Brand | shsyue | Bebamour | HHOON | ThreeH |
| Color | Grey | Black | Grey | Red |
| Strap Type | Removable Strap | Adjustable Strap | shoulder strap | Adjustable Strap |

## Videos

**Videos for this product**          **Videos for related products**


0:58
Baby hipseat carriers shsyue
Thirteen-moon


0:45
HUIFEN baby carrier with hip seat
Huifen


1:20
Baby Hip Seat Carrier
Rough Road 2015


2:24
ThreeH Baby Hip Seat Belt Carrier
ThreeH Direct


Traditional baby carrier LOVE IT!
Our Favorite Things



Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping


Hip Seat Baby Carrier-
CPC Certified-Ergonomic
Design for Newborns &
Toddlers, Big S...
$37.99 ✓prime


Baby Carrier Newborn to
Toddler, KIDIRA Baby
Wrap Carrier, Baby Sling
Hands-Free Ba...
★★★★☆ 13
$29.98 ✓prime


NASSBON Hip Seat Baby
Carrier Waist Stool with
Adjustable Strap Buckle
Pocket Soft ...
★★★★☆ 21
$34.99 ✓prime


Baby Wrap Carrier with
Hip Seat, Windproof
Cap, Bite Towel as Well
as 6 and 1 Conve...
★★★★☆ 167
$40.99 ✓prime


FLEEROSE CPC Certified
Hip Seat Baby Carrier
New Ergonomic Bench
Design, Multiple P...
★★★★☆ 20
$56.99 ✓prime


CozyOne - CPC-Certified
Hip Seat Baby Carrier –
New Ergonomic Bench
Design, Adjusta...
★★★★☆ 112
$45.99 ✓prime


Momcozy Hip Seat Baby
Carrier - Adjustable
Waistband with Original
3D Belly Protect...
★★★★☆ 96
$49.99 ✓prime

FLEEROSE - CPC-
Certified Hip Seat Bal
Carrier - New Ergono
Bench Design, Multip...
★★★★☆ 75
$55.99 ✓prime

6,644

Add to Cart

Sponsored ⓘ

Sponsored ⓘ

10/20/23, 10:27 AM          amazon.com/Carrier-Ergonomic-Lightweight-Toddlers-Children/dp/B09MCTRP8S/ref=sr_1_21?crid=3V4F2L7I9J0KG&keywords=hip+carr...



| HKAI | LILLEbaby | Momcozy | Beco |
|---|---|---|---|
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |

| HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable... | LÍLLÉbaby Complete All Seasons Ergonomic 6-in-1 Baby Carrier Newborn... | Momcozy Baby Wrap Carrier Slings, Easy to Wear Infant Carrier Slings for Babies... | Beco Toddli - Toddler Ca |
|---|---|---|---|
| ★★★★☆ 764 | ★★★★★ 2,966 | ★★★★★ 5,431 | ★★★★★ |
| $38.98 List: $49.98 | $99.99 | $32.99 | $99.99 |

**Looking for specific info?**

**Customer reviews**

★★★★☆ 4 out of 5

105 global ratings

| | |
|---|---|
| 5 star | 57% |
| 4 star | 10% |
| 3 star | 14% |
| 2 star | 8% |
| 1 star | 10% |

˅ How customer reviews and ratings work

**Reviews with images**                                      See all photos ›



[ Top reviews ˅ ]

**Top reviews from the United States**

[ Translate all reviews to English ]

Amazon Customer

★★★★★ **OMG! This thing is awesome**
Reviewed in the United States on September 30, 2023
Color: Grey   Verified Purchase

I bought this to carry around my grandson and holy cow it is awesome. I first used it to carry him around the zoo and boy does it help take off the weight on your hips and lower back.

[ Helpful ]   Report

Amanda Herrick   VINE VOICE

★★★★★ **Must have!**
Reviewed in the United States on December 29, 2021
Color: Grey   Verified Purchase

This makes it so much easier to carry around my baby and still feel somewhat hands-free since I only have to hold with one arm and I don't have to bend back in order to use one arm to do something around the house. It comes with a strap to go around the baby's waist I don't use that right now but I imagine once the baby has more control of his head and upper body then that will come on handy then and could possibly have both hands-free. I have also a body wrap carrier but this allows him to feel more free as I carry him. And it's also less work to put it on and get him in and out of it. This item helps with carrying him around allowing him to view things and also whenever I am rocking him to sleep again it helps my back not having to hold all that weight. You do have to put this on higher up than you would imagine just because the weight of the baby weighs the front down but once I figured that out this is a godsend and I wish I would have had it with me first.

11 people found this helpful

[ Helpful ]   Report

Adolfo Medina Galindo

★★★☆☆ **casi perfecto**
Reviewed in the United States on April 1, 2023
Color: Black   Verified Purchase

no llego la cinta que es para sostener al bebe y darle soporte en la espalda si no fuera por eso hubiera sido perfecto

One person found this helpful

[ Helpful ]   Report

Translate review to English

New mom

★★★★☆ **Better than expected**
Reviewed in the United States on December 30, 2022
Color: Grey   Verified Purchase

Great purchase in terms of usefulness. Quality is average. So I think price is right.

2 people found this helpful

[ Helpful ]   Report

10/20/23, 10:27 AM          amazon.com/Carrier-Ergonomic-Lightweight-Toddlers-Children/dp/B09MCTRP8S/ref=sr_1_21?crid=3V4F2L7I9J0KG&keywords=hip+carr...



Kenz

★★★★★ I would buy another one!

Reviewed in the United States on July 9, 2022

Color: Black   Verified Purchase

This is a lifesaver! My 5 month old hates being in his car seat while shopping and just wants to be held. This makes it SO much easier to shop while holding him! I even use it around the house! It's very well made and the seat is very sturdy!

6 people found this helpful

Helpful     Report

Claire J. Harr

★★☆☆☆ Meh

Reviewed in the United States on July 10, 2022

Color: Black   Verified Purchase

This hip seat was very uncomfortable. I didn't feel like there was enough support and the seat is so small my la kept falling off. The other hip seat carrier I bought from another brand had an easy to grip handle type of thing on the bottom so I can give better support so the baby doesn't call off, but because this one had the waist straps (which the baby hated) it didn't provide. Overall didn't really enjoy.

2 people found this helpful

Helpful     Report

Ronald Leftige

★★★★★ Sturdy. Made well.

Reviewed in the United States on June 10, 2022

Color: Black   Verified Purchase

So happy. I'm a 65 grammie. Precious is only 16 pounds but she is hard to carry around. We have a rescue farm. I will really enjoy this for her and me.

8 people found this helpful

Helpful     Report

Leslie S.

★★★★★ Well worth it!!!!

Reviewed in the United States on July 16, 2022

Color: Grey   Verified Purchase

The BEST thing to buy with a baby that wants to be held all the time!! My back doesn't hurt as much!

3 people found this helpful

Helpful     Report

See more reviews ›



Acrabros Baby Wrap Carrier,Hands Free Baby Carrier...
★★★★★ 17,266
$22⁹⁹ /prime



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Start Selling with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become a Delivery Driver | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Your Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

10/20/23, 10:27 AM          amazon.com/Carrier-Ergonomic-Lightweight-Toddlers-Children/dp/B09MCTRP8S/ref=sr_1_21?crid=3V4F2L7I9J0KG&keywords=hip+carr...



10/18/23, 2:04 PM                              Ergobaby Alta Hip Seat Baby Carrier– SoftFlex Mesh: Midnight Blue

**Win up to $500 Worth of Ergobaby Products**

Free Shipping

Instructions
Carriers Strollers Bouncers High Chairs Swaddlers
Sleep Bags Infant Inserts Nursing Pillows

Support
FAQ Shipping and Taxes Returns
Warranty Email Us Contact Us
Customer Care:
support@ergobaby.com

Learn
Blog Travel with Baby Benefits of Babywearing Babywearing Tips Science Behind
BabyWearing How to Videos Sleep Breastfeeding Pregnancy & Birth

| Carriers **SHOP BY COLLECTIO N** Aerloom Omni Embrace 360 Aura Baby Wrap Hip Seal Away Certified Refurbished Carriers | **SHOP BY AGE** All Ages Newborn 4 mos. – 4 years Which Carrier is Right for Me? | **NEW AND FEATURED** Limited Edition Sale Bundled Savings | **ACCESSORI ES** Infant Inserts Drool Pads Weather Covers Doll Carriers Carrier Storage Bags All Accessories | Strollers Metro+ Stroller Metro+ Deluxe Stroller Accessories | Bouncers Evolve Bouncer Bouncer Accessories | Feeding Evolve High Chair 3-in-1 Evolve Chair Chair Accessories Tableware Nursing Pillow Nursing Pillow Cover | Sleep Swaddlers Baby Sleep Bags On the Move Sleep Bags Which Sleep Product is Right for Me? | Collections Evolve Aerloom Limited Edition Certified Refurbished Carriers | Sale Bundled Savings Sale Certified Refurbished Carriers |



Get Holiday Early Access  ✕

  Help



10/18/23, 2:04 PM                              Ergobaby Alta Hip Seat Baby Carrier– SoftFlex Mesh: Midnight Blue

Alta Hip Seat Baby Carrier - Midnight Blue

★★★★★ 46 Reviews 💬 1 Questions \ 1 Answers

$129.00

**Color** Midnight Blue

**Free Sleep Gift with any carrier purchase over $100**

Your convenient and versatile up and down carrier so you can keep up with your little one without compromising your own comfort.

- Breathable Mesh
- Effortlessly converts from carrier to hip seat ...

Read more +



| ADD TO CART |
|:---:|

Add to Registry

Carry your precious cargo with confidence. From materials to workmanship we stand by our products. If you find a manufacturing or material defect, we will replace your carrier or part at no charge. That's the ErgoPromise

At A Glance ∧

Outward Facing                                SoftFlex™ Mesh

Supportive Waistbelt                          Flexible, Ergonomic Hip Seat

Pocket                                        Baby Privacy Insert

Breastfed in Carrier                          Reflectivity

Product Features ∨

Carry Modes ∨

Awards / Certificates ∨

Instructions ∨

FAQS ∨

Reviews

REVIEW HIGHLIGHTS

★★★★★

*"The waistband, straps, and buckles are super comfortable and feel very secure...."*

Melissa L.

Other Top Rated Baby Products for New Parents

10/18/23, 2:04 PM                    Ergobaby Alta Hip Seat Baby Carrier– SoftFlex Mesh: Midnight Blue



10/18/23, 2:07 PM          FEBFOXS Baby Carrier Newborn to Toddler, 6-in-1 Baby Carrier with Hip Seat Lumbar Support (12-45 Pounds), Adjustable Removable Soft Ergonomic Baby Sling Carrier for Everyday Family Events - Walmart.com

Baby   /   Baby Activities & Gear   /   Baby Carriers   /   Front and Hip Carriers

Safety > **Parenting made easier**





**$39.98**

Sunveno Baby Hipseat Carrier, Ergonomic Hip Seat for Newborn Toddlers 6-48lbs

+ Add



**$36.99**

Options from $36.99 - $40.99

Baby Hip Seat Carrier, Stylish Hip Seat Baby Carrier for Newborns to 8-66 lbs Toddlers, Various Pockets, Adjustable Waistband, Ergonomic Non Slip Toddler Carrier for Breastfeeding & On-The-Go (Black)

★★★★★

Options



**$11.67**

Baby Carrier Baby Hip Carrier Ergonomic Infant

+ Add

## About this item

### Product details

FEBFOXS is committed to providing reliable quality products with professional research and innovation, to help modern families enjoy more secure and convenient parenting. When doing housework, baby often cry and need your care? When going shopping ,taking a walk or get through the airport, you need to hold children all time? When chatting with your friends, you're afraid of baby falling? When hiking or walking, you need to take care of the baby? At this time, you need a FEBFOXS hip seat carrier for baby, a light and breathable baby sleeping tool, so that the baby seems to be in the mother's arms, full of security. The hip seat baby carrier is nice to your hands free and save more worry.

- 【Soft & Breathable Material】Baby carrier has 100% high quality pure cotton fabric with 3D breathable mesh fabric, comfortable, ultra soft, very friendly, and breathable, which effectively protects the baby's delicate skin from scratching, and is suitable for all seasons. And baby carriers provide 100% quality assurance, helping to take care of your baby's growth and be your family.

- 【6-in-1 Ways To Carry】Baby carrier newborn to toddler has 6 ways to wear, depending on different periods of growth, choose a way that best fit your baby's favorite. Straps and stool feet cushions can be used separately. The baby carriers are suitable for various ages( 0-36 months and weighing 7-45 lbs. According to the different ages of children, there are also appropriate methods for reference.

- 【Ergonomic Comfortability】 35° tilt waist stool, baby naturally fits mother's body, safe and comfortable. A broad and firm padded seat ensures a correct ergonomic natural "M" position in all carry positions as the baby grows, provides additional comfort so less parts of the carrier protecting your baby from rough friction on the go.

- 【Multifunctional Baby Carrier】 1. Detachable sun visor and robe cap provide warmth in the winter and freshness in the summer and can even be used as a privacy cover for nursing mothers. 2. Zipper buckle is designed for easy disassembly and cleaning. 3. Special velcro/Trinly fastens but will not attach any hair or hurt your clothes. 4. There are 2 pockets on the waist, allowing you to access the baby bottle, your phone, keys, credit cards, etc.

- 【Adjustability & More Practical】 Thick sponge padded shoulder strap and extra wide waist belt, both of these are adjustable to allow parents to find the most comfortable fit for their baby and themselves. The added cotton cushion on the abdomen part effectively and highly reduces weight pressure from the baby. Reducing abdominal pressure and friction, making parents and babies more comfortable.

- Specifications:
  Super Long Adjustable waist belt: Max 45.5 inches
  Material: 100% cotton
  Babies age: newborn to toddler (0-36 months)
  Weight Range: 7-45 lbs (3.18-23.41 kg)
  Weight: 2 pounds

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### About the brand

10/18/23, 2:07 PM   FEBFOXS Baby Carrier Newborn to Toddler, 6-in-1 Baby Carrier with Hip Seat Lumbar Support (12-45 Pounds), Adjustable Removable Soft Ergonomic Baby Sling Carrier for Everyday Family Events - Walmart.com



See More ▾

## Specifications

**Brand**
Febfoxs

**Color**
Bule

**Manufacturer**
FEBFOXS

## Warranty

**Warranty Information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section. If any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the Contact seller feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

## Warnings

⚠ WARNING: More

↩ Report incorrect product information

## Refine your search

🔍 baby seater for carrying    🔍 infant baby carrier    🔍 hiking toddler carrier    🔍 baby chest carrier    🔍 toddler carriers up to 65 lbs    🔍 carries baby    🔍 hip carrier    🔍 baby carrier 6 in 1

🔍 Hip seat baby carrier

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

**4.7** out of **5**

★★★★★ (389 reviews)

[ See all reviews ]   [ Write a review ]

| | |
|---|---|
| 5 stars | 277 |
| 4 stars | 56 |
| 3 stars | 7 |
| 2 stars | 7 |
| 1 star | 0 |



**Most helpful positive review**

★★★★★

**Style and Comfort Combined**
This carrier is doing well with a wide range of adjustability, ensuring a perfect fit for both parent and baby.

1 might / Sarg

Originally posted on Addxdaa.com

VS

**Most helpful negative review**

★★☆☆☆   Verified Purchase ✓

**It's okay**
It's not plus sized friendly at all. I'm not even that big and it wouldn't fit me correctly. It sat on the upper rib cage area and not my hips. Baby seems okay too. It's kinda flimsy.

more   Heleyra Aayjuale



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant: TushBaby, Inc.



Mark:

**DECLARATION PURSUANT TO 37 C.F.R. §2.20**

Tamara Rant, under penalty of perjury, declares as follows:

1.      I am the Founder and Chief Executive Officer of TushBaby, Inc. ("Applicant") and, as such, am authorized to make this declaration on behalf of Applicant in support of Applicant's application for trade dress registration.

2.      I am familiar with the facts and circumstances surrounding Applicant's widespread



use of Applicant's mark,                               ("Applicant's Mark," "TushBaby Pocket Design Trade Dress", or the "TushBaby Trade Dress") of the subject application in connection with its applied-for goods, namely, Class 18: Pouch baby carriers; baby carriers worn on the body; baby carriers worn on the hip with storage for carrying babies' and parents' accessories (Applicant's applied-for goods bearing Applicant's Mark are hereby referred to as the "TushBaby Hip Carrier"), based on my personal knowledge and or the records and files Applicant keeps in the normal course of business.

3.      In or around April 2018, TushBaby, Inc. was founded.

4.      In or around May2018, Applicant's Mark was first used in commerce online at

tushbaby.com.

5.      Applicant's baby carrier features a unique seat pocket design that was designed by Founder and Chief Executive Officer, Tamara Rant.  Every TushBaby Hip Carrier features the TushBaby Pocket Design Trade Dress regardless of color, material, and size.

6.      The TushBaby Pocket Design Trade Dress pocket comprises of a pocket and a flap, with a snap on the flap and label above the snap.

7.      In or around May 2018, Applicant launched a Kickstarter Campaign to manufacture larger shipments of the TushBaby Hip Carrier to meet high customer demand.[1]

8.      In or around May 2018, the TushBaby Trade Dress was featured by *Daily Mail* on an episode of *Give Me This* accumulating over 375,000 views on Facebook.[2]

9.      In or around May 2018, the TushBaby Trade Dress was featured by *Playfull* on Facebook which received over 1 million views.[3]

10.     In or around June 2018, the TushBaby Trade Dress was featured in *Insider* which received over 50 million views.[4]

11.     In or around June 2018, the TushBaby Trade Dress was featured by BestProducts.com on Facebook which received over 1 million views.[5]

12.     In or around June 2018, at the close of the Kickstarter Campaign, 1,370 backers had pledged a total of $124,212.[6]

13.     In or around August 2018, I was interviewed by Bontena Brand Network regarding the company's wildly successful Kickstarter Campaign promoting the TushBaby Trade Dress.[7]

---

[1] Exhibit A, TushBaby: Carry your kid. Stash your stuff. Save your back. by Tammy Rant—Kickstarter
[2] *Id*. Every parent needs one of these! | Every parent needs one of these! | By Daily Mail | Facebook
[3] *Id*. This Baby Carrier Takes The Ouch Out Of Carrying Your Little One | This baby carrier will make your back feel so much better!

14.    In or around January 2019, the TushBaby Trade Dress appeared on the famous

business reality television show, *Shark Tank* on ABC.[8] The episode was watched by 3.7 million

viewers in the U.S.[9]

15.    In or around January 2019, the TushBaby Trade Dress was featured on *Daily Mom

Parenting Magazine* as the "Most Innovative Baby Product for 2019."[10]

16.    In or around January 2019, the TushBaby Trade Dress was featured in

BestProducts.com.[11]

17.    In or around February 2019, the was featured in *PopSugar Magazine*.[12]

18.    In or around August 2020, the TushBaby Trade Dress was featured on *Good

Morning America*.[13]

19.    In or around March 2021, the TushBaby Trade Dress was featured on *CNBC*.[14]

20.    In or around February 2022, the TushBaby won a *Mom's Choice Award* which is

"globally recognized for establishing the benchmark of excellence in family-friendly media,

products, and services."[15]

21.    In or around July 2022, the TushBaby Trade Dress was featured in *HuffPost*.[16]

22.    In or around August and September 2022, the TushBaby Trade Dress was featured

in *BuzzFeed* as a product that "makes life easier" and "worth the hype."[17]

23.    In or around December 2022, the TushBaby Trade Dress was featured in a

YouTube Short by social media influencer @SierraStephenIRL which received over 1 million

[8] *Id*. Tush Baby - Shark Tank - YouTube
[9] *Id*. Golden Globes adjust up: Sunday final ratings – TV By The Numbers by zap2it.com (archive.org)
[10] *Id*. Most Innovative Baby Products For 2019: TushBaby » Read Now! (dailymom.com)
[11] *Id*. TushBaby Is the Baby Carrier Every New Parent Needs in 2019 (bestproducts.com)
[12] *Id*. TushBaby Shark Tank | POPSUGAR Family
[13] *Id*. Huge savings from woman-owned small businesses - Good Morning America
[14] *Id*. The First 5 Minutes: TushBaby (cnbc.com)
[15] *Id*. PR: Mom's Choice Awards Honorees – February 2022 - Mom's Choice Awards (momschoiceawards.com)
[16] *Id*. The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life
[17] *Id*. 30 Splurge-Worthy TikTok Products That Make Life Easier (buzzfeed.com); 55 TikTok Products That Are
Worth All The Hype (buzzfeed.com)

views and just under 80,000 likes.[18]

24.     In or around December 2022, the TushBaby Trade Dress was featured in *New York Magazine*'s *the Strategist* described as a "lifesaver" and something you "can't live without."[19]

25.     In or around January 2023, the TushBaby Trade Dress was featured in Busin*ess Wire* covering Applicant's rapid growth since its appearance on Shark Tank in 2019.[20]

26.     In early 2023, global infringers and counterfeiters began flooding US and international marketplaces utilizing the TushBaby Trade Dress to trade off of Applicant's goodwill and confuse consumers. Applicant receives complaints of customers who mistakenly purchased infringing or counterfeit products featuring the TushBaby Trade Dress who thought they were purchasing a TushBaby Hip Carrier manufactured by Applicant and were upset to purchase poorly made products.[21]

27.     In 2023, Applicant initiated an enforcement program against such infringers and counterfeiters.

28.     In 2022, Applicant sold four-times the number of units sold in 2019, amounting to 117,000 units sold in 2022.

29.     To date, the #tushbaby hashtag on TikTok has reached over 95 million impressions in reference to the TushBaby, solidifying Applicant's continuous and substantial presence among consumers.[22]

30.     Today, Applicant's social media pages enjoy hundreds of thousands of followers, with 250,000 followers on TikTok[23] and over 100,000 followers on Instagram.[24] Videos featuring the TushBaby Trade Dress have garnered hundreds of millions of views in the aggregate.

---

[18] *Id.* a brutally honest review of the tush baby carrier - YouTube
[19] *Id.* Strategist Best Bets December 19 2022 | The Strategist (nymag.com)
[20] *Id.* Shark Tank Alum Tushbaby Reaches $10 Million in Revenue in 2022 | Business Wire
[21] Exhibit B.
[22] Exhibit A. #tushbaby | TikTok
[23] *Id.* tushbaby (@tushbabyshop) | TikTok
[24] *Id.* Tushbaby (@tushbaby) • Instagram photos and videos

31.     The TushBaby Trade Dress has been the subject of extensive third-party partnerships, such as Nordstrom, Crate and Barrel, Target, and Walmart, to name a few. Through these distribution partnerships, the TushBaby Trade Dress has reached multiple millions of consumers.[25]

32.     Applicant has generated over $10 million in revenue in 2022 of which 100% is a direct result of sales of the TushBaby Trade Dress.

33.     Total revenue of products bearing the TushBaby Trade Dress is approximately $33 million.

34.     Applicant expends $4 million annually on marketing and advertising for the TushBaby.  Applicant has expended $12 million in marketing and advertising expenditures for the TushBaby since 2018.

35.     The TushBaby Trade Dress has received extensive unsolicited and solicited global press, most notably on social media, especially TikTok, by popular influencers with millions of followers.[26]

36.     There are thousands of positive videos, comments, and verified reviews across social media and online retailer platforms praising the TushBaby, for example, Amazon alone has over 3,000 five-star reviews.[27]

37.     As a result of Applicant's substantially exclusive and continuous, widespread use of Applicant's Mark for the past five years, and the extensive solicited and unsolicited press Applicant's Mark has received, consumers exclusively associate Applicant's Mark with

---

[25] *Id.* Shop TushBaby Online | Nordstrom; Tushbaby Grey Hip Seat Baby Carrier + Reviews | Crate & Kids (crateandbarrel.com); Tushbaby : Target; Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen on Shark Tank, Ergonomic Carrier for Newborns & Toddlers, Grey - Walmart.com
[26] *Id.* SHARE WITH EVERYONE!! #parents #parentsoftiktok #tushbaby #baby #babie... | TikTok; Don't run, walk

Applicant. As such, Applicant's Mark has acquired secondary meaning and should therefore be entitled to registration on the Principal Register.

38.     I further declare that all statements made herein are of my own knowledge, are true and that all statements made on information and belief are believed to be true.

Dated: November 22, 2023

_Tammy Rant_

Walnut Creek, California                                        Tamara Rant

# TushBaby Seat Pocket Trade Dress Acquired Distinctiveness 2(f) Affidavit (TUSHB-TM1) (1 of 2)

Final Audit Report                                                   2023-12-04

| | |
|---|---|
| Created: | 2023-11-22 |
| By: | Vanessa Camino (vanessa@esca.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHzkBneSMNhavO5dZgEKBFyaKKNC6LJtT |

## "TushBaby Seat Pocket Trade Dress Acquired Distinctiveness 2(f) Affidavit (TUSHB-TM1) (1 of 2)" History

Document created by Vanessa Camino (vanessa@esca.legal)
2023-11-22 - 5:42:46 PM GMT

Document emailed to Tammy Rant (tammy@tushbaby.com) for signature
2023-11-22 - 5:42:51 PM GMT

Email viewed by Tammy Rant (tammy@tushbaby.com)
2023-11-27 - 7:28:47 PM GMT

Email viewed by Tammy Rant (tammy@tushbaby.com)
2023-12-04 - 7:36:17 PM GMT

Document e-signed by Tammy Rant (tammy@tushbaby.com)
Signature Date: 2023-12-04 - 7:36:31 PM GMT - Time Source: server

Agreement completed.
2023-12-04 - 7:36:31 PM GMT

Adobe Acrobat Sign



TushBaby Shark Tank | POPSUGAR Family



**P O P S U G A R**    ☑ SUBSCRIBE   ☰

ENTERTAINMENT   FASHION   BEAUTY   WELLNESS   FAMILY   MUST HAVE   JUNTOS   VIDEO

FAMILY › BABY SHOPPING

## This Genius Baby Carrier Means You'll Never Have to Put Your Child on Your Hip Again

By Rebecca Brown
Updated on 1/17/2019 at 10:72 AM

9/11/23, 4:49 PM                                           TushBaby Shark Tank | POPSUGAR Family



Amazon

As POPSUGAR editors, we independently select and write about stuff we love and think you'll like too. If you buy a product we have recommended, we may receive affiliate commission, which in turn supports our work.

