UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC.,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>MOMCOZY MATERNITY ESSENTIALS,<br><br>    Defendant/Counterclaimant. | Consolidated Under Lead Case No. 1:24-cv-20941 |

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Tushbaby, Inc., by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Amended Certificate of Interested Parties and Corporate Disclosure Statement.

**I.     Interested Parties**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

A.   Tushbaby, Inc., Plaintiff

B.   Plaintiff's counsel, ESCA Legal LLC

    i.   Leo M. Lichtman

    ii.  James M. Slater

C.   Momcozy Maternity Essential, Defendant

D.   Defendant's counsel, Glacier Law LLP

    i.   Routing Men

    ii.  Wei Wang

        iii. Tao Liu

        iv. Dandan Pan

  E. Defendant's counsel, Dinsmore & Shohl LLP

        i. Brandon T. Holmes

        ii. Luca L. Hickman

**II.**    **Corporate Disclosure Statement**

Plaintiff hereby certifies that there are no parent corporations and/or publicly held corporations owning 10% or more of its stock.

Dated: December 23, 2024          Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*