# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC., <br><br> *Plaintiff/Counter-Defendant*, <br><br> v. <br><br> MOMCOZY MATERNITY ESSENTIALS, <br><br> *Defendant/Counterclaimant*. | Case No. 1:24-cv-20941-LEIBOWITZ/GOODMAN |

## JOINT PROPOSED SCHEDULING ORDER

Having considering the matters discussed in the Parties' Joint Scheduling Report [ECF No. 83] the Court finds that good cause exists for the entry of this Scheduling Order.

### A. Case Management Track

This matter is assigned to the standard case management track pursuant to Local Rule 16.1(a)(2)(B).

### B. Pretrial Schedule

The Parties shall comply with the deadlines set forth below:

| | |
|---|---|
| **Deadline to Serve Initial Disclosures** | **January 17, 2025** |
| **Joinder of Additional Parties/Amendments to Pleadings** | **February 7, 2025** |
| **Plaintiff's Expert Disclosures Due** | **August 1, 2025** |
| **Defendant's Expert Disclosures Due** | **September 5, 2025** |

| | |
|---|---|
| **Rebuttal Expert Disclosures Due** | **September 26, 2025** |
| **Deadline to Select Mediator** | **March 28, 2025** |
| **Close of Fact and Expert Discovery** | **October 31, 2025** |
| **Deadline to file Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*** | **November 26, 2025** |
| **Completion of Mediation** | **December 12, 2025** |
| **Deadline to File All Other Pretrial Motions, including Motions in Limine** | **February 20, 2026** |
| **Date Certain for Resolution of All Pretrial Motions** | **March 6, 2026** |
| **Deadline to File Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form and/or Proposed Findings of Fact and Conclusions of Law** | **March 20, 2026** |
| **Pretrial Conference to Be Held** | **April 6, 2026** |
| **Commencement of Two-Week Trial Period** | **April 2026** |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this __ day _____ 2025.

DAVID S. LEIBOWITZ
United States District Judge