UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TUSHBABY, INC.,

    Plaintiff,

v.

THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 24-cv-20941-DSL

**MOMCOZY'S CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendant Momcozy Maternity Essential ("***Momcozy***" or "***Defendant***"), by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement

**I. Interested Parties**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    a. Shenzhen Sichuang Tiancheng E-Commerce Co., Ltd, d/b/a Momcozy Maternity Essential (Defendant)

    b. Tushbaby, Inc. (Plaintiff)

**II. Corporate Disclosure Statement**

Defendant hereby certifies that there are no parent corporations and/or publicly held corporations owning 10% or more of its stock.

|  |  |
|---|---|
| January 8, 2025 | /s/ Luca L. Hickman, Esq. |
|  | Ruoting Men (*Pro Hac Vice*) |
|  | GLACIER LAW LLP |
|  | 41 Madison Ave, Suite 2529 |
|  | New York, NY 10010 |
|  | Ruoting.men@glacier.law |
|  | 212-729-5049 |
|  |  |
|  | Brandon T. Holmes, Esq. (FBN 1007975) |
|  | Luca L. Hickman, Esq. (FBN 118731) |
|  | Dinsmore & Shohl LLP |
|  | Tampa City Center |
|  | 201 North Franklin Street, Suite 3050 |
|  | Tampa, Florida 33602 |
|  | Telephone: (813) 543-9835 |
|  | Email: luca.hickman@dinsmore.com |
|  |  |
|  | ***Attorneys for Defendant*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court.

January 8, 2025                                         /s/ Luca L. Hickman