UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

    Plaintiff,     Case No. 1:24-cv-20941-LEIBOWITZ

v.

MOMCOZY MATERNITY ESSENTIALS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF MEDIATOR SELECTION

Plaintiff Tushbaby, Inc., through counsel, advises that the parties have selected Mark Stein, who is on the Certified Mediator's List as the mediator in this case. The mediation conference in this matter will be held on December 1, 2025 at 10 a.m. eastern time by Zoom.

Dated: March 28, 2025

    Respectfully submitted,

    **James M. Slater**
    James M. Slater (FBN 111779)
    ESCA Legal LLC
    9000 Dadeland Blvd. #1500
    Miami, FL 33156
    Tel.: (305) 523-9023
    james@esca.legal

    Leo M. Lichtman (admitted *pro hac vice*)
    ESCA Legal LLC
    1117 Sixth Avenue, Fifth Floor
    New York, New York 10036
    Tel.: (347) 745-2535
    leo@esca.legal

    *Attorneys for Plaintiff Tushbaby, Inc.*