UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

    Plaintiff,                                 Case No. 1:24-cv-20941-LEIBOWITZ

v.

MOMCOZY MATERNITY ESSENTIALS,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark Stein on December 1, 2025 at 10 a.m. eastern time by Zoom.

ENTERED this ___ day of _____, 2025.

                                                                                      DAVID S. LEIBOWITZ
                                                                                      U.S. District Judge

Copies furnished:
All counsel of record