UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**MOMCOZY MATERNITY ESSENTIALS**,

    *Defendant*.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held as follows:

**Mediator:**   Mark Stein

**Date:**   December 1, 2025

**Time:**   10:00 a.m.

**Location:**   via Zoom

**DONE AND ORDERED** in the Southern District of Florida on March 28, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record