UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| TUSHBABY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 24-cv-20941-DSL |

## [Proposed] ORDER

Having reviewed the *Motion for Leave to File Amended Counterclaim* (the "**Motion**") by Defendant / Counterclaim-Plaintiff Momcozy Maternity Essentials ("**Momcozy**") filed on April 3, 2025, the Court hereby **GRANTED.**

The Amended Counterclaim attached as Exhibit A to the Motion is hereby accepted.

**SO ORDERED**

DAVID S. LEIBOWITZ
U.S. District Judge

Copies furnished:
All counsel of record