UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TUSHBABY, INC.,

     Plaintiff,

  v.

MOMCOZY MATERNITY ESSENTIALS,

     Defendant.

Consolidated Under Lead Case No.
1:24-cv-20941

## <u>DECLARATION OF JAMES M. SLATER</u>

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1.     I am counsel of record in this case for Plaintiff Tushbaby, Inc.

2.     I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3.     The purpose of this declaration is to set forth facts surrounding the parties' communications during the period relevant to Momcozy's motion for leave to file amended counterclaims.

4.     On January 17, 2025, Tushbaby served written discovery on Momcozy along with its Rule 26(a)(1) initial disclosures.

5.     On February 12, 2025, Momcozy's counsel, Luca Hickman, sought three additional weeks to respond to the discovery requests, to which Tushbaby consented.

6.     A true and correct copy of this correspondence is attached as **Exhibit A**.

7.     On March 7, 2025, Momcozy's counsel, Brandon Holmes, sought additional time to respond to the same discovery, through March 28, 2025. *See id.*

8.     On March 10, Mr. Holmes reiterated the request and on that same date Tushbaby agreed to the extension and provided a revised settlement demand. *See id.*

9.     Mr. Holmes responded that same date that he would circle back with his client regarding Tushbaby's settlement offer. *See id.*

10.    Between March 10 and March 18 the parties did not communicate.

11.    On March 18, 2025, I emailed Momcozy's counsel regarding the requirement that the parties select a mediator by March 28, 2025 per the Court's Scheduling Order. *See id.* That email did not reference any settlement discussions and the parties did not communicate about settlement on this date or any previous date since the March 10, 2025 offer.

12.    I received no response that week from Momcozy's counsel on my mediator selection email and sent a reminder email on March 24, 2025. *See id.* That email also did not reference settlement, and again there were no communications about settlement since the March 10 offer.

13.    In response to my March 24 email about mediator selection, Momcozy's counsel, Routing Men, emailed on March 25, 2025 indicating that Momcozy's principals wanted to have direct settlement discussions with Tushbaby's principals. *See id.* His email did not address mediator selection.

14.    Tushbaby's counsel responded that same date indicating that the message would be conveyed to Tushbaby's principals. *See id.*

15.    The next day—March 26—I emailed Momcozy's counsel to inform them that Tushbaby's principals were available the following week (the week of March 31) to speak directly with Momcozy's principals. *See id.* Having received no response about mediator selection, I reminded Momcozy's counsel about the Court's Scheduling Order and that we could move the

mediation date if needed, but that we needed to get a notice filed promptly to comply with the Court's order. *See id.*

16.     Mr. Hickman responded that same day that Momcozy agreed to Tushbaby's proposed mediator but would provided availability later. A true and correct copy of this email is attached hereto as **Exhibit B**.

17.     Minutes later, Mr. Hickman sent a second email asking if the parties would agree to push the discovery responses dates to May 3, 2025 given that the parties planned to speak directly about settlement. Mr. Hickman referenced his March 28 deadline to respond to Tushbaby's discovery but did not mention anything about the deadline to move for leave to file amended counterclaims. A true and correct copy of this email is attached hereto as **Exhibit C**.

18.     The next day—March 27—I responded to Mr. Hickman that we were in agreement on pushing back discovery responses to May 3. *See id.*

19.     Later that day, Mr. Hickman proposed a December 1, 2025 mediation date, and I responded that we had booked the mediation and that we would file a notice with the Court. *See id.*

20.     On March 31, 2025—after the March 28 deadline—Mr. Men responded that his client was available for a principals meeting with Tushbaby on March 31, April 1, and April 2. *See* Ex. A.

21.     Other than the emails discussing scheduling the principals' meeting, there were no substantive settlement communications between the parties since the March 10 email setting forth a revised settlement offer.

22.     At no time since the Court granted Tushbaby's motion to dismiss Momcozy's counterclaims and March 28, 2025 did counsel for Momcozy discuss the deadline to amend its

counterclaims.

23.     Indeed, it was not until April 2, 2025 that Momcozy's counsel referenced the deadline to amend its counterclaims. It emailed about an extension of time on this date as "the settlement discussions between both parties did not reach an agreement as expected."

