UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

    Plaintiff,

v.

MOMCOZY MATERNITY
ESSENTIALS,

    Defendant.
_____/

Case No. 1:24-cv-20941-LEIBOWITZ

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action with prejudice, with each side to bear their own attorney's fees and costs.

Dated: July 11, 2025

                                                        Respectfully submitted,

| | |
|---|---|
| */s/ James M. Slater* | */s/ Luca L. Hickman (w/ express permission)* |
| James M. Slater (FBN 111779) | Luca L. Hickman (FBN 118731) |
| ESCA Legal LLC | Dinsmore & Shohl LLP |
| 9000 Dadeland Blvd. #1500 | Tampa City Center |
| Miami, FL 33156 | 201 North Franklin Street, Suite 3050 |
| Tel.: (305) 523-9023 | Tampa, Florida 33602 |
| james@esca.legal | Tel. (813) 543-9835 |
| | Luca.hickman@dinsmore.com |
| Leo M. Lichtman (admitted *pro hac vice*) | |
| ESCA Legal LLC | Routing Men (admitted pro hac vice) |
| 1117 Sixth Avenue, Fifth Floor | GLACIER LAW LLP |
| New York, New York 10036 | 41 Madison Ave, Suite 2529 |
| Tel.: (347) 745-2535 | New York, NY 10010 |
| leo@esca.legal | Ruoting.men@glacier.law |
| | Tel. (212) 729-5049 |
| *Attorneys for Plaintiff Tushbaby, Inc.* | |
| | *Attorneys for Defendant Momcozy Maternity Essentials* |