UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

   *Plaintiff*,

v.

**THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE A**,

   *Defendants*.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed on July 11, 2025. [ECF No. 94]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice* as to Defendant Momcozy Maternity Essentials. The parties shall bear their own costs and attorneys' fees. Additionally, Plaintiff is instructed to file a status report indicating whether any defendants remain in this action **no later than July 18, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on July 14, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record