UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

    Plaintiff,   Case No. 1:24-cv-20941-LEIBOWITZ

v.

MOMCOZY MATERNITY ESSENTIALS,

    Defendant.
_____/

**STATUS REPORT**

Pursuant to the Court's July 14, 2025 Order [ECF No. 95], Plaintiff Tushbaby, Inc. advises the Court that it has no remaining claims against any defendants in this case.

Dated: July 16, 2025

    Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*