UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20941-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE A**,

    *Defendants*.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Status Report [ECF No. 96], filed on July 16, 2025. Per this Court's July 14, 2025, Order [ECF No. 95], Plaintiff has indicated that it has no remaining claims against any Defendants in this case. [ECF No. 96]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 16, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record