I recently had to get very creative. I was in the middle of a 250-plus-mile road trip, just me and my daughter and our dog, when I had to go to the bathroom. I didn't want to carry the car seat into the bathroom with us, so I put her in her baby carrier and went to the bathroom with her like that, essentially sitting on my lap. It was weird, unusual, and, I'm guessing, one of the many things on-the-go parents come up with when strapped for time.

I wish I'd had the TushBaby Baby Carrier ($80) with me. Unlike traditional baby carriers where the child is completely strapped in like they're on a swing or amusement park ride, the TushBaby is more of an unrestricted seat. It's super easy to get them in and out (or on and off, rather), and it takes the weight off your arms and lower back. The belt fastens in a breeze, and you can place baby facing you or facing out. There are

9/11/23, 4:49 PM                                    TushBaby Shark Tank | POPSUGAR Family

also pockets so you can store diapers, wipes, and anything else you might need. If you find baby carriers bulky and constricting, you'll definitely want to try this out.



**TushBaby Baby Carrier**
$80

$80 AT AMAZON



RELATED

The Best Move I Made Was Ignoring Everyone's Baby Carrier Advice and Buying This One Instead

BABY SHOPPING · PARENT SHOPPING



**Be in the Know**

Sign up for astrology, pop culture moments, TikTok trends, relationship advice, and much more.

Your Email Address                                                                SUBSCRIBE

☐ I am 21+ years old

By signing up, I agree to the Terms and Privacy Policy.

ADVERTISEMENT



HOME · HALLOWEEN

## Preserve a Little Piece of Summer With These DIY Pressed-Flower Pumpkins

By Chanel Vargas

9/11/23, 4:49 PM                                    TushBaby Shark Tank | POPSUGAR Family



Instagram | farmerlefinds

As POPSUGAR editors, we independently select and write about stuff we love and think you'll like too. If you buy a product we have recommended, we may receive affiliate

READ FULL ARTICLE

## SPONSORED CONTENT



**Pro Editing by PhD-Editors**
DISSERTATION EDITOR



**1 Teaspoon Before Bed Can Burn Belly Fat Like Never Before**
GETFITTODAYONLINE



**Average Retirement Savings: Are You Normal?**
SMARTASSET



**[Photos] Her Dress At The Oscars Will Be Spoken About For Centuries**
STREET INSIDER



**Vanguard vs. Fidelity vs. Schwab**
SMARTASSET



**Don't Play This Game if You Are Under 40 Years Old**
BUZZDAILY WINNERS



**[Photos] Christina Applegate, 51, Lost the Ability to Walk without A Cane**
CULTURESS



**Common Signs of Prostate Cancer Everyone Should Know**
SMARTCONSUMERINSIDER

Recommended by Outbrain

## RELATED

**FAMILY** YESTERDAY
The Best Mineral Sunscreens For Kids – That Go on Practically Clear





FAMILY  09/09/2023
Yes, the "One Chip Challenge" Is Just as Dangerous as You've Heard



FAMILY  09/08/2023
When Should Kids Stop Sleeping With Their Parents? Here's What the Experts Say



FAMILY  09/08/2023
The 22 Best YouTube Channels For Kids



FAMILY  09/07/2023
The Best Halloween Costumes For Families of 4 (or Friend-Group Foursomes)



FAMILY  09/07/2023
The 15 Best Halloween Costume Ideas For a Family of 3



FAMILY  09/07/2023
Barbie's New "Women in Sports" Dolls Are a Major Win For Athletes and Fans



FAMILY  09/07/2023
10 Healthy Snacks For Kids' Lunch Boxes



FAMILY  09/06/2023
I Interviewed My Boyfriend About How He Felt When I Told Him I Was Unexpectedly Pregnant

9/11/23, 4:49 PM                                                                    TushBaby Shark Tank | POPSUGAR Family



FAMILY  09/06/2023
Ectopic Pregnancies Are Still So Misunderstood — Here's What to Know



FAMILY  09/06/2023
Jenna Dewan Says Back-to-School Season in Her House Is a "Chaotic, Beautiful Circus"



FAMILY  09/05/2023
These Baby Sleep Products Are All Available on Amazon — and Under $100



LOAD MORE

TushBaby Shark Tank | POPSUGAR Family



9/11/23, 5:57 PM     Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen on Shark Tank, Ergonomic Carrier for Newborns & Toddlers. Grey - Walmart.com

Baby | Baby services & Gear | Baby Carriers | Front and Hip Carriers

Safety☺ Parenting made easier



Roll over image to zoom in

---

$39.98

Sunveno Baby Hipseat Carrier, Ergonomic Hip Seat Lightweight Hipseat Reduce Waist for Newborns Toddlers 6-48lbs

+ Add

$39.99

Options from $39.99 – $40.99

Baby Carrier, Baby Carrier Wraps, Hip Seat Carriers Sling for Child from Newborns to Toddler with Adjustable Long Waistband, Lumbar Support Perfect for 7-66 lbs All Seasons

★★★★★

Options

$21.78

Options from $21.78 – $28.84

Lightweight Baby Toddler Hip Seat Carrier Waist Carrier New

★★★★★

Options

---

## About this item

### Product details

Forget about annoying backpacks, slings and sacks. With TushBaby, you get an easy-to-use, ergonomic baby carrier that comfortably sits right above your hip. It's a strapless seat that helps support your child and evenly distribute their weight so you can avoid painful positions and constant readjustments.

As seen on SHARK TANK, Good Housekeeping, BuzzFeed, Parents Magazine, Redbook, Women's Day, Cheddar, Daily Mail and Best Products, TushBaby is the original and only USA safety certified hip baby carrier. It's doctor approved to help relieve pain in both children and adults, and is verified through SGS testing - a world-leading certification company.

The TushBaby is machine washable and made of durable, high-quality fabric. The plush pad wraps around the waist and provides a comfortable fit for you while the squishy memory foam lined seat makes the perfect perch for baby.

Weighing less than 1 pound, the TushBaby is lightweight and versatile for easy on-the-go use. A large storage pocket beneath the seat is the perfect place to stash diapers and wipes while the side pocket lets you easily access keys, phones and pacifiers. You can even attach toys to your TushBaby thanks to the convenient front loop. Fold it up, for easy transport and take it with you almost anywhere!

- LIGHTWEIGHT & VERSATILE: TushBaby is a soft, ergonomic baby carrier that sits right above your hip. Fits 24-44 inch waist and weighs no other. I pound. Just one solid, sturdy buckle keeps it on - that's it.
- AWARD-WINNING QUALITY & VERSATILITY: Our innovative Mom's Choice Award winning baby seats can be used for newborns up to 1 year old toddlers. Doctor approved, safety-certified design ideal for babies between 8-45lbs
- FOUR CARRYING POSITIONS: 1) resting/breastfeeding, 2) Side carrying, 3) front-facing, and 4) Face-to-Face.
- MULTIPLE STORAGE POCKETS: Let baby comes as a diaper bag with large storage pockets. These storage and store in the storage beneath the seat. Access your keys, phone, and pacifiers to the side pockets. Stow a pacifier in the holder. Attach toys & sanitizer to the loops. And fold it right up for easy transport. Leave your strollers, clunky carriers, purse, and diaper bag in the mirror.
- RELIEVES BACK, SHOULDER STRAIN: TushBaby evenly distributes your baby's weight so you don't have to constantly switch sides or strain your back. TushBaby has a plush pad around the abdomen for you, and the support pad, soft hip seat is lined with squishy memory foam for your baby's fush too.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
TushBaby

**Color**
Grey

**Manufacturer**
TushBaby

**Assembled Product Weight**





Hip Carrier                                     Baby Carrier Seat Support

Chicco Car Seat Recline Sure                    Car Seat After Chicco Keyfit

Moby Hip Carrier                                Grey Carrier

All Baby Carriers & Wraps                        Backpack Baby Carriers

Baby Slings                                      Wrap Baby Carriers

Premium Baby Carriers                            Lillebaby Carriers

9/11/23, 5:03 PM                                    TushBaby Is the Baby Carrier Every New Parent Needs in 2019

HOW TO USE CAMEO    |    BEST NOISE-CANCELLING HEADPHONES    |    THE FLEECE BELT BAG IS BACK    |

Parenting > Baby Products

# TUSHBABY IS THE NEW PARENTING PRODUCT THAT CARRIES YOUR BABY FOR YOU

### *Duh!* It's a *Shark Tank* product.



BY **DANA BAARDSEN**    PUBLISHED: JAN 3, 2019



**TUSHBABY**

There's a hot new item on the market that parents are purchasing and adding to their baby shower registries, STAT.

## TushBaby TushBaby Waist Carrier

9/11/23, 5:03 PM                          TushBaby Is the Baby Carrier Every New Parent Needs in 2019



**$98 AT AMAZON**

**$85 AT NORDSTROM**

TushBaby makes it possible to carry a baby with barely any effort involved. The invention is particularly useful for parents with heavier babies or tots. You simply strap on the TushBaby above your hips, as if you're putting on a belt, and then your little cutie pie has an automatic seat to rest on. And yes, it's a *Shark Tank* product.

More: The Best Baby Carriers and Wraps of 2023



View full post on Facebook

There are four different carrying positions to take advantage of, and beyond providing a cushioned seat for baby's bottom, the gender-neutral carrier might actually be beneficial for Mom or Dad's spine when compared to the natural hip-carrying position. It's doctor-approved and makes it possible for an adult to stand tall (without straining or swaying) while the baby remains practically attached to the hip! Weighing less than 1 pound, it's easy to take the TushBaby just about anywhere and use the pockets to easily store a phone, pacifier, and other essentials.

**Read More:**

60+ Genius Baby and Parenting Products

These Are the Most Brilliant *Shark Tank* Products You Can Buy

These Baby Bath Toys Turn Getting Clean Into a Fun Event

*Follow BestProducts.com on Facebook, Instagram, Twitter, and Pinterest!*



**DANA BAARDSEN**

senior editor at bestproducts.com

dana is the former parenting editor at bestproducts.com, where she's been using her degree in nutrition and food science and experience in parenting editorials to cover trending topics in the family and fitness industries since 2012; her work has been featured on fit pregnancy, refinery 29, redbook, good housekeeping, prevention, men's health, parents, and more. dana also reported for the health vertical at nbc universal's ivillage.com for two years and in 2018 she edited the book, the cool girl's guide to the fodmap diet. in a previous life, dana coached nutrition at wic (women, infants, and children) centers and fitness facilities in new york city, new jersey, and beyond. she's also certified in corporate wellness management and food and alcohol management.

Read full bio

**The best products in the shopping universe, right in your inbox.**

Sign up for our newsletter to get the goods!

| ✉ Drop your email address here | I'M IN! |

By signing up, I agree to the Terms of Use (including the dispute resolution procedures) and have reviewed the Privacy Notice.

## WATCH NEXT



9/11/23, 4:43 PM                     Tushbaby Grey Hip Seat Baby Carrier + Reviews | Crate & Kids



**Give 15%. Get $20.** Refer a friend to earn.

| What can we help you find? | | Orders & Sign In | 0 <sup>0</sup> |



## Tushbaby Grey Hip Seat Baby Carrier

6 Reviews
SKU: 336988
$85.00

**COLOR:** Grey



⦿ Ship It
In stock and ready to ship
ZIP Code: 30084
**Change Zip Code:**

30084

────
Ships free

◯ FREE CURBSIDE PICKUP AT STORE
Select Store

Crate& Crate&   Learn how to earn **$9** in Reward Dollars.*

**Save 10% off full-price items***

**Extras and Essentials**



Tushbaby Hip Seat Baby Carrier Grey Waistband Extender
**$14.99**

ADD TO CART

Find everything you need to know?
Give Us Feedback

FEEDBACK

Details

Reviews
(6)

Dimensions

## Recently Viewed Products



Tushbaby Grey H…
**$85.00**





*Exclusions Apply.        *Exclusions Apply.            *Exclusions Apply.

**Add to cart**           **Add to cart**               **Add to cart**

**Get top deals, latest trends, and more.**   | Email address |   **Sign up**    *Privacy policy*

*See offer details.* Restrictions apply. Pricing, promotions and availability may vary by location and at Target.com

| **About Us** | **Help** | **Stores** | **Services** |
|---|---|---|---|
| About Target | Target Help | Find a Store | Target Circle |
| Careers | Returns | Clinic | RedCard |
| News & Blog | Track Orders | Pharmacy | Target App |
| Target Brands | Recalls | Optical | Registry |
| Bullseye Shop | Contact Us | More In-Store Services | Same Day Delivery |
| Target's Coronavirus Response | Feedback | | Order Pickup |
| Sustainability & ESG | Accessibility | | Drive Up |

Tushbaby : Target



9/11/23, 5:05 PM                                              The First 5 Minutes: TushBaby





SHARE   f   𝕏   in   ✉

SHARK TANK

## The First 5 Minutes: TushBaby

Shark Tank celebrates Women's History Month with TushBaby. TushBaby, created by Tammy Rant, is a baby seat that straps around the hips allowing users to carry babies comfortably. Watch the first 5 minutes and catch this episode of "Shark Tank" tonight at 10P ET on CNBC.

MON, MAR 8 2021 • 12:10 PM EST

**CNBC Prime Team**

## RELATED



The First 5 Minutes: TushBaby

This tech name continues to rally after an already strong year of performance

9/11/23, 5:05 PM                                   The First 5 Minutes: TushBaby



**CNBC TechCheck Evening Edition: August 31, 2023**

**CNBC TechCheck Evening Edition: August 28, 2023**

**CNBC TechCheck Evening Edition: September 5, 2023**

**We think yields will be higher for longer than people think, says AlphaSimplex's Kathryn Kaminski**



**The Late Morning Rundown: September 6, 2023**

## TOP VIDEOS



**Rep. Buddy Carter on 'Fair Tax Act' proposal**



**Wall Street embraces moment of silence for 9/11**

9/11/23, 5:05 PM                                    The First 5 Minutes: TushBaby



**Clock ticking to avert government shutdown**

2 HOURS AGO

**We're trying to turn Bitcoin into a real global payment network, says Lightspark CEO**

2 HOURS AGO



**Qualcomm to supply Apple with 5G modems for iPhones through 2026**

2 HOURS AGO

LOAD MORE ⌄



Subscribe to CNBC PRO                  Licensing & Reprints
CNBC Councils                          Select Personal Finance
CNBC on Peacock                        Join the CNBC Panel
Supply Chain Values                    Select Shopping
Closed Captioning                      Digital Products
News Releases                          Internships
Corrections                            About CNBC
Ad Choices                             Site Map
Podcasts                               Careers
Help                                   Contact

**News Tips**
Got a confidential news tip? We want to hear from you.

GET IN TOUCH

**Advertise With Us**

9/11/23, 5:05 PM                                           The First 5 Minutes: TushBaby



9/11/23, 5:20 PM                 The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



## The Ergonomic Hip Carrier For Babies That TikTok Moms Love

*According to a pediatrician, the incredibly comfortable TushBaby hip seat can reduce strain on your back when holding your kid.*

**By Tessa Flores**

Jul 18, 2022, 05:45 AM EDT



NORDSTROM

**|HUFFPOST|** 

I don't have children of my own, however, I've held enough of them to know they get pretty heavy after a while. A leisurely stroll clutching a 15-pound kiddo on your hip can quickly turn into a strained back, a misaligned spine and an exhausted set of arms that just want to call it quits.

However, one cleverly and ergonomically designed baby carrier has emerged from TikTok to support the tired bodies of caregivers everywhere: The TushBaby hip seat. This innovative and extremely comfortable carrier hooks securely around your waist above the hips using an adjustable safety buckle. The extended memory foam seat offers a stable perch for a child, while the TushBaby better disperses their weight and helps to free up the holder's hands.

According to Dr. Whitney Casares, a board-certified pediatrician based in Portland, Oregon, the considerate design of this wearable seat does more than just make holding a baby more comfortable. It can be safer for them too.

"When the child is resting on the seat facing into the caregiver's hip, this puts the child in an 'M' shape or 'spread squat' position, which keeps the thighs supported and decreases the risk of hip dysplasia for the child," Casares said.

She added that because the carrier — which is suitable for children aged zero to three years (or up to 45 pounds) — sits above the hips and has built-in lumbar support, it "evenly distributes a baby's weight across both caregivers's hips, [and] it can protect against extra stress on the arms, shoulders, back, and neck that often occur with baby carriers."

Jamie Robinson, a former child development specialist and TikToker, agrees that the TushBaby has been a game changer when it comes to alleviating back pain and adding an element of ease to child-carrying.

**▮HUFFPOST▮** 

carrying my son like I normally do when I'm holding him,
Robinson told HuffPost.

In addition to being a handy accessory for outings and events,
Robinson said that the carrier, which can also be used for
breastfeeding, is great for wearing around the house, especially
if you have a clingy baby that wants to be held.

"One of my favorite things about the carrier, apart from how it
has helped my back, is that my little guy likes it SO much
better than a normal carrier. He's never been a fan of being
confined, so a typical carrier has never been a big hit for him,"
she said.

Lehandra Staude, another TikTok mom who believes in the
benefits of TushBaby, points to its functionality and cavernous
compartments as a major bonus point.

"[It has] lots of pockets, so for quick trips, I don't even bring a
diaper bag. I just shove a few diapers, wipes, maybe a spare
change of clothes and go! There's pockets for my phone and
wallet as well!" Staude said.

Below, you can snag one of these comfy carriers for yourself, or
browse some similar options via Amazon, Target, and
BuyBuyBaby.

*HuffPost may receive a share from purchases made via links
on this page. Every item is independently selected by the
HuffPost Shopping team. Prices and availability are subject
to change.*

**▌HUFFPOST▐**



Nordstrom

## The TushBaby carrier

The TushBaby carrier is available in several different fabric options, features a memory foam-lined seat and has a number of storage compartments to fit diapers, bottles, your phone and more. When not in use, the carrier folds away compactly for easy storage, and you can also purchase a waistband extender to accommodate a variety of body types.



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**║HUFFPOST║**



Target

## Moby 2-in-1 carrier

This comfortable-to-wear carrier easily transitions as your child grows and offers four different ergonomic carrying options, including front- and back-facing. The detachable bib adds to the carrier's versatility and allows you to go completely hands-free.



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life

# *HUFFPOST*



Amazon

## Bebamour hip seat

This hip carrier by Bebamour closely resembles the TushBaby seat— it's compact, offers a number of different carrying positions and can help ease back strain when carrying a child. It features release buttons on either side of the anti-slip seat to allow it to fold completely flat and into the attached storage bag.

**$35.98 AT AMAZON**

ADVERTISEMENT

9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life

**_HUFFPOST_**  



Ergobaby

## Ergobaby hip seat baby carrier

The cushioned seat on this transitional carrier from Ergobaby
is large enough to support growing children up to 45 pounds.
A detachable support bib offers hands-free carrying and even
has a tuck-away baby hood that folds out to provide sun
protection. Both the bib and the removable seat cover are
machine-washable and the velcro waistband is wide for the
wearer's comfort.

**$129 AT ERGOBABY**

9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life

# *HUFFPOST*



Amazon

## Bebamour front and back carrier

For even more carrying options and and an added layer of support, this carrier by Bebamour features a detachable and adjustable bib that allows you to wear your baby on your front or back hands-free. It still uses the same wedge seat design and it's available in eight different color options.

**$54.98 AT AMAZON**

**❘HUFFPOST❘**



buybuyBaby

## Chicco SideKick hip seat carrier

Wearable either facing your front or side, this simple hip carrier uses a sturdy non-slip seat so your child stays secure while being held. The structured waist-belt also offers lumbar support for the wearer, and a quick-access zippered compartment on the side lets you store valuables easily.



ADVERTISEMENT

9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life





Amazon

## Honch hands-free baby carrier

This waist stool features a safety band for your child well as a neck strap for the person wearing the carrier to help disperse the weight of the baby. There's also an added bottle holder and large storage compartment built into the front of the carrier.

**$38.99 AT AMAZON**

9/11/23, 5:20 PM       The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life

## *HUFFPOST*

SHOPPING   TODDLERS   TIKTOK   PARENT

ERGONOMIC BABY CARRIER

### This Car Seat Backpack Is A Hands-Free Hack For Flying With Kids


### The One Musical Toy For Kids That Doesn't Drive Me Insane


### 11 Clothing Items That Will Grow With Your Baby


## BEFORE YOU GO



### 28 Outdoor Toys That'll Keep Your Kids Entertained All Summer Long

SEE GALLERY

     VIEW COMMENTS

**Tessa Flores**
Shopping Writer for HuffPost

Suggest a correction

 Do you have info to share with HuffPost reporters? Here's how.



# YOU MAY LIKE

Tab**9**la Feed

**Here's What A Walk-In Shower Should Cost**
Luxury Walk-In Showers Are Now More Affordable Than Ever
West Shore Home Baths Quotes | Sponsored

**Garth Brooks Makes History With Divorce Settlement**
FamilyThis | Sponsored

**Here's What a New Walk-in Shower Should Cost In 2023**
Enter your ZIP code and answer a few questions about your current bathroom setup.
HomeBuddy | Sponsored

**Prime Is Now $179, But Few Know This Free Savings Hack**
Online Shopping Tools | Sponsored

**Movie Critics Called This Mistake "Unforgivable"**
We've never noticed until we did, and now it's all we see when we watch this scene
Science 1st | Sponsored

**[Photos] Octomom's 8 Are All Grown Up - Look What Happened To Them**
Buzzerilla | Sponsored

**A Teaspoon On An Empty Stomach, Drop 32 to 28 Pant Size In A Month**
Older women may burn extra fat by doing this.
Women's Health Diet | Sponsored

**Why Your Firewood Needs This Drill Bit?**
Streamline your firewood cutting with this high-hardness, super-tough Wood Log Splitter Drill Bit – don't miss out!
Dotmalis | Sponsored

**IHUFFPOSTI** 

Dr. Kellyann | Sponsored

**New Electric SUV's Cost Almost Nothing (Take a Look)**

Electric Car Deals | Sponsored

**Pee-wee Herman Actor Paul Reubens' Cause Of Death Confirmed**

HuffPost

**Sharon Osbourne Names The Rudest Celebrity She's Ever Met**

HuffPost





# ❚HUFFPOST❚

## MORE IN LIFE



**FOOD & DRINK**

### Do You Have Peeing Issues? These Foods And Drinks May Be To Blame.



**WELLNESS**



**IHUFFPOSTI**



TRAVEL

## Poop Emergencies Can Ruin Entire Flights. Here's What Everyone Should Know



WORK/LIFE

## Jimmy Fallon's Reported Behavior Shows That A 'Moody Boss' Is The Worst 'Bad Boss' Of All

9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



PARENTING

## The Funniest Tweets From Parents This Week



PARENTING

## The 1 Thing Financial Experts Say You Should Teach Your Kids Early



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**HOME & LIVING**

## This New Coming-Of-Age Comedy Is A Top Movie On Netflix Right Now



**HOME & LIVING**

## A Soapy Romance Is The Top Show On Netflix Right Now



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**SHOPPING**

## We Found A Bento-Style Lunch Box At Walmart That Doesn't Cost A Fortune



**SHOPPING**

## Pet Halloween Costumes That Your Picky Furball Might Actually Wear



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life

‖**HUFFPOST**‖



SHOPPING

## The Tiny, Powerful Blender That Our Food Editor Uses Way More Than Her Vitamix



SHOPPING

## Reviewers In Their 40s Are Pretty Fond Of These 24 Products (And Their Reviews Will Show You Why)





**SHOPPING**

## Just 26 Things Under $20 That'll Make Life Easier For Parents This School Year



**SHOPPING**

## This MCM-Style Furniture Is All Under $200 At Walmart



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**SHOPPING**

# If You Travel A Lot And Still Don't Have Any Of These 44 Products, You're Doing It Wrong



**SHOPPING**

# 30 Ridiculously Handy TikTok Products You Probably Haven't Heard Of Yet



**❚HUFFPOST❚** 

## iPhones Have A Built-In White Noise Feature That No One Knows About



SHOPPING

## 29 Personal Care Products That'll Make Slightly Cringe-Worthy Problems More Manageable



SHOPPING

**‖HUFFPOST‖** 

On Sale Now



PARENTING

**Some People Are Actually Participating In Their Own C-Sections. Here's How It Works.**



SHOPPING

**Save A Whopping 70% On A Highly Rated Cookware Set At Walmart**

9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**SHOPPING**

## 21 Shoes For Anyone Who Likes Walking But Hates Foot Pain



**FOOD & DRINK**

## Pumpkin Spice Spam? Google Reveals Each State's Unique P.S. Obsession



**IHUFFPOSTI**



HOME & LIVING

## The 8 Biggest Mistakes People Make With A Power Of Attorney



SHOPPING

## Get Better Foot Support With These Podiatrist-Recommended Shoe Inserts



9/11/23, 5:20 PM                The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**SHOPPING**

## Gen Z Is Selling Out These Throwback Sneakers. Here's Where You Can Still Snag A Pair.



**WELLNESS**

## 7 Things Stroke Doctors Say You Should Never, Ever Do





**STYLE & BEAUTY**

## Dermatologists Swear By These Products To Treat Skin Discoloration And Dark Spots



**SHOPPING**

## These Reviewer-Approved Comfortable Walking Sandals Look Like A Much Pricier Pair



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**HOME & LIVING**

## The Rudest Things You Can Do While Hosting Overnight Guests



**WELLNESS**

## What Is Peptic Ulcer Disease? Here's Why It Happens And How To Spot It.



**▌HUFFPOST▌** 

**WELLNESS**

## How To Tell If Someone Is 'Sadfishing' You On Social Media



**SHOPPING**

## Save A Whopping 70% On A Highly Rated Cookware Set At Walmart



**SHOPPING**

9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



50% Off Today



WELLNESS

## Here's Who Should Get The RSV Vaccine This Fall



SHOPPING

## Reviewers Who Stand All Day Say These Are The Most Comfortable Shoes



**│HUFFPOST│**



**RELATIONSHIPS**

## 6 Signs A Non-Monogamous Relationship Might Be Right For You



**SHOPPING**

## 10 Home Goods That Look Just Like Their Pricier Doppelgängers



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



SHOPPING

## 32 'Treat Yourself' Products That Actually Make Your Life A Lot Easier



SHOPPING

## 10 Anti-Aging Sheet Masks That Reviewers Say Actually Work



9/11/23, 5:20 PM                    The Ergonomic Hip Carrier For Babies That TikTok Moms Love | HuffPost Life



**BEST BETS** | DEC. 19, 2022

# From Hilary Swank's Greenhouse to the Most Desirable Socks

By The Editors



**14** items in this article
**5** items on sale!

Illustration: Lalalimola

An all-over-the-place assortment of stood-behind products culled from this very website that appear in the December 19 issue of *New York* Magazine.