24.     A true and correct copy of this correspondence is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025 in Atlanta, Georgia.

_____
James M. Slater

# Exhibit A

| | |
|---|---|
| **From:** | James Slater <James@esca.legal> |
| **Sent:** | Monday, April 14, 2025 12:58 PM |
| **To:** | james@slater.legal |
| **Subject:** | Fw: Tushbaby v. Momcozy |

**James M. Slater**
Of Counsel

# ESCA.

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Monday, March 31, 2025 12:20 AM
**To:** James Slater <James@esca.legal>; Leo Lichtman <Leo@esca.legal>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Subject:** Re: Tushbaby v. Momcozy

Our client is available on 3.31/4.1/4.2 all day.

---

**From:** James Slater <James@esca.legal>
**Sent:** Wednesday, March 26, 2025 11:15
**To:** Leo Lichtman <Leo@esca.legal>; Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Subject:** Re: Tushbaby v. Momcozy

All,

Our client is available next week to speak directly with your client. Could you propose some times that work for your client?

We will need to get our mediation notice on file Friday. Can you let us know if Mark Stein is fine and if so whether any of his June dates work: https://calendly.com/marksteinlaw/full-day-mediation?month=2025-06

If the parties can't reach agreement on the client call, then we have no issue moving mediation around if needed, but we just need to get a date to the court now to comply with the order.

Thanks,
James



Mediation Availability - Mark Stein

calendly.com

**James M. Slater**
Of Counsel

ESCA.

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Tuesday, March 25, 2025 8:08 AM
**To:** Men, Ruoting <ruoting.men@glacier.law>; James Slater <James@esca.legal>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Subject:** RE: Tushbaby v. Momcozy

Ruoting,

Thanks – we will convey to the client.

Best,

**Leo M. Lichtman**
Partner

ESCA.

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090



CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Tuesday, March 25, 2025 5:43 AM
**To:** James Slater <James@esca.legal>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Leo Lichtman <Leo@esca.legal>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Subject:** Re: Tushbaby v. Momcozy

Hi James,

Our Client wants to talk to the Plaintiff directly, without attorney's involvement. Just like New York.

Please advise.

Best,


**Ruoting Men | Attorney**
**Glacier Law LLP**
41 Madison Avenue, Suite 2529
New York, NY 10010
www.glacier.law
Tel: +1 (212) 729-5049
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** James Slater <James@esca.legal>
**Sent:** Monday, March 24, 2025 13:33
**To:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Leo Lichtman <Leo@esca.legal>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** Re: Tushbaby v. Momcozy

All our mediation notice is due Friday. Please advise.

Thanks,
James


Get Outlook for Android

**From:** James Slater <James@esca.legal>
**Sent:** Tuesday, March 18, 2025 10:34:49 AM
**To:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Leo Lichtman <Leo@esca.legal>; Hickman, Luca <Luca.Hickman@Dinsmore.com>

**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** Re: Tushbaby v. Momcozy

All,

We are required to select a mediator by 3/28. We would propose Mark Stein (www.marksteinlaw.com) and a June mediation date. Here are the dates he is available then: https://calendly.com/marksteinlaw/full-day-mediation?month=2025-06.

Please let us know your position, thanks.

James

**James M. Slater**
Of Counsel

ESCA.

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>
**Sent:** Monday, March 10, 2025 2:53 PM
**To:** Leo Lichtman <Leo@esca.legal>; Hickman, Luca <Luca.Hickman@Dinsmore.com>; James Slater <James@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

Thanks, Leo. We will circle back to our client regarding your counteroffer.



**Brandon T. Holmes**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
Tampa City Center
201 North Franklin Street
Suite 3050
Tampa, FL 33602
**T** (813) 543-9820  •  **F** (813) 543-9849
**E** brandon.holmes@dinsmore.com  •  dinsmore.com

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Monday, March 10, 2025 2:33 PM
**To:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; James Slater <James@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

FRE 408 COMMUNICATION

Luca,

Thanks for your email. The extension is approved.

Meanwhile, we wanted to provide a revised settlement demand today in response to the last offer.





Please let us know if you would like to discuss further. Given the upcoming deadlines and exponential increase in fees associated with discovery, we think it is in both parties' interests to work towards a resolution now.