# Best in Class

## An Extremely Giftable Bathrobe



## ist

Swank's Greenhouse to the Most Desirable Socks



### Coyuchi Unisex Cloud Loom Organic Robe      $178

When it's mid-December and you can't figure out what to buy for the people in your life whose tastes you're entirely
unfamiliar with, it's time to consider a fail-safe classic—like, say, a bathrobe from Coyuchi, the more-than- three-decade-old

California company consistently recommended by interior designers and various experts for its extra-soft bedsheets, towels, and robes.
Coyuchi's shawl-collared Cloud Loom Organic Robe is admittedly pricey, but according to the many people we spoke to on the subject, it's worth it. Because it's made of the same long-staple cotton found in the brand's best-selling bath towels, it's exceedingly, unusually fast-drying. "It doesn't sacrifice weightiness for absorbency or vice versa," says wellness coach Daphne Javitch. And the Cloud Loom just *feels* right. According to Reshma Patel, founder of now-closed jewelry store Quiet Storms, "It's the dreamiest robe out there."

---

# Trust Me, I Should Know

...............................................................................................................

## The Best Gifts to Buy Before They Sell Out, According to Trend Forecasters

At the Strategist, it's become an annual tradition to talk to experts to uncover the hottest items of the holiday season before they sell out. Last year, such gifts included highbrow-lowbrow collabs like Fendi x Skims, Bubble Clogs from Simon Miller, and bright balaclavas. Below, some of their predictions for this year's bunch. —*Ambar Pardilla*



**Collina Strada x Melissa Puff Sandals**

$170

| $170 AT SSENSE |
| :---: |

| $179 AT COLLINA STRADA |
| :---: |

**Recess x Codie O'Connor Paddle**

$98

| BUY AT RECESS PICKLEBALL |
| :---: |



### Maison Margiela Satin Tabi Ballerinas

$690

$690 AT SSENSE

$690 AT MATCHESFASHION

### Comme Si La Boxer Alta

$158

BUY AT COMME SI

### Cult Gaia Calla Pearl Earrings

$198

BUY AT MODA OPERANDI

### Zara Soft Knit Sweater

$48

BUY AT ZARA

# What I Can't Live Without

## Daniel Kwan's Massage Tool



### Body Back Buddy Classic Trigger-Point Massage Tool

~~$50~~ now 38% off                                                    $31

"I go really hard with this; it's kind of gross. You can hear the muscles breaking down. The cool thing is there's all sorts of knobs. Sometimes I'll do the ball of my foot. Even right now, talking about it is giving me this withdrawal feeling that I need to be working on my neck."

# Molly Yeh's Baby Carrier



**Tushbaby Hip Seat Carrier**                                    $85

"The Tushbaby is a lifesaver—a back-saver. I've used it with both of my kids, and one is in, like, the 96th percentile for weight. They perch on top of it, then I can hold on to them really easily with one hand. Plus I use the pockets all the time. I put my phone in there, lip balm, and random Barbie shoes I'm picking up off the ground because they're a choking hazard."

# Hillary Swank's Greenhouse



**Growing Spaces 15' Growing Dome Small Greenhouse Kit**                $9,950

"We live at 9,600 feet and grow fruits and veggies all year round in this thing, even in freezing conditions. The windows open and close automatically based on the temperature outside. Our neighbor in Colorado invited us over for dinner, and we saw it in their yard; you can design the inside in whatever way your heart desires, and in the middle of theirs, they had a table. It was so cozy."

# Our Shopping Cart

## The Hole Punch One Editor Uses to Save Sagging Belts



## XOOL Leather Hole Puncher                                    $15

Deeply unsexy, maybe, but this leather hole punch has been so useful. I noticed my favorite belts slumping forward at my waist, especially worn with jeans I had taken in. This punch lets me add a couple of new holes with a rotating head of varying widths. Now, the black leather Mango belt I recently picked up that's a size too big (my size was out of stock) sits just right. —*Tshepo Mokoena*

# Please Advise

## Some Cold-Weather Running Gear

In his latest underline column, Chris Black responded to a reader who needed help choosing some clothes for winter runs. Here, three of his suggestions.



**Nike Shield Phenom Men's Running Gloves**                              $50

"You gotta protect your paws, and these Nike gloves do the trick in a very simple way. The silicone grip allows you to check your Strava mid-run with ease. A must."



**Arc'teryx Bird Head Toque - Fluidity/Labyrinth**              $45

"Leave it to the Canadians to keep the dome covered. Unfortunately, this beanie was worn by Frank Ocean a few years ago, but it is affordable, super-warm, and comes in a handful of colors. The classic Arc logo cannot be beat."



**Icebreaker Men's Merino 260 Tech Thermal Leggings With Fly**                    $125

"Before the upsetting trend of finance bros rocking them to Equinox, running tights were mostly worn by runners braving cold temperatures. These have no unnecessary bells and whistles."

# Assistant Files

## The Socks One Assistant Had to Buy for 25 Clients

We asked six assistants to tell us about the most memorable, unusual, or hardest-to-find holiday gifts they've had to buy, including Marcella, whose boss is

the CEO of a production company and who was asked to buy Comme Si socks for 25 clients—and wasn't provided shoe sizes.



**Comme Si Yves Sock - Sapphire**                                    $30

"It was one of those moments where you have to keep your composure, like, 'Oh, no problem,'" Marcella says. She first asked colleagues who had worked closely with the clients to guess their shoe sizes, then found all of the recipients on Instagram. "I'm looking at their feet, screenshotting pictures, and blowing them up," she says, explaining that she used a photo of her own foot for scale to estimate the women's sizes. "People would walk up to my computer like, 'What are you doing?' I'm like, 'Listen, mind your business.'" (For the men, she figured that even if the medium/large was too baggy, it could be worn with boots.) Marcella then made a mood board to gauge which colors would go best with each client's aesthetic and referenced it to assemble everyone's custom three-pack when the socks arrived. She ended up getting all of the sizes correct.

# This Thing's Incredible

# This Fold-Up Case Lets Me Travel With Six Pairs of Glasses



**Megrez Glasses Organizer Case**                              $24

When traveling, most people bring a pair of sunglasses. Not me—I bring an entire wardrobe of eyewear to match various outfits. I used to have different cases bouncing around my suitcase, which was annoying because I had to open each one to find what was inside. Then I discovered this handy, foldable glasses organizer. There are six triangular pockets, and when the case is rolled up, the base of each section becomes a lid for the one below it. It takes up about as much space as a Dopp kit. —*Alyse Whitney*

# 2x2

---

## <u>A Rolling Luggage Matrix</u>

Soft shell and <u>hard shell</u> <u>cases</u> for every budget. —*Rachael Griffiths*



**Travelpro Maxlite 5 Softside Lightweight Expandable Upright Luggage**

~~$170~~ now 15% off

$144

Nylon soft shell, under $300.

9/11/23, 5:32 PM                                    Strategist Best Bets December 19 2022 | The Strategist



**Away Carry-On**                                             $275

Polycarbonate hard shell, under $300.



**Osprey Sojourn Wheeled Travel Pack - 80L**                    $395

Nylon soft shell, over $300.



**Rimowa Essential Cabin Case - Pine**                    $875

Polycarbonate hard shell, over $300.

*Want more stories like this one?* **Subscribe now** *to support our journalism and get unlimited access to our coverage. If you prefer to read in print, you can also find this article in the December 19, 2022, issue of* New York *Magazine.*

---

*The Strategist is designed to surface the most useful, expert recommendations for things to buy across the vast e-commerce landscape. Some of our latest conquests include the best acne treatments, rolling luggage, pillows for side sleepers, natural anxiety remedies, and bath towels. We update links when possible, but note that deals can expire and all prices are subject to change.*

TAGS:   THE STRATEGIST   BEST BETS   NEW YORK MAGAZINE

```
💬  LEAVE A COMMENT
```

# TODAY'S TOP CLICKED



### Rains Small Weekend Travel Bag
$60  $85  30% off

```
BUY AT NORDSTROM
```



### Ilse Jacobsen Tulip Slip-On Sneaker (Women)
$56  $94  40% off

```
BUY AT NORDSTROM
```



### Babolat Pure Strike 16/19 Tennis Racquet
$199

```
BUY AT AMAZON
```

**Asics Gel-Resolution 9 Tennis Shoes (Women's)**
$114 ~~$150~~ 24% off

BUY AT AMAZON

STRATEGIST TESTED

**Article Lenia Panel White-Oak Bed (Queen)**
$999

BUY AT ARTICLE

# RELATED STORIES

From Fat Joe's Favorite Tees to Ugly-Cool Kitchen Shoes

From Stylish Shorts to Mario Lopez's Hair Cream

From Top Pickleball Paddles to Tasteful Red Rugs

From Lily Rose-Depp's German Sandals to Cool Trucker Hats

## The 16 Very Best Bath Towels

## From an Autonomous Lawn Mower to the Best Basket Lights

## The 10 Very Best Foam Rollers

## From Better Boat Shoes to a Trusty Target Bathing Suit

## From Insect-Shaped Brooches to the 'Bentley of Stoves'

## From Vintage Orange-Juice Carafes to Tamron Hall's Prepper Kit

MORE STORIES ▶

Strategist Best Bets December 19 2022 | The Strategist

# the Strategist

Beauty | Home | Kitchen & Dining | Fashion | Electronics | Kids & Babies

Gift Guides | Fitness

    

ABOUT THE STRATEGIST | ABOUT NEW YORK MAGAZINE

NEWSLETTERS | HELP

CONTACT | PRESS

MEDIA KIT | WE'RE HIRING

PRIVACY | TERMS

AD CHOICES | DO NOT SELL MY INFO

ACCESSIBILITY

THE STRATEGIST IS A
VOX MEDIA NETWORK
.
© 2023 VOX MEDIA, LLC. ALL RIGHTS RESERVED.

9/11/23, 4:36 PM Shop TushBaby Online | Nordstrom

**Buy online, pick up in store**—it's quick and convenient. Pickup Options

# NORDSTROM

Search for products or b    Sign In ⌄    Stores    Purchases    0

Sale   Women   Men   Kids   Designer   Shoes   Activewear   Home   Beauty   Gifts   Explore

Home / Brands / TushBaby

## TushBaby

**Free Pickup** —

Set your location to see what's available near you.

Set location

**Category** —

TushBaby

**Kids**

Baby

Baby Gear

**TushBaby**

6 items

Sort by featured



**Tushbaby**

**Tushbaby**
Lite Hip Seat Carrier

**Tushbaby**

**Tushbaby**
Hip Seat Carrier

https://www.nordstrom.com/brands/tushbaby--21654

1/4

9/11/23, 4:36 PM                                                                    Shop TushBaby Online | Nordstrom

Color    +

Price    +

Hip Seat Carrier

**$85.00**

★★★★★ (16)

Hip Seat Carrier

**$83.00**

Quilted Faux Leather Hip
Seat Carrier

**$115.00**

**$98.00**



**Tushbaby**
Lite Hip Seat Carrier

**$83.00**

★★★★★ (1)

**Tushbaby**
Hip Seat Carrier

**$115.00**

## Recently Viewed

9/11/23, 4:36 PM                                                              Shop TushBaby Online | Nordstrom

Tushbaby

**$98.00**

**Get a $60 Bonus Note!**
This offer for new Nordstrom credit cardmembers ends
September 24. Restrictions apply.
Apply Now



Get Email
Updates:            Email Address            Sign up

| Customer Service | About Us | Stores & Services | Nordstrom Card & Rewards | Nordstrom, Inc. | Get our apps |
|---|---|---|---|---|---|
| Contact Us | All Brands | Find a Store | The Nordy Club Rewards | Nordstrom Rack | |
| Order Status | Careers | Free Style Help | Apply for a Nordstrom Card | Investor Relations | |
| Shipping | Corporate Social Responsibility | Alterations & Tailoring | | Press Releases | |

9/11/23, 4:36 PM                                              Shop TushBaby Online | Nordstrom

| | | | | |
|---|---|---|---|---|
| Return Policy & Exchanges | Diversity, Equity, Inclusion & Belonging | Pop-In Shop | Pay My Bill | Nordstrom Media Network |
| Price Adjustments | Get Email Updates | Virtual Events | Manage My Nordstrom Card | |
| Gift Cards | Nordstrom Blog | Spa Nordstrom | | |
| FAQ | The Thread | Nordstrom Restaurants | | |
| Product Recalls | Nordy Podcast | Nordstrom Local | | |
| 🇺🇸 United States | | | | |

Privacy      Your Privacy Rights      Terms & Conditions      California Supply Chains Act      ©2023 Nordstrom, Inc.





## Shark Tank Alum Tushbaby Reaches $10 Million in Revenue in 2022

*With 100% year-over-year growth in 2022, Tushbaby topped best-seller and baby registry lists worldwide.*



Tushbaby can also be used to breast and bottle feed, taking the weight off the shoulders, back and arms. The carrier can hold up to 45 lbs and be used to carry infants to toddlers in different positions. (Photo: Business Wire)

January 18, 2023 04:27 PM Eastern Standard Time

WALNUT CREEK, Calif.--(BUSINESS WIRE)--Tushbaby, creator of the original strapless hipseat carrier for babies and toddlers, announced today that it reached $10 million in revenue and 100% year-over-year growth in 2022.

Following its launch on ABC's Shark Tank in early 2019, Tushbaby has seen rapid growth year-over-year since its first appearance on the show. Over $10 million in revenue was generated by Tushbaby in 2022. In the last 18 months, their product line has expanded from its original model to include a wide range of new fabrics and patterns, as well as a more streamlined version of the original carrier and a miniature cross-body diaper bag.

As one of the only baby carriers that can be used from birth to three years of age, Tushbaby has grown in popularity. The unique design allows new parents to breastfeed, bottle feed, and burp their babies while multiple carrying positions allow the baby to interact with their caregivers and the world around them. While providing adults with much-needed lumbar support, Tushbaby also promotes bonding, physical development, and emotional growth in babies. As one of the few carriers that accommodate plus-size caretakers, the brand has aimed to be body inclusive.

This year, Tushbaby became a viral sensation on TikTok, with fans around the world sharing rave reviews. Tushbaby has also been praised for being inclusive to people of all ages, sizes, and abilities. Tushbaby offers a Waistband Extender that easily fastens onto the original carrier to add up to 23 extra inches in length.

About Tushbaby

Tushbaby came out of pure and simple necessity: our founder, Tammy Rant, couldn't find an easy and comfortable way to carry her kids, nor could she find a carrier that her kids enjoyed being in. She knew other parents had the same problem. It was a pain in her arms and a strain on her back to shift her kids from hip to hip every five minutes. Strollers were too bulky. Strap-in carriers were too complicated. And wraps and sacks were too hot and sweaty.

So Tammy created Tushbaby, a unique, strapless baby carrier to help caregivers carry their kids comfortably, stash their stuff conveniently, and save their backs — thankfully. Tushbaby is sold online, in retailers worldwide, and on Amazon. Visit www.Tushbaby.com for more info.

## Contacts
Press@tushbaby.com



9/11/23, 5:50 PM                      SHARE WITH EVERYONE!! #parents #parentsoftiktok #tushbaby #baby #babie... | TikTok

| Search | Q | | + Upload | Log in | ⋮ |

⌂ For You

⚇ Following

⊘ Explore [New]

📹 LIVE

Log in to follow creators, like videos, and view comments.

**Log in**

503.3K

972

17.4K

4517

00:07 / 00:37

You may like



relatable!
#relationship
#relationshipmen
the_relationship_mem
2h ago ♡ 13.1K

**Emotionally Attur
- Sadia Khan -
Credits: Untemp**
mindset.goated
2h ago ♡ 2090

**SHARE!
#warnin
#danger...**
iamjordanwilson
4d ago ♡ 254.1K

👤 **abbieherbert** ✓          **Follow**
AbbieHerbert · 2022-6-13

SHARE WITH EVERYONE!! #parents #parentsoftiktok #tushbaby #baby #babiesoftiktok #poot #mom #momsoftiktok ...

♫ Music For a Sushi Restaurant - Harry Styles

**972 comments**

Log in to comment

 **FIONA NIEMASZYK**
I love the model walk
2022-6-13    ♡ 6180    Reply
View 1 reply ⌄

 **JENA** ✓
NEEED !!! They get heavyyyyyyyy 😂 😂 😂
2022-6-14    ♡ 3280    Reply
View 4 replies ⌄

 **Amanda**
This....but with a strap to go around them so you literally do not need to hold them at all
2022-6-13    ♡ 2066    Reply
View 4 replies ⌄

👤 **AbbieHerbert** ✓ · Creator
It's from @tushbaby i ordered mine on amazon 🎀

#trustme #her #l
#quotes #viral
#mygirl #relatabl
tblack_
9h ago ♡ 30.1K

© 2023 TikTok



9/11/23, 5:50 PM                    SHARE WITH EVERYONE!! #parents #parentsoftiktok #tushbaby #baby #babie... | TikTok







# PR: Mom's Choice Awards Honorees – February 2022

🏠 › PR: MOM'S CHOICE AWARDS HONOREES – FEBRUARY 2022



For Immediate Release: 03/3/22

## Mom's Choice Awards® Names Best Products & Services of February 2022

**Summary**: Mom's Choice Awards® is pleased to announce the latest products and services to earn our distinction. The products and services you see here have been rigorously evaluated by consumers and experts around the world and are held to the highest standards of excellence.

**Full Release:**

Mom's Choice Awards® (MCA) evaluates products and services created for children, families, and educators. The program is globally recognized for establishing the benchmark of excellence in family-friendly media, products and services. The evaluation process uses a proprietary methodology in which entries are scored on a number of elements including production quality, design, educational value, entertainment value, originality, appeal and cost.

"Our aim is to introduce families and educators to best-in-class products and services," explains Dawn Matheson, Executive Director of the Mom's Choice Awards®. "We are passionate about helping families grow emotionally, physically and spiritually. Parents and educators know that products and services bearing our seal of approval are high-quality, great value purchases. The MCA evaluation program is designed to incorporate the expertise of scientists, physicians and other specialists; but we also engage parents, children, educators, and caregivers because they are experts in knowing what is best for their families."

This month, Mom's Choice Awards® has selected winners in the following categories:

- Online Resources
- Gear, Accessories & Personal Use
- Food & Supplements
- Educational Products & Electronic Learning
- Apps and Software
- Children's Picture Books
- Toys, Games & Puzzles
- Juvenile Level 1 (Ages 5 to 8)
- Juvenile Level 2 (Ages 9 to 12)
- Young Adult Books
- Adult Books
- Miscellaneous

## Online Resources


Black Belt Bruce
BlackBeltBruce.com
Silver – Online Resources

## Gear, Accessories & Personal Use


Simple Wishes SuperMom Bralette
Simple Wishes
Gold – Gear & Accessories: Clothing



HOFISH 3 Pack Seamless Clip Down Deep V Neck Push Up Nursing Bra Maternity Bras 3PACK Inlcuding Extenders & Clips

HOFISH

Gold – Gear & Accessories: Clothing



HOFISH Women's Over The Belly Pregnancy Support Breathable Maternity Shorts

HOFISH

Gold – Gear & Accessories: Clothing



HOFISH Women's Ultra-Soft Thermal Bottom Underwear Stretchy Maternity Long Leggings Yoga Pants for Pregnancy

HOFISH

Gold – Gear & Accessories: Clothing



HOFISH Silicone Baby Spoon – 100% Food Grade Silicone Spoons for Baby Led Weaning – Designed by a Pediatric Feeding Specialist – 1-6mos+ BPA Free

HOFISH

Gold – Gear & Accessories: Feeding



Tushbaby Hip Carrier

Tushbaby, Inc.

Gold – Gear & Accessories: Travel



Quid Stroller

Inglesina

Gold – Gear & Accessories: Strollers



SPLATZ™ Naturally Fun Hand Soap

One Fun Company

Gold – Personal Use Products (Skin Care, Health Care, etc.): Children

# Food & Supplements



Dr. Branam's Xylitol Toothpaste

nutrixusa

Gold – Food & Supplements: Children

## Educational Products & Electronic Learning



Wonder Garden

Etonkids Educational Group

Gold – Educational Products: Toddlers



Triangle Math Flash Cards

Think Tank Scholar

Gold – Educational Products: Ages 5 to 8



Contixo V8 / V9 / V10 / V10+ / K102 Kids Tablets

Contixo, Inc.

Silver – Educational Products: Ages 5 to 8

## Apps and Software



Toddler Games for 3 Year Olds

IDZ Digital Private Limited

Gold – Apps & Software: Toddlers



LEGO® DUPLO® MARVEL

StoryToys

Gold – Apps & Software: Preschoolers

Dr. Seuss Deluxe Books app

Oceanhouse Media, Inc.

Gold – Apps & Software: Ages 5 to 8



Prodigy Math

Prodigy Education

Gold – Apps & Software: Ages 5 to 8



Kartoon Channel!

Genius Brands International

Gold – Apps & Software: Ages 5 to 8



Amazon Kids+

Amazon

Gold – Apps & Software: Ages 5 to 8



Mightier

Mightier

Gold – Apps & Software: Ages 9 to 12



Troomi Safe smartphones for kids

Troomi Wireless, Inc.

Gold – Apps & Software: Ages 9 to 12

## Children's Picture Books



Zealy's New Blessings: The Adventures of Zealy and Whubba Book 5 Series 1

Written by Roe DePinto; Illustrated by Roe DePinto and Robin Gulack

Outskirts Press self-published

Silver – Children's Picture Books: Adventure, Adventurers & Heroes

The Storm Tree

Written by Hélène Ferreira; Illustrated by Creature of Habit – Creative by Nature;

Edited by Boutique Books

Self-published

Gold – Children's Picture Books: Fantasy, Myths & Legends



Let My Colors Go

Written by Courtney Filigenzi; Illustrated by Shennen Bersani

Courtney Filigenzi

Gold – Children's Picture Books: Growing Up / Personal Growth



Fred Gets Frustrated – A Children's Calm Down Book: With Calming Activities Flashcards

Written by Jennifer C. Kelly; Illustrated by Stephen Stone; Edited by Jennifer Rees, Brooke Vitale

JC Kelly

Gold – Children's Picture Books: Growing Up / Personal Growth



Sue's Sky

Written by Lulu Buck; Illustrated by Chrys Zyx and Tristan Owen

FriesenPress

Gold – Children's Picture Books: Growing Up / Personal Growth



Welcome to Planet Positive

Written by Susan Ross; Illustrated by Jessica Pavelock; Edited by Lori Mortensen

Mascot Books/Mascot Kids!