Tushbaby continues to reserve all rights, remedies, claims, and defenses pending an executed settlement.

Best,

**Leo M. Lichtman**
Partner

ESCA.

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090


https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Monday, March 10, 2025 9:49 AM
**To:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Leo Lichtman <Leo@esca.legal>; James Slater <James@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** Re: Tushbaby v. Momcozy

Leo:

I'm still traveling today but wanted to follow up on this. Please let us know your thoughts about an extension (which, of course, we would be willing to reciprocate if/when you similarly need one).

Regards,

Luca


---
Sent from Workspace ONE Boxer
On March 7, 2025 at 6:38:44 AM EST, Holmes, Brandon <Brandon.Holmes@DINSMORE.COM> wrote:

Hi Leo,

Luca is traveling right now and it looks like we are going to need some additional time to respond to Plaintiff's discovery that is due next week. Can we extend the deadline to respond to the discovery until March 28?

I wasn't involved in the earlier settlement discussions, but my review of the settlement emails suggests that you may have missed Routing's 12/16 email (attached) outlining the terms of our client's latest offer. I will circle back with our team to make sure I am not missing anything.

Thanks,
Brandon



**Brandon T. Holmes**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
Tampa City Center
201 North Franklin Street
Suite 3050
Tampa, FL 33602
**T** (813) 543-9820  •  **F** (813) 543-9849
**E** brandon.holmes@dinsmore.com  •  dinsmore.com

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Wednesday, February 12, 2025 3:39 PM
**To:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; James Slater <James@esca.legal>
**Cc:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

Luca,

We can agree to that—three additional weeks to submit written discovery responses, with rolling production to begin then as well.

Additionally, please let us know if you have any updates from your clients with regard to settlement.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Wednesday, February 12, 2025 2:42 AM
**To:** James Slater <James@esca.legal>; Leo Lichtman <Leo@esca.legal>
**Cc:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

James and Leo:

I hope you are doing well.

I am writing to ask for an additional three (3) weeks to complete our discovery responses to your attached January 17th interrogatories and requests for production. Between the communication delays caused by Chinese New Year and our having to drop things to handle some out-of-state work, we would appreciate the professional courtesy of this extension. Thank you.

Regards,

7

Luca

**Luca L. Hickman**
Associate
Dinsmore & Shohl LLP • Legal Counsel
Tampa City Center, 201 North Franklin Street, Suite 3050, Tampa, FL 33602
**T** (813) 543-9835 • **F** (813) 543-9849

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

# Exhibit B

**From:** James Slater <James@esca.legal>
**Sent:** Monday, April 14, 2025 1:14 PM
**To:** james@slater.legal
**Subject:** Fw: Tushbaby v. Momcozy



**James M. Slater**
Of Counsel

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Wednesday, March 26, 2025 6:47 PM
**To:** James Slater <James@esca.legal>; Leo Lichtman <Leo@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Woodward, Adam <Adam.Woodward@Dinsmore.com>
**Subject:** RE: Tushbaby v. Momcozy

James:

We are agreeable to mediation with Mark Stein. We are currently waiting on some available dates from our client and will revert back shortly.

Regards,

Luca

**Dinsmore**
**Luca L. Hickman**
Associate
Dinsmore & Shohl LLP • Legal Counsel
Tampa City Center, 201 North Franklin Street, Suite 3050, Tampa, FL 33602
**T** (813) 543-9835 • **F** (813) 543-9849

**From:** James Slater <James@esca.legal>
**Sent:** Wednesday, March 26, 2025 2:16 PM
**To:** Leo Lichtman <Leo@esca.legal>; Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Subject:** Re: Tushbaby v. Momcozy

All,

Our client is available next week to speak directly with your client. Could you propose some times that work for your client?

We will need to get our mediation notice on file Friday. Can you let us know if Mark Stein is fine and if so whether any of his June dates work: https://calendly.com/marksteinlaw/full-day-mediation?month=2025-06

If the parties can't reach agreement on the client call, then we have no issue moving mediation around if needed, but we just need to get a date to the court now to comply with the order.