Gold – Children's Picture Books: Inspirational / Motivational



PAWS and THINK! Never Give Up

Written by Miranda Mittleman; Illustrated by Indos Studios

Mascot Books

Gold – Children's Picture Books: Poetry



Dinosaurs Living in My Hair!3: An Underwater Adventure

Written by Jayne M. Rose-Vallee, Illustrated by Bonnie Helen Hawkins

ROSEVALLEE CREATIONS, LLC

Gold – Children's Picture Books: Poetry



Jesus Loves Me – Sound Book

Written by Hello 2 Kids; Illustrated by Gayoung BB Yang; Edited by Yong Pil Choi

Hello 2 Kids

Gold – Children's Picture Books: Religion & Spirituality



Santa's Lost Buttons

Written by Kirsty-Louise Garbutt; Illustrated by Meneer Marcelo; Edited by Brooke Vitale

Perfect Reasons Publications

Gold – Children's Picture Books: Seasonal, Holidays & Festivals



Tales from a Penny: A Trip to the Park

Written by Byrd Britt; Illustrated by Fulton Books; Edited by Fulton Books

Fulton Books

Silver – Children's Picture Books: Sports & Recreation



Kindness is my Superpower: A children's Book About Empathy, Kindness and Compassion

Written by Alicia Ortego

Alicia Ortego Books for Kids

Gold – Children's Picture Books: Values & Life Lessons

## Toys, Games & Puzzles



Personalized Leyadoll (Strawberry) with Gift Bag – 2 Skin Tones

Producer

Gold – Toys, Games & Puzzles: Babies



Coconut My First Toddler Swing

Swurfer

Gold – Toys, Games & Puzzles: Toddlers



NightBuddies® Sleepy Sea Life 15

Napa Valley Toys USA

Gold – Toys, Games & Puzzles: Preschoolers



BubbleLick Natural Flavored Bubbles

Bubble Universe

Gold – Toys, Games & Puzzles: Preschoolers



Soothing Snuggler

Erica Gergely

Gold – Toys, Games & Puzzles: Preschoolers



Zookeepers and Friends

The Petting Zoo

Gold – Toys, Games & Puzzles: Ages 5 to 8

## Juvenile Level 1 (Ages 5 to 8)



Andi's Valentine Tree: A Dance-It-Out Creative Movement Story for Young Movers

Written by Once Upon a Dance; Illustrated by Emilia Rumińska

Once Upon a Dance

Gold – Juvenile Books (Level 1 – Ages 5 to 8): Activities, Crafts & Hobbies ( Includes Puzzles & Games)



Tall Boots

Written by Linda Wilson; Illustrated by 1000 Storybooks

Linda Wilson

Silver – Juvenile Books (Level 1 – Ages 5 to 8): Fiction – General



The Llove Llama Travels the 7 Continents

Written by Monica Talbot- Kerkes, Sharla Charpentier; Illustrated by Aljon Inertia

Book Endeavors

Gold – Juvenile Books (Level 1 – Ages 5 to 8): Fiction – General



In Ryland's Pocket

Written by Lisa K Hallett; Illustrated by Chelsea L. Gonzalez

Lisa K Hallett

Gold – Juvenile Books (Level 1 – Ages 5 to 8): Fiction – General



My Big Notebook

Written by Carla A. Carlisle; Illustrated by Quadasia Prescod; Edited by Junior Editor: My son, JC.

Carla A Carlisle, LLC

Gold – Juvenile Books (Level 1 – Ages 5 to 8): Self-Improvement

# Juvenile Level 2 (Ages 9 to 12)



Addy's Journey to her Forever Home

Written by Nicole Schryer; Illustrated by Brittany Koncler

Compassion Enriched LLC

Gold – Juvenile Books (Level 2 – Ages 9 to 12): Inspirational / Motivational

# Young Adult Books



The Fragrance of a Girl's World: Because Girls are Created Equally Different

Written and illustrated by Donna Manley

Christiana Press LLC

Silver – Young Adult Books: Inspirational / Motivational

# Adult Books



Taking The Cape Off: How to Lead through Mental Illness, Unimaginable Grief and Loss

Written by Patrick J Kenny; Illustrated by Aldren Gamalo, Eric D. Groleau; Edited by Sarah Aschenbach

Global Wellness Media

Gold – Adult Books: Non-Fiction – General



Babies Build Toddlers: A Montessori Guide to Parenting the First 18 Months

Written by Mariana Bissonnette; Illustrated by Samantha Morales-Johnson, Esma Bošnjaković, Brenda Citlali Brambila, Tracy Nishimura Bishop, Alisha

Nicole Brumfield, Sophia Marie Pappas, Chie Ushio (Cover Design)

Self-Published / Printed through Blurb Inc

Gold – Adult Books: Parenting – General

## Miscellaneous



SwagBOARD Twist T580 Hoverboard

SWAGTRON

Gold – Miscellaneous: Other

## Press Release Information

To contact individual award-winners, use the links to their company websites to contact them directly.

To contact Mom's Choice Awards® about our program, use these links:

Website: http://www.momschoiceawards.com

Facebook: http://facebook.com/momschoiceawards

Twitter: http://twitter.com/momschoiceawards

Press Release Email: media@momschoiceawards.com

Contact Phone: 757-410-9409



9/11/23, 4:22 PM                          Most Innovative Baby Products For 2019: TushBaby » Read Now!



FAMILY     PARENTING     FINDS     GEAR

## Most Innovative Baby Products for 2019: TushBaby

Have you ever come across a baby product and thought "that's genius!".  As parents in this busy world, we are constantly looking for new ways to make life easier. This series of articles is dedicated to finding the most innovative products for babies and children for 2019. These items are guaranteed to simplify your daily life with your little one in ways you could never imagine.

---

### BABY CARRYING AND BABY WEARING

All moms and dads know the "hip carry" all too well. It is basically the only way to carry your child that allows you a free hand. You rest them on your hip while one arm is wrapped around them and the other is picking up toys, cooking dinner, or throwing in a load of laundry. Although this position is convenient, your carrying arm quickly becomes fatigued and you find yourself switching sides until you simply cannot hold your kid anymore. Now you have to put your kid down whether they like it or not. The things you want to accomplish may have to be put on hold because you now have an upset child following you around wanting to be picked back up.



This is where baby wearing comes in handy. You can place them in a baby carrier that is strapped to your body and have the best of both worlds. Although convenient, some baby carriers and wraps can be complicated, awkward, and sometimes hot. Trying to figure out the puzzle that is a baby wrap is no fun when you are alone and have a screaming infant or toddler. Some carriers are almost impossible to put on without some assistance from another person to buckle the clips in the hard to reach places across your back. Luckily, the TushBaby invented a new form of baby wearing that is focused on providing an ultra-comfortable way to carry your child.

Most Innovative Baby Products For 2019: TushBaby » Read Now!

## TUSHBABY: A NEW WAY TO CARRY







Created with simplicity in mind, TushBaby was designed to solve the many problems associated with carrying your child. TushBaby is a strapless baby carrier that not only helps parents carry their child comfortably, but also provides some storage for a few necessities. Arm and back pain are eliminated when using TushBaby thanks to the *ergonomic hipseat design that distributes your baby's weight evenly*. Equally important, your child will be comfortable sitting on the memory foam lined seat that ensures good hip health.

Using a velcro closure and attaching one clip secures TushBaby around your body. Then by placing your child's "tush" on the hipseat, you are now carrying your baby within seconds. Approved by pediatricians as a safe product, parents are not the only ones who will benefit from using TushBaby. Grandparents, babysitters, and older

siblings will love everything about this baby carrier. Leave your bulky diaper bag at home because TushBaby can hold diapers, wipes, pacifiers, and toys in the storage area of the seat while the side pocket is large enough for a phone, keys, and even your wallet.





Unlike traditional baby carriers that babies quickly grow out of, TushBaby will give you carrying support until your child reaches the age of 3 or gets up to 44 pounds. Further, before your child is even ready to be carried *hip style*, the TushBaby is also available for breastfeeding support. An extension belt is also available to attach to the carrier to give you an additional 24 inches to the waistband if necessary.

9/11/23, 4:22 PM                    Most Innovative Baby Products For 2019: TushBaby » Read Now!



As parents and caregivers, we know the battle of going anywhere outside your home
with a baby. By the time you load up the strollers, diaper bags, and all the supplies you
need for even quick trips out, you are exhausted. TushBaby is literally the only gear you
need these days and you will quickly see that the rest may not actually be helpful but
troublesome instead. A bag and baby carrier all in one, this innovative product will be
one of the most used items throughout the early years with your child.



**SHOP:**
TushBaby
**EXPLORE AND CONNECT:**
TushBaby | Facebook | Instagram | Twitter | Youtube



**Read more**

17 Must-Have Accessories & Purses For Moms This Mother's Day



ITS PORTAL

...MomTravel | @DailyMomFinds

SUBSCRIBE TO OUR NEWSLETTER AND GET THE MOST HELPFUL ARTICLES ONCE A WEEK + GIVEAWAYS

Email Address *

9/11/23, 4:21 PM                    Interview with Tammy Rant, Founder and CEO of TushBaby, Inc. - BUSINESS - Bontena Brand Network

≡                                   # BONTENA                                    Join Our Newsletter
Monday, September 11, 2023

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet



Best Styles (
Season
Tuckernuck

BUSINESS - INTERVIEW

# Interview with Tammy Rant, Founder and CEO of TushBaby, Inc.

I talked to Tammy Rant, about the Kickstarter project success that proves that mothers need this innovative and unique design baby carrier TushBaby.

Saturday, August 25, 2018



Tammy Rant, Founder and CEO of TushBaby, Inc.

BUSINESS -
INTERVIEW

by Melisa Kaya





Download now

Compatible PC and Google accoun

## Trends in Business

Top Car Battery Brands

Best Calculator Brands

Best Sewing Machine Brands

Best Air Tool Brands

Best Spark Plug Brands

TushBaby, Inc. is a California-based innovative product development company which has a goal to be a household brand name known for high-quality baby/parenting products. Tammy, as a mother of two girls, knew all the needs of a mother and she has begun to design TushBaby, in July 2017. When she noticed the common interest of mothers to TushBaby, she started TushBaby Project on

Monday, September 11, 2023

# BONTENA                                    Join Our Newsletter

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet



tell us about yourself and your team?

I live a loud, messy, colorful life. As a mother of 2 girls with another little lady due in October, I participate in a lot of dance parties, constantly find glitter in random places, and try to learn from their daily meltdowns - and my own.

### Discover related topics

| | |
|---|---|
| Used Tushbaby | > |
| Lamibaby | > |
| Tushbaby Patent | > |
| Tushbaby | > |
| It Job | > |

Before founding my own company, TushBaby, I spent most of my career as a Software Sales Rep. Today, I'm building out a team of female go-getters to help us get more TushBabies out into the world.

Best Styles C
Season
Tuckernuck

Brands

Best Fishing Rod
Brands

Luxury Homes for Sale
in West Hollywood,
California

Best Casual Watch
Brands

Monday, September 11, 2023

# BONTENA

Join Our Newsletter

Fashion     Lifestyle     Sport     Home     Travel     Real Estate     Business     Health     Tech     Gourmet

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet



TushBaby

**How did you discover your entrepreneurial spirit? What was the motivation for you to start TushBaby?**

I was 8 years old when I first discovered my entrepreneurial spirit. On Friday nights I'd sneak onto the local golf course, clean the golf balls I'd found, and then resell them to the golfers the next morning. I always had ideas about how to solve problems for people with products, but never actually took the next step until I came up with TushBaby.



PRICE DROP

Best Styles C
Season
Tuckernuck

My second daughter wanted to be held a lot (still does) and I found it really uncomfortable. Putting on a strap-in carrier was a pain and she often wanted out as soon as I'd strapped her in. So I went looking for an easy, comfortable way to carry my kids. And when I couldn't find anything I created my own way with TushBaby. I wore it all the time at parks, BBQs, running errands, etc. People came up to me constantly asking where they could buy one, and telling me what a great idea it was. That's when I realized there was a real need for this product in the world and that it could help lots of other parents and caregivers. I knew I needed to take the next step and make this available to everyone

Monday, September 11, 2023

**BONTENA**

**Join Our Newsletter**

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet

9/11/23, 4:21 PM                    Interview with Tammy Rant, Founder and CEO of TushBaby, Inc. - BUSINESS - Bontena Brand Network

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet



TushBaby

### What are the main features and advantages of TushBaby?

TushBaby allows you to easily and comfortably carry your
kids - and your things. It's got four storage pockets with
enough space to stash diapers, wipes, snacks, keys, phone,
sunglasses - you name it. It evenly distributes your baby's
weight and absorbs some of it making it comfortable to
carry your little ones without popping out your hip or
straining your back and arms. It's chiropractor-
recommended for adults and pediatrician-recommended
for babies. You can use it from birth for breastfeeding
support and up to 3yrs of age as a hip seat. So it's a
product that parents can use for a long time unlike many
other baby products on the market.



Monday, September 11, 2023                **BONTENA**                **Join Our Newsletter**

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet

Fashion     Lifestyle     Sport     Home     Travel     Real Estate     Business     Health     Tech     Gourmet

problem for parents and caregivers. And based on the feedback we're getting from customers, it's already improving their lives!

**How do you envision the future of TushBaby?**

We plan to be a household brand name known for our high-quality baby/parenting products. We're already working on accessories for TushBaby and are planning to launch other products in the future.



TushBaby

**What is your advice to other entrepreneurs who want to start a new project on Kickstarter?**

Don't give up! If it was easy to launch a business everyone would do it. Reach out to other people who have had successful projects in the past and ask for advice. Do as much research and preparation as possible before you launch. 90% of the work for Kickstarter starts before you even hit "create project."

Monday, September 11, 2023

# BONTENA

Join Our Newsletter

Fashion     Lifestyle     Sport     Home     Travel     Real Estate     Business     Health     Tech     Gourmet

Fashion     Lifestyle     Sport     Home     Travel     Real Estate     Business     Health     Tech     Gourmet



TushBaby

### What is the importance of Social Madia for your brand?

We're less interested in telling people what we offer, and more interested in seeing others who are using and loving TushBaby in their real lives. TushBaby isn't the hero here. Parents are. Caregivers are. Happy kiddos are. We want to see how TushBaby helps people while they're out and about, or at home on the couch. Social Media gives us a true view of how real people use TushBabies to better their lives.



TushBaby

### How can our readers buy TushBaby?

We're taking preorder sales on our website now at www.tushbaby.com and will be shipping next month.

Thank vou Tammv.
Monday, September 11, 2023

BONTENA

Join Our Newsletter

Fashion     Lifestyle     Sport     Home     Travel     Real Estate     Business     Health     Tech     Gourmet

# BONTENA

Fashion    Lifestyle    Sport    Home    Travel    Real Estate    Business    Health    Tech    Gourmet

Join our weekly newsletter to get the latest news and interviews about the business world.

| Fashion | Instagram | About Bontena |
|---------|-----------|---------------|
| Lifestyle | Facebook | Privacy Policy |
| Sport | Twitter | Terms of use |
| Home | Pinterest | Sections |
| Travel | Blog | Contact |
| Real Estate | | |
| Business | | |
| BMDb Lists | | |

JOIN NOW

© 2023 Bontena Brand Network. All Rights Reserved

9/11/23, 4:47 PM                                    Waistband Has a Seat for Your Baby



9/11/23, 4:47 PM                                    Waistband Has a Seat for Your Baby



**How a moldy boat cover is deep cleaned**
DEEP CLEANED

## Watch Next

Trending | Latest | Big Business | Food Wars | So Expensive | Still Standing | Boot Camp

### Trending

See all shows

What's popular today on Insider.



▶ PLAY

**Why Spanish Iberian ham is the world's most expensive cured meat**



Jump to

Main content
Search
Account

❮   VIDEO                                                                    Subscribe



**How to DIY Lil Nas X's fuchsia Grammy outfit**



**How the world's biggest batches are made for millions of people**

Jump to

Main content

Search

Account

‹   VIDEO                                                                       Subscribe

9/11/23, 4:47 PM                                              Waistband Has a Seat for Your Baby



**Medical treatments for transgender people in the US can cost over $100K, even with insurance. Here's why they're so expensive.**



on why Greece is painted white and blue

Jump to

Main content
Search
Account

< VIDEO                                                                              Subscribe

9/11/23, 4:47 PM                                    Waistband Has a Seat for Your Baby



**Why Copper River king salmon is so expensive**



**Why it could be the end for prostitution in Amsterdam's Red Light District**

Jump to

Main content
Search
Account

‹   V I D E O                                                      Subscribe

9/11/23, 4:47 PM                                    Waistband Has a Seat for Your Baby



**'Comfort food' means something different for everyone. 20 people from different cultural backgrounds share theirs.**





* Copyright © 2023 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy .

sthead  |  Sitemap  |  Disclaimer  |  Accessibility  |  Commerce Policy  |  Advertising Policies

|  Coupons  |  Made in NYC  |  Jobs @ Insider

Waistband Has a Seat for Your Baby

International Editions:   INTL  |  AS  |  AT  |  DE  |  ES  |  IN  |  JP  |  MX  |  NL  |  PL

**Insider**.com™          **Insider** Inc.

BUS**IN**ESS SIDER          **TECH** INSIDER



9/11/23, 5:56 PM                    Don't run, walk 🧍‍♀️😅 #tushbaby #tushbabyshop #babyhacks #babyboyo... | tushbaby | TikTok



9/11/23, 5:56 PM                    Don't run, walk 🧳 😄 #tushbaby #tushbabyshop #babyhacks #babyboyo... | tushbaby | TikTok

                                                                        + Upload              ⋮

🏠 For You                    annica cameron
                             monsters inc. in the background 😊
👥 Following                  2022-6-15    ♡ 999    Reply                          expeditionkristen
                                                                                  4d ago  ♡ 9272
⊘ Explore  New               View 7 replies ⌄

📺 LIVE                       laurita
                             it's for people who don't have childbearing hips (that's
                             funny to say but i hope you know what i mean) 😊
Log in to follow creators,   that's so useful
like videos, and view
comments.                    2022-6-9    ♡ 2288    Reply

                             View 11 replies ⌄

                             Miss Bells
                             omg yes, I love mine! saved my back in Disney last    God is only one
                             week!                                                 prayer away
                             2022-6-7    ♡ 7172    Reply                           #dailybibleverse.
                                                                                  herfaithfullife
                             View 4 replies ⌄                                      7-11  ♡ 518.6K

                             Sarah Kaplan
                             You look so much like Madonna
                             2022-6-7    ♡ 1031    Reply

                                  Lehandra Staude · Creator
                                  MADONNA IVE NEVER GOTTEN THAT BUT IM 😊
                                  2022-6-7    ♡ 262    Reply

                             View 8 more ⌄

                             Niaomi Conway
                             "don't run walk" is the most mum thing 😄             Do you think it's
                             2022-6-7    ♡ 8032    Reply                           true?#pavin
                                                                                  #gavinmagnus...
                             View 4 replies ⌄                                      the_squad_0
                                                                                  4h ago  ♡ 64
                             Blayr
                             Not me about to buy one even though I don't have kids
                             yet
                             2022-6-6    ♡ 1327    Reply

                                  Lehandra Staude · Creator
                                  Honestly... send it 😄 😄
                                  2022-6-6    ♡ 145    Reply

                             View 5 more ⌄
Create effects
                             InDADequate
                             To get a large male audience they should do a Batman
About Newsroom Contact Careers   Utility belt themed one                          Healthy relations
                             2022-6-7    ♡ 1006    Reply                           are scary only
TikTok for Good  Advertise                                                         because uou are
Developers  Transparency          Lehandra Staude · Creator                      michaeltmitchellir
TikTok Rewards  TikTok Embeds     They have camo! But I agree lmao                 6-5  ♡ 285.3K
                                  2022-6-7    ♡ 212    Reply
Help  Safety  Terms  Privacy
Creator Portal               View 8 more ⌄
Community Guidelines
See more ~                   Sammie
                             I can't help think a baby carrier is easier ? Bc then you
© 2023 TikTok                have both hands? Let me know !!!
                             2022-6-12    ♡ 572    Reply

                                  Lehandra Staude · Creator
                                  Made a video about that. Different purposes imo.
                                  This is more convenient for a baby who likes to go

9/11/23, 5:56 PM                    Don't run, walk 🦶 😂 #tushbaby #tushbabyshop #babyhacks #babyboyo... | tushbaby | TikTok



9/11/23, 5:56 PM                    Don't run, walk 🧴 😅 #tushbaby #tushbabyshop #babyhacks #babyboyo... | tushbaby | TikTok





9/11/23, 5:58 PM     Did I mention no diaper bag #tushbaby #NextLevelDish #vanillawife #van... | TikTok

Search    + Upload    Log in

⌂ For You

⧉ Following

◎ Explore  New

▷ LIVE

Log in to follow creators, like videos, and view comments.

Log in

so one for each size and you can still fit more

▶ 00:23 / 0:41

108.6K

1857

6688

4711

jennyfromthetrailerpark
Jennyfromthetrailerpark · 2-17

Follow

Did I mention no diaper bag #tushbaby #NextLevelDish #vanillawife #vanillawifetrend #momhacks #momhacks101...

♫ original sound - Jennyfromthetrailerpark

**1857 comments**

Log in to comment

Britty
Sandra Bullock's sister
2-17  ♡ 9325  Reply

Jennyfromthetrailerpark · Creator
Can I have her bank account too? 😂 😂
2-18  ♡ 1115  Reply

View 178 more ⌄

Stephanie Morgan
Sandra Bullock DUPE
2-17  ♡ 2642  Reply

Jennyfromthetrailerpark · Creator
Lmao great value for sure
2-18  ♡ 290  Reply

View 12 more ⌄

Create effects

About  Newsroom  Contact  Careers

TikTok for Good  Advertise

Developers  Transparency

TikTok Rewards  TikTok Embeds

Help  Safety  Terms  Privacy

Creator Portal

Community Guidelines

See more ⌄

© 2023 TikTok

**You may like**



BEST MOTIVATIO
QUOTE
#quoteoftheday
fearlessmentality_
5h ago  ♡ 2996



#solarflares are
becoming more a
more ranpet . #fe
ajayllah_bae
5h ago  ♡ 6401



1 minute prayer o
remembrance for
9/11, 2001
bible.bytes7
10h ago  ♡ 588

Are you married o
a relationship? Co
sit down let's talk
iamcreflodollarr
5d ago  ♡ 27.6K

https://www.tiktok.com/@jennyfromthetrailerpark/video/7201140006927338798      1/3

9/11/23, 5:58 PM                    Did I mention no diaper bag #tushbaby #NextLevelDish #vanillawife #van... | TikTok



9/11/23, 5:58 PM                          Did I mention no diaper bag #tushbaby #NextLevelDish #vanillawife #van... | TikTok

♪ TikTok                                                                        + Upload      ⋮

⌂ For You                              View 7 more ⌄

👥 Following                            IVY
                                       You sound like Sandra Bullock.. wow
⊘ Explore (New)                        2-17   ♡ 61   Reply

📺 LIVE                                 serialchiller
                                       I'm glad I'm not the only one who immediately thought
Log in to follow creators,             Sandra Bullock
like videos, and view                  2-20   ♡ 12   Reply
comments.
                                       Krystin-L
                                       Oh my gosh?!?! SANDRA BULLOCK
                                       2-17   ♡ 27   Reply

                                       LOU BOO
                                       Your voice reminds me of Sandra bullock
                                       2-17   ♡ 23   Reply

                                       Marilyn
                                       Sandra Bullock! You even sound like her! Wow
                                       2-17   ♡ 56   Reply

                                       Jenna
                                       Wipes?
                                       2-17   ♡ 11   Reply
                                       View 3 replies ⌄

                                       Deanna Robertson
                                       Look and sound like Sandra bullock but I'm sure you
                                       have already been told that 😂😂😂
                                       2-18   ♡ 38   Reply

                                       MG
                                       Sandra Bullock!! even sound like her 😊
                                       2-17   ♡ 47   Reply



🏛 Create effects

About  Newsroom  Contact  Careers

TikTok for Good  Advertise
Developers  Transparency
TikTok Rewards  TikTok Embeds

Help  Safety  Terms  Privacy
Creator Portal
Community Guidelines
See more ⌄

© 2023 TikTok





9/11/23, 5:59 PM                    Count how many times I say Tush Baby 😂 🤱 #momlife #babywearing #tushba... | tushbaby carrier | TikTok

+ Upload                    ⋮

For You

Following

Explore  New

LIVE

Log in to follow creators,
like videos, and view
comments.

Yes!! 💗
8-16    ♡ 88    Reply

View 3 more ⌄

**Olivia H**
Someone purchased this from my registry today I was
PUMPED 😍
8-16    ♡ 178    Reply

    **shannon nowicki · Creator**
    YAY! you'll love it!
    8-16    ♡ 25    Reply

                                                            Hide ⌃

**Maggie**
I know the price would be worth it but I so wish it wasn't
so expensive. I want one so bad! 😍 😍
8-30    ♡ 14    Reply

View 1 reply ⌄

**Kaite · Homemaking**
It's such an underrated baby/toddler product. It makes
carrying my 35lb toddler a breeze
8-15    ♡ 156    Reply

View 1 reply ⌄

**Melissa Emmanuel**
There are hidden pockets behind those pockets too.
Plus under the seat has another compartment. Did not
know till after a year of using it. Lifesaver!
8-29    ♡ 6    Reply

**Amanda**
I LOVE my tushbaby. My Velcro girl is almost 1 but
weighs more than our friend's 2 year old. TushBaby is
life. Also helped with nursing in public.
5d ago    ♡ 0    Reply

**Sammiejd**
I hated that I couldn't use it when I was pregnant again
😩 now I think my toddlers too big for it
8-29    ♡ 3    Reply

**Meforreal**
i have one and forgot to bring mine to the zoo. Let's just
say we didn't make it very long at the zoo. 😩
8-27    ♡ 4    Reply

**Nina**
this 1000%
8-22    ♡ 1    Reply

**Granger_Danger_The_Aussie**
The best thing ever.
8-21    ♡ 1    Reply

**Katy**
It says 40% off but it's not taking 40% off 🙄
8-21    ♡ 2    Reply

View 1 reply ⌄

**Saving money
#savingmoney
#howtosave...**
budgetsaveandblog
8-4  ♡ 6049

**Teamwork...you k
the rest. . . .
#b#blackexceller**
fio2husband
8h ago  ♡ 1225

**Pray Psalm 91 wit
me tonight.
#psalm91...**
divine sanctuary
1d ago  ♡ 51K

**#God #First #fyp
#antichrist #Jesu
#airtag #psa...**
dj_tadow_tone
1d ago  ♡ 9945

Create effects

About Newsroom Contact Careers

TikTok for Good  Advertise
Developers  Transparency
TikTok Rewards  TikTok Embeds

Help  Safety  Terms  Privacy
Creator Portal
Community Guidelines
See more ⌄

© 2023 TikTok

9/11/23, 5:59 PM                    Count how many times I say Tush Baby 😴 🤪 #momlife #babywearing #tushba... | tushbaby carrier | TikTok









We hope you love our recommendations! Some may have been sent as samples, but all were independently selected by our editors. Just FYI, BuzzFeed collects a share of sales and/or other compensation from the links on this page.