Thanks,
James

---

Mediation Availability - Mark Stein



calendly.com

---



**James M. Slater**
Of Counsel

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Tuesday, March 25, 2025 8:08 AM
**To:** Men, Ruoting <ruoting.men@glacier.law>; James Slater <James@esca.legal>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Subject:** RE: Tushbaby v. Momcozy

Ruoting,

Thanks – we will convey to the client.

Best,

# Exhibit C

| | |
|---|---|
| **From:** | James Slater <James@esca.legal> |
| **Sent:** | Monday, April 14, 2025 1:07 PM |
| **To:** | james@slater.legal |
| **Subject:** | Fw: Tushbaby v. Momcozy |



**James M. Slater**
Of Counsel

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** James Slater <James@esca.legal>
**Sent:** Friday, March 28, 2025 11:18 AM
**To:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; Leo Lichtman <Leo@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Woodward, Adam <Adam.Woodward@Dinsmore.com>
**Subject:** Re: Tushbaby v. Momcozy

Yes, I went ahead and booked it with Mark Stein. We will file a notice and proposed order later today.

James

Get Outlook for Android

---

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Thursday, March 27, 2025 6:15:55 PM
**To:** James Slater <James@esca.legal>; Leo Lichtman <Leo@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Woodward, Adam <Adam.Woodward@Dinsmore.com>
**Subject:** RE: Tushbaby v. Momcozy

James:

Can we pick December 1st as the mediation date?

We're looking for a later mediation in view of the clients trying to resolve things themselves now (failing at which, perhaps, some further case development would be helpful before another attempt at resolution).

Regards,

Luca



**Luca L. Hickman**
Associate
Dinsmore & Shohl LLP • Legal Counsel
Tampa City Center, 201 North Franklin Street, Suite 3050, Tampa, FL 33602
**T** (813) 543-9835 • **F** (813) 543-9849

**From:** James Slater <James@esca.legal>
**Sent:** Thursday, March 27, 2025 12:30 PM
**To:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; Leo Lichtman <Leo@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Woodward, Adam <Adam.Woodward@Dinsmore.com>
**Subject:** Re: Tushbaby v. Momcozy

Luca, that works for us.

Thanks,
James

Get Outlook for Android

---

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Wednesday, March 26, 2025 6:51:34 PM
**To:** Leo Lichtman <Leo@esca.legal>; James Slater <James@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Woodward, Adam <Adam.Woodward@Dinsmore.com>
**Subject:** RE: Tushbaby v. Momcozy

Leo:

In view of the parties' forthcoming attempt to communicate directly, please let us know your thoughts about a mutual extension of the current discovery deadline. Per your e-mail below, our discovery is currently due March 28th. According to my notes, your responses are due April 3rd. How would you feel about making both parties' discovery responses due May 3rd? That gives us both some "breathing room" to let the clients talk / potentially have follow up conversations.

Regards,

Luca



**Luca L. Hickman**
Associate
Dinsmore & Shohl LLP • Legal Counsel
Tampa City Center, 201 North Franklin Street, Suite 3050, Tampa, FL 33602
**T** (813) 543-9835 • **F** (813) 543-9849

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Monday, March 10, 2025 2:33 PM
**To:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; James Slater <James@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

FRE 408 COMMUNICATION

Luca,

Thanks for your email. The extension is approved.

Meanwhile, we wanted to provide a revised settlement demand today in response to the last offer.



Please let us know if you would like to discuss further. Given the upcoming deadlines and exponential increase in fees associated with discovery, we think it is in both parties' interests to work towards a resolution now.

Tushbaby continues to reserve all rights, remedies, claims, and defenses pending an executed settlement.

Best,

**Leo M. Lichtman**
Partner

# ESCA.

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Monday, March 10, 2025 9:49 AM
**To:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Leo Lichtman <Leo@esca.legal>; James Slater <James@esca.legal>
**Cc:** Men, Ruoting <ruoting.men@glacier.law>
**Subject:** Re: Tushbaby v. Momcozy

Leo:

I'm still traveling today but wanted to follow up on this. Please let us know your thoughts about an extension (which, of course, we would be willing to reciprocate if/when you similarly need one).

Regards,

Luca

---
Sent from Workspace ONE Boxer
On March 7, 2025 at 6:38:44 AM EST, Holmes, Brandon <Brandon.Holmes@DINSMORE.COM> wrote:

Hi Leo,

Luca is traveling right now and it looks like we are going to need some additional time to respond to Plaintiff's discovery that is due next week. Can we extend the deadline to respond to the discovery until March 28?