Shopping
Posted on Sep 30, 2022

## These 58 Popular TikTok Products Are Actually Worth All The Hype They're Getting

Including a pair of Bluetooth waterproof headphones for under $25 reviewers swear are better than the high-end brands.

 by **Abby Kass**
BuzzFeed Staff

Be one of the first to comment          

**1. A set of bag sealers** here to ensure that you never get excited to eat your favorite Chili & Lime Tortilla Chips from Trader Joe's, only to realize that they've gone stale with the lackluster bag clip you have. This small device uses heat to reseal any bag, leaving whatever's inside fresh and ready for you to enjoy.




www.amazon.com, www.amazon.com



**Promising review:** "I love this little gadget. Believe it or not, I saw this on TikTok as an 'Amazon product you didn't know you needed'. Since my older sons are on their own at college, they eat a lot of pre-packaged items. So we got one for each boy as a stocking stuffer. They were actually excited to try them out so the boys went in our pantry, opened new bags of chips and crackers just to re-seal them. Lol! **It works pretty good for such a small device. The cutter even works so the bags that are mostly empty aren't as big and don't take up as much room.** My husband wants one for our house now. Guess we're getting another one." —Can7

Get a set of two from Amazon for $16.99+ (available in three colors).

♡ Add to Wishlist

**2. A heated eye massager reviewers swear by to help with everything from migraines, headaches, eye strain, dry eyes, and even insomnia. And it may look simple, but this genius device has five different massage modes, a 15-minute timer, and even Bluetooth capabilities so you can play some soothing music as you relax.**



www.amazon.com

> BuzzFeed

**Promising review**: "I saw this product on one of Amazon's must-have TikTok videos, and I knew I had to get it. **It was so worth it — even though the price may seem higher compared to other sellers, this is for sure a good investment piece.** The quality is topnotch, the strap that goes around your head is comfortable, and, most importantly, the duration of each mode is long enough that it doesn't interrupt your rest. I work a 12-hour night shift as a nurse, and this technology has helped me get through the night easily. 👍 👍 " —Amazon Customer

Get it from Amazon for $54.99(available in black and pink).

♡ Add to Wishlist

### 3. A box of Mighty Patch blemish patches to basically work magic on your acne. Simply apply one to the spot before bed, and it will work as you sleep to pull out all the gunk in your pimple. You'll wake up to smaller, less red zits.



www.amazon.com, www.amazon.com

Check these out on TikTok here!

**Promising review**: "I heard all about these on TikTok, so I decided to order. I switched my birth control and was having a ton of breakouts. These are amazing! They helped me stop picking at my face, and my skin is so clear now. Will always have these in my house from now on!" —Kiara Galloway

Get a pack of 36 from Amazon for $12.99.

♡ Add to Wishlist

ADVERTISEMENT



> BuzzFeed

**4. A foaming garbage disposal cleaner you can use weekly to stop any buildup or odors from coming out of your sink. Nobody wants to deal with that grossness!**



*Amazon*

Promising review: "Saw on TikTok (don't judge) and automatically added to cart. **So easy to use, takes probably a minute to fully bubble up and clean, and you're left with a clean sink!** I use with other drain cleaning products, but would 100% recommend for weekly maintenance." —Jessica Hamilton

Get a four-pack from Amazon for $9.28.

♡ Add to Wishlist

**5. A Tushbaby hip carrier parents swear by for helping them hold their baby or toddler for an extended period of time. It also has multiple pockets, so you can stash a few diapers and things inside and not need to carry around a heavy diaper bag in addition to your child.**





www.amazon.com, www.amazon.com

It's recommended for children between 8 and 45 pounds and can be used in four different holding positions — feeding/breastfeeding, side carrying, front facing, and face-to-face. Tushbaby is a small business you may have seen on SharkTank.

Check out a TikTok of the Tushbaby hip seat baby carrier.

**Promising review: "This has been one of MANY items I have purchased thanks to TikTok, and I'm glad I did. Super easy to use, easy to adjust, and, most importantly, it helps with support tremendously.** It comes with pockets and a place to hold bottles/sippy cups, which can be very handy. My 8-month-old weights around 30-35lbs, and he's basically attached to me 24/7, carrying all day was killing my back and arms! Thank God for this invention, my arms and back can rest." —Jennifer Calle

Get it from Amazon for $84.99 (available in grey and camo).

♡ Add to Wishlist

**6. Elizavecca's CER-100 Collagen Coating Hair Protein treatment** made with soy protein, allantoin, and ceramide 3. **It works like a mask to revive your dry hair and give your strands the boost they need after you've used too much heat on them.**



Bek O'Connell / BuzzFeed

It's recommended for use on damaged, over-p     ›  **BuzzFeed**

9/11/23, 5:24 PM                              55 TikTok Products That Are Worth All The Hype

**Promising review:** "TikTok made me buy this the first time. I liked it enough to buy it again. **It leaves my hair super hydrated and soft.** If you have issues with oily hair, maybe not for you. But those with dry or curly hair needing moisture — yes yes yes! Keep the box for directions because you can't read the ones on the bottle if you don't understand the language." — Kandyce D.

Get it from Amazon for $7.70.

*And read our full review of Elizavecca's Hair Protein Treatment.*

♡ Add to Wishlist

**7. A touchless stationary vacuum here to revolutionize the way you sweep because you'll never have to deal with a flimsy dustpan again. All you have to do is sweep the debris toward the vacuum, and it will instantly suck it up for you. Genius!**



www.amazon.com, www.amazon.com

An indicator light will turn on to let you know that the canister is full, and then you can remove the canister and dump the debris in the trash.

**Promising review:** "I saw it on Tiktok and knew I had to have one. I hate cleaning but get annoyed with the clumps of dog hair and bits of things on my kitchen floor. I usually just vacuum my tile with the vacuum, which is a pain. **This thing is so easy to just sweep things into, and it sucks them right up.** Sure, it's more expensive than my actual vacuum, but I've only had it three days and have used it two times." —Amazon Customer

Get it from Amazon for $129 (available in four colors).

ADVERTISEMENT



**8. A weighted fitness hoop** about to ~"turn"~ up your workout while making you feel like you're a kid again. Reviewers say this is great for not only strengthening your core but also relieving back aches from sitting for too long.



*Amazon, www.amazon.com*

**Promising review:** "Like everyone else **I saw this on TikTok and decided to give it a shot. Super fun to use.** I'll admit it's difficult to start but once you get the hang of it after a few minutes, it's super easy and fun. It is a little loud but nothing unbearable. **The pieces are easy to add on, and the weight is not too heavy or light.**" —Richard Enriquez

Get it from Amazon for $33.99+ (available in 15 colors).

♡ **Add to Wishlist**

**9. A Béis weekender duffle bag** I'm pretty sure would make Mary Poppins jealous. This genius bag features *deep breath* a super wide opening so you can actually see everything you packed, a zippered bottom pocket to keep your shoes and toiletries separate from everything else, a laptop sleeve, external zip pocket, key-ring strap, *and* a trolly pass-through with a zipper (to turn into a pocket when not hooked through your suitcase).

> **BuzzFeed**



*Béis*

See it in action on TikTok here.

**Promising review:** "I love everything about this bag!!!! Best bag I have ever owned. I love the opening of the bag and how wide it is. I love the bottom zipper part for shoes. Plenty of pockets for storage. I love the color. Like I said, I just love everything about it. Great quality. Can't wait to add more Béis products to my travel plans." —Angela S.

Get it from Nordstrom or Béis for $98 (available in three colors).

♡ Add to Wishlist

**10. A Bissell multi-purpose portable cleaner pretty much guaranteed to gross you out because of all the dirt and gunk it will pull out from the furniture and upholstery in your home. Reviewers with kids (and pets) have used this to save their couches, rugs, stairs, car seats, and more.**



www.amazon.com, www.amazon.com

**Promising review: "I saw this on TikTok, and our toddler has turned our apartment in such a dirty place.** Stains everywhere! Our sofa was in such bad condition (which we only got it two years

> BuzzFeed

getting a new one. **We decided to try this, and it is a miracle worker.** I'm so glad we bought this. It's worth every penny!" —shahzad mahmood

Get it from Amazon for $109.59.

♡ Add to Wishlist

**11. A set of matte lipsticks about to put every other lipstick you've ever tried to shame (just read some of the reviews dragging more expensive brands). This lipstick goes on easy and stays on — even through eating a cupcake \*and\* a whole night out, as one reviewer confirms.**



www.amazon.com, www.amazon.com

**Promising review:** "What can I say, I saw a TikTok about this lipstick and for $10 had to try it! **The reviews are right, for some reason this lipstick is better than even $20 name brand ones bought from Ulta.** Not only does it smell great, but dries in under a minute and **survived eating a cupcake, a Starbucks drink, and an entire evening out,** no smudging and had to be removed with a makeup wipe. Fantastic product!!" —Claire

Get a six-piece set from Amazon for $13.88 (available in three color sets).

♡ Add to Wishlist

**12. A pancake batter dispenser and mixer made so you can mix and pour pancakes in one fell swoop. Your kitchen will be less messy on Saturday morning and your stomach will be full. Now that's the good life.**

> BuzzFeed




Amazon, www.amazon.com

**Promising review:** "If you like to eat pancakes for breakfast a lot and want to avoid a lot of dishes, please get this! This is so worth it. I saw this on TikTok and had to get it. Just make sure you're putting the amount of water that's right for the amount you're going to eat." —Buchii

Get it from Amazon for $11.99 (also available as a pancake art kit).

♡ Add to Wishlist



ADVERTISEMENT

**13. A volcanic stone face roller** that'll remove all the oil and shine that appears on your face now that the sun is shining. Reviewers like this option better than oil-blotting sheets because the ball can be popped out and washed, making it a reusable and more sustainable option.

> BuzzFeed



*Amazon, www.amazon.com*

Check it out on TikTok here!

**Promising review:** "First off, if you have extremely oily skin, this. is. it. I was so tired of getting blotting powder/wipes. It felt wasteful and always left residue on my face. I saw this on TikTok and NEEDED it. It was back ordered, but then I got an email saying it was in stock, and I was SO excited. Not only is it affordable, but it's washable, which helps you save money and be less wasteful. The packaging wasn't over the top exciting, but it provided you all the info you needed. (It felt like the holy grail had been delivered to my front doorstep.) **After my first use, I was in love. Now, it doesn't pick up everything, but it does make it more matte and gives you a natural look.** I am so excited this product exists and I already feel more confident." — Kelsey B.

Get it from Amazon for $12.99.

♡ **Add to Wishlist**

**14. A Take-n-Slide medication tracker reviewers swear by for staying on top of their medication. After you take your pill, you simply slide that day of the week over, and you'll know for sure that you've taken it for the day. No more questioning if you took your pill this morning or if you just remember taking it yesterday morning.**

> **BuzzFeed**



www.amazon.com

See it in action on TikTok here.

**Promising review:** "Where has this been all my life? I love it. This is a lifesaver! I've been looking for something like this for years. I always forget 10 minutes later if I actually took my medicine or just put it down. I've tried so many different ways, making marks on the bottle, making stickers, and other pill containers. None ever work. And pill containers are so bulky when I only need one pill." —Niki

Get a pack of five from Amazon for $19.99.

♡ **Add to Wishlist**

**15. A rose gold electric lighter enabling you to easily light every single candle in your home in seconds. This lighter is flameless, rechargeable, and has a long stem to reach *allllllll* the way down to the bottom of your favorite candle.**

> **BuzzFeed**



*Emma Lord/BuzzFeed*

**Promising review:** "Works like a charm. I saw this on a TikTok. I knew immediately that I needed it. I love candles, and this is so much better than a match or lighter. It's kept a charge for months. I use it several times a month." —dwhite0312

Get it from Amazon for $9.99+ (available in five colors).

*And checkout one BuzzFeed Shopping editor's Leejie electric lighter review.*

♡ Add to Wishlist

**16. A Yonanas fruit soft-serve maker** with the power to transform any frozen fruit into an enjoyable ice cream or sorbet texture. Reviewers with dietary restrictions swear by this gadget!



*www.amazon.com, www.amazon.com*

**Promising review:** "I saw one of these in action at a friends house like five years ago and thought it was just a made up memory because making ice cream out of solely frozen fruit seems wild. **Bu**

> BuzzFeed

it, I immediately went to Amazon and bought it. This was the BEST decision of my life. I cannot believe still how amazing this thing is! It makes the creamiest, best tasting fruit ice cream ever. It's easy to take apart and clean, and super easy to use." —DMCKAY

Get it from Amazon for $49.99 (available in six colors).

♡  Add to Wishlist

### 17. A FURemover squeegee that works to remove pet *and* human hair from deep in your carpet that your vacuum can't reach. It has a squeegee edge so you can also use it to clean your shower, windows, and even car windshield. We love a multipurpose product!



Emma Lord / BuzzFeed

The broom is made with 100% natural rubber that attracts hair. It can be used on carpets, rugs, hardwood, and linoleum.

Promising review: "I saw this on TikTok and thought it was worth a shot. I have two dogs and a cat. Being one with a dust and dander allergy, I have to vacuum often, but the vacuum can't always get in deep enough. This actually works, and I was shocked at how well it does. I brush the carpet a few times and vacuum it up and the carpet even looks better!! I highly recommend this to everyone — especially pet owners." —Theo Ackerman

Get it from Amazon for $19.29+ (available in eight styles).

♡  Add to Wishlist

ADVERTISEMENT



>  BuzzFeed

**18. Wireless Bluetooth earbuds** reviewers confirm are *great* **AirPod dupes**, at a fraction of the cost. Plus, these are completely waterproof, so you can actually take them for a swim without fear you'll ruin them.



www.amazon.com

The earbuds come in a wireless charging case with up to 14 hours of charge. The earbuds themselves can play for up to four hours on a full charge. You also get different sized silicon tips to make sure these fit your ear perfectly.

**Promising review:** "Best decision! These are the greatest headphones ever! I saw them on TikTok months ago and added them to my wishlist. I got a new phone that doesn't have the headphone port, so I decided it was time to finally buy them. They are amazing, and I probably won't ever take them out of my ears! 😍 " —Katlyn D Arnold

Get it from Amazon $21.99+ (available in five colors).

**19. A mat** about to change your whole workout game — it's designed to fold in fourths so you don't have to deal with rolling your mat at all, either during your workout or after when it's time to put it away.

> BuzzFeed

9/11/23, 5:24 PM                              55 TikTok Products That Are Worth All The Hype



*Stakt*

See it in action on TikTok here.

I first came across this mat while scrolling TikTok and thought it was such a cool idea. Ever since I saw it, it has been on my wishlist. Rolling up a yoga mat can be so challenging sometimes, especially when you're in the middle of the workout and need some extra support on your wrist while in plank. This mat folds up in fourths, so you can give your knees or hands some extra padding. Plus, it's way easier to store flat. It's also two times thicker than the average yoga mat.

Stakt is a woman-founded small business!

Get it from Stakt for $86 (available in three colors).

♡ Add to Wishlist

**20. A portable car vacuum, a must-have for car owners who are constantly on the go and need a quick way to clean up spills, mud, or sand from a day at the beach. It's only 2.4 lbs, comes with three different-sized attachments, and plugs into your vehicle's 12-V Aux outlet.**

> BuzzFeed

 

*Stephanie Hope / BuzzFeed*

**BuzzFeed Shopping** writer **Stephanie Hope** says: "When I tell you that I use this product often, I mean it. It's so easy to plug in, vacuum dirt from the floor or seat, and put it away. It comes with three different attachments and an extra filter! My tip is to use the brush attachment for everything as it will kick dirt off the carpet fibers, making it easier to suction." Read more of her car vacuum cleaner review (#1).

**Promising review:** "This portable vacuum is ammmmmazing! I love all of the attachments to get the hard to reach spots! It gets the job done! TikTok made me buy it! If you are on the fence about this one... do it! Hit that buy now button. You will not be disappointed. Never putting quarters in a timed vacuum again. There is never enough time, and you rush around trying to beat the timer. Or is that just me? Haha" —Abigail

Get it from Amazon for $14.72+ (available in three colors).

♡ Add to Wishlist

**21.** An adorable **octopus-shaped blackhead remover** that actually works to pull out whiteheads, blackheads, and any other ~ink~ clogging up your pores. You may be disgusted by what the lil' cutie pulls out of your face, but you'll be so thankful it does.

 

www.amazon.com, www.amazon.com

**Promising reviews:** "I saw this on TikTok, and it works great so far." — MarMar Manuel

> BuzzFeed

9/11/23, 5:24 PM                                    55 TikTok Products That Are Worth All The Hype

"After just two days of use, **this adorable little octopus has done wonders for me, smells great too.** Here's how I used it: I wore down the stick just a little to where the texture from the salt is visible, scrubbed around my face so there was plenty of product, then I used my fingers to gently massage all the gunk away. **Rinse, pat dry, and enjoy the softness. Highly recommended for people with sensitive skin like myself.**" —LuckLocust

Get it from Amazon for $12.50.

♡ **Add to Wishlist**

## 22. A rapid egg cooker you can use to make hard-, medium-, or soft-boiled eggs in a matter of minutes. So goodbye to not knowing what you're going to eat for breakfast, lunch, and dinner this week.



Amazon, Marquaysa Battle / BuzzFeed

Multiple people on the BuzzFeed Shopping team love this little device and so do others, as it has more than 84,900 5-star ratings. Plus, it comes with a recipe book to help you come up with a few new ideas to try.

**Promising review**: "I saw someone on TikTok with this and gasped! Ordered it right away. I had no idea these things existed. **Super easy and convenient and the hard-boiled eggs came out perfectly.** I'm testing a batch now without punching a hole in the eggs to see how they come out. Because why not make an easy process even easier?!?! LOL." —Gina

Get it from Amazon for $20.22+ (available in eight colors).

*And read one BuzzFeed writer's full Dash rapid egg cooker review.*

♡ **Add to Wishlist**

ADVERTISEMENT



› **BuzzFeed**

**23. A pair of wireless sleep headphones** so you can listen to music, a podcast, or even white noise to help you fall asleep without having to lay on uncomfortable earbuds that die in the middle of the night and wake you up in a panic with the "doo doot" sound.



www.amazon.com

The headphones connect via Bluetooth and have 33 feet of wireless range (meaning your phone doesn't have to be right next to you). The controls are on the forehead, which makes it comfortable for back and side sleepers, and they are made to block out ambient noise.

**Promising review**: "I saw these on TikTok and since I have so much trouble finding quality headphones I decided to try it. I'm very happy with the sound quality and comfort of these. **I'm able to fall asleep to my music or podcast without having to limit myself to sleeping on my back or losing an ear bud**

⟩ **BuzzFeed**

9/11/23, 5:24 PM                                      55 TikTok Products That Are Worth All The Hype

**in my bed in the middle of the night.** It makes working out easier as well. The value is worth the quality. I would recommend." —Thunder Muffin

Get it from Amazon for $19.99 (available in 13 colors).

♡ Add to Wishlist

### 24. A set of scrubbing attachments you'll want to constantly take for a ˜spin˜, because they will get everything so darn clean without causing your arm to hurt from too much scrubbing after.


www.amazon.com

**Promising review:** "So I kept seeing this item on TikTok and thought, 'heck, why not?' I love this item for deep cleaning, whether it's car mats, shoes, or the shower." —A. Givens

Get it from Amazon for $15.99 (available in six brush stiffness colors).

♡ Add to Wishlist

> BuzzFeed

### 25. A set of dermaplaning razors designed to be a quick way for you to shape your eyebrows, remove any unwanted hair, and just get smooth skin without having to make another appointment and spend more time in a salon chair.



www.amazon.com, Amazon

**Promising review:** "I saw these on TikTok and was skeptical, but they work so well. I use them for any facial peach fuzz and to shape my eyebrows, and they're perfect." —Megan Kopicko

Get a set of three from Amazon for $5.39.

♡ Add to Wishlist

### 26. A toothbrush holder and dispenser here to clean up your counter *and* make it easier for kids (and adults alike) to get toothpaste on the brush.



www.amazon.com, www.amazon.com

This includes a toothpaste dispenser (that'll squeeze out every last ounce!), four cups and holders, and a place to store your toothbrushes.

**Promising review:** "I love this item! I saw it originally on TikTok and thought it would be perfect for our bathroom! **We have one bathroom upstairs and five people who use it. This cleared up so much counter space for us!** There are ventilation holes where the cups go to help make sure they dry properly. The toothpaste dispenser has re

BuzzFeed

last drop out of the tube. I would definitely recommend for a family or kids' bathroom. **There is also a little storage compartment behind the toothpaste that is great for extra brushes, Q-tips, or flossers.**" —Sariyah J

Get it from Amazon for $17.99+ (available in three colors).

♡ **Add to Wishlist**

**27. Wad-Free, which is about to change your laundry life. Don't believe me? This seemingly boring square thing attaches to the corners of your sheets to help them dry faster, be less wrinkled, and stop them from encompassing everything in the dryer so it turns into a tangled mess. It's a pretty ~neat~ tool, if I do say so myself.**



www.amazon.com

Plus, they're BPA-free, reusable, and created by a small business during the pandemic.

**Promising review:** "THIS ACTUALLY WORKS!!!! I saw a TikTok about these and decided to order. Sheets balling all up in the washer and dryer has been a pet peeve of mine for forever. I was super sk[...] and it works as advertised! It's a little on the e[...]

> **BuzzFeed**

kinda holding me back from purchasing a second set, but they really do work." —StrangerThings

Get a set of two from Amazon for $19.99.

♡ **Add to Wishlist**

ADVERTISEMENT

**28. A complete cutting board set** ingeniously designed with four compartments underneath and multiple graters so you can store your veggies as you slice them. You'll have all the ingredients ready for your dinner in a matter of minutes.



www.amazon.com

See it in action on TikTok here.

You get four varied stainless-steel graters, four storage containers, four plastic insert boards that have different corresponding food icons, and a bonus bamboo spoon!

**Promising review:** "I invested in this cutting board instead of having three or four different ones, and it's worth it. It's super sturdy and easy to clean. I love that it catches my produce as I'm cutting it up, a one stop shop. Exactly what I was looking fo

> **BuzzFeed**

Get it from Amazon for $59.99.

♡ Add to Wishlist

**29. A Scrubbing Bubbles toilet cleaning stamp you stick on the inside of your bowl, and it will give your toilet a nice little clean with every flush. Your toilet will be free of toilet rings and unwanted smells for up to 12 days, without you ever having to touch it.**



Scrubbing Bubbles / Via www.youtube.com, Scrubbing Bubbles

See it in action on TikTok here.

**Promising review:** "I can not give it enough stars, this item is so great. **It does everything it claims to do.** I have hard water so extremely bad, but this has taken care of it. I am very satisfied with this product and will definitely purchase again." —KyBlueFire

Get a tube of six stamps from Amazon for $4.37.

♡ Add to Wishlist

**30. Brazilian Bum Bum Cream with more than 27,000 five-star ratings, proving that this cult-favorite moisturizing body lotion is, in fact, worth it. It's infused with caffeine, guarana extract, and coconut oil that work together to help tighten \*and\* smooth skin while leaving a "heavenly" smell behind.**



Amazon

> BuzzFeed

**Promising review:** "Like so many, **I was brainwashed by TikTok into buying this rather expensive lotion. ... Then, I bought one for my mom and one for my sister and five more for myself as they became harder to find.** My favorite thing about it is the smell. Lightly tropical/coconutty but nothing overwhelming. Every time I wear it, people say, 'What are you WEARING?' like I have some amazing perfume on. Besides that, **it really is a great moisturizer. I'm not usually a sucker for marketing, but this was so worth it.**" —Kristen

Get it from Amazon for $48.

♡ Add to Wishlist

**31. A tub of the The Pink Stuff, an \*iconic\* cleaning product dubbed the "miracle cleaning paste" because it can clean basically anything — even a sheet pan with burnt and baked-on gunk you thought was trash bound.**



Britt Ross / BuzzFeed

See it in action on TikTok here!

**BuzzFeed Shopping writer Brittany Ross says:** "After seeing countless videos on cleaning TikTok that raved about The Pink Stuff, I knew I had to try it out on my stained, grime-coated sheet tray. I mean, if it could make a dent in that, I'd probably believe in magic. Well, I started scrubbing one corner as a test, and lo and behold, the difference was nothing short of DRAMATIC (check out the photos for proof!). And I didn't even have to scrub very hard, though as someone with ~minimal~ upper body strength, I doubt any force I could physically apply would even constitute as heavy scrubbing. At any rate, it worked so well that I tried it on a pair of dirty tennis shoes and a blue stain that had been singed onto my toaster oven for months, and, yup, it worked. I will say, if you want your sheet trays to look brand spankin' new, you might need one of those cleaning scraper tools to get every last bit off, but as far as general stain removal goes, consider me a FAN."