I wasn't involved in the earlier settlement discussions, but my review of the settlement emails suggests that you may have missed Routing's 12/16 email (attached) outlining the terms of our client's latest offer. I will circle back with our team to make sure I am not missing anything.

Thanks,
Brandon



**Brandon T. Holmes**
Partner

Dinsmore & Shohl LLP  •  Legal Counsel
Tampa City Center
201 North Franklin Street
Suite 3050
Tampa, FL 33602

**T** (813) 543-9820  •  **F** (813) 543-9849

**E** brandon.holmes@dinsmore.com  •  dinsmore.com

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Wednesday, February 12, 2025 3:39 PM
**To:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; James Slater <James@esca.legal>
**Cc:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

Luca,

We can agree to that—three additional weeks to submit written discovery responses, with rolling production to begin then as well.

Additionally, please let us know if you have any updates from your clients with regard to settlement.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Hickman, Luca <Luca.Hickman@Dinsmore.com>
**Sent:** Wednesday, February 12, 2025 2:42 AM
**To:** James Slater <James@esca.legal>; Leo Lichtman <Leo@esca.legal>
**Cc:** Holmes, Brandon <Brandon.Holmes@DINSMORE.COM>; Men, Ruoting <ruoting.men@glacier.law>
**Subject:** RE: Tushbaby v. Momcozy

James and Leo:

I hope you are doing well.

I am writing to ask for an additional three (3) weeks to complete our discovery responses to your attached January 17th interrogatories and requests for production. Between the communication delays caused by Chinese New Year and our having to drop things to handle some out-of-state work, we would appreciate the professional courtesy of this extension. Thank you.

Regards,

Luca

**Luca L. Hickman**
Associate
Dinsmore & Shohl LLP  •  Legal Counsel
Tampa City Center, 201 North Franklin Street, Suite 3050, Tampa, FL 33602
**T** (813) 543-9835  •  **F** (813) 543-9849

# Exhibit D

| | |
|---|---|
| **From:** | James Slater <James@esca.legal> |
| **Sent:** | Monday, April 14, 2025 1:09 PM |
| **To:** | james@slater.legal |
| **Subject:** | Fw: Reuqest for a 7-day extension to file amended counterclaim |



**James M. Slater**
Of Counsel

917-397-1384

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

---

**From:** Leo Lichtman <Leo@esca.legal>
**Sent:** Wednesday, April 2, 2025 3:47 PM
**To:** Men, Ruoting <ruoting.men@glacier.law>
**Cc:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; Liu, Tao <Tao.Liu@glacier.law>; James Slater <James@esca.legal>
**Subject:** RE: Reuqest for a 7-day extension to file amended counterclaim

Ruoting,

The deadline has already lapsed as you note, so there's nothing to extend. To the extent you wish to belatedly file something we would oppose.

Best,



**Leo M. Lichtman**
Partner

347-745-2535

Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036

Mail to: 208 Lenox Ave, #211
Westfield, NJ 07090

https://calendly.com/leo-esca

1

CONFIDENTIALITY NOTICE: This electronic message and its accompanying attachments (if any) contain information from the law firm of ESCA LEGAL LLC that is confidential and/or subject to attorney-client privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify the above attorney by telephone immediately.

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Wednesday, April 2, 2025 5:06 AM
**To:** Leo Lichtman <Leo@esca.legal>
**Cc:** Hickman, Luca <Luca.Hickman@Dinsmore.com>; Liu, Tao <Tao.Liu@glacier.law>
**Subject:** Re: Reuqest for a 7-day extension to file amended counterclaim

Leo,

As you know, the settlement discussions between both parties did not reach an agreement as expected. Therefore, we would like to request a 7-day extension to submit the amended counterclaim. The current deadline for the amended counterclaim is March 28, 2025. The extended deadline would be April 4, 2025.

Best,

**Ruoting Men | Attorney**
**Glacier Law LLP**
41 Madison Avenue, Suite 2529
New York, NY 10010
www.glacier.law
Tel: +1 (212) 729-5049
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----