Get it from Amazon for $5.97 (also available in packs of two or three).

♡ Add to Wishlist                                    ⟩ **BuzzFeed**

**32.** A **clear toy blocker** if you find yourself on the floor multiple times a day retrieving the toy that your "retriever" seems to lose under your furniture every time you turn around. It comes in two heights, can be cut to fit in the space exactly, and the tape can be removed and washed, so there's no harm to your floor. Score!



www.amazon.com

See it in action on TikTok here.

**Promising review**: "A must-have for ALL pet owners. This contraption is genius and will save cat (and dog) owners so much time and frustration retrieving toys. We used this beneath our oven and it works PERFECTLY. **Cat can't destroy it (the way she shredded the foam insulation we had stuffed under there before) and we no longer have to get the yardstick out when literally all of her toys are 'gone.'** Yes, this is a challenge to install, but 100% worth it. I'd buy it again in a heartbeat." —Allison Goldstein

Get it from Amazon for $13.98+ (available in three sizes).

ADVERTISEMENT



**33. The Chi Spin N Curl**, which is essentially a curling iron that does all the work for you. Simply drop a section of your hair into the barrel, and it will rotate it on its own, leaving you with a perfect coil in just a few seconds. Voilà!



Amazon, www.amazon.com

See it in action on TikTok here.

**Promising review:** "OK. This 👏 thing 👏 is 👏 amazing 👏. I have two sisters that are professional cosmetologists and well that talent surpassed me COMPLETELY. I have straight, stubborn hair. I've never been able to get it to do anything. I've never been good at using a curling iron, wand, leave-in curlers or had any luck with the "wavy hair hacks." So I did my research when I saw this thing on TikTok, of all places, and WOW, I'm super impressed. I've used it twice so far and truly LOVE IT! It's very easy to use." —LinLo09

Get it from Amazon for $69.99+ (available in six colors).

♡ Add to Wishlist

**34. A wall charger** with six outlets *and* two USB fast-charging ports to keep all your devices and accessories at 100% so they won't die in the middle of that team meeting.

> BuzzFeed



www.amazon.com, www.amazon.com

**Promising review:** "Better than any strip! I saw this on TikTok, and it's everything. I love the auto night-light feature. So versatile and compact. Worth every penny. I will be ordering more." —Kellie

Get it from Amazon for $16.97.

♡ Add to Wishlist

**35. A pack of detergent cup holders you'll probably wonder how you ever lived without because this simple invention makes laundry day less of a drag. It attaches to the detergent container and not only gives you a place to store the cup, but also catches any drips. You'll never make a mess on your floor again!**

> BuzzFeed



www.amazon.com

Tidy-Cup is a woman-owned small business started after the founder, Julie Reinhold, was tired of detergent containers dripping all over her laundry room floor.

**Promising review:** "I had no idea I needed this until I saw it on TikTok. Listen, it's the little things that matter. **This little thing saves me the headache of a laundry room mess.** I love it. Fits perfectly on my liquid detergent. No more messes!" —Luke & Christina

Get a set if two from Amazon for $13.99.

♡ Add to Wishlist

**36. A yuzu-scented hand soap made with a hydrating formula that won't dry out your hands when you wash them 4,958 times a day. Plus, it smells good and pumps out as a foamy flower every time you use it.**

> BuzzFeed



*Emma Lord / BuzzFeed*

**BuzzFeed editor Emma Lord says:** "I've *also* been using this soap, and not only is it super hydrating for my hands (LOL @ constantly handwashing now and forever!), but the yuzu scent is just calming and lovely, and I'm obsessed with how light and frothy the foaming suds are from the soap. The best part is that the bottle is totally reusable; you buy the dispenser once, and then you can get refills of the foaming soap for $10.10 from then on out." Read more of her yuzu-scented hand soap review (it's #32).

**Promising review**: "I saw someone on TikTok with this and did an impulse buy and I love it. You do have to give it a few pumps at the beginning of the first use to get the soap up. **But it does make a cute little flower on your hand.** Super cute and I love the fact that you can get refills so it's not a one use kind of deal." —Christina Hansen

Get it from Amazon for $20.49.

♡ Add to Wishlist

**37. CeraVe Hydrating cleanser, a must-have for anyone who deals with acne, dry, or sensitive skin. This cleanser is formulated with hyaluronic acid, ceramides, and glycerin, which all work together to help remove makeup and hydrate skin *without* stripping it of its natural oils.**

> BuzzFeed



www.amazon.com

**Promising review:** "I got this after seeing a recommendation on TikTok. It's been a lifesaver for me. I have dry, red, sensitive, acne-prone skin. Most cleansers strip my skin, but not this one. It's been helping keep my skin clear while not drying it for a few months now. If you have dry skin this is a must!" —L Ashburne

Get it from Amazon for $14.57.

♡ Add to Wishlist

ADVERTISEMENT



**38. A bug bite suction tool** because bug bites ~suck~ no matter where and when you get them, and this genius tool will relieve any itchiness in as little as 30 seconds.

> BuzzFeed



Rebecca O'Connell / BuzzFeed

**Promising review:** "I bought this because I saw it on TikTok, and have been having issues with mosquito bites. **Used it a few time to relieve itchiness and I am convinced it works! Have been recommending it to my family and friends.** Read the directions and follow them carefully. Don't use this on your face or neck, or other sensitive areas. Don't do a lot of suction, just a little bit. And do it a few times if needed. Great invention!" —Joe

Get it from Amazon for $9.99.

♡ Add to Wishlist

**39. Keurig cleaning cups, a must-have for anyone who is maybe just realizing now that they should have been cleaning their coffee maker for the past couple of years. This makes it so simple. Just put one of the pods in the machine, and you'll be amazed at how much gunk comes out of it.**



www.amazon.com, www.amazon.com

**Promising review:** "I had no idea that cleaning a Keurig was a thing. I bought these because I saw them on TikTok believe it or not. I wanted to give it a go because my Keurig isn't that old and I didn't think it would do anything. IT WORKS SO WELL! My Keurig wasn't as nasty as some I've seen, luckily. I would highly recommend, keeps everything runny correctly and clean." —Lauren

Get a six-pack from Amazon for $9.95.

♡ Add to Wishlist

> BuzzFeed

**40. Essence's Lash Princess mascara** to take your lashes to new ~heights~ and make people think you're wearing falsies, when in fact, all you did was swipe on some mascara.



*Emma Lord/BuzzFeed*

**Promising review**: "I saw this product on TikTok thought it would be expensive looking at the results they got. **I am beyond amazed with how my lashes look after about two coats.** For around $5, you couldn't ask for a better mascara! I will be buying this same one when I run out. I was not expecting to like it as much as I do! No complaints." —Kd

Get it from Amazon for $4.99.

♡ Add to Wishlist

**41. A jewelry cleaning brush** because you can only keep using the phrase "shine bright like a diamond" if your diamonds actually *do* shine brightly.

> **BuzzFeed**

9/11/23, 5:24 PM                                    55 TikTok Products That Are Worth All The Hype



Stephanie Hope / BuzzFeed

**Promising review:** "I absolutely love this product. **I saw it on TikTok and figured I would give it a try. My grandmother passed away almost eight years ago, and she left me her first engagement ring in her will.** I have tried so many jewelry cleaners, toothpaste and toothbrush, you name it, tried everything except for sending it away to get cleaned. I ordered the Diamond Dazzle Stik on Thursday and it arrived the following Saturday, fast shipping! Today is Sunday and I cleaned my ring with the Diamond Dazzle Stik. **My ring is just as shiny as it was when my grandfather bought it for my grandmother many many years ago.** I will definitely use this Diamond Dazzle Stik on all my jewelry. Highly recommended!" —Heather

Get it from Amazon for $7.99.

*And check out one BuzzFeed Shopping Editor's full Diamond Dazzle Stik review here.*

♡ Add to Wishlist

**42. Bio-Oil, which is made with a mix of vitamins A and E, chamomile, and lavender that work together to help fade scars (no matter how old), minimize stretch marks, and also moisturize dry skin. Simply apply the oil to the affected area in the morning, and you'll see a noticeable difference within a few months.**

> BuzzFeed



www.instagram.com, www.amazon.com

**Promising review:** "Acne scars? Read this. I found out about this product while scrolling through TikTok last week. It came highly recommended, so I decided to look up the price on Amazon. After reading several reviews, I figured I might as well try it out. Today is the fourth day I used the product on my face. My skin looks dewy and nice. **The discoloration on my cheeks from a few years old acne scars is improving. My skin looks younger — it's hard to describe, but I can see a difference.** It looks less rough. I've been using it morning and night." —Yasmin Rodriguez

Get a two-ounce bottle from Amazon for $8.92.

♡ **Add to Wishlist**

ADVERTISEMENT



**43. A drain snake** you *might* need to have a strong stomach to use because it will pull out a really gross amount of hair from your drains. But this is a whole lot cheaper than hiring a plumber to stop your drains from backing up.

> **BuzzFeed**



Amazon, www.amazon.com

**Promising review**: "I saw this on TikTok and was tired of spending so much money on drain cleaner. **I was blown away by how much hair and gunk came out of the sink and tub drain**. Disgusting but also so helpful to actually clean it out. I will recommend this to my family and friends." —Lisa S.

Get a set of four from Amazon for $5 (available in two lengths).

♡ **Add to Wishlist**

**44. Rare Beauty liquid blush** available in both matte and dewy finish to give your face a little ~glow~. And it doesn't take much to achieve the look. Just put a dot or two on your cheek bones, and then blend it with a brush (or even your finger), and you'll be good to go.



Sephora

Check out TikToker @rachelldaguanno showing how it works best with only one small dot!

**Promising review:** "I hope this never gets discontinued because it will take me forever to go through the bottle, but I love it. The color LOVE is so perfect, and I imagine will be great on so many skin tones. So pigmented. Honestly really fun to use. **It seems overwhelming and like a lot of pigment, but it blends so well. TikTok make me buy it, and I definitely don't regret it** and will probably end up buying other colors." —AlexaX

Get it from Sephora for $20 (available in five radiant shades and four matte shades).

> **BuzzFeed**

♡  Add to Wishlist

**45. A can of fume-free oven cleaner** that's super easy to use to transform the inside of your oven. Just spray it, wait for it to dissolve all the stains, and then wipe it away. You'll be left with a spotless oven ready to take on whatever baking challenge you think of next.



**Promising review**: "I saw this on a TikTok. I have used Easy Off in the past but hated the smell. This is so much better and let me tell you I am super sensitive to smells. **Works great in the oven, and also as I saw on the video works great in shower stalls and tubs!**" —Amy L Viau

Get it from Amazon for $13.41.

♡  Add to Wishlist

**46. A heatless curling rod headband** perfect for anyone who wants to cut down on the amount of heat they use on their hair but not give up those perfect curls. Simply wrap your hair around the headband before you go to bed, and you'll wake up to big curls (sans heat damage!).

> BuzzFeed

9/11/23, 5:24 PM                                55 TikTok Products That Are Worth All The Hype



www.amazon.com

The set includes a curling rod, two hair scrunchies, a claw hair clip, and two duckbill hair clips to set it in place. You can use this on all hair types, but reviewers say it works best when used with damp hair!

**Promising review:** "Before purchasing, I'd seen a lot of reviews and tutorials on TikTok showing the results. **My hair is thick, coarse, and naturally wavy, so I figured this might be a good alternative** to rollers that are time-consuming to put in, difficult to sleep in, and ultimately not worth it. And MAN was I right to be hopeful. **Wrap pieces of damp hair around it before bed, the tighter the wrap, the tighter the curl. Easy to sleep in since there's nothing on the back of your head, and my curls are BOUNCY the next morning**. My only complaint is that it doesn't help give any top-volume, but nothing some teasing can't fix. 10/10. **I'll never go back to a curling iron**." —Mariah

Get it from Amazon for $9.99+ (available in nine colors).

♡ Add to Wishlist

**47. A Contigo spill-proof tumbler** beloved by so many parents because it actually lives up to the spill-proof name. Even if your kiddo throws this thing across the room, it won't leave one drop of water behind.

> BuzzFeed



www.amazon.com, www.amazon.com

**Promising review:** "I saw this cup on TikTok and knew my 2-1/2-year-old needed it or better yet I NEEDED it! **It is totally spill-proof and drop proof!** It's been thrown and dropped a lot and still going strong! I haven't had any issuing a cleaning it yet. 👍 " —Hannah Lombardi

Get it from Amazon for $11.49+ (available in two prints).

ADVERTISEMENT



**48. A pair of glasses** reviewers with motion sickness swear by — even though everyone agrees they look completely ridiculous. There are no lenses, but instead liquid in the glasses that move with you and create an artificial horizon, which can help with motion sickness symptoms you get while in moving vehicles.

> **BuzzFeed**



www.amazon.com, www.amazon.com

**Promising review:** "Hear me out. I saw these on TikTok and the girl swore they worked. I have been the road trip driver for 20 years because I cannot sit in the passenger seat, much less copilot. **I bought these ridiculous looking glasses and tried them out on a very brief drive across town to start out. I looked at my phone. Read. I have not been able to take my eyes off the road previously. I did not get sick.** Thought it was a fluke. Tried it again. My husband even offered to drive like a jerk just to do some hard breaks while I was looking down. Nothing. So here is the good news, bad news. They work, which is fantastic. But you look silly wearing them, and they are hard plastic which does not feel great on your ears and nose after a while. My children hid in the back seat while I was wearing them. BUT guess who gets to copilot on the next road trip." —Megan Martinez

Get them from Amazon for $26.99+ (available in seven colors).

♡ Add to Wishlist

**49. A Takeya cold brew maker so you can make your favorite beverage at home. Just keep it in your fridge and pour yourself a glass when that 3 p.m. slump hits.**

> BuzzFeed



*Midland Quitmeyer / BuzzFeed*

Plus, it's so easy to make! Just add 6 tablespoons of your favorite coffee in the filter, fill it with water, and let it sit in your fridge for 24 hours. Then just take the filter out of the pitcher and enjoy your coffee!

**Promising review:** "I LOVE this product so much! I drink iced coffee on the daily, but the system I had just wasn't cutting it for me. I didn't know how to brew cold coffee at home (all we have is a Keurig, and there's no cold brew option), so I would go buy iced coffee from Dunkin Donuts every morning. Now don't get me wrong, I love my Dunkin Donuts, but I wanted to find a way to be able to make that same iced coffee at HOME. I think my wallet and gas tank wanted me to figure that out too. **I found out about this product through TikTok, and it is a GAME CHANGER.** All you have to do is put coffee grounds in the filter, fill up the main compartment three-quarters full with water (I use water from my fridge), screw the filter into the lid, screw the lid shut, shake it a little to put the coffee grounds to work, and let it do its magic for 12–24 hours! **This is probably the best investment i've ever made. You need this!!"** —Carmen E

Get it from Amazon for $27.99+ (available in two sizes and three colors).

*And to learn more, read the full* Takeya cold brew coffee maker review.

♡ Add to Wishlist

**50. A twist-bottom flower vase specifically designed with some unique features that will help you easily maintain your fresh flowers without making a mess in your kitchen. You can drain the water through the bottom of the vase before replacing it and also twist the base off completely so you can trim the steams and make them last longer. Now your weekly flower purchase from Trader Joe's will be completely justified!**

> BuzzFeed

 

*Amazon*

Check out a TikTok of the twist-off vase in action.

Amaranth Vase Company is a small business that was started to solve the problem of the messiness and inconvenience of caring for a bouquet of flowers.

**Promising review**: "**Most genius vase.** The flowers last so much longer, because you can change the water and snip the stems to keep bacteria from growing and killing your flowers. It's also beautiful as a vase itself, super modern and chic." —Eliezer Labkowsky

Get it from Amazon for $30.99+ (available in six colors and two sizes).

**51. A bottle of Folex Instant Carpet Stain Remover that'll make any stain (even stains that have been sitting for a while, say years) disappear in a matter of seconds.**

 

*www.amazon.com*

**Promising review:** "OMG! We had a new puppy, and she had accidents in my daughters white carpet. I had tried everything and was going to replace the carpet when I came across a TikTok of this being used. After one treatment, the stains are gone! GONE!" —Karen Day

Get it from Amazon for $10.95+ (available in two sizes and in multi-packs).

♡ Add to Wishlist

**52. L'Oreal Paris Elvive 8 Second Wonder Water here to help reverse damage to your hair in eight seconds. Yes, you read that right. It only takes eight second** › **BuzzFeed**

**you feel like you have soft and shiny Disney Princess hair when you get out of the shower.**

 

www.amazon.com, www.amazon.com

It's recommended to use this product on the ends of your hair (be careful to avoid your scalp) two to three times per week on wet hair after you shampoo. You should use one dose if you have fine to medium textured hair, two to three if you have thick to curly textured hair and add one extra dose if you have long hair.

**Promising Reviews:** "Yes, I actually saw this product reviewed on TikTok and had to try it. It is amazing stuff, OMGOSH!!! I have already purchased my second bottle. I have a lot of hair, and it gets tangled easily this stuff made it soft and manageable after the first use. PLEASE be careful not to get it on your scalp it does start to feel warm almost like when you have had your hair color on too long, I just use it more towards the ends. Overall great stuff." —Jennifer Borchers

"I don't usually do reviews on products, but for this one I absolutely have to. I have 3c type hair and struggle with a lot a breakage, unmanageability, and moisture. When my mom mentioned this product to me I didn't take her seriously because of the simple fact that we have two completely different hair textures. I never would've thought this brand would work on my hair. **I have never in my 22 years felt my hair like this.** I feel like I have a completely different head of hair. This product is so amazing and I will FOREVER be using this product in my hair regimen." —Theressa Hailey

Get it from Amazon for $8.56.

♡ Add to Wishlist

ADVERTISEMENT



> BuzzFeed

**53. Cleaning putty** that may actually make cleaning fun because it looks and feels like putty you played with as a child. But this time it will pick up small crumbs, pet hair, and dust lodged into your keyboard, car air vents, or other tight spaces that are usually so difficult to clean.



*Amazon, www.amazon.com*

**Promising review:** "This product does exactly what it says it does. I recently got a new car and was looking for something to easily put I up dust. I saw this product from TikTok. **I was surprised at how easily it picks up dust and small debris, especially from inside of vents and cup holders. It's also great for the though screen in my car!** The only complaint is the very artificial smell when you use it. It doesn't last, just when it's out of the container!" —Loren

Get it from Amazon for $6.88.

♡ Add to Wishlist

**54. A pair of horizontal glasses** to help you read, watch TV, or play games while in the perfect, most comfortable position possible. Plus, they prevent neck and eye strain!

> BuzzFeed



www.amazon.com

These glasses are great for everyone, but especially for people who are bedridden.

**Promising review:** "I saw these on a couple of TikTok videos and immediately bought them. **They are literally the best thing I've ever bought.** I was scared they would fit over my glasses, but they do just fine. The only disclaimer is that it cuts off your peripheral vision, so you shouldn't be walking or driving with these. **I use them to read, watch tv, and scroll through my social media all while laying down.** Such a great buy!" —Kivy

Get them from Amazon for $14.88.

♡ Add to Wishlist

**55. A pack of washing machine tablets** because yes, the machine that you use to get you clothes clean also needs to be cleaned itself. This tablet will dissolve during the cycle and work to break up and remove odor-causing residue that may be the reason your favorite hoodie isn't smelling as good as it used to.



www.amazon.com                                    ⟩  **BuzzFeed**

**Promising review:** "I saw this on TikTok and had to give it a try. It's very easy just throw it in there and throw on the self cleaning mode for my washer. **My washer was musty beforehand and came out with no smell at all. It freshened up the drum.** Since I used it, my clothes have smelled stronger of my detergent. Definitely worth giving it a try." —Adamsp17

Get a six-pack from Amazon for $11.98 (also available in packs of three and five).

♡ Add to Wishlist

**56. Laneige's Lip Sleeping Mask** one reviewer confirms is worth all the hype the app is currently giving to it. Just swipe some on before you go to bed (or even before you finish your makeup), and the vitamin C- and antioxidant-packed formula will leave your lips feels super soft and moisturized. Plus, the scents are apparently "heavenly."



Sephora

And see one TikTok-er talk about how great it is here!

**Promising review:** "I bought this product after seeing it on TikTok, and I can say that it lives up to the hype. **I have used it overnight and before my makeup, and it works great either way. It makes my lips feel so soft and hydrated.**" —annadova

Get it from Amazon or Sephora for $24 (available in seven scents).

♡ Add to Wishlist

**57. A grape cutter**, which may seem a little bit silly, but it will actually save you SO much time when it comes to cutting up grapes for a snack for your toddler to avoid a choking hazard. You can use it to quickly chop up other fruits for salads and such, too!

> BuzzFeed



www.amazon.com, www.amazon.com

**Promising review:** "Yes. TikTok made me buy it. It's awesome In my opinion. I use it for my fruit salads and my son's snacks. It's helpful, and I think it saves a bit of time." —Amanda

Get it from Amazon for $11.95.

♡ Add to Wishlist

ADVERTISEMENT

**58. A nonstick microwave pasta cooker** because waiting for water to boil is the WORST part of making pasta. What's the saying about watching paint dry? Well, when you're hungry, boiling water is worse than that. All you have to do is add your pasta and enough water (based on the instructions) and pop it into the microwave. You'll have al dente pasta in a matter of minutes!

> BuzzFeed

55 TikTok Products That Are Worth All The Hype



See how one TikToker uses it here!

It also doubles as a strainer, and you can use the holes in the lid to portion out long pastas.

**Promising reviews:** "I found out about this on TikTok and decided to give it a try. Boy, am I glad I did! **This pasta cooker is incredibly versatile and cooks pasta perfectly.** Just by following the instructions to add pasta and water and using the appropriate cooking time, **I've been able to make spaghetti, penne and even shells for Velveeta mac 'n' cheese!** I decided to buy a second one to keep just in case. I would definitely recommend getting this for yourself or for a gift." —Gaby Brillante

Get it from Amazon for $17.99.

♡ **Add to Wishlist**

**Looking for the perfect gift for any occasion? Check out all of BuzzFeed's gift guides!**

*BuzzFeed.*

**Share This Article**

    

**0 comments**

**Sign in to comment**

> **BuzzFeed**



We hope you love our recommendations! Some may have been sent as samples, but all were independently selected by our editors. Just FYI, BuzzFeed collects a share of sales and/or other compensation from the links on this page.

**Shopping**

Posted on Aug 28, 2022

## 30 Splurge-Worthy TikTok Products To Make Life Easier

With more than 32,000 five-star ratings, Bissell's Little Green Machine will be worth the money and more.

by **Abby Kass**
BuzzFeed Staff

Be one of the first to comment

**1. A complete cutting board set** ingeniously designed with four compartments underneath and multiple graters so you can store your veggies as you slice them. You'll have all the ingredients ready for your dinner in a matter of minutes.



www.amazon.com

See this gadget in action on TikTok here.

You get four varied stainless-steel graters, four storage containers, four plastic insert boards that have different corresponding food icons, and a bonus bamboo spoon!

**Promising review:** "I invested in this cutting board instead of having 3-4 different ones, and it's worth it. It's super sturdy and easy to clean. I love that it catches my produce as I'm cutting it up right there and then. It's really a one stop shop. Exactly what I was looking for. Truly satisfied" —Kilsey

Get it from Amazon for $69.89.

♡ Add to Wishlist

**2. Bala Bangles ankle weights everyone on TikTok has been using during their "Hot Girl Walks" (though anyone can use them for any occasion). They're great to add a little extra resistance while staying comfortable as you get those steps in (or any other exercise, really).**

⟩ **BuzzFeed**



www.amazon.com

See them in action on TikTok here.

**Promising review:** "I have not found ankle/arm weights as comfortable as these. A bit pricey but worth the cost if you work out with them a lot!" — Amazon Customer

Get a set of two from Amazon for $49+ (available in two weights and 10 colors).

**3. Ilia Super Serum Skin Tint SPF 40 Foundation about to simplify your makeup routine big time. Not only does this have light, easy coverage, but it's also made with ingredients to help your skin, including protective SPF, squalane for added hydration and elasticity, *and* hyaluronic acid to improve moisture. Just spread a drop on your face in the morning, and you'll feel covered for the whole day.**



9/11/23, 5:24 PM                                    30 Splurge-Worthy TikTok Products That Make Life Easier

*Sephora.*

**Promising review**: "TikTok made me buy it. **I've never been a foundation person, a little bit of a light concealer under the eyes is usually as far as I'll go.** Recently, I've noticed more redness and wanted a product that added a light veil for a more cohesive base. **This is perfect! So natural looking, and it feels good.** It's also nice that there are skincare ingredients including sunscreen, so I feel like I'm doing something good for my skin while making it look better. **I don't think I'll need to replace it anytime soon since you only need a small amount, but when I do, I will definitely be repurchasing!!**" —hal3ymac4

Get it from Sephora for $48 (available in 30 shades).

ADVERTISEMENT



**4. A touchless stationary vacuum** here to revolutionize the way you sweep because you'll never had to deal with a flimsy dustpan again. All you have to do is sweep the debris toward the vacuum, and it will instantly suck it up for you. Genius!



www.amazon.com, www.amazon.com

> **BuzzFeed**

An indicator light will turn on to let you know that the canister is full, and then you can remove the canister and dump the debris in the trash.

**Promising review:** "I saw it on Tiktok and knew I had to have one. I hate cleaning but get annoyed with the clumps of dog hair and bits of things on my kitchen floor. I usually just vacuum my tile with the vacuum, which is a pain. **This thing is so easy to just sweep things into, and it sucks them right up.** Sure, it's more expensive than my actual vacuum, but I've only had it three days and have used it twice." —Amazon Customer

Get it from Amazon for $129 (available in five colors).

**5. A Béis weekender duffle bag I'm pretty sure would make Mary Poppins jealous. This genius bag features \*deep breath\* a super wide opening so you can actually see everything you packed, a zippered bottom pocket to keep your shoes and toiletries separate from everything else, a laptop sleeve, external zip pocket, key-ring strap, \*and\* a trolly pass-through with a zipper (to turn into a pocket when not hooked through your suitcase).**



Béis

See it in action on TikTok here.

**Promising review:** "I love everything about this bag!!!! Best bag I have ever owned. I love the opening of the bag and how wide it is. I love the bottom zipper part for shoes. Plenty of pockets for storage. I love the color. Like I said, I just love everything about it. Great quality. Can't wait to add more Béis products to my travel plans." —Angela S.

Get it from Nordstrom or Béis for $98 (available in three colors).

♡ Add to Wishlist

**6. An extra large combo air fryer and oven about to be your new favorite kitchen product because you won't have to use your actual oven. This genius device will cook your food 50% faster. It also has 11 different presents, which I'm pretty**



sure is as close as we're going to get to that super fancy microwave in *Spy Kids*.



www.amazon.com, www.amazon.com

**Promising reviews**: "After seeing so many people using it on TikTok, I had to get it. Zero regrets." —Deena Walton

"I chose this particular air fryer over hundreds offered on Amazon. **Features that were the most important to me were the number of presets (counting defrost), the warranty (a year), Cosori accessories, and ease of use.** It is easy to clean in the dishwasher, and the preset settings mean that I don't have to calculate time or temperature. But it's also easy to add time or subtract it if you need to. **The night I received my air fryer, I made the most amazing steaks that were so tender and moist inside**! Since then, I have made Cornish hens, BBQ ribs, blueberry muffins, tater tots, and many other dishes. The fryer is not heavy and it is not loud when in use. Do yourself a favor and buy this!" —nativehoosier

Get it from Amazon for $107.99+ (available in five colors).

♡ Add to Wishlist

**7. A Tushbaby hip carrier parents swear by for helping them hold their baby or toddler for an extended period of time. It also has multiple pockets, so you can stash a few diapers and things inside and not need to carry around a heavy diaper bag in addition to your child.**

> BuzzFeed

9/11/23, 5:24 PM                    30 Splurge-Worthy TikTok Products That Make Life Easier




www.amazon.com, www.amazon.com

It's recommended for children between eight and 45 pounds and can be used in four different holding positions — feeding/breastfeeding, side carrying, front facing, and face-to-face. Tushbaby is a small business you may have seen on SharkTank.

Check out a TikTok of the Tushbaby hip seat baby carrier.

**Promising review: "This has been one of MANY items I have purchased thanks to TikTok, and I'm glad I did. Super easy to use, easy to adjust, and most importantly it helps with support tremendously.** It comes with pockets and a place to hold bottles/sippy cups, which can be very handy. My 8-month-old weights around 30-35lbs, and he's basically attached to me 24/7, carrying all day was killing my back and arms! Thank God for this invention, my arms and back can rest." —Jennifer Calle

Get it from Amazon for $84.99.

♡ Add to Wishlist

ADVERTISEMENT


FALL 2023 CAPSULE
The A&F Sloane Tailored Pant     Abercrombie     SHOP

**8. A Govee smart floor standing lamp about to ~light up~ your life (and home). This is not any ordinary lamp. It has 25 color preset modes you can control with your phone, as well as a music mode, and it's compatible with Alexa. It'll basically feel like you're living in the future owning this lamp.**

> BuzzFeed

9/11/23, 5:24 PM                            30 Splurge-Worthy TikTok Products That Make Life Easier



www.amazon.com, www.amazon.com

See it in action on TikTok here.

**Promising review:** "Bought this light because I thought it was cool, but it is more than that! I use it every day, and it has many colors and patterns to choose from. The thing I love the most is you can set up times for it to come on and turn off. You can set how bright you want it, so I had it turned on with a dimmed light to help me wake up in early mornings." —Rueben Thao

Get it from Amazon for $99.99.

♡ **Add to Wishlist**

**9. A Furbo dog camera pet owners swear by for keeping an eye on their best friend. This high-tech camera can help ease anxiety (both yours and your dog's) when you leave them home alone. With livestream video, two-way audio, \*and\* treat-dispensing, you can make sure your pup is behaving while you're away, or just reward them for being oh-so-cute.**



Amazon, www.amazon.com

〉 **BuzzFeed**

30 Splurge-Worthy TikTok Products That Make Life Easier

See one TikTok-er confirm it's 100% worth the money here.

**Promising review:** "I bought this item for my girlfriend who is deployed overseas in Bahrain. She loves her dog more than anything, so I knew this would be a perfect gift for her. The first night I had the Furbo, I was awakened several times in the middle of the night by high pitched squealing and giggling of glee from my girlfriend not being able to contain herself. **She was so excited to see him, talk to him, and give him treats, and OH BOY, does she like giving him treats!** By the time she gets back from her deployment, I am sure he will be overweight and won't be able to run to her when she gets home. Thanks, Furbo, your product is awesome, and we all love it!" —Alex Batlle

Get it from Amazon for $199.

*Read our full Furbo dog camera review here.*

♡ **Add to Wishlist**

### 10. A mat about to change your whole workout game — it's designed to fold in fourths so you don't have to deal with rolling your mat at all, either during your workout or after when it's time to put it away.



*Stakt*

See it in action on TikTok here.

I first came across this mat while scrolling TikTok and thought it was such a cool idea. Ever since I saw it, it has been on m  ⟩  **BuzzFeed**

mat can be so challenging sometimes, especially when you're in the middle of the workout and need some extra support on your wrist while in plank. This mat folds up in fourths, so you can give your knees or hands some extra padding. Plus, it's way easier to store flat. It's also two times thicker than the average yoga mat.

Stakt is a woman-founded small business!

Get it from Stakt for $86 (available in three colors).

♡ **Add to Wishlist**

**11. A smart-toaster that make you feel like you're living in the year 3000. Sure, you might not be living underwater, but you will have more than 60 settings on the touchscreen to choose from to toast your bread, English muffins, Pop-Tarts and more to the exact level you desire.**



*Rachel Dube / BuzzFeed, www.amazon.com*

There's also a countdown clock that will alert you when your toast is almost ready! I actually got to try this toaster and shared it with my parents who were in desperate need for a new toaster. Every time I'm at their house, I end up using it because it's so great. The touchscreen is super easy to use. You select what color brown you want you toast, and in no time, it's ready to go. I love how their are so many different options because all breads do not toast equally!!

**BuzzFeed writer Rachel Dube also owns this gadget and says:** "What's not to *love* about a functional appliance? It's meant to perfectly heat each individual item, thanks to the fact that it adjusts to their shape. When I used to use my old toaster, I would have to play around with the temperature *and* keep an eye on it the entire time. **This lets me just walk away and will pop out the food when it's done the way I selected on the screen.**" Read her full review of the Revolution Cooking Smart-Toaster here.

**Promising review:** "Of course, TikTok made m̶e̶ ̶b̶u̶y̶ ̶t̶h̶i̶s̶... it looks great in my newly remodeled kitchen   › **BuzzFeed**

9/11/23, 5:24 PM                          30 Splurge-Worthy TikTok Products That Make Life Easier

cooks/toasts/warms up my breads, waffles, and bagels perfectly and evenly!** I've had some really cheap toasters in my time and have always been disappointed with the uneven toasting because one of the elements within the toaster burnt out, etc. **This toaster is super smart, and you can clearly see when your food is about to be done.** There's three settings (warm, fresh, frozen) options for toasting so you're food is always cooked to perfection! The animated circle around on display when cooking lets you know know how far along your food is to being done. An audible sound plays when it's done so you don't have to keep watching it. When you're not using the toaster, the time displays. Where I have it in my kitchen, it's nice to have the time on that side of the room without having to turn around and look at my oven. The aesthetics are very nice and complimentary since all my appliances are stainless steel. **It gives my kitchen this extra zhoosh up the place! I've been using it now for several months and have no complaints!**" —ADR

Get it from Amazon for $349.

♡ **Add to Wishlist**

**12. The Chi Spin N Curl,** which is essentially a curling iron that does all the work for you. Simply drop a section of your hair into the barrel, and it will rotate it on its own, leaving you with a perfect coil in just a few seconds. Voilà!



*Amazon, www.amazon.com*

See it in action on TikTok here.

**Promising review:** "OK. This 🐻 thing 🐻 is 🐻 amazing 🐻. I have two sisters that are professional cosmetologists and well that talent surpassed me COMPLETELY. I have straight, stubborn hair. I've never been able to get it to do anything. I've never been good at using a curling iron, wand, leave-in curlers or had any luck with the "wavy hair hacks." So I did my research when I saw this thing on TikTok, of all places, and WOW, I'm super impressed. I've used it twice so far and truly LOVE IT! It's very easy to use." —LinLo09

Get it from Amazon for $75.07+ (available in six colors).

> **BuzzFeed**

♡ Add to Wishlist

ADVERTISEMENT

**13. A Bissell multi-purpose portable cleaner** pretty much guaranteed to gross you out because of all the dirt and gunk it will pull out from the furniture and upholstery in your home. Reviewers with kids (and pets) have used this to save their couches, rugs, stairs, car seats, and more.



www.amazon.com, www.amazon.com

**Promising review: "I saw this on TikTok, and our toddler has turned our apartment in such a dirty place.** Stains everywhere! Our sofa was in such bad condition (which we only got it two years ago) that we were thinking of getting a new one. **We decided to try this, and it is a miracle worker.** I'm so glad we bought this. It's worth every penny!" —shahzad mahmood

Get it from Amazon for $123.59.

♡ Add to Wishlist



> BuzzFeed

**14. A** personal wine chiller **you can use to keep your drink at the perfect temperature \*without\* having to use ice that just waters it down. Plus, you can just keep it in your freezer, so it's ready when you decide you want a glass of wine but realize you forgot to put the bottle in the fridge. (Ugh, not again.)**



www.amazon.com

See it in action on TikTok here.

**Promising review:** "This is not only a very nifty gadget for keeping wine cold, but also works great for a chilled cocktail served up that always goes room temp before finishing. It fits all my stemmed glasses, and I have a wide variety." —Allison Grace

Get it from Amazon for $49.95 (available in three colors and two sizes).

♡ Add to Wishlist

**15.** Brazilian Bum Bum Cream **with more than 27,000 five-star ratings, proving that this cult-favorite moisturizing body lotion is, in fact, worth it. It's infused with caffeine, guarana extract, and coconut oil that work together to help tighten \*and\* smooth skin while leaving a "**heavenly**" smell behind.**



Amazon

> BuzzFeed

9/11/23, 5:24 PM                                         30 Splurge-Worthy TikTok Products That Make Life Easier

**Promising review:** "Like so many, **I was brainwashed by TikTok into buying this rather expensive lotion. ... Then, I bought one for my mom and one for my sister and five more for myself as they became harder to find.** My favorite thing about it is the smell. Lightly tropical/coconutty but nothing overwhelming. Every time I wear it, people say, 'What are you WEARING?' like I have some amazing perfume on. Besides that, **it really is a great moisturizer. I'm not usually a sucker for marketing, but this was so worth it.**" —Kristen

Get it from Amazon for $48.

♡ Add to Wishlist

**16. A mini projector** to transform your living room (or even bedroom) into a whole theater experience. Friday night sounds like a perfect night to build a blanket fort and snuggle in for a movie marathon using this projector. Those happy hour plans? Consider them cancelled.



www.amazon.com

**Promising review:** "I've been wanting a projector for a while now after seeing it on TikTok, and this one hits the mark. **The quality is crisp and clear to the point you don't really need a projector screen.** The sound can go pretty loud. Most importantly, it can connect to my iPhone and MacBook. I got it as a gift, and I'm very happy with it. It doesn't come with the Apple adapter, but you can find it for cheap separately anyway. No complaints so far." —Amazon Customer

Get it from Amazon for $89.99.

♡ Add to Wishlist

**17. A heated eye massager** reviewers swear by to help with everything from migraines, headaches, eye strain, dry eyes, and even insomnia. And it may look simple, but this genius device has five different massage modes, a 15-minute timer, and even Bluetooth capabilities so you can play some soothing music as you relax.



〉 **BuzzFeed**



www.amazon.com

**Promising review**: "I saw this product on one of Amazon's must-have TikTok videos, and I knew I had to get it. **It was so worth it — even though the price may seem higher compared to other sellers, this is for sure a good investment piece.** The quality is topnotch, the strap that goes around your head is comfortable, and most importantly, the duration of each mode is long enough that it doesn't interrupt your rest. I work a 12-hour night shift as a nurse, and this technology has helped me get through the night easily. 👍 👍 " —Amazon Customer

Get it from Amazon for $69.99 (available in black and pink).

♡ Add to Wishlist



ADVERTISEMENT

> BuzzFeed

**18. A Free People sweater set** about to be your go-to outfit this fall (and beyond). Reviewers (and TikTok-ers alike) swear this set is super comfortable and worth the price. It's so easy to grab in the morning that you'll probably reach for it at least three times a week.



Free People

And see one TikTok-er confirm that it's worth it here.

**Promising review:** "I was so pleasantly surprised by this set. I have never bought from FP before (too expensive). **I am so glad I 'splurged' on this set. I just love it!** So comfortable and feels great on a cool summer evening." — Hazell

Get it from Free People for $128 (available in women's sizes XS-XL and in 14 colors).

♡ Add to Wishlist

**19. A three-in-one wrap dispenser with cutter** perfect for anyone who is DEEP in #OrganizeTok. This simple container is actually pretty ~neat~ because it will declutter your drawer so you can easily grab a piece of parchment paper or cling wrap.





www.amazon.com

It's compatible with most wraps and comes with 21 label stickers so you can customize it however you want.

**Promising review:** "TikTok made me do it. And I am so glad I did. There's nothing more annoying than Saran wrap getting all in a ball after you rip it off. This cuts it perfectly every single time." —Amy K.

Get it from Amazon for $42.98+ (available in four colors).

♡ Add to Wishlist

**20. A chaise lounge chair designed to make it comfortable to lie on your stomach at the beach or pool. Yes, you read that right. You no longer have to awkwardly prop yourself up on your elbows to enjoy your book. Just stick your face and arms through the holes, and you'll be able to read your book (or scroll TikTok) no problem.**

〉  BuzzFeed



www.amazon.com, www.amazon.com

Plus, when you flip back over, there's a pillow that covers the hole to keep your head comfortable.

**Promising review:** "This is typically more then I would have spent on a lounge chair, but after seeing it on TikTok I had to buy one!! The arm and face hole make tanning the backside so easy and comfortable!" —Keely Shay

Get it from Amazon for $66.99+ (available in five colors and patterns).

**21. A pair of semi-sheer rip-resist tights you may think are pretty expensive, but when you start to add up all the pairs of tights you've had to buy because you keep snagging them almost immediately after putting them on, you'll realize that this price is well worth it. The tights are so rip-resistant one TikTok-er even put a pineapple inside, and they didn't rip. Color me impressed.**

> BuzzFeed



*Sheertex*

See one TikTok-er confirm they work and are worth the money.

**Promising review:** "This is the first time that I have bought from this company. I was very impressed with how the nylons are holding up. **Usually, I end up snagging and getting runs all the time. They are super soft and very comfortable. I love the way they look and feel.** I'm very thankful for finding the site and finally being able to get nylons that work for me!" — TERESE E.

Get a pair from Sheertex for $59 (available in women's sizes XS-3X).

♡ Add to Wishlist

**22. A rolling desk bike that will be one of the best multitasking products you own. You can knock out your work and exercises at the same time, which means you can do so many other things after you've closed your laptop.**

> BuzzFeed



www.amazon.com

Not only is the rolling desk bike compact, but it's also height adjustable to make it fit perfectly for you. The pedaling is also quiet, there's eight resistance levels, and it will track your mileage, rpm, and more.

**Promising review:** "I saw this in TikTok, and I bought it. No regrets! **I've used this almost daily since I got it. I'm moving way more than I did before.** The table top part is a little loose, but that might be from me leaning on it too much. It wasn't originally like that. I haven't looked into tightening it. 10 out of 10 recommended for someone who looking to move more!!" —Amazon Customer

Get it from Amazon for $390.99+ (available in black and white).



ADVERTISEMENT



**23. An orthopedic memory foam pillow** specifically designed to support side, back, and stomach sleepers. If you find yourself waking up in the morning with a sore neck or even a headache, it may be your sign you should invest in this pillow.



Amazon

Check out a TikTok of the orthopedic pillow in action.

**Promising review**: "Okay. I was skeptical at first, but I LOVE this pillow. It definitely takes some time to adjust because it isn't your typical pillow, but **I've been getting the best sleep the past week since the start of using this pillow.** I also got one for my husband, and he also loves it. We are both side and back sleepers. **My neck doesn't hurt in the morning anymore. I don't feel the need to constantly crack my neck.** I don't wake up with headaches anymore. I've tried MANY pillows, and this one is just off the charts. No comparison to others. Get it! I think the only con I have is how small it is. I could definitely be a bit bigger. It looks tiny on my king size bed, but that's okay. That's what decorative pillows are for!" —Katlynn

Get it from Amazon for $44.99+ (available in five colors).



**24. A convertible table** that looks like very simple but is actually hiding one of the ~coolest~ features (I mean that both figuratively and literally). The top twists up to reveal a cooler inside! You can enjoy an ice-cold drink anywhere and have a place to set it in between sips. W-O-W.





*Amazon*

Check out a TikTok of the hybrid table and cooler in action.

**Promising review:** "Good quality and lightweight. **Design makes it very easy to carry, I find it easier than the average cooler.** The handle is nice and high and wide so the rest of it is not bumping up against your leg. And once you lift up the lid which turns into a table it's sturdy enough to actually use for setting drinks on without worry. Exceeded expectations." —April Ford

Get it from Amazon for $59.90+ (available in black and white).

♡ **Add to Wishlist**

**25. A reverse hair dryer** specifically designed to dry, stretch, smooth, and lengthen all hair types in HALF the time it usually takes to dry and flat iron. Plus, it doesn't damage the natural curl pattern of the hair and reduces heat exposure while also taming frizz and sealing in shine.



*RevAir*

See it in action on TikTok here.

RevAir is a small business founded by Scott Thomason, a mechanical engineer, who saw his wife struggle with her natural hair. Instead of blasting heat to dry the hair, like a traditional hair dryer does, the reverse dryer actually pulls the water out of the hair using a vacuum-like attachment, which simultaneously dries and straightens it.

**Promising review:** "I have very thick hair. I'm sure it's 4 something, and I don't stretch it much because blow drying is a pain. RevAir is def a game changer. I've seen many vids and thought, 'Man, that thing looks like a lot to deal with.' It's not! **It was super easy to use. I** ✉  ⟩   **BuzzFeed**

not, and it didn't take long at all. Pricey, yes, but I think I invested in something that I'll def use and get my money's worth." —Theresa H.

Get it from RevAir for $429.

♡ Add to Wishlist

### 26. A hand vacuum that just may be the most portable cleaning tool you'll ever own. You can go from sucking up crumbs on a desk to cleaning dresser drawers in a matter of seconds.



www.amazon.com

**Promising review:** "Another 'TikTok made me buy' purchase. I absolutely love this thing. It helps with cleaning my daughter's desk since she's homeschooling and easy to use to clean inside of drawers." —Manisha Roopnarine

Get it from Amazon for $69.99 (available in four colors).

♡ Add to Wishlist

> **BuzzFeed**

**27. A stroller so lightweight and compact it can fit in the overhead bin on a plane. This means you don't have to wait around for it to be retrieved from storage after you deplane. You can just open the stroller and go.**



www.amazon.com, www.amazon.com

It folds up so small that it was awarded a Guinness World Record in 2014 for the most compact stroller. It can hold kids who weigh up to 55 pounds and only weighs 9.5 pounds.

See it in action on TikTok here.

**Promising review:** "The best stroller for traveling! We bought this on a whim for our last-minute trip to Houston. **Our toddler is 2 years old, and what a breeze this was to stroll through the airport, and fold up so it can stow away under our seats on the plane**. It is so compact, so easy, and my husband enjoys entertaining everyone and showing them how small it gets. If you have a little jet setter and fly frequently with a little one, I highly recommend!!" —Kimmie Paulo

Get it from Amazon for $223.96 (available in four styles and two colors).

♡ Add to Wishlist



ADVERTISEMENT

> BuzzFeed

9/11/23, 5:24 PM                         30 Splurge-Worthy TikTok Products That Make Life Easier

**28. A set of nonstick stackable pots and pans** with one of the coolest features I've ever seen in cookware — the handles are removable, which makes them super easy to store. If you've got limited space in your kitchen, this is a great way to store all your utensils without having them spill out of the cabinet the second you open the door.



*Amazon, www.amazon.com*

And see a TikTok of the stackable pots and pans in action.

The 13-piece set includes two frying pans, two saucepans, a sauté pan, a wok, two silicone storage lids, three glass lids, and two removable handles.

**Promising review:** "I absolutely LOVE these! I wanted something that took up less space, and these are perfect! There are handles that are removable which is great. **I don't knock them or worry about my toddler being able to grab and pull. The pieces stack easily.** I'll definitely be purchasing more of this line and set." —Nurse.stephr

Get it from Amazon for $199.99.

**29. A transforming office** perfect for anyone who lives in a tiny apartment or home where space is limited — the desk and chair fit inside the filing cabinet. When you clock out on Friday afternoon, you don't have to be reminded of work the whole weekend.



*Expand Furniture / Via www.tiktok.com, Expand Furniture*

> BuzzFeed

9/11/23, 5:24 PM                              30 Splurge-Worthy TikTok Products That Make Life Easier

See it in action on TikTok here.

Expand Furniture is a small business specializing in space-saving furniture, including expanding tables, hidden beds, and modular seating. Most products are in stock and ready to ship.

**Promising review:** "I've had this desk for a couple of weeks, and it's great in my studio apartment. **I tuck it away on weekends beside my couch and use the desk both with the chair and a standing desk that I put on top.** I'm happy with this purchase, having extra storage built-in and that it's on wheels to easily put away." — JESSICA H.

Get it from Expand Furniture for $1,795+ (available in three panel finish colors).

♡ **Add to Wishlist**

**30. A Bartesian cocktail machine ideal for anyone who loves a good craft cocktail but doesn't want to have all the ingredients at all times for them. This machine will make your favorite cocktail — from a whiskey sour to a cosmopolitan — in seconds with only a push of a button. Happy hour at home just became happ*ier* hour.**



Hannah Loewentheil / BuzzFeed

After you fill up the machine with alcohol (which is not included), all you have to do is insert a cocktail capsule, choose your preferred strength, and press mix. Plus, it automatically cleans itself after each cocktail and has dishwasher-safe parts for easy care.

**Promising reviews:** "I saw this on TikTok and had my husband get it for me. This machine is AWESOME, and I will definitively say it's worth it! Your personal bartender!" —Jessica

"My entire family and I are extremely satisfied with the Bartesian cocktail machine. I bought this late November but could not provide a review as this was a family Christmas gift. When it was finally unwrapped and opened up, everyone was surprised, excited, and wanted a drink. With six adults in the family, we all had our favorite. I bought six diff

> **BuzzFeed**

9/11/23, 5:24 PM                          30 Splurge-Worthy TikTok Products That Make Life Easier

(cosmopolitan, whisky sour, sex on the beach, rum breeze, uptown rocks, and Long Island iced tea). **We tried them all, and every cocktail turned out fantastic!!** I would recommend this machine to anyone who enjoys quality cocktails." —Doug

Get it from Amazon for $367.

*And read one BuzzFeed writer's full Bartesian cocktail maker review here.*

♡  Add to Wishlist

**Looking for the perfect gift for any occasion? Check out all of BuzzFeed's gift guides!**

*BuzzFeed*

*Reviews have been edited for length and/or clarity.*

**Share This Article**

    

**2 comments**

Sign in to comment

Order by:  ● Most Hearts      ○ Most Recent

**Taadaa58**
1 year ago

As usual with almost anything on tiktok you won't be able to pay your mortgage for a few months to be able to afford anything on this'd list! And unless you buy it directly through Amazon your never going to be able to return or exchange the item you buy because it never arrives with...
Read more

♡





10/20/23, 10:30 AM                amazon.com/FLEEROSE-CPC-Certified-Ergonomic-Breathable-Materials/dp/B0C73N25K8/ref=sr_1_6?crid=3V4F2L7I9J0KG&keywords=…



**Product Description**



**Safety You Can Trust**

When your baby's wellbeing is at stake, safety matters most. That's why Fleerose carriers are rigorously tested and certified to give you absolute peace of mind. With **CPC** certification, your child will have contact solely with proven safe, non-toxic materials. **ASTM F2236**

**Safety Standard** indicates the carrier adheres to the safety standards set for baby products in the US.



**Grows with Your Child for Years of Use**

With multi-position use and lasting durability, a high-quality hip seat carrier truly grows with your child, making it a valuable investment that pays off over time.



**Master House Life and Bond with Baby**

Fleerose is the perfect way for busy parents to master house chores and daily errands while keeping baby close. With baby happily seated on your hip, you'll be able to tackle house life with ease and enjoy precious bonding moments together.



**Ultra-Light and Packs Up Small**

At just less than 1 lb, it adds practically no burden while keeping baby comfortably close. The lightweight fabric and streamlined design make it easy to wear this carrier for hours without fatigue. When not in use, the carrier packs down into an included storage bag no larger than a melon.

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 9 x 6.2 x 9.2 inches |
| Item model number | JP0861 |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 44 Pounds |
| Material Type | Polyester |
| Care Instructions | Machine Wash |
| Additional product features | Ergonomic Bench |
| Number Of Items | 1 |
| Batteries required | No |
| Orientation | Hip |
| Item Weight | 1.3 pounds |

### Additional Information

| | |
|---|---|
| ASIN | B0C73N25K8 |
| Customer Reviews | 4.6 ★★★★★ ∨  75 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #2,714 in Baby (See Top 100 in Baby)<br>#13 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ∨

## Compare with similar items



| | | | |
|---|---|---|---|
| This item FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multiple Pockets & Lumbar Support & Breathable Materials for Newborns & Toddlers, All Seasons & 4 Positions (Carrier, Grey) | CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjustable Waistband & Various Pockets for Newborns & Toddlers up to 44lbs, All Seasons Carrier(Black) | Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pockets, Adjustable Extended Waistband for Newborns & Toddlers up to 50 lbs, Black | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protector & EVA Massage Board, Ergonomic Carrier with Various Pockets for Newborns & Toddlers up to 45lbs (Black, Medium) |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | |
|---|---|---|---|---|
| Customer Rating | ★★★★½ (75) | ★★★★½ (114) | ★★★★½ (38) | ★★★★½ (96) |
| Price | $55.99 | $45.99 | $39.99 | $49.99 |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Fleerose | CozyOne Shop | YR Union | Momcozy Maternity Essential |
| Brand | Fleerose | CozyOne | GROWNSY | Momcozy |
| Color | Grey | Pure Black | Black | Black |
| Size | XS-2X-Large | XS-2X-Large | — | Medium |
| Strap Type | strapless | Adjustable Strap | Waist Strap | Adjustable Strap |

## Videos

### Videos for related products

       

| 0:46 | 0:35 | 2:47 | 4:22 | |
|---|---|---|---|---|
| GROWNSY Baby Hip Carrier | SUNVENO Baby Hip Seat Carrier | Super comfortable 6 in 1 baby carrier | Honest review of the Tushbaby carrier | Baby Carrier with Hip S |
| YR Union | SUNVENO | Amazon Shopping with Elena | The Wagner Family: Mom-mazing … | Talentbam |

Upload your video

## Important information

To report an issue with this product, click here.

## Products related to this item

Sponsored ⓘ



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NASSBON Hip Seat Baby Carrier Waist Stool with Adjustable Strap Buckle Pocket Soft … | AGUDAN Baby Carrier with Hip Seat, Versatile 9 in 1 Infant Carrier for All Seasons … | MiniMeis G4 - Lightweight Child Shoulder Carrier - Made for Kids 6 Months to 4… | Sunnors Hip Carrier,Baby Carrier Hip Seat Waist for Baby with Adjustable Strap and … | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen… | Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pocket… | HKAI Baby Hip Carrier, Baby Carrier with Adjustable Waistband & Breathable Mesh, Er… | CozyOne - CPC-Certified Hip Seat Baby Carrier New Ergonomic Bench Design, Adjusta… |
| ★★★★☆ 21 | ★★★★½ 64 | ★★★★☆ 177 | ★★★★½ 33 | ★★★★½ 3,893 | ★★★★½ 38 | ★★★★½ 781 | ★★★★½ 112 |
| $34.99 ✓prime | $49.99 ✓prime | $189.00 ✓prime | $36.99 ✓prime | $84.99 ✓prime | $39.99 ✓prime | Limited time deal $38.98 ✓prime List: $49.99 (22% off) | $45.99 ✓prime |

nusuk

Sponsored ⓘ

Sponsored ⓘ

10/20/23, 10:30 AM                amazon.com/FLEEROSE-CPC-Certified-Ergonomic-Breathable-Materials/dp/B0C73N25K8/ref=sr_1_6?crid=3V4F2L7I9J0KG&keywords=...



## Looking for specific info?



### Customer reviews

★★★★½ 4.6 out of 5
75 global ratings

| | | |
|---|---|---|
| 5 star | | 76% |
| 4 star | | 13% |
| 3 star | | 6% |
| 2 star | | 2% |
| 1 star | | 3% |

ⅴ How customer reviews and ratings work

Shop now ›

**Reviews with images**                    See all photos ›

**Top reviews from the United States**

SG
★★★★☆ **Useful**
Reviewed in the United States on September 16, 2023
Color: Black   Verified Purchase

One of the more useful baby products I've purchased, and at half the cost of the popular name brand one. It has a Velcro and buckle latch, and a wide enough strap that it feels secure. Would certainly fit a number of body sizes. The seat is secure enough for my babe and he enjoys the freedom, and I enjoy the weight off my lower back. My only complaint is that the Fanny pack storage is on the back if you wear the seat on your right side. There is no way to move or switch it, so it become pretty useless to a right-side dominant individual.

3 people found this helpful

Helpful    Report

donnella
★★★★★ **Wrist saver**
Reviewed in the United States on September 17, 2023
Color: Grey   Verified Purchase

I wanted the tushbaby but for $80, I thought I could handle carrying my baby for free. Until my wrists started hurting every time I'd lift him. I decided to give this a shot and it's the best thing I've bought! Not only are my wrists not involved in holding him but I can actually get things done without having to struggle with a baby carrier that he'll only tolerate for 5 minutes. He's comfy, I'm comfy and for half the price I thought I'd have to pay for it.

5 people found this helpful

Helpful    Report

Ruth Silva
★★★★★ **Less Back Aches!**
Reviewed in the United States on September 17, 2023
Color: Grey   Verified Purchase

This is the best invention. I am a grandmother who babysits 2 days/week. My back aches after the second day from holding my grandchildren. This prevents me from shifting my hips and distributes the weight of the my little one, that's growing heavier everyday. It also has lots of pockets for carrying things like a phone or wallet.

One person found this helpful

Helpful    Report

Nurma
★★★★★ **CONVENIENT**
Reviewed in the United States on September 11, 2023
Color: Grey   Verified Purchase

This carrier is really nice. My little one (6 mo. old) does not like to be swaddled so I got the hip seat. It works well, easy to put on and get off and she's very comfortable and secure on it. It was just what I needed. It's well made and comfortable. I recommend it for sure.

One person found this helpful

Helpful    Report

Whitney king
★★★★★ **Great quality**
Reviewed in the United States on October 8, 2023
Color: Grey   Verified Purchase

10/20/23, 10:30 AM                    amazon.com/FLEEROSE-CPC-Certified-Ergonomic-Breathable-Materials/dp/B0C73N25K8/ref=sr_1_6?crid=3V4F2L7I9J0KG&keywords=...



So close to tush baby without the price tag

One person found this helpful

[ Helpful ]   Report

Jonathan Motley

★★★★★ **Comfortable and durable**
Reviewed in the United States on September 8, 2023
Color: Grey   Verified Purchase

I've had issues with my wrists and upper back since I had my baby. This really helped! The thick back band is comfortable and the seat is very durable feels like it could hold over 40 pounds.

[ Helpful ]   Report

William Eric

★★★★★ **Comfy**
Reviewed in the United States on September 10, 2023
Color: Grey   Verified Purchase

It's very comfy to wear! Also very breathable considering I live in AZ. I still sweat a little around my hip that the band was on but not bad at all! ❤️

[ Helpful ]   Report

Cheyenna W

★★★★★ **Saves my back**
Reviewed in the United States on August 29, 2023
Color: Grey   Verified Purchase

I looove this item! Takes a lot of weight off of my back and it's much easier to hold my son on my hip with this little seat. Strap makes it feel very secure.

One person found this helpful

[ Helpful ]   Report

See more reviews ›



10/20/23, 10:30 AM          amazon.com/FLEEROSE-CPC-Certified-Ergonomic-Breathable-Materials/dp/B0C73N25K8/ref=sr_1_6?crid=3V4F2L7I9J0KG&keywords=...





10/20/23, 10:32 AM                 amazon.com/YSSKTC-CPC-Certified-Non-Slip-Essential-Travelling/dp/B0C68LMDXY/ref=sr_1_7?crid=3V4F2L7I9J0KG&keywords=hip…



**Product Description**





# EFFORTLESS AND BACK PAIN

Help you reduce the stress on your back and bring up a child with ease.









**Detachable**
The internal frame of the baby hip seat is easier to fold and store after disassembly, taking up little space, and can also be washed in the washing machine.

**Ergonomic Design**
15° can effectively prevent O-legs. The cushion keeps the baby in the most healthy and natural sitting position.

**Safety Latch**
Latch thickened and enlarged, strong and durable, to prevent the baby's hip seat slip, to protect the baby's safety.

**6 Pockets**
The baby hip seat carrier has a total of 6 pockets, which can accommodate tissues, bottles, diapers, cell phones, and many other essential items on the go.



## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 2 x 2 x 2 inches |
| Minimum weight recommendation | 7 Pounds |
| Maximum weight recommendation | 40 Pounds |
| Material Type | Polyester |
| Care instructions | Machine Wash |
| Batteries required | No |
| Orientation | Front |
| Item Weight | 1.28 pounds |

### Additional Information

| | |
|---|---|
| ASIN | B0C68LMDXY |
| Customer Reviews | 4.4 ★★★★★  189 ratings 4.4 out of 5 stars |
| Best Sellers Rank | #11,029 in Baby (See Top 100 in Baby) #74 in Child Carrier Slings |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

10/20/23, 10:32 AM                amazon.com/YSSKTC-CPC-Certified-Non-Slip-Essential-Travelling/dp/B0C68LMDXY/ref=sr_1_7?crid=3V4F2L7I9J0KG&keywords=hip...

## Compare with similar items



| | This item YSSKTC Baby Carrier New Toddler,CPC-Certified Baby Carrier with Non-Slip Hip Seat, All Seasons Baby Holder Carrier for Men Dad Mom, All Position Essential for Hiking Shopping Travelling | Baby Carrier Newborn to Toddler with Hip Seat 6-in-1 Ergonomic All Positions Infant Carrier Soft Baby Holder Carrier with Hood for All Seasons | Baby Carrier Newborn to Toddler, Mumgaroo Ergonomic 6-in-1 Baby Carrier with Hip Seat Complete All Seasons, Adjustable & Removable Baby Holder Backpack with Baby Hood 0-36 Months | Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Waist Stool Newborn to Toddler 0-36 Months |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (189) | ★★★★☆ (140) | ★★★★☆ (475) | ★★★★☆ (153) |
| Price | $29⁹⁹ | $39⁹⁰ | $42⁹⁹ | $45⁹⁹ |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | Super Q Kids | SOMITO | kusent | Agudan Global |
| Brand | YSSKTC | SOMITO | Mumgaroo | AGUDAN |
| Color | Black | Blue | Grey | Pink |
| Strap Type | Adjustable Strap | Thicker adjustable shoulder straps | Adjustable Strap | Adjustable Strap |

## Videos

**Videos for related products**

       

| 1:58 | 4:48 | 0:45 | 0:30 | |
| Traditional baby carrier AND hip carrier! LOVE IT!! Our Favorite Things Reviewed | Super Comfortable for Babies & Adults Amazing Finds | HUIFEN baby carrier with hip seat Huifen | IULONEE Baby Carrier with Hip Seat for All Seasons IULONEE | Super comfortable carrier Amazon Shopping |

Upload your video

## Important information

To report an issue with this product, click here.

## Products related to this item

Sponsored ⓘ



| Hip Seat Baby Carrier-CPC Certified-Ergonomic Design for Newborn & Toddlers, Big S... $37.99 √prime | YSSKTC Baby Carrier Newborn to Toddler,6-in-1 Ergonomic Baby Carrier with Hip Seat,... $39.99 √prime | YSSKTC Baby Carrier Newborn to Toddler,6-in-1 Ergonomic Baby Carrier with Hip Seat,... $39.99 √prime | YSSKTC Baby Carrier Newborn to Toddler,6-in-1 Ergonomic Baby Carrier with Hip Seat,... $39.99 √prime | FLEEROSE CPC Certified Hip Seat Baby Carrier New Ergonomic Bench Design, Multiple P... ★★★★☆ 20 $56.99 √prime | CozyOne - CPC Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta... ★★★★☆ 112 $45.99 √prime | Agudan Toddler Carrier, Baby Backpack Carrier with Hip Seat - 6 in 1 Ergonomic Wais... ★★★★☆ 152 $39.99 √prime | AGUDAN Baby Hip Carrier - Ergonomic Waist Stool with Adjustable Waistband ★★★★☆ 491 $35.99 √prime |

نسك nusuk
Your Umrah is one click away
Getting your visa is now easier with
nusuk.sa
Saudi
Sponsored ⓘ

10/20/23, 10:32 AM          amazon.com/YSSKTC-CPC-Certified-Non-Slip-Essential-Travelling/dp/B0C68LMDXY/ref=sr_1_7?crid=3V4F2L7I9J0KG&keywords=hip...



| HKAI | Piggyback Rider | Ergobaby | LiLLEbaby |
| --- | --- | --- | --- |
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |
| HKAI Baby Carrier Hip Seat, Advanced Large Capacity Pocket with Adjustable... ★★★★★ 784 $38.98 List: $49.99 | Piggyback Rider Toddler Carrier Backpack - SCOUT Standing Child Carrier Backpac... ★★★★☆ 1,100 $124.99 | Ergobaby All Carry Positions Breathable Mesh Baby Carrier with Enhanced Lumb... ★★★★★ 738 $159.94 List: $200.00 | LiLLEbaby C Ergonomic ( ★★★★★ $99.99 |

## Looking for specific info?

### Customer reviews

★★★★½  4.4 out of 5

189 global ratings

| 5 star | | 69% |
| 4 star | | 11% |
| 3 star | | 12% |
| 2 star | | 5% |
| 1 star | | 5% |

˅ How customer reviews and ratings work

Shop now ›

Sponsored

### Reviews with images

See all photos ›



[ Top reviews ˅ ]

### Top reviews from the United States

**V**

★★★★☆ **Waist belt is big! Otherwise good**

Reviewed in the United States on July 29, 2023

Color: Grey  **Verified Purchase**

Sturdy carrier overall and has the basic features we need. I mainly use the stool because my baby feels claustrophobic in carriers and cries in them, but he's happy in the stool and gives my arms a break from carrying.

Also, not mentioned in the product description: the front part of the full carrier has a flap that can roll down for more ventilation (it's advertised in other models by this company, but I didn't see it called out about this one)

Some cons to be aware of with the carrier
1) waist buckle is useless for waist size below 28-29 inches. I have a 27 inch waist and there is enough Velcro overlap to hold the stool up for now, but there is about three inches hanging off the end and even folded gets in the way of the buckle so I don't feel secure. Ended up using The other strap provided over my shoulder as a backup (not sure what it's actually for)

˅ Read more

[ Helpful ]    Report

**kylee tlockowski**

★★★★☆ **Product seemed to be used and wrong instructions**

Reviewed in the United States on October 11, 2022

**Verified Purchase**

First off product is a little dirty as pictured aboved seems to be used. Secondly it came with insect killer instructions. I would have loved a new product sense that was what was advertised and the correct instructions on the different holds especially the infant hold. Also would like to know what the loops are for.

4 people found this helpful

[ Helpful ]    Report

**Jamie Dudek**

★★★★★ **Peace of Mind**

Reviewed in the United States on October 10, 2022

**Verified Purchase**

My toddler juat wants to walk these days and doesn't grasp the concept to stay near mommy and daddy. This allows her freedom but safety to ensure she doesn't dart out in front of a car when on side walks. Also, a fear of kidnapping is always on the radar. Though random attacks are rare it's still a day and age where you need to have your head on a swivel. I will say I questioned the sturdiness of the clip and eye hook mechanism but so far after 4 months or so of use when out and about its held up.

2 people found this helpful

[ Helpful ]    Report

**Jenny**

10/20/23, 10:32 AM                    amazon.com/YSSKTC-CPC-Certified-Non-Slip-Essential-Travelling/dp/B0C68LMDXY/ref=sr_1_7?crid=3V4F2L7I9J0KG&keywords=hip...



★★★★★ 6 in 1 ergonomic baby carrier
Reviewed in the United States on February 16, 2023
Color: Grey    Verified Purchase
The material is nice and sturdy. It's good for the price . Will recommend

Helpful    Report

Cap
★★★★☆ No instructions come with this carrier
Reviewed in the United States on February 12, 2022
Verified Purchase
I had to get help to figure out how to put it on and we still are not sure if it is right. Baby had a mark on his face when I took him out from the straps

Helpful    Report

Biniyam Melesse
★★★★★ Material well made
Reviewed in the United States on September 16, 2022
Verified Purchase
For the price, I think it is a great product so far. It looks very good. I will provide an update later.

Helpful    Report

Meseol
★★★★★ Love
Reviewed in the United States on August 27, 2022
Verified Purchase
Perfect and doesn't cost as much as the others. I love the different ways to use it

One person found this helpful

Helpful    Report

Robyn LaCroix
★★☆☆☆ Have received the wrong color twice now
Reviewed in the United States on August 30, 2022
Verified Purchase
Love this carrier but i ordered pink, got navy blue, sent it for exchange and got the same navy blue one back! Not to happy about that. I really dont want to keep wasting time taking it back and waiting for a new one to possibly be disappointed again. This is my first girl and i we like the pink! Ugh. But the carrier is great, seller not so much
Fix this mistake and ill change my review.

Helpful    Report

See more reviews ›

Top reviews from other countries

Translate all reviews to English

ottavi
★★★★★ Fantastique
Reviewed in France on December 13, 2022
Verified Purchase
Porte bébé très facile d'utilisation ! Parfait pour mon fils de 13 mois. Très bon maintien au niveau du dos !

Report

Translate review to English

VINCENZO
★★★★★ Ok
Reviewed in Italy on March 13, 2023
Verified Purchase
Ottimo

Report

Translate review to English

Niki
★★★☆☆ Nicht sicher
Reviewed in Germany on November 26, 2022
Verified Purchase
Ich denke es ist nicht sicher, um das Bany zu tragen!

Report

Translate review to English

See more reviews ›





10/20/23, 10:33 AM                 amazon.com/HKAI-Adjustable-Waistband-Breathable-Ergonomic/dp/B0BW3LPSRS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=a...

     

| Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pocket... | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen... | FLEEROSE - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Multip... | CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, Adjusta... | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protect... | Baby Carrier, MOMTORY Hip Seat Carrier with Adjustable Strap & Various Pockets, Erg... |
|---|---|---|---|---|---|
| ★★★★ 38 | ★★★★★ 3,883 | ★★★★ 75 | ★★★★ 112 | ★★★★★ 96 | ★★★★★ 17 |
| $39.99 /prime | $84.99 /prime | $55.99 /prime | $45.99 /prime | $49.99 /prime | $49.99 /prime |
| Save 20% with coupon | | Save 40% with coupon | Save 20% with coupon | Save $8.00 with coupon | Save 30% with coupon |

**From the brand**



**Product Description**



Multiple Positions : HKAI Hip Seat suitable for newborn to 36 months (or 44 lb)







**HKAI Baby Hip Carrier Advantages VS Disadvantages**

10/20/23, 10:33 AM          amazon.com/HKAI-Adjustable-Waistband-Breathable-Ergonomic/dp/B0BW3LPSRS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=a…



| Q | What is the age or weight limit for HKAI Baby Hip Carrier? | ▼ |
| Q | Can HKAI free hands and relieve back pressure? | ▼ |
| Q | Can it be washed by hand or machine? | ▼ |
| Q | How many pockets does the HKAI Baby Hip Carrier have? | ▼ |
| Q | Is HKAI certified? | ▼ |

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 1 x 1 x 1 inches |
| Item model number | JP0981 |
| Minimum weight recommendation | 3.5 Kilograms |
| Maximum weight recommendation | 44 Pounds, 16 Ounces |
| Material Type | Polyester |
| material_composition | 100% polyester |
| Care instructions | Hand Wash & Machine Wash |
| Number Of Items | 1 |
| Batteries required | No |
| Orientation | Hip |
| Item Weight | 1.39 pounds |

### Additional Information

| | |
|---|---|
| ASIN | B0BW3LPSRS |
| Customer Reviews | 4.5 ★★★★★ ▾   794 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #1,079 in Baby (See Top 100 in Baby)<br>#4 in Baby & Toddler Carriers |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** →

## Compare with similar items



| This item HKAI Baby Hip Carrier, Baby Carrier with Adjustable Waistband & | Tushbaby - Safety-Certified Hip Seat Baby Carrier - Mom's Choice Award Winner, Seen | Momcozy Hip Seat Baby Carrier - Adjustable Waistband with Original 3D Belly Protector | CozyOne - CPC-Certified Hip Seat Baby Carrier - New Ergonomic Bench Design, |

10/20/23, 10:33 AM                amazon.com/HKAI-Adjustable-Waistband-Breathable-Ergonomic/dp/B0BW3LPSRS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=a...



10/20/23, 10:33 AM          amazon.com/HKAI-Adjustable-Waistband-Breathable-Ergonomic/dp/B0BW3LPSRS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=a...

Q Search in reviews, Q&A

## Customer reviews

★★★★½ 4.5 out of 5

764 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 15% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 8% |

∨ How customer reviews and ratings work

### By feature

| | | |
|---|---|---|
| Value for money | ★★★★★ | 4.9 |
| Sturdiness | ★★★★★ | 4.8 |
| Light weight | ★★★★★ | 4.7 |

∨ See more

### Review this product

Share your thoughts with other customers

Write a customer review

Shop now ↗

Sponsored ⓘ

### Reviews with images

See all photos ›

### Read reviews that mention

| much easier | highly recommend | life saver | easy to use | back pain |

| easy to put | hip seat | around your waist | diaper bag |

| around the house | game changer | feel like | fanny pack |

Top reviews ∨

### Top reviews from the United States

**S**

★★★★★ Great to have!

Reviewed in the United States on October 17, 2023

Color: Grey · Verified Purchase

I use the feeding and facing out position with my baby in the house because she does not like me to sit down. She is too small for the other positions so far at 4.5 months. It helps so much with the weight but it does push down a lot and she is only 12 lbs. She tends to slide off the front so I have to keep pulling her up. I would buy this again anyhow and would recommend this to every parent. My baby has a lot of fun riding around the house on this while doing baby babble and moving her legs around. Better than leaving your kid on a swing alone getting a flat head.

Helpful    Report

**Amazon Customer**

★★★★★ YOU NEED THIS!

Reviewed in the United States on October 1, 2023

Color: Grey · Verified Purchase

This thing is AMAZING!! We bought it for an upcoming Disney cruise and began using it at Disney and sea world the weekend prior. It is literally a LIFESAVER! We used it in lines, just walking around to give our one year old a different view, while watching shows, just everywhere. It wicks and adjusts easily around your waist. We used it on our side and in front on our stomach for different views. She was very comfortable and even slept on us a few times with it. It didn't strain our back at all, and we only felt the weight after an extended period of time. The pockets were perfect for our phones and her pacifiers. We will never go anywhere without this thing again!

One person found this helpful

Helpful    Report

**Kayla**

★★★★★ Great product

Reviewed in the United States on October 18, 2023

Color: Grey · Verified Purchase

This product helps immensely with holding my baby. The storage/pockets on it are perfect and my baby very much enjoys the freedom of being able to sit or stand. This helps me play active games with my 4 year old while letting my baby AND me are comfortable. It allows longer playtime and keeps us all happy. I have a bad back, and this causes less back pain than a front carrier for me personally.

Helpful    Report

**Facjr**

★★★★★ My granddaughter and I love this baby perch!

Reviewed in the United States on October 9, 2023

Color: Grey · Verified Purchase

My neighbor recommended one of these and I am so glad she did. I use this every time I carry my granddaughter, now 8 months and growing fast, and it is really saving my back and letting me bring her with me. It's so easy to just pick her up and perch her there, or lift her down. Much simpler and freer than the various harnesses. Easy to put on and so take off. I am very grateful to have it!

Helpful    Report

**deanna**

★★★★☆ Works how I hoped

Reviewed in the United States on August 31, 2023

Color: Black · Verified Purchase

My daughter is a clinger, in the most loving way, so I spend a good amount of time holding her and it kills my back. This worked great, put it on once it arrived. I feel no strain on my back and she was smiling so I'm sure she liked the seat and wasn't uncomfortable. Wish it had more pocket space, I can only really fit a travel size wipes pack and 3 diapers. But I cared more about being able to get back releaif so I'm still very happy with this. I did also laugh at the box a bit, the fact it says baby hit seat instead of hip seat and trying to claim retail price is $500 was funny. But over all it's really good and I'm very pleased with this. Definitely recommending this to my sister in-law and a few others.

10/20/23, 10:33 AM          amazon.com/HKAI-Adjustable-Waistband-Breathable-Ergonomic/dp/B0BW3LPSRS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=a...







10/20/23, 10:33 AM          amazon.com/HKAI-Adjustable-Waistband-Breathable-Ergonomic/dp/B0BW3LPSRS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=a…

